UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
PAUL W. GRIMM
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0670

January 21, 2020

RE: Willey et al v. Board of Education of St. Mary's County
 PWG 20-cv-161

## LETTER ORDER REGARDING THE FILING OF MOTIONS

In order to promote the just, speedy, and inexpensive resolution of this case, *see* Fed. R. Civ. P. 1, the following procedure will be followed with respect to the filing of **substantive motions** (such as motions to dismiss, to amend the pleadings, or case dispositive motions); **discovery motions** (such as motions to compel, motions for a protective order, or motions seeking the imposition of sanctions); and **post-judgment motions** or other **motions following dismissal of the case** (such as motions for attorneys fees, motions for reconsideration, and motions to reopen).  Any party wishing to file a motion first will serve on all parties and file with the Court a letter (not to exceed three pages, single spaced) containing a brief description of the planned motion and a concise summary of the factual and legal support for it.  If the intended motion is a discovery motion, counsel shall confer with one another concerning the dispute and make good faith attempts to resolve the differences between them before filing the letter regarding the dispute, and the party filing the letter also shall file a certificate that complies with Local Rule 104.7.  Unless I notify you otherwise, no response to the letter should be filed.  I will review the letter and determine whether to schedule an expedited telephone conference (usually within a week) to discuss the requested motion and to determine whether the issues may be resolved or otherwise addressed without the need for formal briefing. Where it would be more efficient simply to approve the request to file the motion, I will issue an order directing that the motion may be filed.

If  a telephone call is scheduled and the issues raised cannot be resolved during that call, I will consult with you to set a reasonable briefing schedule.  If the letter described above is filed within the time allowed by the Federal Rules of Civil Procedure, Local Rules of Court, or any order issued by me in which to file the motion that the letter addresses, the time for filing the motion will be tolled to permit the scheduling of the telephone conference without the need to request an extension of time.

Although informal, this is an Order of the Court and shall be docketed as such.

 /S/
 Paul W. Grimm
 United States District Judge