**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt)**

| | |
|---|---|
| **MELISSA and DANIEL WILLEY,** *et al*.   * | |
| **Plaintiffs**   * | |
| **v.**   * | **CIVIL ACTION NO.:  8:20-cv-00161 PWG** |
| **BOARD OF EDUCATION OF**   * | |
| **ST. MARY'S COUNTY** | |
|    * | |
| **Defendant** | |

**************

**ENTRY OF APPEARANCE**

Please enter the appearance of Edmund J. O'Meally of PESSIN KATZ LAW, P.A. as lead counsel on behalf of Defendant Board of Education of St. Mary's County in the captioned case.

Respectfully submitted,

s/ (filed electronically)
Edmund J. O'Meally (Fed. Bar No.: 04910)
PESSIN KATZ LAW, P.A
901 Dulaney Valley Road, Suite 500
Towson, Maryland   21204
Tele:  (410) 339-6757
Fax:   (410) 832-5654
eomeally@pklaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 27th day of January 2020, a copy of the foregoing Entry of Appearance was electronically filed in the U.S. District Court for the District of Maryland and served upon all counsel of record through the Court's CM/ECF system.

/s/ (filed electronically)
Edmund J. O'Meally