# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**CHAMBERS OF**
**PAUL W. GRIMM**
**UNITED STATES DISTRICT JUDGE**

**6500 CHERRYWOOD LANE**
**GREENBELT, MARYLAND 20770**
**(301) 344-0670**
**(301) 344-3910 FAX**

June 10, 2020

RE: Melissa and Daniel Willey et al v. Board of Education of St. Mary's County
    PWG 20-cv-161

## LETTER ORDER

Dear Parties:

Please be advised the Court has scheduled a pre-motion telephone conference call on **July 7, 2020 at 2:30pm.** Parties are directed to dial in on the designated date and time. The dial in information is as follows:

**Dial-In Number: (877) 848-7030**
**Access Code: 9549728**
**Participant Password: 070720**

Although informal, this is an Order of the Court and shall be docketed as such

Sincerely,

/S/

Paul W. Grimm
United States District Judge

ast