# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Melissa & Daniel Willey**, as Personal Representative of the Estate of Jaelynn Willey, deceased, et. al.<br><br>　　Plaintiffs,<br><br>v.<br><br>**Board of Education of St. Mary's County, et. al.**<br><br>　　Defendant. | *<br>*<br>*<br>*<br>*<br>*　**CASE NO.: 8:20-cv-161 PWG**<br>*<br>*<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### PLAINTIFFS' OPPOSITION TO DEFENDANT BOARD OF EDUCATION OF ST. MARY'S COUNTY'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

　　Plaintiffs, Melissa and Daniel Willey, as Personal Representatives of the Estate of Jaelynn Willey (hereinafter "Decedent"), Melissa Willey and Daniel Willey, by and through their attorneys, Lauren M. Geisser, Lauren M. Bell, and Gilman & Bedigian, LLC, and Alycia E. Stack, Marsha L. Williams, and Williams, McClernan, & Stack LLC, respectfully submit their Opposition to Defendant Board of Education of St. Mary's County (the "Board") Motion to Dismiss Plaintiffs' Second Amended Complaint (also referred to as "Complaint"), or in the alternative Motion for Summary Judgment, as the Plaintiffs have properly stated a claim of relief that is plausible on its face such that dismissal is not warranted under F.R.C.P. 12(b)(6), and there remains several genuine disputes of material facts such that the Defendant Board is not entitled to judgment as a matter of law under F.R.C.P. 56(a), as stated with greater particularity in the accompany Memorandum in Support of Plaintiffs' Opposition to Defendant Board's Motion to Dismiss, or in the alternative, for Summary Judgment, which is incorporated by reference herein.

Wherefore, for the foregoing reasons, the Plaintiffs respectfully pray that this Honorable Court deny Defendant Board's Motion to Dismiss, or in the alternative for Summary Judgment, or grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

*/s/ Lauren M. Geisser*
Lauren M. Geisser, 29190
Lauren M. Bell, 19540
GILMAN & BEDIGIAN, L.L.C.
1954 Greenspring Drive, Suite 250
Timonium, Maryland 21093
lgeisser@gbletalteam.com
lbell@gblegalteam.com
(410) 560-4999

*/s/ Alycia E. Stack*
Alycia E. Stack, 21326
Marsha L. Williams, 21339
WILLIAMS, MCCLERNAN, & STACK LLC
P.O. Box 188
Leonardtown, MD 20650
alycia@wmslawyers.com
marsha@wmslawyers.com
T/ (240) 309-4179
F/ (240) 526-0853