**ST. MARY'S COUNTY SHERIFF'S OFFICE**

| 1 TYPE OF REPORT | 2 COMPLAINT CONTROL NUMBER |
|---|---|
| ☒ OFFENSE    ☐ INCIDENT | 14686-18 |

| 3 OFFENSE/INCIDENT | 4 DATE & TIME OF OCCURRENCE | 5 General Broadcast | Date & Time |
|---|---|---|---|
| Murder | 3/20/18 at 0755 Hours | ☐ Yes  ☒ No | |

| 6 LOCATION | 7 DISTRICT-SECTOR-BEAT |
|---|---|
| 21130 Great Mills Road, Great Mills, MD 20634 | 4 H 2 |

| 8 Date & Time Reported | 9 Location Of Offense Or Type Of Premise | 7A. Alarm# Review |
|---|---|---|
| 3/20/18 at 0755 Hours | Great Mills High School | ☐ HBC ☐ INTUS ☐ None ☐ Unchked |

| 10 Victim's Name (Firm Name II Business)   Last First Middle | Victim | Code | D O B |
|---|---|---|---|
| Willey, Jaelynn Rose | W-R | | |

City, State  Zip
20653

11 Victim's Employer Or School Attend
Great Mills High School, Great Mills, MD 20634

| COMPLAINANT - OTHER VICTIMS - PARENT | V = VICTIM (Other Than In Item #1 Above); C= COMPLAINANT, P= PARENT/GUARDIAN |
|---|---|

| 13 Name (Last First, Middle) | Code | Sex - Race - D O B | Residence Phone | Business Phone |
|---|---|---|---|---|
| Barnes, Desmond Micah | V | M-B | | |

City, State  Zip
Great Mills, MD 20634

| 14 Name (Last First, Middle) | Code | Sex - Race - D O B | Residence Phone | Business Phone |
|---|---|---|---|---|
| | | | | |

Residence Address                    City, State, Zip

| SUSPECT VEHICLE | ☐ Stolen | ☐ Recovered | ☐ Other | ☒ No ☐ Yes |
|---|---|---|---|---|

| 15 Vehicle Info | Color | Year | Make | Model | Body Style | Reg Yr | Reg State | Reg. No | Vin |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

| ☐ SIGNIFICANT M.O., OR | ☐ LIMITED OPPORTUNITY TO COMMIT THE CRIME? | ☐ No ☒ Yes |
|---|---|---|

| 16 Mode of Operation | 17 Scene Processing | Crime Lab | Crime Lab Tech |
|---|---|---|---|
| Juvenile suspect shot juvenile victims with a handgun. | ☒ Photo ☐ Fingerprinting ☒ Other  ☐ N/A Explain | ☒ Yes ☐ No | |

| WAS THERE A WITNESS TO THE CRIME? | ☐ No ☒ Yes |
|---|---|

| 19 Vehicle From Which Theft Occurred | Make | Reg No | State | Year | STOLEN VEHICLE AND UNAUTHORIZED USE ONLY COMPLETE ITEM 19A-26 | Vehicle Identification No. 19A |
|---|---|---|---|---|---|---|
| 20 Registration No | State | Year | 21 Vehicle Year-Make-Body-Model-Color(s) | | 22 Ignition Locked ☐ No ☐ Yes | 23 Keys in Ignition ☐ No ☐ Yes |
| 24 Lienholder (Name-Address-Name of Agent) | | | | | 25 Doors Locked ☐ No ☐ Yes | 26 Windows Closed ☐ No ☐ Yes |

| 27. SUSPECT? | ☐ Named | ☒ Known | ☐ Known Location | ☐ Identified | ☐ Previously Seen | ☐ Description | ☐ No ☒ Yes |
|---|---|---|---|---|---|---|---|

| 28. WAS THERE | ☐ TRACEABLE PROPERTY | ☒ PHYSICAL EVIDENCE? | ☐ No ☒ Yes |
|---|---|---|---|

| 29. PROPERTY | (S) Stolen | (D) Damaged | (L) Lost | (R) RCVD | SER. NO./I.D. NO. | VALUE |
|---|---|---|---|---|---|---|
| N/A | | | | | | $0.00 |

| 31. NARRATIVE/SUMMARY | Detailed Investigation on Continuation Sheet | 30. Total Loss Value $0.00 |
|---|---|---|

On 3/20/18, numerous Law Enforcement Officers responded to Great Mills High School for the report of a shooting inside the building. Initial investigation revealed suspect Austin Wyatt Rollins shot victim Jaelynn Rose Willey once in the head with a semi-automatic handgun.  The bullet that was utilized to shoot victim Willey traveled through her head and ultimately lodged in victim Desmond Micah Barnes' right leg. At the time of this incident, all parties involved were students at the aforementioned school. Case remains open.

| 32 Crime Prevention Action Initiated? | ☐ Yes ☐ No | 33 Previous Crime Prevention Survey | ☐ Yes ☐ No | 34 Date Supplemental Report Due |
|---|---|---|---|---|

| 35 Initial Status | 36 Initial Investigator | I.D. Number | 37 Date |
|---|---|---|---|
| ☒ Open ☐ Suspended ☐ Unfounded ☐ Closed | Detective Corporal Melissa L. Hulse | 218 | 5/7/18 |

| 38 Supervisor Status | 39 Recommended To Continue | 40 Reviewing Supervisor | I D Number | 41 Date |
|---|---|---|---|---|
| ☒ Agree ☐ Disagree | ☐ Patrol ☐ Suspend ☐ Investigation | | | 5/7/18 |

| 42 Investigative Supervisor Status | 43 Investigation Supervisor | I.D. No | 44 Date | 45 Assigned Investigator | 46 Date |
|---|---|---|---|---|---|
| ☐ Patrol ☐ Investigative | | 40 | 5/7/18 | | |

| 47 | ☐ NCIC Entered ☐ NCIC Cleared ☐ MILES Entered ☐ MILES Cleared | 48. Final Status (Check One) ☐ Open ☐ Suspend ☐ Investigation | 49 Classification (Office Use) | 50 UCR Disp. | 51 Page Of 1-1 |
|---|---|---|---|---|---|

| SMCSO FORM 56 (R1/08) | 52 Press Release ☐ Yes ☐ No | 53 Related Report Numbers | 55 BCI Number 18-0120 |
|---|---|---|---|

**Exhibit A - 1**

# St. Mary's County Sheriff's Office

Report: 03/20/2018 15 21
Case Number: 01-18-014686

Incident Report

## Incident

| Case Number: 01-18-014686 | Report: 03/20/2018 15:21 | Occured From: | Occured To: | Report Type: Supplemental |
|---|---|---|---|---|
| Department Classification: DEATH INVESTIGATION | | Case Status: OPEN | Case Status Date: 03/20/2018 | Cleared: 03/20/2018 15:21 |
| Common Name: GREAT MILLS HIGH SCHOOL 21130 Great Mills RD GREAT MILLS MARYLAND 20634 (ST MARYS County) | | | | |

Arrived: 03/20/2018 8:00
Map Reference: STMY4H2
User Defined Table 1: YES
User Defined Table 2: CRIME LAB
User Defined Table 3: NO
Location Type: SCHOOL

District: DISTRICT 4
Zone/Division: BEAT H2
Beat Assignment: SECTOR H
Alcohol Related: N/A
Drug Related: N/A

## Narrative 1 - SUPPLEMENTAL

On 03/20/18, as a result of the shooting at Great Mills High School it was advised Leonardtown High School and the James Forrest Tech Center would be the reunification location for all Great Mills High School parents and students.
More specifically, the parents/guardians/family members would respond to Leonardtown High School and be walked over to pick up their child at the Tech Center

Around 0934 hrs, I requested a list of names of those children involved in an attempt to flag the names in the system.
I do not remember what time the next series of events occurred.
I was standing in the main lobby of Leonardtown High School and a parent, later identified as Mrs. Willey was very frustrated because she did not have her license.
The staff member summonsed me and I walked over.
Mrs. Willey explained she had her wallet stolen the day before and had not had time to replace anything, to include her license
I reassured her it would be fine and held out my hand for the cards she had written on.
Mrs. Willey had written her childrens names on each card and her information.
When I read the cards I immediately recognized Jaelyn Willey as the student involved in the incident at Great Mills High School.
I asked Mrs. Willey to accompany me to the career center and walked her about 75 feet or so to that room.
Once inside I explained I did not have any details into the incident and I could not answer her questions because I did not know anything more than, her daughter was involved in the incident and is receiving medical attention.
I made a phone call to Captain Halls cell phone and did not receive an answer.
I then called Sgt. Sarah Smith (Duty Officer) cell phone to gain clarification of where to send the parents for their daughter.
It was unclear if the victim was heading to PG Shock Trauma or Washington Hospital Center.
I then made contact with a staff member to get ahold of Willey's son ███████ Willey at the Tech Center and have him walked over.
I spoke with Mr. Daniel Willey via cell phone and he advised he was on his way and would be to Leonardtown High School shortly.
██████ Willey arrived to the Career Center and shortly after Mr. Daniel Willey arrived.
I made another phone call to seek out clarification on where they had taken victim Jaelyn Willey and was advised PG Shock Trauma.
Maryland State Trooper Sgt. Laney arranged for an escort for Mr and Mrs. Willey to PG Hospital.

A short time later, I was advised the suspects parents had just checked in and the father of the suspect, Frank Rollins had approached Deputy Matt McDonough inquiring about his son.
Deputy McDonough immediately came to me and advised that the suspects father was standing in the lobby trying to find out about his son.
McDonough relayed to me that Mr. Rollins indicated he had been calling his son Austin Rollins cell phone, but he didn't answer and it was showing him at PG Hospital.
I walked over and identified myself and asked him if he could get his wife and daughter and then follow me.
When everyone was together we walked to the main office conference room.
I advised the family that their son had been involved in the incident at Great Mills High School.
I unfortunately, had no further information but I was calling for a Detective to respond.
I placed Deputy McDonough in the room with the family and exited to make telephone contact with Detective Corporal Ruest.
Detective Ruest advised he would be en route from Medstar St. Mary's Hospital.

| Reporting Officer: ANGELA DELOZIER 160 | Department: ST MARYS SHERIFF S OFFICE | Report Status: Approved |
|---|---|---|
| Supervising Officer: YOUNG, HAROLD D. | | Date/Time: 05/14/2018 13:22 |
| Verifying Officer: ROBERT A RUSSELL JR 86 | Department: ST MARYS SHERIFF S OFFICE | Date/Time: 05/18/2018 9:51 |

**Exhibit A - 2**

## St. Mary's County Sheriff's Office

Report: 03/20/2018 15 21
Case Number: 01-18-014686

Incident Report

I updated the Rollins family and provided them water for their wait.
Detective Ruest arrived within 15 to 20 minutes and met with the family in the main office conference room.

The remainder of my duties including assisting with the orderly fashion of the reunification process.
No further.

| Reporting Officer:<br>ANGELA DELOZIER 160 | Department:<br>ST MARYS SHERIFF S OFFICE | Report Status:<br>Approved |
|---|---|---|
| Supervising Officer:<br>YOUNG, HAROLD D. | | Date/Time:<br>05/14/2018 13:22 |
| Verifying Officer:<br>ROBERT A RUSSELL JR 86 | Department:<br>ST MARYS SHERIFF S OFFICE | Date/Time:<br>05/18/2018 9:51 |

989Þ10-81-10

Exhibit A - 3

# St. Mary's County Sheriff's Office

Incident Report

## Incident

| Case Number:<br>01-18-014686 | Report:<br>03/20/2018 7:58 | Occured From: | Occured To: | Report Type:<br>Supplemental |
|---|---|---|---|---|
| Department Classification:<br>DEATH INVESTIGATION | | Case Status:<br>OPEN | Case Status Date:<br>03/20/2018 | Cleared: |
| Common Name:<br>GREAT MILLS HIGH SCHOOL 21130 Great Mills RD GREAT MILLS MARYLAND 20634 (ST MARYS County) | | | | |

Arrived: 03/20/2018 8:06                                    District: DISTRICT 4
Map Reference: STMY4H2                                Zone/Division: BEAT H2
User Defined Table 1: NO                               Beat Assignment: SECTOR H
User Defined Table 2: N/A EXPLAIN                 Alcohol Related: N/A
User Defined Table 3: NO                               Drug Related: N/A
Location Type: SCHOOL

## Person 1 - Desmond Michael Barnes

| Person Type:<br>VICTIM | Home Phone: | Business Phone: | Other Phone: |
|---|---|---|---|
| Race:<br>BLACK | Sex:<br>Male | DL Number: | DL Exp. Date: |
| SSN: | Birth Date: | Birth Place: | |
| Person Address:<br>⬛⬛⬛⬛ARYLAND 20634 | | | |
| Employer Information: GREAT MILLS HIGH SCHOOL<br>GREAT MILLS HIGH SCHOOL 21130 Great Mills RD GREAT MILLS MARYLAND 20634 (ST MARYS County) | | | |

**Person Information**

Age: 14                                                 Ethnic Origin: NON-HISPANIC
Occupation: Student                             Adult/Juvenile: JUVENILE

**Victim**

Victim Type: JUVENILE                          Extent of Injury: SERIOUS
Will File Charges: N/A                           Injury Type 1: SERIOUS
Can Identify Offender: N/A                     Injury Type 2: SERIOUS
Sobriety of Victim: SOBER                     Medical Treatment: HOSPITAL

**Offense**

Assault Circumstances: UNKNOWN CIRCUMSTANCE MURDER

## Narrative 1 - ORIGINAL

On 03/20/18 at approximately 0758 hours I heard Sgt. Sarah Smith #177 (duty officer) request via radio for all available units to start towards Great Mills High School. Due to the unusual circumstance of the radio transmission, I immediately responded with emergency equipment activated. A short time later it was reported there were shots fired at the school with at least one subject down. Then I heard Dfc. Blaine Gaskill advise "shots fired" via radio.

I arrived on the scene at approximately 0806 hours and observed Dfc. Christopher Beyer #246 standing at a door on the front of the building waiving additional units

| Reporting Officer:<br>KEITH MORITZ 157 | Department:<br>ST MARYS SHERIFF S OFFICE | Report Status:<br>Approved |
|---|---|---|
| Supervising Officer:<br>GRUMBLES, CARA D. | | Date/Time:<br>04/06/2018 9:43 |
| Verifying Officer:<br>Kenneth L. Cusic 30 | Department:<br>ST MARYS SHERIFF S OFFICE | Date/Time:<br>04/11/2018 12:36 |

01-18-014686

**Exhibit A - 4**

## St. Mary's County Sheriff's Office

Report: 03/20/2018 7:58
Case Number: 01-18-014686

Incident Report

inside. In the school I observed a white male (suspect) lying on the floor with what appeared to be a fatal gunshot would to the head. There were units rendering aid and securing the area. I proceeded down the hallway and around the corner to another scene where I observed a white female on the ground in the hallway with a gunshot wound to the head. There were additional units rendering aid to the female victim. Sgt. Moses #166 escorted Dfc. Gaskill out of the school to his cruiser to a secure location because he had engaged the suspect and fired his weapon during the encounter.

A short time later we were advised via radio there was another student shot inside of a class room. The information was relayed or received incorrectly and several units and I ran to the wrong location inside of the school in search of the injured subject. Once we finally found the victim we made entry to the classroom and located the victim, Desmond Michael Barnes. Once inside of the classroom I moved several desks out of the way so we had room to provide medical aid to the victim. The victim was shot in the back of his right thigh and was bleeding heavily. Sgt. Fleenor obtained a tourniquet from a Maryland State Trooper. Sgt. Fleenor placed the tourniquet around the victim's lower leg and I pulled it up above the wound. The tourniquet was secured as high as possible on the victim's right thigh and tightened. It appeared the blood flow quickly slowed and nearly stopped. The victim was stable and was still conscious and alert. EMS personnel arrived in the classroom and began rendering aid to the victim. I requested a Maryland State Trooper maintain security of the victim and maintain the classroom as a possible crime scene.

Due to not knowing if the threat was contained and/or if there were any additional victims Sgt. Fleenor and I began formulating a plan to conduct a rapid check of the rest of the school in search for any additional threats or victim's. Two groups of officers split up and began checking the school. After it was determined there were no additional threats or victim's we began ensuring all crime scenes were secured for CID.

While I was in the hallway I observed EMS personnel taking victim Barnes out of the school on a stretcher and he was carrying his backpack. Victim Barnes advised he was wearing his backpack when he was shot so I recovered the bag from him incase there was any evidence on or in the bag. I walked the bag back to the classroom where Barnes was located and placed it outside of the classroom door. I advised Sgt. Michael Boyer of my action and the location of the bag.

A plan was formulated to begin removing students from the school in an orderly manner and busing them to Leonardtown Tech Center. I assisted other Officers in systematically escorting the students out of the school. The students were instructed to leave their backpacks in place and to bring their phones and house keys with them and any additional items of significant value. As we were waiting for the students to be escorted out each classroom was offered the option to go to the restroom and numerous students from each class took that option. Those students were counted and escorted to the bathrooms and counted upon their return. All students were escorted to the cafeteria and then bused to the Tech Center.
Lt. Russell #86 was looking for Officers to respond to Leonardtown High Shool to assist there due to a new vague social media threat. Due to vehicle positioning I volunteered to go to LHS because I was able to get out of GMS in my police car.

Dep. Musehette, 2 Maryland State Troopers and I responded to LHS. Upon arrival at LHS I took command of that school and was reporting to Lt. Richard Russell #92 who was at the Tech Center. Units took up roving patrols and assisted with security in the gymnasium and the auditorium due to the large number of parents waiting to be reunited with their children. After all parents were reunited with their children I responded to the Tech Center for a debrief.

No further action was taken on my part.

| Reporting Officer: | Department: | Report Status: |
|---|---|---|
| KEITH MORITZ 157 | ST MARYS SHERIFF S OFFICE | Approved |
| Supervising Officer: | | Date/Time: |
| GRUMBLES, CARA D. | | 04/06/2018 9:43 |
| Verifying Officer: | Department: | Date/Time: |
| Kenneth L. Cusic 30 | ST MARYS SHERIFF S OFFICE | 04/11/2018 12:36 |

01-18-014686

**Exhibit A - 5**

# St. Mary's County Sheriff's Office

Report:
Case Number: 01-18-014686

Incident Report

## Incident

| Case Number:<br>01-18-014686 | Report: | Occured From: | Occured To: | Report Type:<br>Supplemental |
|---|---|---|---|---|
| Department Classification:<br>DEATH INVESTIGATION | | Case Status:<br>OPEN | Case Status Date:<br>03/22/2018 | Cleared: |
| Common Name:<br>GREAT MILLS HIGH SCHOOL 21130 Great Mills RD GREAT MILLS MARYLAND 20634 (ST MARYS County) | | | | |

Map Reference: STMY4H2
User Defined Table 1: YES
User Defined Table 2: CRIME LAB
User Defined Table 3: NO
Location Type: SCHOOL

District: DISTRICT 4
Zone/Division: BEAT H2
Beat Assignment: SECTOR H
Alcohol Related: N/A
Drug Related: N/A

## Narrative 1 - SUPPLEMENTAL

I responded to Great Mills High School for the report of shots fired.
As I was responding, St. Mary's Emergency Communications (ECC) advised they received reports of a student with a gun. ECC advised they received calls for multiple shots had been fired. Several officers began arriving on scene and advised CPR was in progress with 2 students.
I arrived and made contact with Sgt. R. Merritt #139 in front of the school.
Sgt. Merritt, Dep. T, Wesner # 284 and I entered into the school and began checking all classrooms and hallways for any further threats along with safety and security of students.
During the search we checked several classrooms, bathrooms and hallways.
Once the school was secured and all students secured safely in classrooms, we responded to the cafeteria.

Once at the cafeteria,
I began assisting with moving students into school buses from the cafeteria lower exit to be transported to Leonardtown High School for re-unification with their parents.
Once all the students where removed from the school,
I responded back to the front office.
I was advised to respond to Suspect Rollins' residence off of ▮▮▮▮▮▮▮▮. Lexington Park, Md to conduct a scan for possible explosives devices.

I arrived at Suspect Rollins' residence and K9 Filly and I searched the exterior of the residence.
Met with negative results, K9 Filly and I responded inside of the residence and scanned the interior of the residence to include all bedrooms, bathrooms and common areas.
During the scan, K9 Filly alerted to no presence of any explosives devices in or around the said residence.
I advised Detective Melissa Hulse #218 who was on scene, and Sgt. T. Fleenor #145 the results from the scan.
I responded back to Great Mills High School and contacted Sgt. Fleenor and Lt. R. Russell #86 at the main office.

I assisted with securing Great Mills High School until I was relieved with no further actions.

| Reporting Officer:<br>William J. Rishel 169 | Department: | Report Status:<br>Approved |
|---|---|---|
| Supervising Officer:<br>FLEENOR, TODD | | Date/Time:<br>03/22/2018 9:46 |
| Verifying Officer:<br>ROBERT A RUSSELL JR 86 | Department:<br>ST MARYS SHERIFF S OFFICE | Date/Time:<br>03/30/2018 15:01 |

**Exhibit A - 6**

# St. Mary's County Sheriff's Office

Report: 03/20/2018 16 30
Case Number: 01-18-014686

Incident Report

## Incident

| Case Number:<br>01-18-014686 | Report:<br>03/20/2018 16:30 | Occured From: | Occured To: | Report Type:<br>Supplemental |
|---|---|---|---|---|
| Department Classification:<br>DEATH INVESTIGATION | | Case Status:<br>OPEN | Case Status Date:<br>03/20/2018 | Cleared: |
| Common Name:<br>21130 Great Mills RD GREAT MILLS MARYLAND 20634 (ST MARYS County) | | | | |

Map Reference: STMY4H2
User Defined Table 1: YES
User Defined Table 2: CRIME LAB
User Defined Table 3: NO
Location Type: SCHOOL

District: DISTRICT 4
Zone/Division: BEAT H2
Beat Assignment: SECTOR H
Alcohol Related: NO
Drug Related: NO

## Narrative 1 - SUPPLEMENTAL

On the morning of 3/20/18, I responded to Great Mills High School for the reported student with a firearm followed by reported shots fired.

Upon arrival contact was made with Lieutenant Robert Russell.

After brief contact with Lt. Russell I obtained a master key from school staff, along with a map of the school and began the first search of the school.

Officers with with the Maryland State Police, Sheriff's Office and Department of Natural Resources assisted with the search.

During the search we entered all classrooms and ensured all school staff and students were safe.

All school staff and students remained in their locked classroom until the completion of the 1st search.

After completing the 1st search of the school, the students that were immediately evacuated to the cafeteria were placed on school buses for transportation from the scene.

When the cafeteria was clear of these students, a search of the cafeteria was conducted.

When the cafeteria was cleared safe the slow and controlled secondary search and evacuation of students and staff to the cafeteria began.

As each classroom evacuation was conducted, each student was searched and escorted to the cafeteria, followed by a search of the classroom.

At the conclusion of the search of the evacuated classroom, the classroom door was marked indicating it was cleared and searched.

After all students and staff were evacuated to from the classrooms I assisted with a 3rd and final detailed search of the school with the assistance of the Calvert County Sheriff's Office Special Operations Team.

This concludes my portion of this investigation.

| Reporting Officer:<br>ROBERT C MERRITT 139 | Department:<br>ST MARYS SHERIFF S OFFICE | Report Status:<br>Approved |
|---|---|---|
| Supervising Officer:<br>SMITH, SARAH | | Date/Time:<br>03/20/2018 17:21 |
| Verifying Officer:<br>STEPHEN SIMONDS 146 | Department:<br>ST MARYS SHERIFF S OFFICE | Date/Time:<br>03/20/2018 17:39 |

989PH0-81-10

**Exhibit A - 7**

# St. Mary's County Sheriff's Office

Report: 03/20/2018 7.58
Case Number: 01-18-014686

Incident Report

## Incident

| Case Number: 01-18-014686 | Report: 03/20/2018 7:58 | Occured From: | Occured To: | Report Type: Supplemental |
|---|---|---|---|---|
| Department Classification: DEATH INVESTIGATION | | Case Status: OPEN | Case Status Date: 03/22/2018 | Cleared: 03/20/2018 13:30 |
| Common Name: GREAT MILLS HIGH SCHOOL 21130 Great Mills RD GREAT MILLS MARYLAND 20634 (ST MARYS County) | | | | |

Arrived: 03/20/2018 8:00
Map Reference: STMY4H2
User Defined Table 1: YES
User Defined Table 2: CRIME LAB
User Defined Table 3: NO
Location Type: SCHOOL

District: DISTRICT 4
Zone/Division: BEAT H2
Beat Assignment: SECTOR H
Alcohol Related: N/A
Drug Related: N/A

## Narrative 1 - SUPPLEMENTAL

On March 20, 2018 at approximately 0758 hours, I was notified via the Emergency Communication Center (ECC) for all available units to respond to Great Mills High School for a report of a shooting.
I arrived on the scene at the same time as Sgt. Keith Moritz #157 and we entered the school together through a side door leading to hallway F.

Once inside, I observed a white male laying face-up on the ground from what appeared to be a gunshot wound to the head.
I also observed a white female laying on the ground some distance away and several individuals administering Cardiopulmonary resuscitation (CPR) to her.
It was quickly learned the white male on the ground was the suspect and DFC Blaine Gaskill #274, who is the School Resource Office (SRO) for Great Mills High School engaged in an exchange of gun fire.

While I was assessing the scene, ECC broadcast there was another individual suffering from a gunshot wound in a nearby classroom.
I located the room and had to forcibly make entry due to the door being secured from the lock down of the school.
After gaining access to the classroom, Sgt. Moritz #157, Cpl. Kristie Nelson #202 and I entered the room.
I observed an African-American male laying on the floor with a gunshot wound to his right leg.
As we assessed the victim to administer first aid, I swiftly returned to the hallway while Sgt. Moritz and Cpl. Nelson remained with the victim and retrieved a tourniquet from a nearby Maryland State Trooper.
I rapidly returned to the victim and we were able to place the tourniquet on the victim's right leg above the gunshot wound. We continuously cared for the victim until EMS personnel arrived and took responsibility of the injured victim.
Not knowing if this incident was an isolated situation or an active shooter, I departed the classroom leaving the victim with EMS and Banded together with Cpl. Dale Reppel #141 and Cpl. Tim Snyder #225 who were positioned in the adjacent hallway.
We methodically performed a preemptive search room to room to ensure there were no additional threats or injured victims.
As we entered each room, contact was made with the teacher and students to confirm no other danger existed.
A planned strategy was put in place to have the students relocated from the classrooms to the media center and cafeteria.

Once the initial search was completed, I responded to the cafeteria and directed the evacuation process for students and teachers to leave the cafeteria area and board the awaiting buses outside.
This was accomplished in a controlled manner with Deputies and State Troopers positioned along the path from the exit door to the awaiting buses.
While the evacuation process continued, the Calvert County Sheriff's Office Special Operations Team was on-scene of the school and accomplished a secondary search of the entire school.

| Reporting Officer: TODD FLEENOR 145 | Department: ST MARYS SHERIFF S OFFICE | Report Status: Approved |
|---|---|---|
| Supervising Officer: MYERS, STEPHEN E. | | Date/Time: 03/22/2018 13:18 |
| Verifying Officer: ROBERT A RUSSELL JR 86 | Department: ST MARYS SHERIFF S OFFICE | Date/Time: 03/30/2018 16:23 |

989010-81-10

**Exhibit A - 8**

# St. Mary's County Sheriff's Office

Report: 03/20/2018 7:58
Case Number: 01-18-014686

Incident Report

Once the school was declared safe, I maintained security at the front of the school to ensure no unauthorized personnel entered the school.
At approximately 1330 hours, I was directed by the Command Post to discontinue supervisory responsibility for this incident. I then departed Great Mills High School and resumed K-9 operations. No further actions.

| Reporting Officer:<br>TODD FLEENOR 145 | Department:<br>ST MARYS SHERIFF S OFFICE | Report Status:<br>Approved | |
|---|---|---|---|
| Supervising Officer:<br>MYERS, STEPHEN E. | | Date/Time:<br>03/22/2018 13:18 | |
| Verifying Officer:<br>ROBERT A RUSSELL JR 86 | Department:<br>ST MARYS SHERIFF S OFFICE | Date/Time:<br>03/30/2018 16:23 | |

01-18-014686

Exhibit A - 9

# St. Mary's County Sheriff's Office

Report: 03/20/2018 7:58
Case Number: 01-18-014686

Incident Report

## Incident

| Case Number:<br>01-18-014686 | Report:<br>03/20/2018 7:58 | Occured From: | Occured To: | Report Type:<br>Supplemental |
|---|---|---|---|---|
| Department Classification:<br>DEATH INVESTIGATION | | Case Status:<br>OPEN | Case Status Date:<br>03/27/2018 | Cleared:<br>03/20/2018 17:11 |
| Common Name:<br>GREAT MILLS HIGH SCHOOL 21130 Great Mills RD GREAT MILLS MARYLAND 20634 (ST MARYS County) | | | | |

Arrived: 03/20/2018 8:01
Map Reference: STMY4H2
User Defined Table 1: YES
User Defined Table 2: CRIME LAB
User Defined Table 3: NO
Location Type: SCHOOL

District: DISTRICT 4
Zone/Division: BEAT H2
Beat Assignment: SECTOR H
Alcohol Related: N/A
Drug Related: N/A

## Narrative 1 - SUPPLEMENTAL

On 03/20/2018 at approximately 0800 hours I responded to Great Mills High School located at 21130 Great Mills Road in Great Mills, MD for a report of a student with a gun.

While responding to the scene, I heard Deputy First Class B. Gaskill transmit a radio communication indicating the student had a gun and the gun was pointed at his (the student's) head.

Upon arrival to the school, I followed Corporal A. Beishline into the building and immediately observed the suspect, later identified as being Austin Wyatt Rollins, lying in the hallway suffering from an apparent gunshot wound to the head.

I observed blood pooling around the upper torso of the suspect and observed the suspect as he made vocalizations and appeared to attempt to move.

I asked Corporal T. Snyder, a certified Emergency Medical Technician who entered the school shortly after me, if there was any trauma care he could provide the suspect.

Cpl. Snyder indicated the suspect's injuries exceeded his ability to provide treatment.

I then made contact with DFC Gaskill as he appeared from an adjacent hallway.

DFC Gaskill informed me that there was a second victim, later identified as Jaelynn Willey, suffering from a gunshot wound to the head and she was located in an adjacent hallway.

I immediately responded to that location and observed several people providing initial first aid and care, to include the use an AED and CPR.

At that point I asked DFC Gaskill to outline the events which took place prior to my arrival.

DFC Gaskill explained that he was summoned to the area of the school where suspect Rollins was located and had been confronted by school staff.

At that point, DFC Gaskill advised the staff was attempting to speak with suspect Rollins, however DFC Gaskill observed the suspect, who had a handgun pointed at his (suspect Rollins') head.

DFC Gaskill advised he observed the suspect "pull the trigger", however the gun misfired at which time DFC Gaskill advised the suspect lowered the gun "racked the slide, ejected a round, and pointed the gun at his (suspect Rollins') head."

DFC Gaskill continued to explain that he then discharged his handgun at the suspect at the same time the suspect pulled the trigger and shot himself in the head. It was at this moment that I first understood that DFC Gaskill discharged his weapon.

I then sought clarity from DFC Gaskill to better understand if victim Willey was shot by the suspect, or perhaps by a second assailant.

According to DFC Gaskill, he was confident victim Willey's injury was caused by suspect Rollins.

At that moment, I instructed DFC Gaskill to remain with me and we returned to the location where suspect Rollins was located.

I directed Cpl. Beishline to remain with suspect Rollins and also informed him of the location of the ejected bullet that apparently came from suspect Rollins' handgun as well as the location of a shell casing that was under a black baseball hat.

I came to know about the shell casing because a staff member, who I did not identify by name, told me he used his hat to cover the casing; I did not have an opportunity to personally verify the presence of the casing under the hat.

I then exited the school with DFC Gaskill and kept him with me as I made contact with Lieutenant R. Russell #86 at which time I was instructed to accompany DFC Gaskill to the St. Mary's County Sheriff's Office and take custody of his firearm.

Prior to leaving the school campus, I was contacted by Sergeant M. Boyer and directed to keep DFC Gaskill on location and wait for the arrival of Lieutenant M. Gardiner from the Office of Professional Responsibilities (OPR).

A short time later I was advised to escort DFC Gaskill into the building and make contact with OPR near the main office.

Prior to escorting DFC Gaskill into the building, I took custody of DFC Gaskill's firearm and secured same in the rear of my vehicle.

I then gave him my agency issued Springfield 1911 as a replacement firearm.

I then began helping other law enforcement officers as we began searching the school and moving staff and students to the cafeteria in preparation for their transportation to the reunification site located at the Tech Center campus in Leonardtown.

After a short period of time I made contact with OPR, DFC Gaskill and DFC Wesner after they completed a "public safety walkthrough" with OPR.

| Reporting Officer:<br>SHAWN MOSES 166 | Department:<br>ST MARYS SHERIFF S OFFICE | Report Status:<br>Approved |
|---|---|---|
| Supervising Officer:<br>MYERS, STEPHEN E. | | Date/Time:<br>03/30/2018 16:26 |
| Verifying Officer:<br>ROBERT A RUSSELL JR 86 | Department:<br>ST MARYS SHERIFF S OFFICE | Date/Time:<br>03/30/2018 16:42 |

**Exhibit A - 10**

# St. Mary's County Sheriff's Office

Report: 03/20/2018 7.58
Case Number: 01-18-014686

## Incident Report

I then exited the school with DFC T. Wesner and DFC Gaskill and took possession of a replacement Springfield 1911 prior to them leaving the campus.

Once I reentered the school I continued with efforts to escort students and staff to the cafeteria.

When all students and staff were cleared from the campus, Corporal R. Merritt and I made contact with members of the Calvert County Sheriff's Office's Special Operations Team (SOT).

At that point, we divided SOT into two groups and initiated a methodical search of the school to ensure all students and staff were in fact out of the building.

Once that objective was concluded, I remained at the school until such time the staff was brought back to the school to collect their personal belongings.

When the staff was brought back to the school I directed them to the media center.

Once in the media center law enforcement officers escorted groups of the staff back to their respective hallways where they were afforded the time to collect their personal items and eventually escorted out of the building.

Staff members whose personal items were located in an area of the school that was actively being processed by detectives and Crime Lab personnel were not permitted to return to their respective rooms, rather their items were hand delivered to them by law enforcement.

I remained at the school until such time that the school was no longer considered a crime scene.

This concludes my part in the investigation.

| Reporting Officer:<br>SHAWN MOSES 166 | Department:<br>ST MARYS SHERIFF S OFFICE | Report Status:<br>Approved | |
|---|---|---|---|
| Supervising Officer:<br>MYERS, STEPHEN E. | | Date/Time:<br>03/30/2018 16:26 | |
| Verifying Officer:<br>ROBERT A RUSSELL JR 86 | Department:<br>ST MARYS SHERIFF S OFFICE | Date/Time:<br>03/30/2018 16:42 | |

**Exhibit A - 11**

# St. Mary's County Sheriff's Office

Report: 03/20/2018 18:17
Case Number: 01-18-014686

Incident Report

## Incident

| Case Number: 01-18-014686 | Report: 03/20/2018 18:17 | Occured From: | Occured To: | Report Type: Supplemental |
|---|---|---|---|---|
| Department Classification: DEATH INVESTIGATION | | Case Status: OPEN | Case Status Date: 03/20/2018 | Cleared: |
| Common Name: GREAT MILLS HIGH SCHOOL 21130 Great Mills RD GREAT MILLS MARYLAND 20634 (ST MARYS County) | | | | |

Map Reference: STMY4H2
User Defined Table 1: NO
User Defined Table 2: CRIME LAB
User Defined Table 3: NO
Location Type: SCHOOL

District: DISTRICT 4
Zone/Division: BEAT H2
Beat Assignment: SECTOR H
Alcohol Related: NO
Drug Related: NO

## Narrative 1 - SUPPLEMENTAL

On March 20, 2018, at approximately 0800 hours, I responded from the Charlotte Hall area to Great Mills High School for the report of a school shooting incident. Upon my arrival, all active shooting had concluded although students were still in lock down mode within classrooms.

Outside, the perimeter was still in the process of being established and a handful of parents had already begun to congregate near the school and within the student parking lot.

It was determined all the students would be bussed to the Technology Center and parents would need to respond to that location to pick up their children.

Outside the front of the school, I utilized a fire department vehicle PA system to notify parents in the vicinity all students were going to be taken to the Tech Center.

I also advised they could not stay in the immediate area and encouraged them to go to the Tech Center to await arrival of the buses.

I next began making face to face contact with all the parents on foot and within vehicles in the student lot.

I informed all parents about the buses transporting the children.

Some of the parents had students with them due to some of the students running out of the school when the incident began and ending up in vehicles of parents they didn't know.

Some students were in their own vehicles without adults.

I had the parent and/or operators of each vehicle write down on a piece of paper the names of any student that had been in the school and instructed them to go to the Tech Center to check in for accountability purposes.

The papers containing the student names were later provided to Lt. Robert Russell to be passed along to officers at the Tech Center for cross referencing.

After clearing out the student parking lot, I closed the far gate leading to the Great Mills pool so no other vehicles could enter the lot and returned inside the school. Once inside, I assisted with moving students from classrooms and hallways to the cafeteria where they were being staged for buses.

| Reporting Officer: STEPHEN SIMONDS 146 | Department: ST MARYS SHERIFF S OFFICE | Report Status: Approved |
|---|---|---|
| Supervising Officer: GRUMBLES, CARA D. | | Date/Time: 03/23/2018 22:28 |
| Verifying Officer: Edward B. Evans 88 | Department: ST MARYS SHERIFF S OFFICE | Date/Time: 03/24/2018 2:26 |

01-18-014686

Page 1 of 1

**Exhibit A - 12**

# St. Mary's County Sheriff's Office

Report: 03/20/2018 7:58
Case Number: 01-18-014686

Incident Report

## Incident

| Case Number:<br>01-18-014686 | Report:<br>03/20/2018 7:58 | Occured From:<br>03/20/2018 7:58 | Occured To: | Report Type:<br>Supplemental |
|---|---|---|---|---|
| Department Classification:<br>DEATH INVESTIGATION | | Case Status:<br>OPEN | Case Status Date:<br>03/31/2018 | Cleared: |
| Common Name:<br>GREAT MILLS HIGH SCHOOL 21130 Great Mills RD GREAT MILLS MARYLAND 20634 (ST MARYS County) | | | | |

Day of Week: Tuesday
Arrived: 03/20/2018 8:03
Map Reference: STMY4H2
User Defined Table 1: YES
User Defined Table 2: CRIME LAB
User Defined Table 3: NO

Location Type: SCHOOL
District: DISTRICT 4
Zone/Division: BEAT H2
Beat Assignment: SECTOR H
Alcohol Related: N/A
Drug Related: N/A

## Narrative 1 - SUPPLEMENTAL

Upon arrival at 0803 hours, I immediately responded into the school with medical aid bag. Upon entering the F Hallway side door to the building on side 1, I observed the male suspect lying on the ground next to lockers. The male was bleeding from the head. Upon observing the blood, I also observed cerebral fluid separating from the blood on the floor, indicating damage to the brain/skull. Due to my training and experience I determined that most likely the male had an injury that was non-life sustaining, and moved on to locate additional potential victims/patients. This subject was categorized as priority 4/Black under protocol during a mass casualty incident.

Upon being advised there was a second person with a gunshot wound in the E- hallway, I responded there. I found a female victim with a gunshot wound to the head at approximately 0807 hours. Two school staff were preforming CPR on the female victim. The victim also had blood and what appeared to be cerebral fluid coming from the wounds in her head. The staff performing CPR had an AED attached that had analyzed the victim and had advised no shock. Upon having the staff stop CPR, the victim was reassessed and found to have pulse and was breathing. The staff again started treating the victim with rescue breathing. The victim had similar injuries as the first male student that are considered to be non-life sustaining but do to staff being present and wishing to continue treatment as the victim still had a pulse they were allowed to continue. This subject was categorized as priority 4/Black under protocol during a mass casualty incident

At approximately 0810 hours, ECC advised there was a third male in a room upstairs in the A-hallway that had been shot in the leg. Several deputies and myself responded upstairs and then we were advised the male victim was downstairs in a E-hallway classroom. Upon locating the male, Cpl. Nelson and an MSP Trooper were applying a tourniquet to the victim's right leg. The male victim had what appeared to be a puncture wound consistent with a wound caused by a bullet to his inner/back thigh region. I then applied a pressure bandage and assisted a firefighter/emt with adjusting the tourniquet as the bleeding was controlled and it was to close the wound. Once it was adjusted and reapplied correctly, the victim was then considered stable and prioritized as Priority 3/Yellow under Protocol during mass casualty incident.

Paramedic Michael Cahall arrived in the room with the male victim with the leg injury, due to the male victim now being considered stabile, I directed him to check on the female victim to see if she could then be reprioritized to a priority 1/ Red as no other victims had been located and additional EMS was arriving to handle the patient volume.

Paramedic Cahall was provided shears and multiple pressure bandages to provide treatment to the female victim.

Upon being relieved by EMS staff, I meet up with Sgt. Fleenor #145 and Cpl. Reppel #141 and began clearing classrooms for any additional threats. Each room was unlocked, checked for students or staff. Upon entry we announced ourselves as "Sheriff's Office, Sheriff's Office Let me see your hands" students and staff were made to show their hands, contact was made with the staff member in the classroom to make sure no threats were in the room and that no one was physically injured. The class was either evacuated to the cafeteria at that time or the students were advised to reach out to their parents let them know to respond to Leonardtown High School where the reunification would take place once they were evacuated from the school. If the students and staff were advised to shelter in place until we returned they were advised that when we return to evacuate them to only take their phones, wallets, purses and or jackets. Once the entire school had been checked for any

| Reporting Officer:<br>TIMOTHY SNYDER 225 | | Department:<br>ST MARYS SHERIFF S OFFICE | Report Status:<br>Approved |
|---|---|---|---|
| Supervising Officer:<br>MOSES, SHAWN | | | Date/Time:<br>04/06/2018 11:37 |
| Verifying Officer:<br>ROBERT A RUSSELL JR 86 | | Department:<br>ST MARYS SHERIFF S OFFICE | Date/Time:<br>04/11/2018 14:21 |

01-18-014686

Page 1 of 2

**Exhibit A - 13**

# St. Mary's County Sheriff's Office

Report: 03/20/2018 7:58
Case Number: 01-18-014686

Incident Report

additional threats, I assisted with evacuating the upstairs classrooms.

Upon arrival of Calvert's Emergency Service Team, I linked up with Sgt. Moses and followed behind the team who was completing a secondary and in some areas a third search of the building. As the rooms were cleared either a sticker was placed on the door stating it was cleared or once I was out of stickers I utilized markers from cleared classrooms to write on the door that it had been cleared by Calvert EST and the time it was cleared. Once the team I was assigned to and the other team had completely cleared the building, I responded to the front entrance to await another assignment.

While waiting for my next assignment, food and water was delivered to the school. Realizing officers were staged in areas and were unable to respond to the office to get food and water, I located a cart loaded it up with food and water and delivered it to other officers.

I was then assigned to assist CID Det. W. Ray #131 with locating and making entry into the suspect's vehicle. Upon locating the vehicle in parking spot 147, I attempted to unlock it utilizing my agency issued big easy tool through the passenger side front door frame. Due to the vehicle being a newer model, I found the doors cannot be unlocked without having the key within close proximity of the vehicle. Once keys were obtained, CID made entry into the vehicle. I completed a tow record and provided it to Det. Ray. Upon Southern Maryland Towing arriving on the scene, I followed the vehicle up to the Sheriff's Office vehicle compound and assisted with securing inside the compound.

Upon responding back to the school, I assisted with guiding teachers that had been sent back to their classrooms to obtain their belongings.

Upon all staff except for building service works and school administration leaving, I stayed with SERVPRO who was cleaning up the school due to students returning to the school to obtain their vehicles and some of them attempted to enter the school to obtain their belongings. They were denied entry and advised the school would let them know when they would be allowed to retrieve their belongings.

This concludes my part of the incident.

| Reporting Officer: TIMOTHY SNYDER 225 | Department: ST MARYS SHERIFF S OFFICE | Report Status: Approved |
|---|---|---|
| Supervising Officer: MOSES, SHAWN | | Date/Time: 04/06/2018 11:37 |
| Verifying Officer: ROBERT A RUSSELL JR 86 | Department: ST MARYS SHERIFF S OFFICE | Date/Time: 04/11/2018 14:21 |

**Exhibit A - 14**

## St. Mary's County Sheriff's Office

Report: 03/20/2018 7.58
Case Number: 01-18-014686

Incident Report

### Incident

| Case Number:<br>01-18-014686 | Report:<br>03/20/2018 7:58 | Occured From:<br>03/20/2018 7:55 | Occured To:<br>03/20/2018 8:00 | Report Type:<br>Supplemental |
|---|---|---|---|---|
| Department Classification:<br>DEATH INVESTIGATION | | Case Status:<br>OPEN | Case Status Date:<br>03/20/2018 | Cleared:<br>03/20/2018 15:00 |

| Common Name: |
|---|
| 21130 GREAT MILLS RD GREAT MILLS MARYLAND 20634 (ST MARYS County) |

Day of Week: Tuesday
Dispatched: 03/20/2018 8:16
Responded: 03/20/2018 8:16
Arrived: 03/20/2018 8:18
Map Reference: STMY4H2
User Defined Table 1: YES
User Defined Table 2: CRIME LAB

User Defined Table 3: NO
Location Type: SCHOOL
District: DISTRICT 4
Zone/Division: BEAT H2
Beat Assignment: SECTOR II
Alcohol Related: NO
Drug Related: NO

### Person 1 - 

| Person Type:<br>WITNESS | Home Phone: | Business Phone:<br>(000) 000 - 0000 | | Other Phone: |
|---|---|---|---|---|
| Race:<br>BLACK | Sex:<br>Male | DL Number:<br>NONE | | DL Exp. Date: |
| SSN:<br>000 - 00 - 0000 | Birth Date: | Birth Place: | | |

| Person Address: |
|---|
| LEXINGTON PARK MARYLAND 20265 - 3 |

| Employer Information: |
|---|

Person Information

Age: 18
Occupation: STUDENT
Ethnic Origin: NON-HISPANIC

Minimum Height: 5'10"
Minimum Weight: 130 lbs.
Adult/Juvenile:

### Narrative 1 - SUPPLEMENTAL

On 3/20/2018 at approximately 0816 hours, I responded to 21130 Great Mills Road (Great Mills High School) for the report of a shooting. Upon arrival I grabbed my agency issued rifle from my rifle rack and responded to the number two side of the school. I stayed at this position until I was directed by Sergeant Young #67 to begin traffic direction at the intersection of Great Mills Road/East Run Drive. I stayed at this position until I was directed by Sergeant Young #67 to begin traffic direction at the entrance of 21215 Chancellors Run Road (FOP #7).
\*\*\*Body worn camera utilized\*\*\*

At approximately 1630 hours, I responded to 21685 FDR Boulevard (Lexington Park Volunteer Rescue Squad) and made contact with                    He advised he was good friends with the suspect and had information about a conversation he had with the suspect the night prior to the shooting. I transported
Headquarters where he was interviewed by Corporal Hulse #218 and Sergeant Hedderich #119.

Case open.

| Reporting Officer:<br>TYLER JOHN PAYNE 320 | Department:<br>SMCSO | Report Status:<br>Approved |
|---|---|---|
| Supervising Officer:<br>GRUMBLES, CARA D. | | Date/Time:<br>03/24/2018 4:09 |
| Verifying Officer:<br>STEPHEN SIMONDS 146 | Department:<br>ST MARYS SHERIFF S OFFICE | Date/Time:<br>03/25/2018 14:48 |

01-18-014686

**Exhibit A - 15**

4/20

## SUPPLEMENT

**2. COMPLAINT CONTROL NO.**
14686-18

| 3 OFFENSE/INCIDENT | 10 VICTIM/FIRM NAME | LAST FIRST MIDDLE | 4 DATE ORIGINAL REPORT |
|---|---|---|---|
| Murder | Willey, Jaelynn Rose | | 3/20/18 |

**SUPPLEMENT STATUS: CONT.** ☐  **FOLLOW-UP** ☒

| | WEAPON/DESCRIPTION | | WEAPON/DESCRIPTION |
|---|---|---|---|
| **27-A. SUSPECT ONE:** ARRESTED YES ☐ NO ☒ | Handgun | **27-B. SUSPECT TWO:** ARRESTED YES ☐ NO ☐ | N/A |
| NAME (LAST, FIRST, MIDDLE) | ALIAS | NAME (LAST, FIRST, MIDDLE) | ALIAS |
| Rollins, Austin Wyatt | None | None | |
| ADDRESS | PHONE | ADDRESS | PHONE |
| | None | | |

| SEX | RACE | ██████ | HT | WT | BLD | EYES | COMP | HAIR & STYLE | SEX | RACE | DOB OR AGE | HT | WT | BLD | EYES | COMP | HAIR & STYLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W | M | | 510 | 105 | Slim | Unk | Fair | Brn | | | | | | | | | |

| CLOTHING CHARACTERISTICS | CLOTHING - CHARACTERISTICS |
|---|---|
| | N/A |
| MISCELLANEOUS | MISCELLANEOUS |

| 15-A. Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | |
|---|---|---|---|---|
| Willey, Daniel Lee | | M-W██ | | ☒ Interviewed |
| Location/Address | | | Business Phone | ☐ Statement Taken |
| ██████Lexington Park MD 20653 | | | | |

| 15-B. Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | |
|---|---|---|---|---|
| Willey, Melissa Marie | | F-W██ | | ☒ Interviewed |
| Location/Address | | | Business Phone | ☐ Statement Taken |
| ██████Lexington Park MD 20653 | | | | |

**NARRATIVE:** DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION  CLARIFY DATA, SCREENING FACTORS  PROBABLE CAUSE, ETC  ENTER ANY ADDITIONAL INFORMATION  DO NOT SUMMARIZE UNLESS NECESSARY

**Persons:**

Timothy Robert Cormier

███████████
███████████
███████████

**Narrative:**

On 3/20/18 I responded to MedStar St. Mary's Hospital to assist in a shooting which occurred at Great Mills High School. I was advised by Det/Sgt Hedderich #119 a female victim had been transported from the scene to MedStar St. Mary's Hospital. Once at the hospital, the female victim, later identified as Victim Jaelynn Willey, was in the emergency room being actively treated by numerous hospital staff members. I was advised Victim Willey would be flown to MedStar Washington Hospital Center for further treatment. The only update of the victim's condition I was provided at this time was the victim had exposed brain matter.

While in route to MedStar Washington Hospital Center, I received a phone call from Det. Cpl. Ruest #204 advising Victim Jaelynn Willey was being diverted to University of Maryland Prince Georges County Hospital Center via ambulance. I responded to UM Prince George's County Hospital Center and stood by for the victim to arrive. Upon Victim Willey's arrival at approximately 1120 hours, she was immediately brought into trauma center and received more medical care. At approximately 1142 hours I was advised by nursing staff Victim

| 35 Status | | | | | | | I.D. Number | 37 Date |
|---|---|---|---|---|---|---|---|---|
| ☒ Open ☐ Suspended ☐ Unfounded ☐ Closed | | 39 Recommend To Continue | | Det. Fennessey, Brian H. | | | #292 | 4/19/18 |
| 38 Supervisor Status | | ☐ Patrol ☐ Suspended ☐ Investigation | | 40 Reviewing Supervisor | | | I.D. Number | 41 Date |
| ☒ Agree ☐ Disagree | | | | | | | 119 | 4/19/18 |
| 42 Investigation Supervisor Status | 43 Investigation Supervisor | | | 52 No. | 44 Date | 45 Assigned Investigator | | 46 Date |
| ☐ Patrol ☒ Investigation | LT. Runeltr | | | | 4/19/18 | | | |
| 47 ☐ NCIC Entered ☐ NCIC Cleared | 48 Final Status | | | | | | 51 Page Of | |
| ☐ MILES Entered ☐ MILES Cleared | (Check One) | ☐ Open | ☐ Suspended | ☐ Closed | | | 1 of 4 | |
| SMCSO FORM 56A (R7/08) | 53 Related Report Numbers | | | 55 CIO Number | | | | |
| | | | | 18-0120 | | | | |

<span style="color:red">**Exhibit A - 16**</span>

| CID #   18- 0120 | CONTINUATION | 1. COMPLAINT CONTROL NO. |
|---|---|---|

2. VICTIM/ FIRM NAME    LAST. FIRST, MIDDLE
Willey, Jaelynn Rose

COMPLAINT CONTROL NO.
14686-18

3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT
Murder

4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   ___ YES      MULTIPLE CLEAR-UP   ___ YES   _X_ NO

Jaelynn Willey was considered unstable and in critical condition, with clear brain trauma and "blown out pupils". Jaelynn was transferred to the Intensive Care Unit a short time later and reclassified as stable yet critical condition.

I made contact with Victim Jaelynn Willey's parents, Melissa and Daniel Willey, at the family room in UM PG Hospital Center. At the time I made contact with Melissa and Daniel they were already aware Jaelynn had been shot in the head, they were further aware the suspect had been injured and taken to the hospital. Neither Melissa nor Daniel were aware of the suspect's name or description.

I asked Melissa and Daniel about Jaelynn's social life. Melissa advised Jaelynn is a member of the Great Mill's High School swim team, further advising most of Jaelynn's friends are members of the swim team. Melissa advised Jaelynn often spends time with███████████████, two other members of the swim team, who also drive Jaelynn to school regularly. Melissa confirmed Jaelynn was brought to school this morning by the ██████sisters.

I asked Melissa if Jaelynn was dating anyone, which she stated Jaelynn was recently asked to prom by a boy named████or███later identified as ██████████. Melissa advised prior to that she had gone out multiple times with a boy names Austin Rollins. Melissa advised every time she asked Jaelynn about Rollins, Jaelynn would advise they are just friends. Melissa advised on two occasions Jaelynn and Rollins went to target together.

Melissa advised she was concerned about the relationship between Jaelynn and Rollins. She advised she did not "get a good feeling" from Rollins. She further advised Rollins sent a letter to Jaelynn apologizing and begging her to take him back. Melissa advised she believes the letter is still in her residence.

Melissa advised she spoke to Jaelynn's swim coach, asking to keep an eye on Jaelynn with this boy. Melissa further advised she considered going to the school, however Jaelynn reported to Melissa that Rollins had stopped contacting her.

While at the hospital, Melissa asked about Jaelynn's cell phone and back pack. I confirmed the cell phone was in the custody of the Federal Bureau Of Investigations at the time. I contacted Daniel Willey at approximately 1850 hours and advised the backpack was in our property section.

On 3/20/18 at approximately 1900 hours Daniel Willey confirmed there had been no change in Victim Jaelynn Willey's condition.

| INVESTIGATOR Del. Fennessey, Brian P | ID NUMBER #292 | 37. DATE SUBMITTED 4/19/18 | 40. SUPERVISOR APPROVING Lt. Purnell | 90 | 54. DATE APPROVED 4 19 18 |
|---|---|---|---|---|---|

SMCSO – FORM 568 (7/06)

PAGE 2   OF 4

Exhibit A - 17

| CID #   18- 0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. |
|---|---|---|
| 2. VICTIM/FIRM NAME   LAST, FIRST, MIDDLE<br>Willey, Jaelynn Rose | | 14686-18 |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>Murder | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   MULTIPLE CLEAR-UP<br>___ YES        ___ YES    _X_ NO | |

On 3/21/18 at approximately 0900 hours Daniel Willey confirmed there had been no change in Victim Jaelynn Willey's condition.

On 3/21/18 at approximately 1230 hours I made contact with Melissa and Daniel Willey and provided them with an update. The update consisted of disclosing the suspect's name, advising the suspect is deceased, and the handgun used by the suspect was owned by a family member.

On 3/21/18 at approximately 2010 hours I made contact with Timothy Cormier, the victim's uncle, and brother of Melissa Willey. Per the family, they requested Timothy be contacted and used for future contact. I spoke briefly with Timothy who advised the doctors believe Victim Jaelynn Willey is brain dead. Timothy advised another test was scheduled for the next morning, 3/22/18. During the conversation Timothy asked about the possibility of washing Jaelynn's hair, which I advised the Sheriff's Office had no objection. Timothy further asked about the autopsy process and if it could be avoided. I advised Timothy on the general process and advised the final decision would be made by the Office of the Chief Medical Examiner. Timothy also expressed the Willey Family's negative opinion toward the use of the term "relationship" in press releases and news articles, believing Victim Jaelynn Willey did not reciprocate any romantic feelings toward the suspect in this investigation.

On 3/22/18 Det. Cpl. Hulse #218 and I responded to the Office of the Chief Medical Examiner (OCME) to view the autopsy for Suspect Austin Rollins. See Det. Cpl. Hulse's supplement for further.

On 3/22/18 Det. Cpl. Hulse #218 and I responded to University of Maryland Prince Georges County Hospital center and made contact with Melissa, Daniel, and Timothy. The family confirmed Victim Jaelynn Willey had no brain activity and the family planned to remove the life support systems in the coming days.

On 3/22/18 at approximately 1600 hours I received a telephone call from Timothy advising Victim Jaelynn Willey's organs were beginning to fail. And a press release from the family would be schedules for the evening of 3/22/18.

On 3/22/18 at approximately 2334 hours Victim Jaelynn Willey was pronounced deceased by Dr. Mustafa Al-Mashat. Forensic Investigator Tracy Cosby responded to UM Prince Georges Hospital Center and conducted her investigation. I received a telephone call from FI Cosby on 3/23/18 at 0120 during which time I provided FI Cosby with a brief overview of the incident.

On 3/26/18 at approximately 1630 hours I responded to the Willey residence at 21514 Rominger Court in Lexington Park. I provided the Willey family with another update of the investigation consisting of the time frame of the incident, to include the movements of Victim Jaelynn Willey, Suspect Austin Rollins, and DFC

| 35. INVESTIGATOR<br>Det. Fennesse, Brian P. | ID NUMBER<br>#292 | 37. DATE SUBMITTED<br>4/19/18 | 40. SUPERVISOR APPROVING<br>Lt. Russell | 9 0 | 54. DATE APPROVED<br>4 19 18 |
|---|---|---|---|---|---|
| SMCSO – FORM 568 (7/06) | | | | | PAGE<br>3 | OF<br>4 |

**Exhibit A - 18**

| CID #   18-0120 | CONTINUATION | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2  VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE<br>Willey, Jaelynn Rose | | 14686-18 | |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>Murder | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?     MULTIPLE CLEAR-UP<br> __ YES         __ YES   _X_ NO | | |

Gaskill #274. I also provided a copy of the Great Mills High School layout map containing the general timeline and movements, which was created by law enforcement.


On 3/27/18 at approximately 0900 hours Det. LeFave #264 and I, along with several school officials, responded to Great Mills High School and performed a walkthrough of the crime scenes with the Willey family, at the family's request.


This concludes my portion of this investigation.

Hours worked: 55

| 85  NAME INVESTIGATOR<br>Det. Fennessey, Brian P | ID NUMBER<br>#292 | 37  DATE SUBMITTED<br>4/19/18 | 40  SUPERVISOR APPROVING | | 54  DATE APPROVED<br>4/19/18 |
|---|---|---|---|---|---|
| SMCSO – FORM 56B (7/06) | | | | | PAGE<br>4 | OF<br>4 |

Exhibit A - 19

| SUPPLEMENT | 2. COMPLAINT CONTROL NO. | |
|---|---|---|
| | 14686 | 18 |

| 3. OFFENSE/INCIDENT | 10. VICTIM/FIRM NAME   LAST, FIRST, MIDDLE | 4. DATE ORIGINAL REPORT |
|---|---|---|
| Murder | Willey, Jaelynn | 03/20/18 |

**SUPPLEMENT STATUS: CON'T.** ☐  **FOLLOW-UP** ☒

| 27-A. SUSPECT ONE: ARRESTED YES ☐ NO ☐ | WEAPON/DESCRIPTION | 27-B. SUSPECT TWO: ARRESTED YES ☐ NO ☐ | WEAPON/DESCRIPTION |
|---|---|---|---|
| NAME (LAST, FIRST, MIDDLE)   See Original | ALIAS | NAME (LAST, FIRST, MIDDLE)   N/A | ALIAS |
| ADDRESS | PHONE | ADDRESS | PHONE |

| SEX | RACE | DOB OR AGE | HT | WT | BLD. | EYES | COMP. | HAIR & STYLE | SEX | RACE | DOB OR AGE | HT | WT | BLD. | EYES | COMP. | HAIR & STYLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

| CLOTHING CHARACTERISTICS | CLOTHING - CHARACTERISTICS |
|---|---|
| MISCELLANEOUS | MISCELLANEOUS |

| 18-A. Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☒ Interviewed |
|---|---|---|---|---|
| ████████████ | | ████████████ | Business Phone   None | ☐ Statement Taken |
| 18-B Witness Of Neighborhood Check   None | ████ California, MD 20619   Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
| Location/Address | | | Business Phone | ☐ Statement Taken |

**NARRATIVE:** DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION. CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC. ENTER ANY ADDITIONAL INFORMATION. DO NOT SUMMARIZE UNLESS NECESSARY.

On 03/20/18 I responded to Great Mills High School reference a shooting with people injured. I arrived at the school at approximately 0830 hours. Upon arrival I entered the building in a side door where two officers were standing. As I entered the building I observed a subject (later identified as Suspect Austin Rollins) lying on the floor with EMS workers tending to his medical care. I noticed a large amount of blood around the area of his head and upper torso. I immediately made contact with Sgt. Michael Boyer #207 who was already on the scene. Sgt. Boyer took me to the hallway where Victim Jaelynn Willey was being tended to by EMS workers. He advised the suspect had shot the victim initially, and then walked down the hall where he was confronted by DFC Blaine Gaskill #274. Sgt. Boyer and I began checking rooms for witnesses that could aid in our investigation. As witnesses were located they were identified and later paired up with detectives so they could be interviewed.

DFC Gaskill did his public safety walkthrough which I observed. Upon completion of the walkthrough I began coordinating witness interviews. As witnesses were located I put them in contact with detectives so they could be interviewed.

Lt. Russell Trow #90 advised the suspect's vehicle was located in the parking lot and needed to be searched. The suspect's parents gave consent for the vehicle to be searched. I assisted Detective Skyler LeFave #264 and William Ray #131 with the search of the vehicle. I did not locate anything of evidentiary value.

Once all of the witnesses had been interviewed and the crime scene had been processed I responded back to the Sheriff's Office.

I was contacted by the Duty Officer who advised DFC James Bare #307 was in contact with a possible witness from the shooting at Great Mills High School. I contacted DFC Bare and he advised he was in contact with a Great Mills High School student named ████████ DFC Bare advised ██████ had information reference our investigation. ████████ agreed to come to the Sheriff's Office so he could be interviewed. Dep. Tyler Payne #320 transported ████ to the Sheriff's Office.

Once at the Sheriff's Office I assisted Det. Melissa Hulse #218 with her interview of ████ The interview

| 35. Status   ☐ Open ☐ Suspended ☐ Unfounded ☒ Closed | 36. Investigator   Det. Sgt. Thomas Hedderich #119 | | I.D. Number   #119 | 37. Date   5/3/18 |
|---|---|---|---|---|
| 38. Supervisor Status   ☒ Agree ☐ Disagree | 39. Recommended To Continue   ☐ Patrol ☐ Suspended ☐ Investigation | 40. Reviewing Supervisor | I.D. Number   207 | 41. Date   5/4/18 |
| 42. Investigation Supervisor Status   ☐ Patrol ☒ Investigative | 43. Investigation Supervisor   Lt. Russell Trow | I.D. No.   90 | 44. Date   5/7/18 | 46. Assigned Investigator | 48. Date |
| 47.   ☐ NCIC Entered   ☐ NCIC Cleared   ☐ MILES Entered   ☐ MILES Cleared | 48. Final Status   (Check One)   ☐ Open   ☐ Suspended   ☐ Closed | | 55. CID Number   18-0120 | 51. Page Of   1 of 2 |
| SMESO FORM 56A (R7/06) | 53. Related Report Numbers | | | |

Exhibit A - 20

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| | | 14686 | 18 |

| 2 VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE | | | |
|---|---|---|---|
| Willey, Jaelynn | | | |

| 3 INCIDENT, OFFENSE OR CHARGE ON OR GINAL REPORT | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   MULTIPLE CLEAR-UP |
|---|---|
| Murder | ___ YES    ___ YES   _X_ NO |

was conducted in the CID conference room. ⬛⬛⬛ agreed to have the interview recorded with an audio digital recorder. ⬛⬛⬛ was able to provide some information regarding the suspect and some statements he made prior to the shooting. He also advised he had been in the area when Victim Willey was shot (See transcript and Det. Hulse's supplement for details).

On 03/21/18 I had received an email regarding a possible witness named ⬛⬛⬛ who wished to be contacted reference this investigation. I called ⬛⬛⬛ to set up an interview and she proceeded to speak to me about the information she wanted to provide. She stated she was familiar with Suspect Austin Rollins and that she had communicated with him in the past on Instagram and Snapchat. She stated he would flirt with her even though she did not want him to flirt with her. She stated he became angry when she blocked him on Snapchat, so he made comments to her on Instagram. He made comments to her that he was going to come to her house, and that he would have his friends assault her. The suspect never confronted her or assaulted her, and they stopped communicating with each other. Witness ⬛⬛⬛ advised the last time she spoke to the suspect was in June of 2017. The witness could not provide any information regarding the current investigation or any of the suspect's recent behavior. No further information was obtained.

During the course of this investigation information was obtained that Suspect Rollins had been upset with a student named ⬛⬛⬛ I was instructed by Lt. Trow to interview a Sheriff's Office civilian employee named Jeff McLane. Lt. Trow advised McLane had met with ⬛⬛ at an Applebee's restaurant because a friend had asked McLane to talk to ⬛⬛ because he was upset after Victim Willey had been murdered.

On 03/22/18 I met with Jeff McLane reference his interactions with ⬛⬛. McLane stated he had been contacted by a family friend reference ⬛⬛ The family friend, knowing McLane was a retired police officer, asked if he would talk to ⬛⬛ They advised ⬛⬛ was very upset as a result of the shooting death of Willey. McLane stated he met with ⬛⬛ at and Applebee's restaurant. He advised ⬛⬛ did not provide any pertinent information regarding this investigation. ⬛⬛ expressed being upset about the whole incident. He advised he felt some guilt because he asked the victim to prom and he thought that may have been the reason the shooting occurred. McLane could not provide any further information.

No further action was taken on my behalf. A copy of this supplement was provided to Det. Hulse.

Investigative Hours: 16

| 36 INITIAL INVESTIGATOR   Det. Sgt. Thomas Goddrich #119 | ID NUMBER #119 | 37 DATE SUBMITTED 5/3/18 | 40. SUPERVISOR APPROVING SGT | 54 DATE APPROVED 5/4/18 |
|---|---|---|---|---|
| SMCSO - FORM 58B (7/06) | | | | PAGE 2   OF 2 |

Exhibit A - 21

| | | 2. COMPLAINT CONTROL NO. |
|---|---|---|
| | **SUPPLEMENT** | 14686-18 |

| 3 OFFENSE/INCIDENT | 1B. VICTIM/FIRM NAME      LAST FIRST MIDDLE | 4 DATE ORIGINAL REPORT |
|---|---|---|
| Homocide | Willey, Jaelynn | 03/20/2018 |

**SUPPLEMENT STATUS: CON'T.** ☐ **FOLLOW-UP** ☐

| | WEAPON/DESCRIPTION | | | WEAPON/DESCRIPTION |
|---|---|---|---|---|
| **27-A. SUSPECT ONE:** ARRESTED YES ☐  NO ☐ | | **27-B. SUSPECT TWO:** ARRESTED YES ☐  NO ☐ | | |
| NAME (LAST FIRST MIDDLE)              ALIAS | | NAME (LAST FIRST, MIDDLE)              ALIAS | | |
| Rollins, Austin | | | | |
| ADDRESS                        PHONE | | ADDRESS                              PHONE | | |
| See original | | | | |

| SEX | RACE | DOB OR AGE | HT | WT | BLD. | EYES | COMP. | HAIR & STYLE | SEX | RACE | DOB OR AGE | HT | WT | BLD. | EYES | COMP. | HAIR & STYLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

| CLOTHING CHARACTERISTICS | CLOTHING - CHARACTERISTICS |
|---|---|
| | |

| MISCELLANEOUS | MISCELLANEOUS |
|---|---|
| | |

| 18-A Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
|---|---|---|---|---|
| Location/Address | | | Business Phone | ☐ Statement Taken |
| 18-B Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
| Location/Address | | | Business Phone | ☐ Statement Taken |

**NARRATIVE:**  DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION  CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC  ENTER ANY ADDITIONAL INFORMATION. DO NOT SUMMARIZE UNLESS NECESSARY.

On March 20, 2018 at approximately 0815 hours I was notified that there was an active shooter incident at Great Mills High school located in Great Mills, St. Mary's County, Maryland. I notified the other sworn members at the Southern Maryland Information Center (SMIC) and responded to the incident command post located at the FOP lodge on Chancellors Run Rd. Capt. S. Hall #83 had SMIC members respond to Leonardtown High School where students were being transported to be reunited with family members. Upon my arrival I stationed myself inside near the entrance where I could assist in keeping order and to give instructions to the parents who were arriving. A short time later I was approached by a man advising that he could not locate his son, he had not received any type of notification, and that his son's phone showed it was at a hospital. I asked his son's name and he replied "Austin Rollins". I asked him to wait and contacted Cpl. Deloizer to confirm that Rollins was the suspected shooter. She confirmed that he was. Cpl. Deloizer and I then asked Mr. and Mrs. Rollins to come into an office where we could speak with them. Once in the office Cpl. Deloizer advised the Rollins' that their son was at the hospital in critical condition, and would they be willing to wait for a detective to speak with them.  They agreed to wait. Upon Cpl. Deloizer leaving the room, Mrs. Rollins looked at her husband and asked " Do you think he was the shooter?" to which he responded "no". A short time later Det. Ruest #204 responded and advised me that Rollins was deceased and would I sit in on the interview with him, which I did (See Detective Ruest's report). The Rollins' gave written consent to allow their son's phone to be downloaded, and to also search their residence and their son's vehicle. Both parents were cooperative. After the interview I then went to the auditorium where parents were still waiting to be reunited with their children. As soon as that was completed I attended the on scene debrief before securing from the scene.


Investigative hours: 8

| 35 Status | 36 Investigator | I.D. Number | 37 Date |
|---|---|---|---|
| ☐Open ☐Suspended ☐Unfounded ☐Closed | Deputy Matthew McDonough | #329 | 4/13/18 |
| 38 Supervisor Status | 39 Recommended To Continue | 40 Reviewing Supervisor | 41 Date |
| ☐Agree ☐Disagree | ☐Patrol ☐Suspended ☑Investigation | | 4/13/1 |
| 42 Investigation Supervisor Status | 43 Investigation Supervisor | 44 Date | 45 Assigned Investigator | 46 Date |
| ☐Patrol ☑Investigative | | 4/13/18 | | |
| 47 ☐NCIC Entered  ☐NCIC Cleared | 48 Final Status (Check One) | | | 51 Page Of |
| ☐MILES Entered  ☐MILES Cleared | ☐Open     ☐Suspended     ☐Closed | | | 1 of 1 |
| SMCBO FORM 56A (R7/06) | 53 Related Report Numbers | 53. CID Number  18-0120 | | |

**Exhibit A - 22**

4/13

**SUPPLEMENT**

| | 2. COMPLAINT CONTROL NO. |
|---|---|
| | 14686 18 |

| 9 OFFENSE/INCIDENT | 10. VICTIM/FIRM NAME | LAST, FIRST MIDDLE | 4. DATE-ORIGINAL REPORT |
|---|---|---|---|
| Murder | Willey, Jaelynn | | 3/20/18 |

SUPPLEMENT STATUS: CON'T. ☐   FOLLOW-UP ☒

| 27-A. SUSPECT ONE: ARRESTED YES ☐ NO ☒ | WEAPON-DESCRIPTION Handgun | | 27-B. SUSPECT TWO: ARRESTED YES ☐ NO ☐ | | WEAPON-DESCRIPTION |
|---|---|---|---|---|---|
| NAME (LAST, FIRST, MIDDLE) Rollins, Austin, Wyatt | ALIAS N/A | | NAME (LAST FIRST MIDDLE) | | ALIAS |
| | | PHONE | ADDRESS | | PHONE |

| SEX M | RACE W | DOB OR AGE | HT 5'11" | WT 130 | BLD Med | EYES Brn | COMP Lgt | HAIR & STYLE Brn | SEX | RACE | DOB OR AGE | HT | WT | BLD | EYES | COMP | HAIR & STYLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLOTHING - CHARACTERISTICS | | | | | | | | | CLOTHING - CHARACTER ST CS | | | | | | | | |
| MISCELLANEOUS | | | | | | | | | MISCELLANEOUS | | | | | | | | |

| 18-A Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
|---|---|---|---|---|
| Location/Address | | | Business Phone | ☐ Statement Taken |
| 18-B Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
| Location/Address | | | Business Phone | ☐ Statement Taken |

**NARRATIVE:** DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION. CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC. ENTER ANY ADDITIONAL INFORMATION. DO NOT SUMMARIZE UNLESS NECESSARY.

(V) Willey, Jaelynn, Rose W/F, DOB: ▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓▓ Lexington Park MD 20653

(V) Barnes, Desmond, Micah, B/M, ▓▓▓▓▓▓
▓▓▓▓▓▓▓▓▓▓▓ Great Mills MD 20634

On March 20, 2018 I responded to Great Mills High School to assist with a shooting which took place earlier in the morning. When I arrived at the school I met with Sgt. Hedderich and Sgt. Boyer who walked me through the multiple scenes and gave an update on the medical conditions of the victims and the suspect. Detectives from the Charles County Sheriff's Office arrived to assist and it was determined two of the detectives would stay and assist with interviews of witnesses still at the school and the rest of the detectives would go to the reunification site at the Dr. James A. Forrest Career and Technology Center to assist with interviews of students and teachers.

I contacted Lt. Jones with the Maryland State Police Firearms Section to trace the firearm used by suspect Rollins. I later received an ATF Firearms Trace Summary and the gun belongs to suspect Rollins' father Frankie Rollins, see attached document. A trace was conducted through the state of Maryland and neither Frankie Rollins nor Angela Rollins, the suspect's parents, have purchased firearms while living in Maryland. A trace through the Department of Natural Resources shows suspect Rollins has had a hunting license since 2014. All documents are attached to this report.

| 35 Status ☒ Open ☐ Suspended ☐ Unfounded ☐ Closed | 36 Investigator Lt. Russell Trow | I.D. Number 90 | 37. Date 4/11/18 |
|---|---|---|---|
| 38 Supervisor Status ☒ Agree ☐ Disagree | 39 Recommended To Continue ☐ Patrol ☐ Suspend ☐ Investigation | | 41 Date 4/11/18 |
| 42 Investigation Supervisor Status ☐ Patrol ☐ Investigative | 43 Investigation Supervisor | | 45. Assigned Investigator | 46 Date |
| 47 ☐ NCIC Entered ☐ NCIC Cleared ☐ MILES Entered ☐ MILES Cleared | 48 Final Status (Check One) ☐ Open ☐ Suspended ☐ Closed | | 1 of 2 | Page Of |
| SMCSO FORM 56A (R7/05) | 53 Related Report Numbers | 55 BCI Number 18-0120 | |

# CONTINUATION

| | 2. COMPLAINT CONTROL NO. |
|---|---|
| | 14686 18 |

| 13 VICTIM. COMPLAINANT. MISSING PERSON OR ARRESTEE (LAST  FIRST  MIDDLE) | |
|---|---|
| Willey, Jaelynn, Rose | |

| 3 INCIDENT  OFFENSE OR CHARGE ON ORIGINAL REPORT | 3A CORRECT INCIDENT OR OFFENSE CLASS CHANGED? ☐ YES ☐ NO | MULTIPLE CLEAR-UP ☐ YES ☐ NO |
|---|---|---|
| Murder | | |

## NARRATIVE

ITEM NO

The suspect's father, Frankie Rollins, gave consent to search both suspect Rollins' vehicle and his cellular telephone. I located the keys to suspect Rollins' vehicle in a plastic evidence bag containing his belongings in the hallway. His vehicle, a 2014 Ford Fusion, was parked in the student parking lot. The vehicle was searched for evidence with negative results. The vehicle was towed to the Sheriff's Office Vehicle Compound and the keys were placed in property held.

Suspect Rollins' cellular telephone was located in a pocket of the shorts he was wearing and down loaded by Sgt. Merritt.

On March 21, 2018 I served a subpoena for evidence from the State's Attorney for St. Mary's County to Michael Wyant, the Director of Safety and Security for St. Mary's Public Schools. The subpoena was for all video surveillance at Great Mills High School on March 20, 2018 between the hours of 7:40 A.M. and 8:30 A.M. The video was supplied to me on a thumb drive and was placed in Property Held. A copy of the subpoena is attached to this report.

On March 22, 2018 I served a second subpoena for evidence from the State's Attorney for St. Mary's County to Michael Wyant, the Director of Safety and Security for St. Mary's Public Schools. This subpoena was for all internal and external video surveillance at Great Mills High School between the hours of 7:00 A.M. and 6:00 P.M. and all video surveillance from school buses that transported Great Mills High School students on March 20, 2018. The video supplied to Det. LeFave on an external hard drive and placed in Property Held. That subpoena is also attached to this report.

| 35 INITIAL INVESTIGATOR | ID NO | 37 DATE SUBMITTED | 40 SUPERVISOR APPROVED | ID NO | 54 DATE APPROVED |
|---|---|---|---|---|---|
| 15 hrs. Lt. Russell Trow | 90 | 4/11/18 | Sgt. | 119 | 4/11/18 |

| | 51 PAGE OF | 55 SCI NUMBER |
|---|---|---|
| | 2 of 2 | 18-0120 |

SMCSO FORM 565 (47/08)

**Exhibit A - 24**



**Charles County Sheriff**

PO Box 189
La Plata, MD 20646



## *Offense/Incident Report*

### Incident

| Date/Time Reported | Incident Start Date/Time | Incident End Date/Time | Incident Number | |
|---|---|---|---|---|
| 03/20/2018 08:46 | 03/20/2018 07:55 | 03/20/2018 08:00 | 1802671 | |
| Location | | | County | Coverage Area |
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | | | Charles | 01A3 |

### Offense List

ASSIST OTHER LAW ENFORCEMENT AGENCY

### Incident Summary

Suspect/Deceased Austin Rollins shot two people and then himself inside of Great Mills High School. Several officers and resources from the Charles County Sheriff's Office responded and assisted the St. Mary's County Sheriff's Office with the investigation.

### Suspect

| Name: | ROLLINS, AUSTIN WYATT | | | | | | Role: Suspect | | Phone: | |
|---|---|---|---|---|---|---|---|---|---|---|
| Address | SM COUNTY, ▓▓▓▓ MD 20655 | | | | | | | | | |
| Employer Name: Great Mills High School | | Employer Address: 21130 Great Mills Rd, Great Mills | | | | | | | Work Phone: | |
| | | Date of Birth: ▓▓▓ | Inc Age: 17 | Sup Age: N/A | Height: | Weight: | Race: W | Sex: M | Resident: | |
| File No. | FBI No: | SID No: | | Hair: | | Eyes: | Cmplx: | Build: | | |

#### Person Narrative

On March 20, 2018 suspect/deceased Austin Rollins shot two people and then himself while inside Great Mills High School. Rollins was transported to the Charles Regional Medical Center in LaPlata, MD for treatment by EMS and later pronounced dead.

A death report was initiated by Det. Buchanan #353 (IR#18-02667) and Rollins was transported to the medical examiner's office for an autopsy (OCME Case #18-03683).

### Officer Narrative

On March 20, 2018 at about 0755hrs, suspect/deceased Austin Rollins shot two people inside of Great Mills High School, 21130 Great Mills Rd, Great Mills, MD and then shot himself.

Several officers and resources responded and assisted the St. Mary's County Sheriff's Office with the investigation. Several supplements will be completed detailing interviews and actions taken.

Disposition: Case closed.

| Computer | ☐ Cleared | By | | Date / Time | |
|---|---|---|---|---|---|
| | ☐ Entered | By | | Date / Time | NIC # |

| Case Status | | | Approval Status | | |
|---|---|---|---|---|---|
| Closed | | | Reviewed | | |
| Investigating Officer | | Date | Supervisor | | Date |
| *J. P. Elliott* | | | *K. Moody* | | |
| CR ELLIOTT, J (351) | / | 03/20/18 | MS MOODY, K (262) | | 03/24/18 |

1 of 1

**Exhibit A - 25**



# CHARLES COUNTY SHERIFF
# REPORT OF DEATH



IR # 18-02667

Related IR #: OCME 18-03683

## DECEASED

Name: Rollins (Last)  Austin (First)  Wyatt (Middle)  DOB: [redacted]  Age: 17

Address: [redacted] (Street)  Lexington Park (City)  St. Mary's (County)  Maryland (State)  20653 (Zip Code)

Description: Race: W  Sex: M  Height: 5-10  Weight: 125  Hair: Bro  Eyes: Bro

POB: [redacted]  SS #: Unk

Marks / Scars / Tattoos: None

Occupation and Employer: Student   Great Mills High School

• •Married   ✓•Single   • •Separated   • •Divorced   • •Widowed

Location of Occurrence: 21130 Great Mills Road  Great Mills, Maryland 20634

Date / Time Report Received: 3/20/18 @ 0755 hours     Date / Time Last Seen Alive: 3/20/18 @ 1040 hours

Pronounced By: Dr Oteri     Date / Time: 3/20/18 @ 1041 hours

Suspected Cause: Gun shot wound to head

Manner:   • •Natural   • •Accidental   ✓•Suicide   • •Homicide   • •Undetermined   • •Pending

## NEXT OF KIN

Name: Rollins (Last)  Frankie (First)  Earl (Middle)  Relationship: Father

DOB: [redacted]  Address: [redacted]

City: Lexington Park  State: Maryland  Zip: 20653

Telephone: (H): [redacted]  (W): [redacted]

Notification Date / Time: 03/20/18 1130 hours  By: Det. S. Ruest (St. Mary's County Sheriff's Office)

Method of Notification: ✓•On Scene   • •Telephone  ✓•In Person   • •Other (Explain):

Investigating Officer: [signature] (Buchanan)  ID #: 353  Date: 3/22/18  Shift/Squad: CID

Supervisor: DFSG K. Mody  ID #: 262  Date: 03-22-18

Status: ✓•Open ✓Closed     ✓•Follow Up by I/O   • •Follow Up by I/D   • •Unfounded   • •Inactive   • •Arrest   • •Other: _____

CCSO Form # 35 (03/02)                    1

<span style="color:red">**Exhibit A - 26**</span>

18026667

## SCENE OBSERVATIONS

**Deceased:** ✓•Inside   • •Outside   • •in Vehicle   **Interior Temperature:** N/A   **Exterior Temperature:** 39
• •Estimated   • •Thermometer   • •Estimated   ✓•Thermometer

**Weather:** • •Clear   ✓•Cloudy   • •Overcast   • •Snow   ✓•Rain

**Type of Structure:**   • •Townhouse   • •Trailer   ✓•Commercial Building   • •Single Family   • •Apartment   • •Vehicle
# of Floors: _____   # of Rooms: _____   ✓•Other: Great Mills High School

**Entrance Gained (Who / How):** N/A

**Type of Lock:**   • •Doorknob   **Condition:** • •Locked   • •Unlocked   • •Broken
• •Deadbolt   **Condition:** • •Locked   • •Unlocked   • •Broken
• •Chain   **Condition:** • •Locked   • •Unlocked   • •Broken
✓•Other / Additional:

**Windows:** • •Locked   • •Open   ✓•Closed   • •Broken   **Condition of House / Vehicle:** • •Neat   • •Untidy   • •Disarray

**Odors:** • •No   • •Yes (Explain): N/A

**Evidence of Food Preparation:** • •No   • •Yes (Explain): N/A

**Dated Material:** • •Mail   • •Newspaper   • •TV Guide   • •Other: N/A
Dates:

**Weapons:** • •No   ✓•Yes (Explain): Glock 9mm Handgun

**Evidence of Illegal Drug Use:** ✓•No   • •Yes (Explain): Unknown

**Alcoholic Beverages:** ✓•No   • •Yes (Explain): Unknown

**Lights:** • •Off   ✓•On   **HVAC:** • •Heat   • •AC   • •On   • •Off   Setting: _____   Type: • •Oil   • •Gas   • •Electric   • •Propane
• •Ceiling Fans   • •On   • •Off   • •Woodstove   • •K1 Heater   • •Fireplace

**Vehicle:** ✓•N/A   Make: _____   Model: _____   Year: _____   Registration: _____   State: ____   Exp.: _____
Odometer: _____   Location found: _____

**Additional Scene Observations:** The initial scene of the incident is located in Great Mills High School. See St. Mary's County
Sheriff's Office Incident Report 14686-18 for additional scene details.

**Property Held #'s:** 8-_____   8-_____   8-_____   8-_____   8-_____

## PHYSICIAN

**Name:** Unknown   **Phone #:** Unknown

**Address:** Unknown   **City:** _____   **State:** _____   **Zip:** _____

**Date Last Seen:** Unknown   **Will Sign Death Certificate:** • •Yes   ✓•No

**Known Medical Conditions:** None

**Physician who will sign Death Certificate if different from above:**
**Name:** O.C.M.E   **Phone #:** (410) 333-3271
**Address:** 900 W. Baltimore St.   **City:** Baltimore   **State:** MD   **Zip:** 21201

CCSO Form # 35 (03/02)   2

Exhibit A - 27

18026667

## BODY OBSERVATIONS

**Location of Body:** Charles Regional Medical Center Emergency Department

**Position of Body:** ✓ On Back • Face Down • Right Side • Left Side • Seated
• Other: _____

**Clothing:** • Fully Clothed   • Shirt   • Pants   • Underwear   • Socks   • Shoes   • Jacket   • Hat
• Partially Clothed   • Shirt   • Pants   • Underwear   • Socks   • Shoes   • Jacket   • Hat
✓ Nude   • Glasses   • Contacts   • Dentures   • Jewelry

**Clothing Description:** Clothing was removed by EMS prior to the arrival at the hospital. All items were collected by Det. Ellis #245 of the St. Mary's County Sheriff's Office.

**Blood / Body Fluids:** • No ✓ Yes (Explain): Blood from gunshot wound to head.

**Trauma:** • No ✓ Yes (Explain): Gunshot wound to head.

**Rigor Condition:** ✓ None • Mild • Moderate • Full    • Jaw • Head • Fingers • Elbows • Wrists • Knees
**Lividity:** • None • Front ✓ Back • Side           Consistent w / body position ✓ Yes • No
**Sexual Paraphernalia:** ✓ No • Yes (Explain): _____

**Animals Present:** ✓ No • Yes   Condition: _____

**Medications:** ✓ No • Yes   Location Found: _____
        (If Seized, Property Held # 8-_____)   (LIST ALL MEDS ON RED NARCOTICS PROPERTY SHEET AND ATTACH COPY)

**Additional Observations:** In addition to a the gunshot wound the deceased had a large laceration to his right hand near the thumb and a small cut above his left eye.

## WITNESSES / EMS / FIRE / OTHER AGENCIES

**# 1. Name:** Hall         Jacob _____ ✓ M • F  **DOB:** N/A
  Last        First         Middle
**Address:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓   **City:** Leonardtown   **State:** MD   **Zip:** 20650
**Phone: (H):** N/A _____ **(W):** ▓▓▓▓▓▓▓
**Statement:** Hall was the paramedic who transported the deceased tot he hospital. Hall was interviewed by Det. Ellis #245 of the St. Mary's County Sheriff's Office. See there incident report for additional details.

**# 2. Name:** _____ _____ _____ • M • F  **DOB:** _____
  Last        First         Middle
**Address:** _____ **City:** _____ **State:** _____ **Zip:** _____
**Phone: (H):** _____ **(W):** _____
**Statement:** _____

**# 3. Name:** _____ _____ _____ • M • F  **DOB:** _____
  Last        First         Middle
**Address:** _____ **City:** _____ **State:** _____ **Zip:** _____
**Phone: (H):** _____ **(W):** _____
**Statement:** _____

CCSO Form # 35 (03/02)                    3

**Exhibit A - 28**

1802667

## ADDITIONAL

Transported To: _O.C.M.E_____ (Hospital, Funeral Home, Medical Examiner)   Pictures Taken: ✓ •Yes   • •No
                                                                                      •✓Scene •✓Body
By: _Johnson's Body Service_____ (EMS Unit, Funeral Home, Body Service)   Date / Time: _03/20/18  1315_

CID Notification: _Det. Buchanan_____   ID #: _353____   Date / Time: _3/20/18  0920_

Forensic Examiner Notified: • •No  ✓ •Yes Date / Time: _3/20/18  1045_  Arrived on Scene Date /Time: _3/20/18  1146_

Name: _Forensic Investigator Rocky Woodburn_____

Medical Examiner Notified: • •No  ✓ •Yes Date / Time: _3/20/18  1230_  Arrived on Scene Date /Time: _N/A_____

Name: _N/A_____

## NARRATIVE / SUMMARY

An initial investigation revealed the deceased entered Great Mills High School in Great Mills, Maryland and

produced a handgun.  The deceased shot two students before being confronted by a deputy from the St. Mary's

County Sheriff's Office.  Upon being ~~being~~ challenged by the deputy the decedent placed the gun to his own head.

Both the deputy and decedent discharged there weapons.  The decedent was transported from Great Mills High

School to Charles Regional Medical Center with a gunshot wound to his head.  The victim was pronounced dead at

1041 hours by Dr. Oteri.  See incident report for additional information.

• •Continued

CCSO Form # 35 (03/02)                              4



**OFFICE OF THE SHERIFF**

**ST. MARY'S COUNTY, MARYLAND**

**CRIME LAB REPORT**

| CL #: | 067-18 |
|---|---|
| CCN #: | 14686-18 |

| COMPLAINTANT/VICTIM: | Willey, Jaelyn and Barnes, Desmond | TYPE CASE: | Death Investigation |
|---|---|---|---|

On March 20, 2018, at approximately 0900 hours, myself and CLT S. Buchanan, #1003, responded to Great Mills High School, located at 21130 Great Mills Road, Lexington Park, MD, at the request of the CID Commander, Captain E. Willenborg, #58, to assist Patrol and CID in the investigation of a shooting.

After a quick walkthrough of the interior of the school and the areas (in Halls D and E) with fellow Crime Lab Techs, I was directed to a Sheriff's Office vehicle parked at the front of the school by Capt. E. Willenborg, #58, to recover the following:

    1.    274.1 Springfield Operator .45 caliber handgun, serial number ▓▓▓▓ w/Streamlight TLR-1, recovered from the trunk of the SMCSO vehicle assigned to Sgt. S. Mosses, #166.

    2.    274.2 Magazine containing nine .45 calbiber rounds, recovered from 274.1.

    3.    274.3 One Winchester .45 caliber round, recovered from 274.1.

I then returned inside the building and was directed to Hallway E, Classroom 01. This is the room in which victim, Desmond Barnes, was discovered and treated by Emergency Personnel. Mr. Barnes had been transported to the hospital prior to my arrival. The classroom was photographed, and the following items were recovered:

    4.    Item A:    Swab of blood, recovered from the floor.

    5.    Item B:    Swab of blood, recovered from the floor.

    6.    Item C:    Multi-colored "blanket", recovered from the floor.

    7.    Item D:    Black/Red backpack containing various books and papers, deodorant, spoon, pencils, and a bag containing various food items.

Next, I was directed to the Office of the School Resource Officer, Dep. B. Gaskill, #274. Deputy Gaskill's office was photographed and the following item was recovered:

    8.    274.4 Body camera, recovered from handle of file cabinet.

31 photos were taken at the high school and submitted to Photo Evidence.

| Evidence Technician | ID # | Date | Supervisor | ID# | Date |
|---|---|---|---|---|---|
| *Cathy Shoemaker* | 1009 | 03/26/18 | *Lt. Rotz* | 90 | 5/26/18 |

Page 1 of 2

**Exhibit A - 30**



**OFFICE OF THE SHERIFF**

**ST. MARY'S COUNTY, MARYLAND**

**CRIME LAB REPORT**

| | |
|---|---|
| CL #: | 067-18 |
| CCN #: | 14686-18 |

| | | | |
|---|---|---|---|
| COMPLAINTANT/VICTIM: | Willey, Jaelyn and Barnes, Desmond | TYPE CASE: | Death Investigation |

On March 20, 2018, at approximately 1115 hours, myself and CLT S. Buchanan, #1003, responded to ⬛⬛⬛⬛⬛⬛⬛Lexington Park, MD, to assist Det. M. Hulse, #218, in a search of the home of the suspect, Austin Rollins. The suspect's bedroom was located in the basement of the three story residence.

The following items were recovered from suspect's room:

1.  Handwritten note, recovered from computer desk.

2.  Empty Glock gun box, recovered from a Browning safe in the laundry room.

3.  Ammunition from the Browning safe:

    3a.   21 Winchester 9mm rounds.
    3b.   100 Federal 9mm rounds.

4.  Recovered from Browning safe:

    4a.   100 Remington 9mm rounds (2 boxes of 50 each).
    4b.   Receipt from Dick's Sporting Goods bag.
    4c.   Dick's Sporting Goods bag.

5.  Maryland Learner's Permit, recovered from top of dresser.

6.  Recovered from floor near desk:

    6a.   Target receipt dated 02/13/18, recovered from 6b.
    6b.   Target bag.

The following item was recovered from the upstairs bedroom belonging to the parents:

7.  9mm round recovered from dresser of master bedroom.

127 photos were taken at the residence and submitted to Photo Evidence.

Property from both scenes was submitted to Property Held.

| Evidence Technician | ID # | Date | Supervisor | ID# | Date |
|---|---|---|---|---|---|
| *Cathy Shoemaker* | 1009 | 03/26/18 | *Lt Rett* | 90 | 3/26/18 |

Page 2 of 2

Exhibit A - 31

4/13

**SUPPLEMENT**

| 2. COMPLAINT CONTROL NO. |
|---|
| 14686 18 |

| 3 OFFENSE/INCIDENT | 19 VICTIM/FIRM NAME    LAST, FIRST  MIDDLE | 4 DATE ORIGINAL REPORT |
|---|---|---|
| Murder | Willey, Jaelynn Rose | 3/20/18 |

**SUPPLEMENT STATUS: CON'T.** ☐   **FOLLOW-UP** ☒

| 27-A. SUSPECT ONE: ARRESTED YES ☐ NO ☒ | WEAPON-DESCRIPTION Handgun | 27-B. SUSPECT TWO: ARRESTED YES ☐ NO ☐ | WEAPON-DESCRIPTION |
|---|---|---|---|

| NAME (LAST, FIRST MIDDLE) Rollins, Austin Wyatt | ALIAS | NAME (LAST FIRST MIDDLE) N/A | ALIAS |
|---|---|---|---|

| ADDRESS                    MD 20653 Unknown | PHONE | ADDRESS | PHONE |
|---|---|---|---|

| SEX M | RACE W | DOB OR AGE | HT 5-10 | WT 105 | BLD Thin | EYES Unknown | COMP Fair | HAIR & STYLE Brown | SEX | RACE | DOB OR AGE | HT | WT | BLD | EYES | COMP | HAIR & STYLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| CLOTHING - CHARACTERISTICS | CLOTHING - CHARACTERISTICS |
|---|---|

| MISCELLANEOUS | MISCELLANEOUS |
|---|---|

| 18-A Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
|---|---|---|---|---|
| Location/Address | | | Business Phone | ☐ Statement Taken |

| 18-B Witness Or Neighborhood Check | Last First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
|---|---|---|---|---|
| Location/Address | | | Business Phone | ☐ Statement Taken |

**NARRATIVE:** DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION, CLARIFY DATA, SCREENING FACTORS  PROBABLE CAUSE, ETC  ENTER ANY ADDITIONAL INFORMATION. DO NOT SUMMARIZE UNLESS NECESSARY

On 3/27/18, I received the attached documents via e-mail from Detective John Elliott #351 of the

Charles County Sheriff's Office.

Case remains open.

A total of .5 hours was spent on this portion of the investigation.

| 35 Status ☒ Open ☐ Suspended ☐ Unfounded ☐ Closed | 36 Investigator Detective Corporal Melissa L. Hulse | I.D. Number 218 | 37 Date 3/27/18 |
|---|---|---|---|
| 38 Supervisor Status ☒ Agree ☐ Disagree | 39 Recommended To Continue ☐ Patrol ☐ Suspend ☐ Investigation | 40 Reviewing Supervisor | I.D. No. 179 | Date 4/5/18 |
| 42 Investigation Supervisor Status ☐ Patrol ☒ Investigative | 43 Investigation Supervisor | I.D. No. 20 | 44 Date 4/12/18 | 45. Assigned Investigator | 46. Date |
| 47 ☐ NCIC Entered ☐ NCIC Cleared ☐ MILES Entered ☐ MILES Cleared | 48 Final Status (Check One) ☐ Open ☐ Suspended ☐ Closed | | 51 Page Of 1-1 |
| SMCSO FORM 55A (R7/05) | 53 Related Report Numbers | 55 BCI Number 18-0120 |



**Charles County Sheriff**

**PO Box 189**
**La Plata, MD 20646**

## *Offense/Incident Report*



### Incident

| Date/Time Reported | Incident Start Date/Time | Incident End Date/Time | Incident Number |
|---|---|---|---|
| 03/20/2018 08:46 | 03/20/2018 07:55 | 03/20/2018 08:00 | 1802671 |

| Location | County | Coverage Area |
|---|---|---|
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | Charles | 01A3 |

### Offense List

ASSIST OTHER LAW ENFORCEMENT AGENCY

### Incident Summary

Suspect/Deceased Austin Rollins shot two people and then himself inside of Great Mills High School. Several officers and resources from the Charles County Sheriff's Office responded and assisted the St. Mary's County Sheriff's Office with the investigation.

### Suspect

| Name: ROLLINS, AUSTIN WYATT | | | | | Role: Suspect | | Phone: | |
|---|---|---|---|---|---|---|---|---|
| Address SM COUNTY, ⬛⬛⬛ 0653 | | | | | | | | |
| Employer Name: Great Mills High School | | Employer Address: 21130 Great Mills Rd, Great Mills | | | | | Work Phone: | |
| | | Date of Birth: ⬛⬛ | Inc Age: 17 | Sup Age: N/A | Height: | Weight: | Race: W | Sex: M | Resident: |
| File No: | FBI No: | SID No: | | | Hair: | Eyes: | Cmplx: | Build: |

Person Narrative:
On March 20, 2018 suspect/deceased Austin Rollins shot two people and then himself while inside Great Mills High School. Rollins was transported to the Charles Regional Medical Center in LaPlata, MD for treatment by EMS and later pronounced dead.
A death report was initiated by Det. Buchanan #353 (IR#18-02667) and Rollins was transported to the medical examiner's office for an autopsy (OCME Case #18-03683).

### Officer Narrative

On March 20, 2018 at about 0755hrs, suspect/deceased Austin Rollins shot two people inside of Great Mills High School, 21130 Great Mills Rd, Great Mills, MD and then shot himself.
Several officers and resources responded and assisted the St. Mary's County Sheriff's Office with the investigation. Several supplements will be completed detailing interviews and actions taken.

Disposition: Case closed.

| Computer | ☐ Cleared By | | Date / Time | | |
|---|---|---|---|---|---|
| | ☐ Entered By | | Date / Time | NIC # | |

| Case Status | Approval Status | | |
|---|---|---|---|
| Closed | Approved | | |
| Investigating Officer | Date | Supervisor | Date |
| CR ELLIOTT, J (351)        / | 03/20/18 | MS MOODY, K (262) | 03/24/18 |

1 of 1

Exhibit A - 33



**Charles County Sheriff**

PO Box 189
La Plata, MD 20646



## Supplement Report

| Supplement | | |
|---|---|---|
| **Date/Time of Report** | | **Incident Number** |
| 03/20/2018 21:22 | | 1802671 - 1 |
| | Location | |
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | | |

**Offense List**

ASSIST OTHER LAW ENFORCEMENT AGENCY

**Officer Narrative**

On March 20, 2018, at approximately 0845 hours, I was contacted, via telephone, by D/Sgt. Schwab 393. D/Sgt. Schwab said the St. Mary's County Sheriff's Office was investigating a shooting at Great Mills High School and was requesting assistance from surrounding law enforcement agencies. I was told to meet at the St. Mary's County Sheriff's Office Fraternal Order of Police (FOP), 21215 Chancellors Run Road Great Mills, MD if I was available.

I arrived at the FOP at approximately 0920 hours, and made contact with Charles County Sheriff's Office, Lt. Stoddert 290. Lt. Stoddert directed me to wait for further direction. At approximately 0945 hours, Charles County Sheriffs' Office, Detective Gross 407, and I were directed to drive to Great Mills High School, 21130 Great Mills Road Great Mills, MD and make contact with St. Mary's County Sheriff's Office, Captain Willenborg. We made contact with Captain Willenborg at approximately 0950 hours. He introduced us to Detective Boyer 207, of the St. Mary's County Sheriff's Office. Detective Boyer walked Detective Gross and I through the crime scene and provided us with a brief statement of facts known at the time. He assigned us to interview witnesses.

I was introduced to a group of students who were in the office. The students were preparing to be transported to the reunification center located at the Dr. James A. Forrest Career and Technology Center, 24005 Point Lookout Road Leonardtown, MD. I asked the group of students if any of them witnessed what happened. Two females said they witnessed what happened. These females were in the company of an adult female who identified herself as their mother.

I introduced myself to the adult female and asked if I could speak with her daughters, she did not object. I escorted one of the teenagers and the adult female to an office. The adult female identified herself as ███████████ and the teenage female identified herself as ███████████. ███████████ said when she arrived at school she went to Ms. Miller's class to change her shoes. When she left Ms. Miller's class she heard a noise she recognized as a gunshot and she observed a white female fall to the floor. ███████ was with her sister ███████████ at the time. Both of them fled the area.

The interview with ███████████ was audio recorded. The audio recording was burned to a compact disk and placed in property held as evidence. ███████ was present during the interview.

After speaking with ███████, I made contact with ███████ who was waiting in the hallway. ███████ entered the office and I spoke with her about what she observed. ███████ said she accompanied her sister, ███████ to Ms. Miller's classroom before the morning bell. ███████ changed her shoes and the two of them left the classroom. While walking in the hallway they heard a gunshot and observed a white female fall to the floor. ███████████ fled the area. For additional details of my conversation with ███████ see her person narrative.

The interview with ███████ was audio recorded. The audio file was burned to a compact disk

| Case Status | | Approval Status | | |
|---|---|---|---|---|
| Closed | | Approved | | |
| Investigating Officer | Date | Supervisor *Andrew C. Schwab* | | Date |
| MC HIGGS, G (330) / | 03/20/18 | S SCHWAB, A (393) | | 03/21/18 |

1 of 6

Exhibit A - 34

## *Supplement Report (Continuation)*

**Supplement**

| Date/Time of Report | | Incident Number |
|---|---|---|
| 03/20/2018  21:22 | | 1802671 - 1 |

**Officer Narrative**

and placed in property held as evidence. ███████████ was present during the interview.

After interviewing these witnesses I was told there were several other witnesses who were waiting to be interviewed. I was escorted to a room which contained several adults. Charles County Sheriff's Office, Detective Gilroy 486, was with me at that time. We introduced ourselves to the group and told them we would speak with them one at a time. I selected a white female and asked her to accompany me to a nearby room so we could talk, she did not object. This female and I entered room APEX Computer Lab F-13. This female identified herself as Margaret Menard. Menard said she is a special education teacher at Great Mills High School.

Menard said prior to school starting she and several coworkers had a meeting in her classroom, F-06, like they do every morning. During the meeting they heard a sound she described as a firecracker. They looked in the hallway and witnessed a female student lying on the floor. Menard used the telephone in her room to call for help. For additional details of my conversation with Menard see her person narrative.

The conversation with Menard was audio recorded. The recording was burned to a compact disk and placed in property held as evidence.

After speaking with Menard, I made contact with a female who identified herself Jenna Costello. Costello said she is the department chair for physical education and health at Great Mills High School. Costello said around 0800 hours she in the doorway of her classroom when two students she knows as ███████████████████ walked by. They said students are running to the parking lot because there is a shooter. Around the same time the principal made an announcement on the public address system telling students to get in their classroom. Costello said she closed the door to her room and moments later her classroom telephone rang. She answered and it was Margaret Menard. Menard said she needed help at her classroom. Costello ran to Menard's classroom and observed a student she knows as Jaelynn Willey lying on the floor. Costello rendered aid to Willey until Willey was transported from the school. For additional details of my conversation with Costello see her person narrative.

The interview with Costello was audio recorded. The audio file was burned to a compact disk and placed in property held as evidence.

The status of this investigation will be closed.

Disposition: Closed

**Witness**

| Name: ███████████████ | | Role: Witness | Phone: ██████████ |
|---|---|---|---|

| Address ████████ LEXINGTON PARK, MD | | | |
|---|---|---|---|

| Employer Name: GREAT MILLS HS | Employer Address: | | Work Phone: |
|---|---|---|---|

| Type of Victim: | Date of Birth: | Inc Age: 4 | Sup Age. 14 | Height | Weight: | Race: B | Sex: F | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**
███████████is the daughter of ███████████ and the sister of ███████████████ ███████████ is in the ninth grade at Great Mills High School. ███████████ was present during the interview.

On March 20, 2018, at approximately 1034 hours, I made contact with ███████████in an office at Great Mills High School, 21130 Great Mills Road Great Mills, MD. I spoke with her about

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| *[signature]* MC HIGGS, G (330) | 03/20/18 | *Andrew C. Schwab* S SCHWAB, A (393) | 03/21/18 |

2 of 6

Exhibit A - 35

## Supplement Report (Continuation)

| Supplement | | | |
|---|---|---|---|
| Date/Time of Report | | | Incident Number |
| 03/20/2018 21:22 | | | 1802671 - 1 |

**Person Narrative:**
this investigation and the following is what she told me:
█████ said on March 20, 2018, she rode the bus to school like usual.  It was raining and her shoes got wet so when she got off the bus she and ████████ walked to Ms. Miller's classroom. Ms. Miller is the cheerleading coach.  While in this classroom ██████ put on a dry pair of shoes she had with her.
█████ said she and ███████ exited the classroom and started walking when she heard a noise she recognized as a gunshot.  They were in the area of the art hallway and sign language room. ██████ looked behind her and observed a white female fall face first to the floor.  She did not see anyone with a gun.
████ said she and ██████ ran away from the area and told an unknown female teacher what they witnessed.  This teacher ran toward the area where they heard the gunshot.  █████ and ████████ continued to walk and encountered a male teacher they know as Mr. Hart.  They told him what they witnessed and he ran toward the area where they heard the gunshot.  Mr. Hart told them not to follow him and they complied.  ███████████████ went to what they thought was a safe area of the school.
██████ said she did not see who shot the female student.  She did not see anyone with a gun. She heard one gunshot.

| Witness | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: ████████████████ | | | | Role: Witness | | Phone: | |
| Address: ** LEXINGTON PARK, MD ████████ | | | | | | | |
| Employer Name: | | Employer Address: | | | | Work Phone: | |
| Type of Victim: | Date of Birth: | Inc Age: 40 | Sup Age: 40 | Height: | Weight: | Race: B | Sex: F | Resident: |

**Person Narrative:**
████████████ is the mother of ██████████ and ███ and ████████ was present on March 20, 2018, when Detective Higgs interviewed ██████ and ████

| Witness | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name: █████████████████ | | | | Role: Witness | | Phone: ███████████ | |
| Address: * LEXINGTON PARK, MD ██████ | | | | | | | |
| Employer Name: GREAT MILLS HS | | Employer Address: | | | | Work Phone: | |
| Type of Victim: | Date of Birth: | Inc Age: 16 | Sup Age: 16 | Height: | Weight: | Race: B | Sex: F | Resident: |

**Person Narrative:**
████████ is the sister of ████████ and daughter of █████████ ████ is in the eleventh grade at Great Mills High School.  Nakita Williams was in the room when ████ was interviewed by Detective Higgs.
On March 20, 2018, at approximately 1034 hours, I made contact with █████████ in an office at Great Mills High School, 21130 Great Mills Road Great Mills, MD.  I questioned her about this investigation and the following is what she told me:

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| *(signature)* MC HIGGS, G (330) | 03/20/18 | *Andrew C. Schwab* S SCHWAB, A (393) | 03/21/18 |

3 of 6

Exhibit A - 36

## Supplement Report (Continuation)

**Supplement**

| Date/Time of Report | | Incident Number |
|---|---|---|
| 03/20/2018 21:22 | | 1802671 - 1 |

**Person Narrative:**

███████ said on March 20, 2018, she rode the bus to school like normal. She and her sister, ███████ entered the school and walked to Ms. Miller's classroom. ███████ shoes got wet and she wanted to change them. ███████ changed her shoes in Ms. Miller's classroom and the two of them exited the classroom.

███████ said they walked down the hallway and heard a noise. She recognized his noise as a gunshot. She looked behind her and observed a white female fall face first to the floor. She did not recognize this female.

███████ said she and ███████ continued to walk and encountered a teacher named Ms. Myers. They told her what they heard and observed. Ms. Myers ran toward the area where they told her the female fell to the floor. ███████ continued to travel through the school and encountered Mr. Hart. They told Mr. Hart what they observed and where they observed it. Mr. Hart went in that direction. Mr. Hart told them not to follow him. Gonzalez and Williams went to the office.

Gonzalez said she does not know the female who was shot. She did not see who shot her. Gonzalez heard one gunshot.

**Witness**

| Name: | MENARD, MARGARET MAY | | | | Role: Witness | | Phone: | |
|---|---|---|---|---|---|---|---|---|
| Address: ** GREAT MILLS, MD | | | | | | | ███████ | |
| Employer Name: GREAT MILLS HS | | Employer Address: | | | | | Work Phone: | |
| Type of Victim: | | Date of Birth: ███ | Inc Age: 58 | Sup Age: 58 | Height: | Weight: | Race: W | Sex: F | Resident: |

**Person Narrative:**

Margaret Menard is employed by the St. Mary's County Board of Education as a special education teacher. She is assigned to the COMPASS Autism Program at Great Mills High School.

On March 20, 2018, at approximately 1102 hours, I interviewed Margret Menard in APEX Computer Lab F13. I spoke with her about this investigation and the following is what she told me:

Menard reported on March 20, 2018, she arrived at school at approximately 0740 hours, and went to her classroom. Menard's classroom is F06. Prior to school starting at 0800 hours, several other teachers arrived at her room or were already in her room when she arrived. These teachers were Carroll Wolfe, Sharon Posey, Alton McCoy and Paula Miles. These teachers are Menard's team of teachers. They meet in her room every morning to discuss assignments for the day.

Menard said the meeting was ending and teachers were preparing to leave her room when they heard a "pop". She said it sounded like a firecracker. Menard said she is not familiar with guns and did not recognize this as a gunshot. She went to her door and observed a white female lying face down on the ground. McCoy also looked out the open door and pointed to a metallic cylindrical shaped item. McCoy identified this item as a shell casing.

They knew something was wrong so Menard used her classroom phone to call the front office. The number for the front office is 18101. She told the person who answered the phone to call "911" and send the nurse. The school nurse, Penny Michaels, arrived a short time later. Michaels rendered aid to the female on the floor and told Menard to call Jenna Costello. Costello is the physical education and health teacher at Great Mills High School.

Menard used her classroom phone to call Costello's classroom. She told Costello they needed

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| MC HIGGS, G (330) | 03/20/18 | S SCHWAB, A (393) | 03/21/18 |

4 of 6

Exhibit A - 37

## Supplement Report (Continuation)

| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 03/20/2018 21:22 | | 1802671 - 1 |

**Person Narrative:**
help at her room, room F06.  Costello arrived and helped Michaels render aid.
    Menard said she heard the "pop" sound one time.  She did not see anyone with a gun.  She does
not know the name of the student who was lying on the ground.

| Witness | | | | | |
|---|---|---|---|---|---|
| Name: COSTELLO, JENNA LOUISE | | | | Role: Witness | Phone: |
| Address ***21130 GREAT MILLS RD GREAT MILLS, MD | | | | | |
| Employer Name: GREAT MILLS HS | | Employer Address: | | | Work Phone: |

| Type of Victim: | Date of Birth: | Inc Age: 43 | Sup Age: 43 | Height: | Weight: | Race: W | Sex: F | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**
    Jenna Costello is employed by St. Mary's County Board of Education as the department chair for
physical education and health at Great Mills High School.
    On March 20, 2018, at approximately 1138 hours, I interviewed Jenna Costello in APEX Computer
Lab F-13 at Great Mills High School, 21130 Great Mills Road Great Mills, MD.  I questioned her about
this investigation and the following is what she told me:
    Costello said on March 20, 2018, she arrived at Great Mills High School at approximately 0740
hours.  She entered her classroom and prepared for the day.  Student started to arrive and shortly
before the start of school at 0800 hours, she stood by her open classroom door.
    Around the time the bell rang two students Costello previously taught walked by her room.  She
recognized them as (                                    )  One or both of them said students were
going to the parking lot because there was a shooter.  At the same time the last two students who
are assigned to Costello's class entered the room.  Costello closed her door.
    Moments after closing, possibly as she was closing the door, the principal made an announcement
on the public address system.  In a stern voice he said all students need to be in their classroom.
Moments after the announcement Costello received a call on her classroom telephone from another
teacher in the school, Ms. Menard.  Menard told Costello they needed help in the art hallway, F06.
Menard told her to respond immediately, another teacher was on the way to cover her class.  Costello
left her class and ran to Menard's room.
    Costello said when she arrived she observed a female student she recognized as Jaelynn Willey
lying on the floor and the school nurse, Penny Michaels, was rendering aid.  Costello and Michaels
rendered aid to Willey for an unknown amount of time when someone told Costello there was another
student down the hall who needed medical treatment.
    Costello left Willey and ran to a classroom where she made contact with a student she knows as
Desmond.  Desmond was bleeding from one of his legs.  Desmond said he was fine.  Costello knew
Willey's injury was more serious so she returned to Willey.  She assisted with rendering aid to
Willey until Willey was transported from the school by emergency medical services.

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| _signature_ | | Andrew C. Schwab | |
| MC HIGGS, G (330) | 03/20/18 | S SCHWAB, A (393) | 03/21/18 |

Exhibit A - 38

## *Supplement Report (Continuation)*

| Supplement | | | | |
|---|---|---|---|---|
| Date/Time of Report<br>03/20/2018 21:22 | | | | Incident Number<br>1802671 - 1 |

| Evidence | | | | | |
|---|---|---|---|---|---|
| Qty<br>1 | Tag: | Type:<br>Evidence | Serial: | | Value: |
| Brand/Make: | | | Model: | | |

| Description:<br>Compact disk with audio recorded interviews conducted by Detective Higgs. |
|---|

| Property Owner | | |
|---|---|---|
| Name:    CHARLES COUNTY SHERIFF'S OFFICE | Role:<br>Owner | Phone:<br>(301) 932-2222 |
| Address    6915 CRAIN HWY<br>LA PLATA, MD 20646 | | |

| Narrative |
|---|
| On March 20, 2018, Detective Higgs interviewed ▮▮▮▮▮▮▮▮ Menard and Jenna Costello.  All of the interviews were audio recorded.  This disk contains a copy of the recorded interviews. |

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| *(signature)*<br>MC HIGGS, G (330) | 03/20/18 | *Andrew C. Schwab*<br>S SCHWAB, A (393) | 03/21/18 |

6 of 6

Exhibit A - 39



**Charles County Sheriff**

PO Box 189
La Plata, MD 20646

*Supplement Report*



| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 03/21/2018 09:19 | | 1802671 - 2 |
| | Location | |
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | | |

**Offense List**

ASSIST OTHER LAW ENFORCEMENT AGENCY

**Officer Narrative**

On 03-20-18 I went to Great Mills Highschool in St Mary's County, Maryland to assist with an officer involved shooting that occurred at the school. I initially went to their Fraternal Order of Police Lodge where I was then requested to respond to Great Mills Highschool. Myself and Detective Higgs #330 went to the school and met with Sgt Boyer of the St Mary's County Sheriff's Office. Sgt Boyer took myself and Detective Higgs #330 on a walk-through of the scene. After obtaining details of the incident Sgt Boyer requested that we interview children at the school. Other children were being sent via bus to the Forrest Hall Technological Center which is located next to Leonardtown Highschool. Sgt Boyer indicated that additional detectives were needed at that location to interview children who had been sent there. Detective Higgs #330 volunteered to stay at the school and I volunteered to get additional detectives and have them respond to the Forrest Hall Technological Center to conduct additional interviews. Detective Higgs #330 asked me to send one additional detective to assist him at the school. I returned to the Fraternal Order of Police Lodge and requested that one detective assist Detective Higgs #330 at the school. Detective Gilroy #486 indicated she would assist him at the school. Myself, Detective Burgess #589, Detective Feldman #495, Detective Sauve #419, Detective Garner #545, Detective Smith #568, Detective Kelly #535, Sgt Dodge #426, Detective Weaver #470, and Detective Webster #400 met with officers at the Forrest Hall Technological Center. Contact was made with Sgt Russell of the St. Mary's County Sheriff's Department. He requested that one Charles County detective pair with a special agent with the Federal Bureau of Investigations (FBI) when conducting interviews with witnesses.

A teacher would bring a student to the lobby and would announce the child needed to be interviewed. A Charles County detective and a Special Agent would volunteer to interview the child. Witness ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ was brought into the lobby and a teacher indicated he needed to be spoken to. I stood up and walked up to ⬛⬛⬛⬛⬛⬛ along with Special Agent Sean Regan of the FBI. We then went to a vacant classroom and conducted an interview on witness ⬛⬛⬛⬛⬛⬛ The interview was audio recorded and a copy of the recording was later downloaded to a disk and placed in property held at the District 3 Station. During the interview ⬛⬛⬛⬛⬛⬛ old us he had been receiving threatening messages from the suspect/deceased (Austin Rollins) for several weeks prior to this incident. Refer to Special Agent Regan's report and the audio recording for additional details on ⬛⬛⬛⬛⬛⬛ statement.

During the interview ⬛⬛⬛⬛⬛⬛ allowed us to view messages on his cellular telephone relevant to this investigation. Special Agent Regan arranged for the telephone to be downloaded. ⬛⬛⬛⬛⬛⬛ was questioned an additional time in reference to some additional messages which were located. Information on that statement is detailed in Special Agent Regan's report and on the audio

| Case Status | | | Approval Status | | |
|---|---|---|---|---|---|
| Closed | | | Approved | | |
| Investigating Officer | | Date | Supervisor | | Date |
| *KA Gross* | | | *Andrew C Schwab* | | |
| CR GROSS, K (407) | / | 03/21/18 | S SCHWAB, A (393) | | 03/21/18 |

1 of 2

**Exhibit A - 40**

## Supplement Report (Continuation)

| Supplement | | | |
|---|---|---|---|
| **Date/Time of Report**<br>03/21/2018 09:19 | | | **Incident Number**<br>1802671 - 2 |

**Officer Narrative:**

recording.

This investigation is closed.

| Witness | | | Role: | Phone: |
|---|---|---|---|---|
| Name: ████████████ | | | Witness | ████████ |
| Address: ██ Lexington Park, MD 20855 | | | | |

| Employer Name: | Employer Address: | | Work Phone: |
|---|---|---|---|

| Type of Victim: | Date of Birth: | Inc Age: 16 | Sup Age: 16 | Height: | Weight: | Race: W | Sex: M | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**

On 03-20-18 myself and Special Agent Sean Regan spoke to ████████ in reference to this investigation. During the interview ████████ stated he had been receiving threatening messages from the suspect/deceased (Austin Rollins) for several weeks prior to this incident.  Refer to Special Agent Regan's report and the audio recording for additional details on ███████ statement.

| Evidence | | | | | |
|---|---|---|---|---|---|
| Qty: 1 | Tag: | Type: Evidence | | Serial: | Value: |
| Brand/Make: | | | | Model: | |

Description:
disk containing audio recorded interview of ████████████

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| *KA Gross* <br> CR GROSS, K (407) | 03/21/18 | *Andrew C. Schwab* <br> S SCHWAB, A (393) | 03/21/18 |

2 of 2

Exhibit A - 41



**Charles County Sheriff**

PO Box 189
La Plata, MD 20646

*Supplement Report*



| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 03/21/2018 11:54 | | 1802671 - 3 |
| | Location | |
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | | |

**Offense List**

ASSIST OTHER LAW ENFORCEMENT AGENCY

**Officer Narrative**

On 3/20/18 at 0845 hours, I responded with other detectives with the Criminal Investigations Division, to the St. Mary's County Fraternal Order of Police lodge, located at 21215 Chancellors Run Road, Great Mills, Maryland, in reference to a shooting at Great Mills High School. After arriving at the lodge, I was assigned to respond with other detectives, to the Dr. James A. Forrest Career and Technology Center, located at 24005 Point Lookout Road, Leonardtown, Maryland, to interview students. After arriving at the Technology Center, Detective Feldman #495 and I were told to respond to Leonardtown High School, located at 23995 Point Lookout Road, Leonardtown, Maryland, to assist Detective Kelly #535 interview some witnesses to the shooting.

After arriving at Leonardtown High School, I spoke with ███████ at 1114 hours, in an office in the school's main office, in reference to this investigation. ████████ stated he is a junior at Great Mills High School. ████████ was in the first-floor hallway by Ms. Miller's classroom, talking with his brother, ███████, and friends, ████████, ████████ whose first name is ███████ prior to school starting. I audio recorded my interview with ███████ but during the interview the battery died and only recorded part of the interview. (see ███████ Narrative for his full statement)

After speaking with ███████ I made contact with ███████, who was sitting in an office in the school's main office waiting for her son, ███████, who was talking to Detective Kelly. I spoke with ███████ at 1135 hours, in reference to this investigation. ███████ stated she knows the boy nicknamed ███████ who hangs out with her son, as ███████ and his mother is ███████. ███████ stated she did not have a phone number for either individual.

After speaking with ███████ I walked back to the Technology Center. While at the Technology Center I was informed by a school administrator of a student who witnessed the shooting that needed to be interviewed.

Agent Stacey Perkins with the Federal Bureau of Investigations, and I were escorted to the student, ███████ and ███████ who is an English as a Second Language teacher at Lexington Park Elementary School. Perkins and I were informed Baker would translate for ███████ who speaks little English. We were taken to the Technology Center's radio room, where we spoke with ███████ in reference to this investigation. I audio recorded the interview, so see the audio recording for the full interview.

After speaking with ███████, Perkins and I were informed that the student ███████ was with at the time of the incident, ███████ needed to be interviewed and also needed a translator. Perkins, Baker and I went to the radio room and spoke with ███████ who Baker translated for, in reference to this investigation. I audio recorded the interview, so see the audio recording for the full interview.

I obtained a copy of the written statements ███████ completed for the school

| Case Status | | | Approval Status | | |
|---|---|---|---|---|---|
| Closed | | | Approved | | |
| Investigating Officer | | Date | Supervisor | | Date |
| CR WEBSTER, E (480) | | 03/21/18 | S SCHWAB, A (393) | | 03/21/18 |

1 of 4

**Exhibit A - 42**

## Supplement Report (Continuation)

**Supplement**

| Date/Time of Report | | | Incident Number |
|---|---|---|---|
| 03/21/2018 11:54 | | | 1802671 - 3 |

**Officer Narrative**

administration and submitted it as an attachment to this report, as well as my notes from my interviews with ███████████

I copied the audio recording of my interviews with █████████████████████ onto a DVD-R and submitted it to District 3 Property Held. I also copied the audio recordings onto two additional DVD-Rs and turned them over to the Federal Bureau of Investigation and the St. Mary's County Sheriff's Office.

**Property**

| Qty | Tag | Type: | Serial: | Value: |
|---|---|---|---|---|
| 2 | | ATTACHMENTS | | |
| Brand/Make: | | | Model: | |

Description
written statements by ████████████████████████

**Property**

| Qty | Tag | Type: | Serial: | Value: |
|---|---|---|---|---|
| 5 | | ATTACHMENTS | | |
| Brand/Make: | | | Model: | |

Description:
pages of notes from interviews with █████████████████████████████████

**Witness**

| Name: ███████████████████ | Role: Witness | Phone: ███████████ |
|---|---|---|

Address  ** ███████  Great Mills, MD 20634

| Employer Name: Great Mills High School | Employer Address: | | | | Work Phone: | |
|---|---|---|---|---|---|---|
| Type of Victim: | Date of Birth: ████████ | Inc Age: 17 | Sup Age: 17 | Height: | Weight: | Race: B | Sex: M | Resident: |

**Person Narrative**

On 3/20/18 at 1114 hours, I spoke with ██████████ in reference to this investigation. ████ stated he is a junior at Great Mills High School. ██████ was in the first-floor hallway by Ms. Miller's classroom, talking with his brother, ███████ and friends, ████████████████ and ████████, whose first name is ████████ prior to school starting. ████ heard a pop and smelled "gun smoke". ████ turned around and saw an individual fall to the ground and lay without moving. ████ stated the individual was wearing a jacket and believed it was a female but he could not tell. ████ also saw a white male wearing a "hoodie" standing in the middle of the hallway, next to the female, holding a black handgun to his head, with the barrel of the gun touching the male's temple. ████ turned around and ran down the hallway, away from the male with the gun, towards Ms. Calada's classroom, to a back door. ████████ exited the school through the back door, and across the street, with ███████████. ████████ called his father on his cellular telephone and asked him to pick them up. ████████████ walked up and down Great Mills Road until ████████ father picked them up. ████████ father took everybody back to ████████ residence where ███████ mothers picked them up. ████ and his father then drove to Leonardtown High School to pick up █████████ and their sister who is a sophomore at Great Mills High School. ████ stated he did not hear any type of argument before hearing the pop and he did not hear anything else as he was running out of the school. ████ stated

| | Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|---|
| | CR WEBSTER, E (400) | 03/21/18 | S SCHWAB, A (393) | 03/21/18 |

2 of 4

## *Supplement Report (Continuation)*

**Supplement**

| Date/Time of Report | | Incident Number |
|---|---|---|
| 03/21/2018 11:54 | | 1802671 - 3 |

**Person Narrative:**
he was not aware of any threats or talk about the shooting on social media prior to the shooting.
(See audio recording of interview)

**Witness**

| Name: | SMITH, RAVEN SIOBHAN DENISE | | | | | Role: Witness | | Phone: | |
|---|---|---|---|---|---|---|---|---|---|

| Address | ** Lexinton Park, MD 20653 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Employer Name: | | Employer Address: | | | | | Work Phone: | | |
|---|---|---|---|---|---|---|---|---|---|

| Type of Victim: | | Date of Birth: | Inc Age: 37 | Sup Age: 37 | Height: | Weight: | Race: B | Sex: F | Resident: |
|---|---|---|---|---|---|---|---|---|---|

**Person Narrative:**
    On 3/20/18 at 1135 hours, I spoke with Raven Smith in reference to this investigation.  Smith stated she knows the boy nicknamed "az" who hangs out with her son,             as           and his mother is             Smith stated she did not have a phone number for either individual.

**Witness**

| Name: | | | | | | Role: Witness | | Phone: | |
|---|---|---|---|---|---|---|---|---|---|

| Address | ** California, MD 20619 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Employer Name: Great Mills High School | | Employer Address: | | | | | Work Phone: | | |
|---|---|---|---|---|---|---|---|---|---|

| Type of Victim: | | Date of Birth: | Inc Age: 15 | Sup Age: 15 | Height: | Weight: | Race: W | Sex: F | Resident: |
|---|---|---|---|---|---|---|---|---|---|

**Person Narrative:**
    On 3/20/18 at 1218 hours, Agent Stacey Perkins with the Federal Bureau of Investigations, and I spoke with             who interpreted for           in reference to this investigation.             stated she was in the first-floor hallway in the area of Ms. Kirker's government classroom, when she saw a female fall to the ground and everybody in the hallway started screaming and running. (See audio recording of interview for the full interview)

**Witness**

| Name: | | | | | | Role: Witness | | Phone: | |
|---|---|---|---|---|---|---|---|---|---|

| Address | *** leonardtown, MD 20650 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Employer Name: Lexington Park Elementary | | Employer Address: | | | | | Work Phone: | | |
|---|---|---|---|---|---|---|---|---|---|

| Type of Victim: | | Date of Birth | Inc Age: | Sup Age: | Height: | Weight: | Race: | Sex: | Resident: |
|---|---|---|---|---|---|---|---|---|---|

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| *(signature)* CR WEBSTER, E (400) | 03/21/18 | *(signature)* Andrew E. Schwab S SCHWAB, A (393) | 03/21/18 |

3 of 4

Exhibit A - 44

## *Supplement Report (Continuation)*

**Supplement**

| Date/Time of Report | | Incident Number |
|---|---|---|
| 03/21/2018 11:54 | | 1802671 - 3 |

**Witness**

| Name: | | Role: Witness | Phone: |
|---|---|---|---|

| Address | UNKNOWN , MD | | |
|---|---|---|---|

| Employer Name: Great Mills High School | | Employer Address: | | | | | Work Phone: | |
|---|---|---|---|---|---|---|---|---|
| Type of Victim: | | Date of Birth: | Inc Age: 17 | Sup Age: 17 | Height: | Weight: | Race: W | Sex: M | Resident: |

Person Narrative:

    On 3/20/18 at 1247 hours, Agent Stacey Perkins with the Federal Bureau of Investigations, and I spoke with████████████████████ who interpreted for ████████████ reference to this investigation. ████████████████████ were walking in the first-floor hallway, in the area of a government classroom, a couple minutes before school starting, when everybody in the hallway started running and making noises. ████████████continued to walk in the hallway when ████████ saw a white male walking in the hallway with a gun pointed to the side of the male's head. (See audio recording of interview for the full interview)

**Evidence**

| Qty 1 | Tag: | Type: Evidence | Serial: | Value: |
|---|---|---|---|---|
| Brand/Make: Verbatim | | Model: DVD-R | | |

| Description: |
|---|
| audio recordings of interviews with ████████████████████ |

| | Investigating Officer | Date | | Supervisor | Date |
|---|---|---|---|---|---|
| *Edward Webb* | CR WEBSTER, E (400) | 03/21/18 | *Andrew E. Schwab* | S SCHWAB, A (393) | 03/21/18 |

4 of 4

Exhibit A - 45



**Charles County Sheriff**

PO Box 189
La Plata, MD 20646



## *Supplement Report*

| Supplement | | | |
|---|---|---|---|
| Date/Time of Report | | | Incident Number |
| 03/21/2018 13:14 | | | 1802671 - 4 |

| Location |
|---|
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 |

**Offense List**

ASSIST OTHER LAW ENFORCEMENT AGENCY

**Officer Narrative**

On 3/20/18 at approximately 0830 hours, I was driving in the area of La Plata, Charles County, Maryland, when I heard over the Charles County Sheriff's Office police communications radio, that several members of the Criminal Investigations Divisions were responding to St. Mary's County, Maryland, to assist with a shooting investigation occurred at Great Mills High School located at 21130 Great Mills Road in Great Mills, St. Mary's County, Maryland. I made contact with D/Sgt. Dodge #426 who was also responding to St. Mary's County, and I informed him I would be responding to assist as well. I was told to meet at the St. Mary's County Sheriff's Office Fraternal Order of Police(FOP) building, which is located at 21215 Chancellors Run Road in Great Mills, Maryland.

At approximately 0950 hours, I arrived at the FOP. Upon arrival, I was directed by Charles County Sheriff's Office Command Staff to standby and wait for orders from the St. Mary's County Sheriff's Office. While waiting for orders, we learned that there were multiple witnesses who saw or heard details around the shooting. We were informed witnesses were being transported to Leonardtown High School, located in St. Mary's County. Multiple detectives with Charles County Sheriff's Office responded to Leonardtown High School located at 23995 Point Lookout Road in Leonardtown, Maryland.

At approximately 1130 hours, I arrived at Leonardtown High School. While pulling into the parking lot, I was directed by Detective Gross #407 to park near the Dr. James A Forrest Career and Technology Center, which is located at 24005 Point Lookout Road, Maryland. It is directly next to Leonardtown High School. While inside of the technology center, each detective was paired with a Special Agent with the Federal Bureau of Investigation(FBI) when conducting interviews with witnesses. I was paired with Special Agent Laura Goshen. We conducted interviews on two witnesses from Great Mills High School, ⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ During the interviews, I recorded them both and later put them onto a compact disk, and placed into property held at the Charles County Sheriff's Office District 3 station located at 3670 Leonardtown Road in Waldorf, Maryland. I also received handwritten statements from both witnesses, which were filled out prior to making contact with them. I attached copies of the hand written notes, and I attached them to the main case file.

Additional details of the interviews are listed in Special Agent Laura Goshen's report. Refer to Special Agent Laura Goshen's report and the audio recorded statements for the additional information.

Disposition: Closed

| Case Status | | Approval Status | | |
|---|---|---|---|---|
| Closed | | Approved | | |
| Investigating Officer | | Supervisor | | |
| *[signature]* | | *[signature]* | | |
| PF GARNER, C (545) | / | 03/21/18 | MS DRAHEIM JR, G (296) | 03/21/18 |

1 of 2

Exhibit A - 46

## Supplement Report (Continuation)

| Supplement | | | |
|---|---|---|---|
| Date/Time of Report | | | Incident Number |
| 03/21/2018 13:14 | | | 1802671 – 4 |

### Witness

| Name: ▓▓▓ | | | Role: Witness | Phone: ▓▓▓ |
|---|---|---|---|---|

| Address ***<br>LEXINGTON PARK, MD 20653 | | | |
|---|---|---|---|

| Employer Name: | Employer Address: | | Work Phone: |
|---|---|---|---|

| Type of Victim: | Date of Birth ▓ | Inc Age: 18 | Sup Age: 18 | Height: 5'08 | Weight: 130 | Race B | Sex: M | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**
On 3/20/18, myself and Special Agent Laura Goshen spoke to ▓▓▓ inside of a room at the technology center. During the interview with ▓▓▓ he stated he was in class when he heard "he has a gun!" ▓▓▓ then saw a white male, with a gun held to his head, walking down the hallway. After ▓▓▓ shut the classroom door to the class he was in, he heard two gunshots.

### Witness

| Name: ▓▓▓ | | | Role: Witness | Phone: ▓▓▓ |
|---|---|---|---|---|

| Address ***<br>GREAT MILLS, MD 20634 | | | |
|---|---|---|---|

| Employer Name: | Employer Address: | | Work Phone: |
|---|---|---|---|

| Type of Victim: | Date of Birth: | Inc Age: 17 | Sup Age: 17 | Height: | Weight: | Race: A | Sex: F | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**
On 3/20/18, myself and Special Agent Laura Goshen spoke to ▓▓▓ inside of a room at the technology center. During the interview with ▓▓▓ she stated she was in the guidance counselor's office when she started receiving text messages indicating a shooting occurred. She did not hear or see the shooting.

### Evidence

| Qty: 3 | Tag | Type: Evidence | Serial: | Value: |
|---|---|---|---|---|
| Brand/Make:<br>WRITTEN STATEMENTS | | | Model:<br>WRITTEN STATEMENTS | |
| Description:<br>WRITTEN STATEMENTS | | | | |

### Evidence

| Qty: 1 | Tag | Type: Evidence | Serial: | Value: |
|---|---|---|---|---|
| Brand/Make:<br>Compact_disc | | | Model:<br>Compact disc | |
| Description:<br>Compact disc containing audio recordings | | | | |

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| *[signature]*<br>PF GARNER, C (545) | 03/21/18 | *[signature]*<br>MS DRAHEIM JR, G (296) | 03/21/18 |

2 of 2



**Charles County Sheriff**

PO Box 189
La Plata, MD 20646

## *Supplement Report*



| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 03/21/2018 14:51 | | 1802671 - 5 |
| | Location | |
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | | |

| Offense List |
|---|
| ASSIST OTHER LAW ENFORCEMENT AGENCY |

**Officer Narrative**

On 03/20/18, at 0900 hours, I responded to the St. Mary's County Fraternal Order of Police at 21215 Chancellors Run Road, Lexington Park, MD where I waited for my assignment. At 1015 hours, I was assigned to go to Great Mills High School at 21130 Great Mills Road, Great Mills, MD to interview students and teachers that were identified as seeing or hearing something.

On 03/20/18, between 1035 hours and 1126 hours, at Great Mills High School, I made contact with ▓▓▓▓▓▓▓ (student), Sharon Posey (teacher's aide), Carol Wolfe (teacher), Alton McCoy (paraeducator), Viola Jones (safety and security officer) and they told me their statements. McCoy and Jones did a small sketch of the incident they witnessed. See attachments for their sketch. All interviews were recorded. I placed the interview on a DVD, provided a copy to the Det. Boyer with the St. Mary's County Sheriff's Office and I placed a copy of the interview in property held as evidence.

At 1250 hours, I went to James Forrest Technical Center at 24005 Point Lookout Road, Leonardtown, MD to assist with student interviews. Upon arrival, I was told to standby and I did not interview any further students.

At about 1530 hours, I went to the St. Mary's County Sheriff's Office at 23150 Leonard Hall Drive, Leonardtown, MD where a debrief was held. As requested, a list of the students and teachers I spoke with was provided to Det. Boyer.

St. Mary's Sheriff's Office case # 14686-18.

Disposition: Case closed. Forward to St. Mary's Sheriff's Office.

| Property | | | | |
|---|---|---|---|---|
| Qty: | Tag: | Type: | Serial: | Value: |
| 1 | | ATTACHMENTS | | |
| Brand/Make: | | | Model: | |
| Description: | | | | |
| Det. Gilroy's #486 notes and sketches ▓▓▓▓▓▓▓▓ | | | | |

| Case Status | | | Approval Status | | |
|---|---|---|---|---|---|
| Closed | | | Approved | | |
| Investigating Officer | | Date | Supervisor | | Date |
| CR GILROY, C (486) | / | 03/21/18 | MS DRAHEIM JR, G (296) | | 03/30/18 |

1 of 5

Exhibit A - 48

*Supplement Report (Continuation)*

| Supplement | | | |
|---|---|---|---|
| Date/Time of Report | | | Incident Number |
| 03/21/2018 14:51 | | | 1802671 - 5 |

| Witness | | | |
|---|---|---|---|
| Name: ▓▓▓▓▓▓▓▓▓▓▓▓▓ | | Role: Witness | P▓▓▓▓ |
| Address ▓▓▓▓▓▓ Great Mills, MD 20634 ▓▓▓▓ | | | |
| Employer Name: Great Mills High School | Employer Address: | | Work Phone: |

| Type of Victim: | Date of Birth: | Inc Age: | Sup Age: 15 | Height: 5'11 | Weight: 140 | Race: B | Sex: M | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**

On 03/20/18, at 1035 hours, I made contact with▓▓▓▓▓▓▓at Great Mills High School at 21130 Great Mills Road, Great Mills, MD in a teacher's office in the main office area. London agreed to be recorded and told me the following:

He is a student at Great Mills High School. He was in the art hallway by Mrs. Miller's room when he heard a gunshot. He quickly looked and saw a white male with dirty blond or reddish hair, thin build, about his height (5'11"), wearing a black jacket holding a black handgun. He was holding the gun straight ahead and a white female was falling to the ground. He was approximately 5 feet from the incident. The male put the gun to his head. The male was still standing there when he ran the other direction towards Mrs. Yokley's class. He doesn't remember anyone else around him. He did not see anyone else around the suspect. He did not see anyone with the male suspect. He only heard one gun shot. He only saw the male with one gun. He did not capture anything on his cell phone. He did not know the male suspect or the female victim. See recording for full interview.

| Witness | | | |
|---|---|---|---|
| Name: POSEY, SHARON MARIE | | Role: Witness | Phone: ▓▓▓▓▓▓▓▓▓ |
| Address ▓▓▓▓▓▓▓ Bushwood, MD 20618 | | | |
| Employer Name: Great Mills High School | Employer Address: | | Work Phone: |

| Type of Victim: | Date of Birth: | Inc Age: | Sup Age: 60 | Height: | Weight: | Race: W | Sex: F | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**

On 03/20/18, at 1057 hours, I made contact with Sharon Posey at Great Mills High School at 21130 Great Mills Road, Great Mills, MD in a teacher's classroom. Posey was told she was being recorded and she told me the following:

She is a teacher's aide for autistic children in room F06 in art hallway. She was in room F06 with Mrs. Wolfe and Mrs. Margret Menard. There were no students in the classroom at the time of the incident. She was packing up her bag to go get students from the gym when she heard a gunshot. She looked out the door and saw a white female student on the ground right in front of the door. The female's back was towards her. She told Mrs. Wolfe there was a female on the ground and she believed she called the nurse or 911. She did not touch the female and was unsure what was wrong until someone who came to help said she was shot. She advised that as soon as she saw the female on the ground, there was no one in the hallway. She said the halls were unusually quiet for that time of morning even before the incident. She did not see anyone to include the suspect with the gun. A male teacher (Alton McCoy) and a nurse came and helped the female student. She did not know who the female student was. She did not assist with CPR. See recording for full interview.

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| CR GILROY, C (486) | 03/21/18 | MS DRAHEIM JR, G (296) | 03/30/18 |

2 of 5

Exhibit A - 49

## *Supplement Report (Continuation)*

**Supplement**

| Date/Time of Report | | | | Incident Number |
|---|---|---|---|---|
| 03/21/2018 14:51 | | | | 1802671 - 5 |

**Witness**

| Name: WOLFE, CAROL FRANK | | | | Role: Witness | Phone: |
|---|---|---|---|---|---|
| Address ██████████████████ Ca████████████████ | | | | | |
| Employer Name: | | Employer Address: | | | Work Phone: |
| Great Mills High School | | | | | |
| Type of Victim: | Date of Birth | Inc Age: 61 | Sup Age: 61 | Height: | Weight: | Race: W | Sex: F | Resident: |

**Person Narrative:**

On 03/20/18, at 1107 hours, I made contact with Carol Wolfe at Great Mills High School at 21130 Great Mills Road, Great Mills, MD in a teacher's classroom. Wolfe was told she was being recorded and she told me the following:

She is a paraeducator who works for the Compass Program with the autistic children in the school. Her classroom is F06 with Mrs. Menard. She was in F06 when she heard a loud noise. She did not realize it was a gunshot right away. She looked out of the classroom and saw a female on the ground. She did not see anyone else in the hallway after. She could not see any injuries on the female but someone said it was a gunshot. She does not know the female. She did not hear anything prior to the incident. The school nurse was one of the first ones to help the female. She said there was other teachers but did not know them by name. She did not assist with CPR. There were no students in this class at the time.  See recording for full interview.

**Witness**

| Name: MCCOY, ALTON LEWIS | | | | Role: Witness | Phone: |
|---|---|---|---|---|---|
| Address ██████████████████ L████████████████ | | | | | |
| Employer Name: | | Employer Address: | | | Work Phone: |
| Great Mills High School | | | | | |
| Type of Victim: | Date of Birth | Inc Age: 53 | Sup Age: 53 | Height: 5'07 | Weight: | Race: B | Sex: M | Resident: |

**Person Narrative:**

On 03/20/18, at 1114 hours, I made contact with Alton McCoy at Great Mills High School at 21130 Great Mills Road, Great Mills, MD in a teacher's classroom. McCoy was told he was being recorded and he told me the following:

He is a paraeducator at Great Mills High School. He was in room F06 when he heard a gunshot in the hallway. Initially he thought it was a firecracker. He looked out the door and saw a female on the ground.  He did not see anyone else in the hallway. She was laying right outside the classroom, inches from the door. She was laying in the fetal position, back towards the door. He went to the front of her where he saw blood coming from her head, she was foaming at the mouth, and turning blue. It didn't look like she was breathing. He did not touch her, yelled for someone to call 911 and waited for the nurse who came seconds later. He said another teacher who he knows as Mrs. Castilla helped with CPR on the female until EMS arrived. Mr. George also assisted with first aid to the female. He saw a shell casing on the other side of hallway from the female. Her bookbag was laying next to her. He did not see or hear anyone arguing prior to the incident. He only heard one gunshot.

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| CR GILROY, C (486) | 03/21/18 | MS DRAHEIM JR, G (296) | 03/30/18 |

3 of 5

Exhibit A - 50

## Supplement Report (Continuation)

**Supplement**

| Date/Time of Report | | | Incident Number |
|---|---|---|---|
| 03/21/2018 14:51 | | | 1802671 - 5 |

Person Narrative:
See recording for full interview. He also drew a diagram of where the female and a shell casing was in the hallway in reference to his classroom.

**Witness**

| Name: | JONES, VIOLA ALICE | | | | | Role: Witness | | Phone: |
|---|---|---|---|---|---|---|---|---|

Address:
** ▮▮▮▮▮▮▮▮▮ ▮▮▮
Lexington Park, MD 20653

| Employer Name: | | Employer Address: | | | | | Work Phone: |
|---|---|---|---|---|---|---|---|
| Great Mills High School | | | | | | | |

| Type of Victim: | Date of Birth: | Inc Age: 61 | Sup Age: 61 | Height: | Weight: | Race: B | Sex: F | Resident: |
|---|---|---|---|---|---|---|---|---|

Person Narrative:
On 03/20/18, at 1126 hours, I made contact with Viola Jones at Great Mills High School at 21130 Great Mills Road, Great Mills, MD in a teacher's classroom. Jones was told she was being recorded and she told me the following:

She is the team leader for safety and security. They do not carry any kind of weapons in the school. Her office is located in room G13. When the incident happened, she was outside at the front crosswalk for bus duty. Kids began running outside yelling "man with a gun". Her and Mr. Dunbar went into the school and went to the D hallway. As soon as she rounded the corner at D01 and D02, she saw the male student with a gun to his head. Mr. Dunbar called for Deputy Gaskill who told them where they were. Deputy Gaskill came quickly and from the other side of where she was in the hallway.

Deputy Gaskill told the male student to put the gun down four or five times or maybe more. The deputy stated, "put the gun down", "I'm trying to help you", "let's talk" and he would repeat those statements. The student stood there like he was in a trance looking straight ahead at nothing. The male suspect did not acknowledge the deputy. She said the suspect had the gun to his head, pulled the trigger and she heard a "click". The gun did not go off. The deputy brought his weapon up and male suspect pulled the trigger again. She saw the suspect shoot himself in the head and said it was simultaneous to when Deputy Gaskill shot the suspect. She believes the deputy shot the student in the shoulder. The student fell to the ground and the student was dead.

When she stood at the corner of D01 and D02, she was the right side of the suspect about 45-degree angle to the male suspect. She was about 10 feet from the suspect. Mr. Dunbar was behind her and Mr. Marcus Bush (safety and security staff) was behind the deputy. No one else in the hallway had a gun other than the deputy and the suspect. She never heard the suspect say anything and he did not have any emotion showing on his face. He had a blank look. She was not aware of any threats made by the male student.

After the male suspect shot himself, she went down the hall and that's when she saw people performing CPR on the female. She was unaware anyone else was shot.

She advised she recognized the male suspect as a student on a sports team but did not know his name. She has spoken to all students in passing but had never had a conversation with the male student.

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| CR GILROY, C (486) | 03/21/18 | MS DRAHEIM JR, G (296) | 03/30/18 |

4 of 5

Exhibit A - 51

## *Supplement Report (Continuation)*

**Supplement**

| Date/Time of Report | | Incident Number |
|---|---|---|
| 03/21/2018 14:51 | | 1802671 - 5 |

Person Narrative:
See recording for full interview. She also drew a diagram of where the male was and they were in reference to him.

**Evidence**

| Qty: | Tag: | Type: | | Serial: | | Value: |
|---|---|---|---|---|---|---|
| 1 | | Evidence | | | | |
| Brand/Make: | | | | Model: | | |

Description:
DVD containing the listed interviews.

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| CR GILROY, C (486) | 03/21/18 | MS DRAHEIM JR, G (296) | 03/30/18 |

5 of 5

Exhibit A - 52



**Charles County Sheriff**

PO Box 189
La Plata, MD 20646



## *Supplement Report*

| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 03/23/2018 10:14 | | 1802671 - 6 |
| | Location | |
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | | |

**Offense List**

ASSIST OTHER LAW ENFORCEMENT AGENCY

**Officer Narrative**

On March 20, 2018 at approximately 0854 hours, I was directed by Detective Sergeant Dodge #426 to respond to the St. Mary's County Sheriff's Office Fraternal Order of Police lodge to assist their department with an investigation involving a shooting at Great Mills High School.  At approximately 0955 hours, I arrived at the at the lodge where I stood by for further orders.  During that time, it was learned our agency would be assisting in interviewing witnesses from the shooting and investigators from this agency would be responding to Leonardtown High School and Dr. James A. Forrest Career and Technology Center to locate and speak with potential witnesses.

On March 20, 2018 at approximately, 1130 hours I arrived at the James A. Forrest Career and Technology Center located at 24005 Point Lookout Road Leonardtown Road, Maryland 20650.  Once inside the building, investigators from this agency paired with a Special Agent from the Federal Bureau of Investigations (FBI) when conducting interviews.

On March 20, 2018 at approximately

| Case Status | | Approval Status | | |
|---|---|---|---|---|
| Closed | | Hold | | |
| Investigating Officer | | | Supervisor | |
| | Date | | | Date |
| PF SMITH, R (568)        / | 03/23/18 | ( ) | | |

1 of 1

Exhibit A - 53



**Charles County Sheriff**

**PO Box 189**
La Plata, MD 20646



## *Supplement Report*

| Supplement | | |
|---|---|---|
| **Date/Time of Report** | | **Incident Number** |
| 03/24/2018 15:39 | | 1802671 - 7 |
| | **Location** | |
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | | |

| Offense List |
|---|
| ASSIST OTHER LAW ENFORCEMENT AGENCY |

**Officer Narrative**

On 3/20/2018 at approximately 0845 hours, Detectives with the Charles County Sheriff's Office Criminal Investigations Division were asked to respond to Great Mills High School, located at 21130 Great Mills Road, Great Mills, St. Mary's County, MD for the reported shooting. I was asked to respond and assist with the investigation.

I arrived at the St. Mary's County Fraternal Order of Police Lodge located at 2125 Chancellors Run Road, Great Mills, St. Mary's County, MD where responding officers were asked to meet. I was directed by D/Sgt. Dodge #426 to respond to the parent - student reunification center at Leonardtown High School to assist in the interviews of potential witnesses. Great Mills students were evacuated to Leonardtown High School (23995 Point Lookout Rd, Leonardtown St. Mary's County, MD) following the shooting, and their parents were directed there to retrieve them. Upon arrival, I was asked by D/Sgt. Dodge to interview a witness to the shooting in the main office of the school. At 1126 hours, I met with ▮▮▮▮▮ in a Counselor's office. During our conversation, ▮▮▮ told me he was standing near the victims when the shooting occurred. He saw the suspect, who he does not know, approach the female victim's right side. He put a gun to her head, and pulled the trigger. The victim fell forward onto the ground. The suspect put the handgun to his head and walked further into the school. ▮▮▮ was able to see the expended cartridge "hanging out" of the gun. The way he explained this, I recognized it to be a "stovepipe" gun malfunction. ▮▮▮▮ told me he was with ▮▮▮. He does not know ▮▮▮▮▮ last name. He was also with ▮▮▮▮ ▮▮▮▮▮ For additional details regarding our conversation, refer to ▮▮▮ person narrative. This interview was digitally recording using my Agency issued voice recorder.

At 1142 hours I spoke with Jason Kreider, a uniformed member of the Maryland Natural Resources Police Department. He told me his daughter, ▮▮▮▮▮ had information regarding this investigation. I spoke with ▮▮▮ in a Counselor's office located in the main office of Leonardtown High School in Leonardtown, MD. During our conversation, ▮▮▮ told me she was friend with Jaelynn Willey. She said Willey broke up with Austin Rollins because he was being physically abusive to her. She explained that he would grab her arm, push her around, and would frequently yell at her. Following the breakup, Rollins followed Willey around the school, and attempted to contact her on social media. When Rollins discovered that Willey was going to prom with ▮▮▮ he began threatening to assault ▮▮▮ in school. Rollins told ▮▮▮ via Instagram that he was cutting himself and would frequently hit the walls in his house until his hands would bleed. ▮▮▮ told her he recently received a text message from Rollins saying, "You haven't seen the last of me". This interview was digitally recorded using my Agency issued voice recorder. For additional

| Case Status | | | Approval Status | | |
|---|---|---|---|---|---|
| Closed | | | Approved | | |
| **Investigating Officer** | | **Date** | **Supervisor** | | **Date** |
| *[signature]* | | | *Andrew F. Schwab* | | |
| CR FELDMAN, J (495) | / | 03/24/18 | S SCHWAB, A (393) | | 03/27/18 |

1 of 5

**Exhibit A - 54**

## *Supplement Report (Continuation)*

| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 03/24/2018 15:39 | | 1802671 - 7 |

**Officer Narrative**

details, refer to [redacted] person narrative, and the digital voice recording.

I was directed by D/Sgt. Dodge to respond to the Dr. James Forrest Technology Center located adjacent to Leonardtown High School. The technology center was being used to house Great Mills High School students while they awaited the arrival of their parents. I was directed by D/Sgt. Dodge to assist in interviewing the students prior to being released to their parents. Several other Detectives from the Charles County Sheriff's Office as well as Agents with the Federal Bureau of Investigation (FBI) were also present. When I arrived, I was informed by Lt. Russell of the St. Mary's County Sheriff's Office that members of the St. Mary's County Board of Education were notifying law enforcement of students that requested to speak with a Detective, but not providing every student an opportunity to be interviewed. Additionally, an Agent with the FBI was present for every interview conducted.

At 1335 hours, I was approached by an unidentified school administrator. She told me a juvenile female was in their "quiet room" and was requesting to speak with a Detective regarding this investigation. I notified Agent Autumn Brown of the FBI and asked if she wanted to sit in on the interview. She agreed and we met [redacted] in the lobby. [redacted] was noticeably upset, and appeared to have been crying. The school administrator told me [redacted] parents were on the property, but at the time could not be located. I asked if the administrator could take us to a room in the main office to give [redacted] some privacy. We were escorted into the Principal's office. [redacted] sat down in a chair and began speaking to us about this incident. During our conversation, [redacted] said she knows Jaelynn Willey and Austin Rollins. She explained the pair dated for a short time, but recently ended their relationship. Rollins harassed Willey nearly every day, and traded text messages with her friends. On one occasion, Rollins told [redacted] he was going to kill himself. She talked to him for some time, and she thought he was ok. [redacted] blocked Rollins on social media, and deleted his text messages and social media messages from her account. Midway through our conversation, [redacted] parents were located and brought to the office. They remained in the office for the duration of the interview. This interview was recording on my Agency issued digital voice recorder. For additional details regarding our conversation, refer to [redacted] person narrative.

At approximately 1500 hours D/Sgt. Dodge directed us to respond to the St. Mary's County Sheriff's Office Headquarters in Leonardtown, MD to meet with St. Mary's County Detectives and brief them on the interviews we conducted. At 1600 hours, we were secured from the investigation.

On 3/21/2018, I downloaded the contents of my digital voice recorder to two DVD's. One of the DVD's was placed in the Charles County Sheriff's Office Property Held, and the second DVD was sent to the St. Mary's County Sheriff's Office.

A copy of this supplemental report will be made available to the lead Detective from St. Mary's County Sheriff's Office.

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| CR FELDMAN, J (495) | 03/24/18 | *Andrew S Schwab*<br>S SCHWAB, A (393) | 03/27/18 |

2 of 5

Exhibit A - 55

## *Supplement Report (Continuation)*

**Supplement**

| Date/Time of Report | | Incident Number |
|---|---|---|
| 03/24/2018 15:39 | | 1802671 - 7 |

**Witness**

| Name: ███████ | | Role: Witness | Phone: ███████ |
|---|---|---|---|

| Address **** Great Mills, MD 20634 | | | |
|---|---|---|---|

| Employer Name: Great Mills High School | Employer Address: | | Work Phone: |
|---|---|---|---|

| Type of Victim: | Date of Birth: | Inc Age: 18 | Sup Age: 18 | Height: | Weight: | Race: B | Sex: M | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**

On 3/20/2018 at 1126 hours, I met with ███████ in a Counselor's office located in the Main Office of Leonardtown High School located at 23995 Point Lookout Rd, Leonardtown St. Mary's County, MD. The following is what he told me:

███████ was walking through the main hallway in front of Mr. Simon's math classroom. He was with his younger brother, ███████, and his friends: ███████. They were all standing in front of the classroom, talking, when he noticed a short, white male wearing all black clothing walk up to a white female. He does not know who either one of them are, and have never seen them. The male was standing on the right side of the female, when ███████ heard a loud bang. He saw the female fall forward, striking her head on the ground. He moved towards her, with the intent to make sure she was ok, when the white male turned around and looked at him. The male had a black handgun in his right hand, and the gun was pointed at his head. ███████ said they looked at each other, before the male walked further down the hallway, away from the main entrance to the school. ███████ recalls seeing the spent cartridge stuck in the gun. I asked if he knew why the male shot the female, and he said he had no idea. I asked if there was any unusual social media activity over the weekend, and he said no.

**Witness**

| Name: ███████ | | Role: Witness | Phone: ███████ |
|---|---|---|---|

| Address **** Lexington Park, MD 20653 | | | |
|---|---|---|---|

| Employer Name: Great Mills High School | Employer Address: | | Work Phone: |
|---|---|---|---|

| Type of Victim: | Date of Birth: | Inc Age: 14 | Sup Age: 14 | Height: | Weight: | Race: W | Sex: F | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**

On 3/20/2018 at 1142 hours I spoke with Jason Kreider, a uniformed member of the Maryland Natural Resources Police Department. He told me his daughter, ███████ (14 years of age), had information regarding this investigation. I spoke with ███████ in a Counselor's office located in the main office of Leonardtown High School in Leonardtown, MD. The following is what she told me:

███████ said she believed the shooting stemmed from an on-going issue between her friend, Jaelynn Willey, and Willey's ex-boyfriend, Austin Rollins. Willey is a sophomore and Rollins is a senior. They dated for a month, and Willey ended the relationship at the end of January 2018. She explained that Rollins was getting physical with her, grabbing her arms, pushing her, and yelling at her.

Recently, Jaelynn agreed to go to the prom with another friend, ███████. Rollins discovered they

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| ~~signature~~ CR FELDMAN, J (495) | 03/24/18 | *Andrew C. Schwab* S SCHWAB, A (393) | 03/27/18 |

3 of 5

**Exhibit A - 56**

## *Supplement Report (Continuation)*

| Supplement | | | |
|---|---|---|---|
| Date/Time of Report | | | Incident Number |
| 03/24/2018 15:39 | | | 1802671 - 7 |

Person Narrative:

were going to prom sometime in the middle of February 2018, and began to threaten ██████ on Instagram. ████ saw posts on Instagram in which Rollins told ████ "You don't even know what is coming", and "If you do anything to her (Willey) I will kill you". Rollins threatened to fight ████ in school, but nothing ever happened.

████ began speaking with Rollins via Instagram messages regarding the issues. He indicated to her that he was self-harming, and was cutting and hitting walls to alleviate his anger. He told ████ he was angry that Willey was with ████ and not him. She last saw Rollins on 3/16/2018 (Friday), and everything seemed normal. ████ told ████ that Rollins was texting him over the weekend saying, "you haven't seen the last of me".

████ did not witness the shooting, and at the time of our interview, was unaware if Willey and Rollins were involved in the incident. She said Rollins Instagram name was "Austin.Rollins48", and Acedo's Instagram was ████

| Witness | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: ████ | | | | | Role: Witness | | Phone: ████ | |
| Address: ████ Lexington Park, MD 20653 | | | | | | | | |
| Employer Name: Great Mills High School | | Employer Address: | | | | Work Phone: | | |
| Type of Victim: | | Date of Birth: ████ | Inc Age: 17 | Sup Age: 17 | Height: | Weight: | Race: W | Sex: F | Resident: |

Person Narrative:

At 1335 hours, I was approached by an unidentified school administrator. She told me a juvenile female was in their "quiet room" and was requesting to speak with a Detective regarding this investigation. I notified Agent Autumn Brown of the FBI and asked if she wanted to sit in on the interview. She agreed and we met ████ in the lobby. ████ was noticeably upset, and appeared to have been crying. The school administrator told me ████ parents were on the property, but at the time could not be located. I asked if the administrator could take us to a room in the main office to give ████ some privacy. We were escorted into the Principal's office. ████ sat down in a chair and began speaking to us about this incident. The following is what was said:

████ is a Junior, and was in the counseling office when the opening bell rang. She began walking towards her classroom, and heard an announcement directing everyone to go into the nearest classroom. Once inside a classroom, one of her friends told her she heard someone came into the school with a gun. Others in the class began getting notifications on their phones saying Jaelynn Willey had been shot. ████ is friends with Willey, and competes on swim teams with her.

████ immediately suspected that Austin Rollins was responsible. They had ended a relationship a few weeks earlier, and Rollins sent messages to ████ via Instagram expressing how upset he was. Comments were made to ████ leading her to believe Rollins was considering suicide. He repeatedly said that he could not live without Willey. ████ told Rollins he should talk to her father, who is a pastor, and he could help Rollins. Rollins told her that speaking to her father would only make things worse.

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| CR FELDMAN, J (495) | 03/24/18 | *Andrew C. Schwab* S SCHWAB, A (393) | 03/27/18 |

4 of 5

**Exhibit A - 57**

## Supplement Report (Continuation)

| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 03/24/2018 15:39 | | 1802671 - 7 |

**Person Narrative:**

⬛ said Rollins was following Willey around the school, and waiting for her after every class. She repeatedly told him to stop, but he did not. Just before the winter sports banquet, it became public that ⬛ Jaelynn Willey were going to the prom together. This made Rollins mad. At the banquet, ⬛ began receiving text messages from Rollins saying they were going to fight. ⬛ ultimately blocked Rollins and deleted their conversations from her Instagram account

Willey broke up with Rollins because he was physical with her. ⬛ witnessed Rollins grab Willey by the wrists and push her. In the past few days, she had not seen anything unusual between Rollins and Willey, and thought everything was ok. In recent days, Rollins stopped following Willey around the school, and seemed to be leaving her alone.

⬛ believes Willey was walking with ⬛ when she was shot, and another student named ⬛ may have seen it as well. ⬛cy advised that her swim coach, Troy Crole, would know who ⬛is.

| Evidence | | | | | |
|---|---|---|---|---|---|
| Qty:<br>1 | Tag: | Type:<br>Evidence | Serial: | | Value: |
| Brand/Make: | | | Model: | | |

Description:
DVD

Narrative:
DVD containing digital copies of the interviews of witnesses: ⬛
⬛

| | Investigating Officer | Date | | Supervisor | Date |
|---|---|---|---|---|---|
| | CR FELDMAN, J (495) | 03/24/18 | *Andrew C. Schwab* | S SCHWAB, A (393) | 03/27/18 |

5 of 5

Exhibit A - 58



**Charles County Sheriff**

**PO Box 189**
**La Plata, MD 20646**

## Supplement Report



| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 03/28/2018 08:27 | | 1802671 - 8 |
| | Location | |
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | | |

| Offense List |
|---|
| ASSIST OTHER LAW ENFORCEMENT AGENCY |

**Officer Narrative**

On March 20th, 2018 I was assisting Detective Clark #372 with a search warrant in LaPlata, Maryland at around 0800 hours. While at the home being searched, I learned of a shooting at Great Mills High School in St. Mary's County, Maryland. I spoke with Detective Clark and cleared the search warrant, heading to the area of the shooting to assist.

While en-route, I learned officers were meeting at the St. Mary's County FOP Lodge and went there. Once there, I listened to a briefing on that morning's events and was asked to go to the Forrest Hall Technology Center to interview witnesses.

I arrived at the Forrest Hall Technology Center and entered through the front, main entrance. Once in the atrium area of the building, I along with other Charles County Detectives met with FBI agents who were already on scene. We observed the FBI agents seated at a group of tables with apparently no witnesses or students being interviewed. They informed us word was passed to them to stop with interviews for the time.

Officers and agents waited in the atrium area for clarification on what needed to be done. While there, a high school aged male was brought up from the back of the school by a teacher and was quite visibly distraught. The male was speaking broken english and asked for a spanish translator. Detective Gross #407 asked for a spanish teacher to assist and walked with the male, later identified as ████████ to a guidance room off of the atrium. An FBI agent accompanied us, Special Agent Sean Regan. Once in the room, ████ was able to calm down some and was able to communicate in English. Detective Gross audio recorded the interview, see her supplement for further on ████████ interview. ████ is a ████████ who had ████████ in ████ and is from ████████

During the interview, ████████ allowed us to view messages on his cell phone that had been sent by the shooter, Austin Rollins through Instagram. The messages were started on March 6th 2018 and continued until the evening of March 19th. Special Agent Regan asked for consent to download the contents of ████████ phone and he agreed. I prepared a Consent to Search form and ████ signed it.

While speaking with ████████ the name ████████ me up as another potential witness. I spoke with school administrators and learned that it appeared in their computer system that N████ had not been picked up by her family yet. I requested she be called to the front of the school and they sent a message to have her report to the office. I met with Special Agent Carolyn Cerone and

| Case Status | | | Approval Status | | |
|---|---|---|---|---|---|
| Closed | | | Approved | | |
| Investigating Officer | | Date | Supervisor | | Date |
| *Eric E. Weaver* | | | *signature* | | |
| PF WEAVER, E (470) | | / 03/28/18 | MS DRAHEIM JR, G (296) | | 03/30/18 |

1 of 4

**Exhibit A - 59**

## Supplement Report (Continuation)

**Supplement**

| Date/Time of Report | | Incident Number |
|---|---|---|
| 03/28/2018  08:27 | | 1802671 - 8 |

**Officer Narrative**

briefed her on what I had learned in the previous interview with ████████ Two high school age girls arrived in the atrium and appeared lost. I asked there names and learned it was ████████

Special Agent Cerone and I spoke with both ████████ in an administration office off of the atrium at about 1245 hours. During the interview, I learned the ████████ were both friends of the victim of the shooting, Jaelynn Willey. ████ drives to school and picks up Willey each morning and drives her home in the evening. ████ also rides with the two and all are on the school's swim team. The two travelled to school together that day with Willey as usual. See their statement for further.

After completing the interviews, I also assisted in the release of high school students from the neighboring Leonardtown High School. Parents of Great Mills students had been organized in Leonardtown High's auditorium and the parking lot over run with extra vehicles. I was asked, along with several other Charles County Sheriff's Office detectives to help guide the children out of the school. Once that was completed, I travelled to the St. Mary's Sheriff's Office for a debriefing before returning to the county.

Disposition: Closed

**Property**

| Qty: | Tag: | Type: | Serial: | Value: |
|---|---|---|---|---|
| 1 | | ATTACHMENTS | | |
| Brand/Make: | | | Model: | |
| Consent to search | | | | |
| Description: | | | | |
| 1 consent to search form for ████████ | | | | |

**Property**

| Qty: | Tag | Type: | Serial: | Value: |
|---|---|---|---|---|
| 4 | | ATTACHMENTS | | |
| Brand/Make: | | | Model: | |
| Notes | | | | |
| Description: | | | | |
| 4 pages of notes from Detective Weaver #470 | | | | |

**Witness**

| Name: | | Role: | Phone: |
|---|---|---|---|
| | | Witness | |

| Address | ** Lexington Park, MD 20653 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Employer Name: | | Employer Address: | | | | | Work Phone: | |
| Great Mills High | | | | | | | | |
| Type of Victim: | | Date of Birth: | Inc Age: 15 | Sup Age: 15 | Height: | Weight: | Race: W | Sex: F | Resident: |

**Person Narrative**

I spoke with ████████ at about 1245 hours. We spoke in a administration office at Forrest Hall Center with her sister, ████████ and Special Agent Carolyn Cerone. She advised the following:

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| Eric E. Weaver | | | |
| PF WEAVER, E (470) | 03/28/18 | MS DRAHEIM JR, G (296) | 03/30/18 |

2 of 4

Exhibit A - 60

## Supplement Report (Continuation)

| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 03/28/2018 08:27 | | 1802671 - 8 |

Person Narrative:

████ came to school that day with her sister, ████████ and a friend Jaelynn Willey. This was their daily routine and ████ usually walks with Willey to their first period class each day. On that day, ████ had to drop some things off in the Media Center and split from Willey once inside the school. After dropping the items off, she began to walk to her first period class. Once close to the class, she saw Willey again and stated she was a few people behind her. ████ heard someone shout "he has a gun" and then heard a bang and saw Willey fall to the ground. ████ stated she never saw the person with the gun and didn't immediately realize Willey had been shot, believing she may have fainted or just fell although she did see blood begin to puddle up around her.

████ stated by her estimate, there was about 20 people in the area of the shooting at the time. Once Willey was shot, teachers and students began to yell different things and she was told to go into the Media Center. I asked ████ who she thought shot Jaelynn Willey. She said she didn't see him, but heard it was Austin Rollins.

I asked ████ about Rollins and what she knew of him. She stated he was a boy Willey dated for a two or three week period back in January or February. She wasn't exactly sure of the timeframe, but knew it was not long and had ended before Valentine's Day. ████ stated during the period they dated, Rollins was very controlling of Willey. ████ stated he would grab her firmly by the wrist and squeeze it when he believed Willey was doing something wrong. ████ stated from what she knew of the relationship, it was not a very good one and ended quickly.

████ stated after the breakup, Rollins would act like nothing had changed. She stated once he walked to the car ████ and Jaelynn used after school and acted as if he was going with them home. This was unusual to them and not something Rollins should have expected to do. ████ said shortly after, Willey talked to Rollins about his behavior and reiterated that they were no longer dating and to leave her alone.

After the talk with Rollins, ████ stated he became "a stalker." ████ stated she would see Rollins standing outside of classes Willey had with her or in other unusual places. ████ said Rollins would also contact Willey's friends and send them messages. She mentioned ████ as one of the people who received messages from Rollins that she knew of.

The swim team had a banquet about two weeks prior to the shooting. At the banquet ████ had shared some of the texts he was receiving from Rollins with ████ley. ████ was annoyed by the texts, some of which were suicidal. ████ stated she knew Rollins had also messaged other people, including a girl named ████

On the morning of the shooting ████ noticed Willey had posted a black screen image on Instagram and for the caption had an emoji face with a straight line as a mouth. I asked ████ what she thought this meant. She stated she didn't know what it was supposed to mean, however it didn't seem good and was out of character for Willey. ████ stated that morning Willey was somewhat quiet, not her usual bubbly self. It was a quiet car ride into school and no one talked about anything significant.

| Investigating Officer | Date | Supervisor | Date |
|---|---|---|---|
| *Eric E. Weaver* | | *[signature]* | |
| PF WEAVER, E (470) | 03/28/18 | MS DRAHEIM JR, G (296) | 03/30/18 |

3 of 4

Exhibit A - 61

# Supplement Report (Continuation)

**Supplement**

| Date/Time of Report | | Incident Number |
|---|---|---|
| 03/28/2018 08:27 | | 1802671 - 8 |

**Witness**

| Name: ██████████ | | Role: Witness | Phone: ████████████ |
|---|---|---|---|

| Address ██████ Lexington Park, MD 20653 | | | |
|---|---|---|---|

| Employer Name: Great Mills High | Employer Address: | | Work Phone: |
|---|---|---|---|

| Type of Victim: | Date of Birth: ███████ | Inc Age: 17 | Sup Age: 17 | Height: | Weight: | Race: W | Sex: F | Resident: |
|---|---|---|---|---|---|---|---|---|

**Person Narrative:**

I spoke with ██████ on 3/20/18, at about 1245 hours. We spoke at the Forrest Hall Center and her sister ████████ and Special Agent Carolyn Cerone were present. She advised the following:

██████████ stated she is friends with Jaelynn Willey and drives her as well as ██████████ her sister, to school everyday. ████████ stated the three are also friends and on the high school's swim team. ████████ drove the group to school that day like normal.

Once in school, ████████ splits from the other two girls and has separate classes. ████████ was not in the area of the shooting and did not witness the events of that day. She only heard through rumors that Austin Rollins was involved.

████████ stated she knew Austin Rollins and Jaelynn Willey dated briefly in January or February, but it had definitely ended before Valentine's day. From what she knew, ████████ stated Rollins was very controlling and abusive towards Willey. ████████ stated after the break up, it was very unusual and it was almost like Rollins didn't believe the two had broken up. His behavior was odd and he pretended like nothing had happened. Willey confronted him and his behavior became "stalkerish." ████████ stated she was aware Rollins had been stalking Willey and observed some of his awkward behavior herself. ████████ stated in the week prior to the shooting, it appeared as if Rollins had "backed off" and she had not noticed him trying to hang around Willey.

████████ provided her Instagram of ████████████

| Investigating Officer Eric R. Weaver | Date | Supervisor ~~(signature)~~ | Date |
|---|---|---|---|
| PF WEAVER, E (470) | 03/28/18 | MS DRAHEIM JR, G (296) | 03/30/18 |

4 of 4

Exhibit A - 62



**Charles County Sheriff**

**PO Box 189**
**La Plata, MD 20646**

## *Supplement Report*



| Supplement | | | |
|---|---|---|---|
| Date/Time of Report | | | Incident Number |
| 03/28/2018 15:01 | | | 1802671 - 9 |

| Location |
|---|
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 |

**Offense List**

ASSIST OTHER LAW ENFORCEMENT AGENCY

**Officer Narrative**

On March 20, 2018 at approximately 0822 hours I was activated as a member of the Emergency Services Team (EST) in regards to an active shooter at Great Mills High School in St. Mary's County, Md. After responding to the Sheriff's Office Annex, I was notified EST would no longer be needed; however, I was requested to respond to the scene to assist with interviewing potential witnesses.

On March 20, 2018, I made contact with student ▓▓▓▓▓▓▓ at the Forrest Hall Career and Technology Center, located at 24005 Point Lookout Road, Leonardtown, Maryland 20650 in reference to this investigation.  After introducing myself and Special Agent Autumn Brown of the Federal Bureau of Investigations (FBI), ▓▓▓▓▓▓ provided a recorded statement.

| Witness | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: ▓▓▓▓▓▓▓ | | | | | | Role: Witness | Phone: ▓▓▓▓ | |
| Address  **▓▓▓▓ Lexington Park, MD | | | | | | | | |
| Employer Name: Great Mills High School | | | Employer Address: | | | | Work Phone: | |
| Type of Victim: | | Date of Birth: | Inc Age: 17 | Sup Age: 17 | Height: | Weight: | Race: B | Sex: M | Resident: |

| Person Narrative: |
|---|
| Witness ▓▓▓▓ advised he did not see the shooting. After the shooting, he only heard that his friend, Desmond, was shot in the leg and that a girl he rides the bus with was shot. ▓▓▓▓ does not know if anyone had taken any pictures or video of the shooting.  He knows his friend ▓▓▓ was in the area when it happened and may have seen something; however, he could not provide a last name for ▓▓▓. |

| | Case Status | | Approval Status | | |
|---|---|---|---|---|---|
| Closed | | | Approved | | |
| Investigating Officer | | Date | Supervisor | | Date |
| *[signature]* | | | *[signature]* | | |
| PF BURGESS, H (589) | / | 03/28/18 | MS DRAHEIM JR, G (296) | | 03/30/18 |

1 of 1

Exhibit A - 63



**Charles County Sheriff**

**PO Box 189**
La Plata, MD 20646



## *Supplement Report*

| Supplement | | |
|---|---|---|
| Date/Time of Report | | Incident Number |
| 04/07/2018 12:48 | | 1802671 - 10 |
| | Location | |
| SM COUNTY, GREAT MILLS HIGH, Great Mills MD 20634 | | |

**Offense List**

ASSIST OTHER LAW ENFORCEMENT AGENCY

**Officer Narrative**

   On March 20, 2018 several detectives responded to St. Mary's County, MD to assist with a school shooting which occurred at Great Mills High School. We were directed to the St. Mary's County FOP lodge where were briefed regarding the preliminary investigation. We learned a single suspect shot a female and a male student and then shot himself or was shot by a school resource officer.

   I was asked to assist St. Mary's County Detective Melissa Hulse with checking the suspect's house. The suspect was identified as Austin Rollins and his last known address was 47104 Sorrel Drive, Lexington Park, MD. We arrived at the house and knocked on the door several times, however there was no answer, it did not appear anyone was home and there were no vehicles parked in the driveway or on the street in front of the house. Looking through the windows, nothing appeared out of place or disturbed. Based on the circumstances and information known at the time, we forced entry into the house to check on the welfare of other family members who may have been inside. Det. Hulse, Ofc. Budd of the St. Mary's County Sheriff's Office, two Natural Resources Police Officers and I searched the house. I searched the first floor and then the basement and while going through the basement, I noticed a handwritten letter on the keyboard of a desktop computer. Briefly looking at the letter, it appeared to be an apology for something that was done. No one was found in the house and we secured the residence until it was searched by evidence technician's and other law enforcement.

| Case Status | | | Approval Status | | |
|---|---|---|---|---|---|
| Closed | | | Reviewed | | |
| Investigating Officer | | Date | Supervisor | | Date |
| CR ELLIOTT, J (351) | / | 04/07/18 | MS MOODY, K (262) | | 04/17/18 |

1 of 1

Exhibit A - 64



**OFFICE OF THE SHERIFF**
**ST. MARY'S COUNTY, MARYLAND**
**CRIME LAB REPORT**

(continuation / supplement)

| | |
|---|---|
| LAB NO. | 067-18 |
| C.C.N. | 14686-18 |

| COMPLAINANT/VICTIM | Jaelynn Willey/ Desmond Barnes | TYPE CASE: | Homicide |
|---|---|---|---|

On Tuesday March 20, 2018 the undersigned took possession of a large red biohazard bag containing multiple paper bags with various pieces of clothing that were removed from suspect Austin Rollins by Emergency Medical Technicians in an effort to render aid. The clothing pieces were cut and were soaked with a large volume of blood. The items were transported by me back to the St Mary's County Sheriffs Office Crime Lab at 23150 Leonard Hall Drive Leonardtown, Maryland to properly hang the soaked clothing in our forensic drying cabinet to allow sufficient time to thoroughly dry in an effort to prevent the deterioration of any possible existing evidence on the clothing. The items were then packaged in paper bags by CLT M. Roberts # 1108. There was no further action taken on my behalf at this time.

| EVIDENCE TECHNICIAN | I.D. | DATE | SUPERVISOR | I.D. | DATE |
|---|---|---|---|---|---|
| CLT Summer Buchanan | 1003 | 040218 | Lt. | 90 | 4/12/18 |

PAGE __1__ OF __1__

Exhibit A - 65



**OFFICE OF THE SHERIFF**

**ST. MARY'S COUNTY, MARYLAND**

**CRIME LAB REPORT**

| | |
|---|---|
| CL #: | 067-18 |
| CCN #: | 14686-18 |

| COMPLAINTANT/VICTIM: | WILLEY, Jaelynn | TYPE CASE: | Death Investigation |
|---|---|---|---|

On 3/23/18 at 1037 hours, I assisted CLT Megan Roberts #1108 with the process of cataloguing the items of evidence that were in the drying cabinet from the victim, Jaelynn Willey and the suspect, Austin Rollins. CLT Megan Roberts #1108 removed the items from the cabinet and placed the individual items on brown paper for photographing. I photographed the items with scale, number designations and the subsequent contents. The general number designation and corresponding location were assigned as follows:

CS1. From Victim 1 (V1) Hallway Crime Scene
CS3. From Suspect (S1) Hallway Crime Scene
V1. From Victim 1 (V1)
S1. From Suspect 1(S1)

Photographing of evidence was completed on 3/23/18 at 1135 hours. Twenty seven (27) photos were loaded into the Photo Evidence Folder at 1300 hours on 3/23/18.

| Evidence Technician | ID # | Date | Supervisor | ID# | Date |
|---|---|---|---|---|---|
| Stacy Hancock | #1159 | 3/28/18 | H. Russell | 90 | 3/28/18 |

Page ___ of ___

Exhibit A - 66



**OFFICE OF THE SHERIFF**

**ST. MARY'S COUNTY, MARYLAND**

**CRIME LAB REPORT**

| | |
|---|---|
| CL #: | 067-18 |
| CCN #: | 14686-18 |

| COMPLAINTANT/VICTIM: | WILLEY, Jaelynn & BARNES, Desmond | TYPE CASE: | Death Investigation |
|---|---|---|---|

At 0814 hours on Tuesday March 20, 2018, Clt. S. Hancock #1159 and I were requested by Clt. C. Shoemaker #1009 of the St. Mary's County Sheriff's Office to respond to the Great Mills High School located at 21130 Great Mills Road in Great Mills, MD to assist in a reported shooting. I was informed all of CID was en route to the scene along with various personnel from our agency and surrounding agencies.

At 0830 hours on Clt. Hancock #1159, Clt. Shoemaker #1009, Clt. Buchanan #1003 and I arrived on scene. We were briefed by D-Sgt. M. Boyer #207 on the details of the case. We were informed both victims and the suspect were removed from the scene prior to our arrival for medical treatment. Please refer to D-Sgt. M. Boyer's #207 report for additional information. He indicated three (3) scenes would need to be processed. The first scene (CS1) was the location of victim #1 (V1), Jaelynn Rose Willey (W/F DOB ██████) This scene was located in the Art Hall by classroom F05. The second scene (CS2) was the location of victim #2 (V2), Desmond Micah Barnes (B/M D██████). This scene was located inside classroom E01. The third scene (CS3) was the location of suspect #1 (S1 or S), Austin Wyatt Rollins (W/M DO██████ This scene was located in the Business Hall by classroom D05.

We observed scene CS1. We noted various medical equipment and waste littered on the floor in the hallway to include an AED device. There was a multicolored backpack (CS1.1) on the floor with a Droid cellphone (CS1.1A) laying on top. There was a single Winchester Luger 9mm casing (CS1.2) on the floor adjacent the wall containing lockers. During a cursory search of the hallway, I noted a white "Great Mills GMAC Aquatic Club" long sleeve shirt with hair tie (CS1.3) in a plastic bag containing various trash and other medical waste. There was a large area of blood located on the floor. Nothing further was noted in scene 1.

We observed scene CS2. We noted an area of blood located on the floor. There was also various medical waste in proximity of the blood. A multicolored blanket was located on the floor in the area of the blood. Nothing further was noted in scene 2.

Finally we observed scene CS3. We observed a black OC sports hat (CS3.1). We were informed this hat was put over a Winchester 45 Auto casing (CS3.1A) prior to our arrival. We also observed a plethora of Sheriff's Office tape surrounding various items of evidence that was placed prior to our arrival. I noted a large area of blood on the floor. There was also various medical waste located on the floor. There was a handbag located adjacent the black hat on the floor. The handbag allegedly unrelated to the incident, photographed and released on scene. We noted several fragments on the floor (CS3.3, CS3.5, CS3.8, CS3.11 & CS3.15) in the hallway. We also saw a projectile (CS3.4) on the floor. Trajectory suggested that a single shot likely struck an upper locker in the area of locker numbers 39 & 40 and ricocheted onto the floor opposite the locker. Also at scene CS3, we noted a black backpack (CS3.6) on the ground in a corner just up from the lockers. Also in this area, we observed a firearm (CS3.7) with the magazine removed (CS3.7A). We were informed Det. M. Hulse #218 removed the magazine and rendered the firearm safe during the incident for safety precautions. Finally, on the floor, in this area, we observed a live round (CS3.7B) a set of earbuds (CS3.7C) and a white medical bag containing the Rollins wallet (CS3.13, CS3.13A & CS3.13B), and key fob (CS13.C). I was informed the wallet and key fob were removed from the victims pocket and placed in the medical bag prior to our arrival. In the same area, we noted two (2) live rounds (CS3.9 & CS3.10). On the opposite side of the hall was an overturned trash can. This trash can was placed overtop of a Win Luger 9mm casing (CS3.12) prior to our arrival. Nothing further was noted in scene 3.

| Evidence Technician | ID # | Date | Supervisor | ID# | Date |
|---|---|---|---|---|---|
| *CHMck* CLT. M. Roberts | 1108 | 4/2/18 | *Lt. Russett Tn* | 90 | 4/3/18 |



**OFFICE OF THE SHERIFF**

**ST. MARY'S COUNTY, MARYLAND**

**CRIME LAB REPORT**

| | |
|---|---|
| CL #: | 067-18 |
| CCN #: | 14686-18 |

| COMPLAINTANT/VICTIM: | WILLEY, Jaelynn & BARNES, Desmond | TYPE CASE: | Death Investigation |
|---|---|---|---|

At 0850 hours on the aforementioned date, I was assigned as lead Crime Lab Technician for this case. I tasked Clt. Shoemaker and Clt. Buchanan with processing scene number 2 (CS2). Please refer to their detailed report for additional information.

At 0856 hours on the aforementioned date, Clt. Hancock and I started processing scenes 1 & 3 (CS1 & CS3). I began processing the scenes by taking overall digital photographs (DP.1). Charles County Sheriff's Office Crime Lab Technicians responded and utilized a 3D scanner to produce a sketch of each scene to scale. Please refer to their report for additional information. Once the scene was scanned, Clt. Hancock and I collected the following items from the following locations:

CS1: Crime Scene 1: Victim #1 location/Art Hall by classroom F05

CS3: Crime Scene 3: Suspect location/Business Hall by D05

| Item Number | Item |
|---|---|
| CS1.1 | One (1) multi-colored back pack cont. various personal items. |
| | *Note: Perishables were removed/discarded |
| | *Note: U.S currency removed/repackaged as CS1.1A |
| CS1.1A | U.S currency totaling $1.00 |
| CS1.1A | One (1) Droid cellphone (S/N ████████) |
| CS1.2 | One (1) WIN LUGER 9mm casing |
| CS1.3 | One (1) white "Great Mills GMAC Aquatic Club" long sleeve shirt w/ hair tie |
| CS.D27.A | One (1) #2 pencil ferrule |
| CS.D11.1 | One (1) fragment |
| CS3.1 | One (1) black OC Sports AA hat |
| CS3.1A | One (1) Winchester 45 Auto Casing |
| CS3.2 | One (1) black handbag |
| | *Note: Photographed not collected |
| CS3.3 | One (1) fragment |
| CS3.4 | One (1) projectile |
| CS3.5 | One (1) fragment |
| CS3.6 | One (1) black backpack cont. various personal items |
| | *Note: Perishables removed/discarded |
| CS3.7 | One (1) Glock 9X19 9mm pistol (████████) |
| CS3.7A | One (1) Glock magazine cont. Qty (11) WIN LUGER 9mm live rounds |
| CS3.7B | One (1) WIN LUGER 9mm live round |

| Evidence Technician | ID # | Date | Supervisor | ID# | Date |
|---|---|---|---|---|---|
| *CLT M.Roberts (signature)* | 1108 | 4/2/18 | *Lt. Redd (signature)* | 90 | 4/3/18 |
| CLT. M. Roberts | 1108 | | | | |

Page 2 of 3



**OFFICE OF THE SHERIFF**

**ST. MARY'S COUNTY, MARYLAND**

**CRIME LAB REPORT**

| CL #: | 067-18 |
|---|---|
| CCN #: | 14686-18 |

| COMPLAINTANT/VICTIM: | WILLEY, Jaelynn & BARNES, Desmond | TYPE CASE: | Death Investigation |
|---|---|---|---|

| Item Number | Item |
|---|---|
| CS3.7C | One (1) set of earbuds-black |
| CS3.8 | One (1) fragment |
| CS3.9 | One (1) WIN LUGER 9mm live round |
| CS3.10 | One (1) WIN LUGER 9mm live round |
| CS3.11 | One (1) fragment |
| CS3.12 | One (1) WIN LUGER 9mm casing |
| CS3.13 | One (1) white medical bag cont. wallet & keychain with keyfob |
| CS3.13A | One (1) MD provisional drivers license for Austin Wyatt Rollins ▮▮▮▮▮ |
| CS3.13B | U.S currency totaling $6.00 |
| CS3.13C | Black key fob for ford fusion ▮▮▮▮ |
| CS3.14 | One (1) upper locker |
| | *Note: photographed not collected |
| CS3.15 | One (1) fragment |

At 1630 hours on the aforementioned date, Clt. Hancock and I cleared the scene and secured all items in the Crime Lab/Drying Cabinet.

At 1805 hours on the aforementioned date, I received one (1) pair of white tennis shoes, one (1) pair of black shoe inserts and one (1) pair of white socks (V1.1) from Det. S. Ruest #204. The items were placed into the Crime Lab Drying Cabinet at 1830 hours.

At 1030 hours on Thursday March 22, 2018, Clt. Hancock and I photographed and packaged all items of evidence not stored in the Crime Lab Drying Cabinet (DP.1-Evidence).

At 1037 hours on Friday March 23, 2018, Clt. Hancock and I removed all remaining items of evidence out of the Crime Lab Drying Cabinet for photographing and packaging (DP.1-Drying Cabinet). Clt. Hancock and I completed the photographing and packaging and submitted all items to Property Held.

Nothing further was done on our part.

| Evidence Technician | ID # | Date | Supervisor | ID# | Date |
|---|---|---|---|---|---|
| *CHMCR* | 1108 | 4/2/18 | *Lt. Pett* | 90 | 4/3/18 |
| CLT. M. Roberts | 1108 | | | | |

Page 3 of 3

**Exhibit A - 69**



**OFFICE OF THE SHERIFF**

**ST. MARY'S COUNTY, MARYLAND**

**CRIME LAB REPORT**

| | |
|---|---|
| CL #: | 067-18 |
| CCN #: | 14686-18 |

| COMPLAINTANT/VICTIM: | WILLEY, Jaelynn | TYPE CASE: | Death Investigation |
|---|---|---|---|

On 3/22/18 at 1030 hours I assisted Clt M. Roberts #1108 by photographing the items of evidence collected at the crime scene for the GMHS shooting that had occurred on 3/20/18. I individually photographed items recovered from the scene with scale, number designations and the general location of where the item was found. The general number designation and corresponding location were assigned as follows:

CS1. From Victim 1 (V1) Hallway Crime Scene
CS3. From Suspect (S1) Hallway Crime Scene
CSD11. From Hallway outside Classroom D11
CSD27. From Hallway outside Classroom D27

I completed the photographing of evidence and loaded forty (40) photos into the Photo Evidence Folder at 1222 hours on 3/22/18.

At 1430 hours on 3/22/18 Det LeFave #264 requested Clt M. Roberts #1108 to take additional photographs of the Suspect's Gun (Item# CS3.7). I assisted in completing the additional photographs and loaded five (5) photos into the Photo Evidence Folder at 1444 hours on 3/22/18.

| Evidence Technician | ID # | Date | Supervisor | ID# | Date |
|---|---|---|---|---|---|
| Stacey Hancock | #1159 | 3/28/18 | Lt. Bunott | 90 | 3/28/18 |

Page 1 of 1

Exhibit A - 70

4/13

# SUPPLEMENT

| 2. COMPLAINT CONTROL NO. |
| --- |
| 14686- | 18 |

| 3 OFFENSE/INCIDENT | 10 VICTIM/FIRM NAME    LAST, FIRST MIDDLE | 4 DATE-ORIGINAL REPORT |
| --- | --- | --- |
| Murder | Willey, Jaelynn | 03/20/18 |

**SUPPLEMENT STATUS: CON'T.** ☐ **FOLLOW-UP** ☒

| 27-A. SUSPECT ONE: ARRESTED YES ☐ NO ☐ | WEAPON-DESCRIPTION | 27-B. SUSPECT TWO: ARRESTED YES ☐ NO ☐ | WEAPON-DESCRIPTION |
| --- | --- | --- | --- |
| NAME (LAST, FIRST, MIDDLE) See Original Report | ALIAS | NAME (LAST FIRST, MIDDLE) | ALIAS |
| ADDRESS | PHONE | ADDRESS | PHONE |

| SEX | RACE | DOB OR AGE | HT | WT | BLD. | EYES | COMP. | HAIR & STYLE | SEX | RACE | DOB OR AGE | HT | WT | BLD. | EYES | COMP. | HAIR & STYLE |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| CLOTHING - CHARACTERISTICS | | | | | | | | | CLOTHING - CHARACTERISTICS | | | | | | | | |
| MISCELLANEOUS | | | | | | | | | MISCELLANEOUS | | | | | | | | |

| 10-A. Witness Or Neighborhood Check N/A | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
| --- | --- | --- | --- | --- |
| Location/Address | | | Business Phone | ☐ Statement Taken |
| 10-B. Witness Or Neighborhood Check N/A | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
| Location/Address | | | Business Phone | ☐ Statement Taken |

**NARRATIVE:**  DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION  CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC  ENTER ANY ADDITIONAL INFORMATION. DO NOT SUMMARIZE UNLESS NECESSARY.

**Narrative:**

On 04/03/18 Detective Melissa Hulse and I met with Suspect Austin Rollins parents, Frankie and Angela Rollins.  Prior to the meeting contact had been made with both Captain Edward Willenborg of the St. Mary's County Sheriff's Office Criminal Investigations Division and Richard Fritz from the States Attorney's Office.  Both had approved for Suspect Rollins vehicle and computer to be released to his parents.  Detective Hulse and I met with Frankie and Angela and updated them on the status of the investigation.  We also released the suspect's computer as well as the vehicle he operated.  The vehicle was a 2014 Ford Fusion, silver in color, bearing Maryland registration ███████  ████████████████████  The vehicle was registered to Frankie and Angela Rollins.  Frankie Rollins was positively identified by his Maryland Driver's License (a photo is attached to this supplemental report).

Case remains open, and approximately 1 hour of investigative time was spent.

| 33 Status ☒ Open ☐ Suspended ☐ Unfounded ☐ Closed | 38. Investigator Detective Corporal Scott Ruest | I.D. Number 204 | 37 Date 04/06/18 |
| --- | --- | --- | --- |
| 38 Supervisor Status ☒ Agree ☐ Disagree | 39 Recommended To Continue ☐ Patrol ☐ Suspended ☐ Investigation | 40. Reviewing Supervisor | I.D. Number 119 | 41 Date 4/6/18 |
| 42 Investigation Supervisor Status ☐ Patrol ☐ Investigative | 43 Investigation Supervisor | 39. No 44 Date 4/12/18 | 46 Assigned Investigator | 51 Page Of 1 of 1 |
| 47 ☐ NCIC Entered ☐ NCIC Cleared ☐ MILES Entered ☐ MILES Cleared | 48 Final Status (Check One) ☐ Open ☐ Suspended ☐ Closed | 53. Related Report Numbers | 15 CID Number 18-0120 |

Exhibit A - 71

4/25

**SUPPLEMENT**

| | 2. COMPLAINT CONTROL NO. |
|---|---|
| | 14686 18 |

| 3. OFFENSE/INCIDENT | 10. VICTIM/FIRM NAME    LAST, FIRST, MIDDLE | 4. DATE-ORIGINAL REPORT |
|---|---|---|
| Murder | Willey, Jaelynn Rose | 3/20/18 |

**SUPPLEMENT STATUS: CON'T.** ☐  **FOLLOW-UP** ☒

| 27-A. SUSPECT ONE: ARRESTED YES ☐ NO ☒ | WEAPON-DESCRIPTION Handgun | 27-B. SUSPECT TWO: ARRESTED YES ☐ NO ☐ | | WEAPON-DESCRIPTION |
|---|---|---|---|---|
| NAME (LAST, FIRST, MIDDLE) Rollins, Austin Wyatt | ALIAS | NAME (LAST, FIRST, MIDDLE) N/A | | ALIAS |

| ADDRESS | PHONE | ADDRESS | PHONE |
|---|---|---|---|
| ▓▓▓▓▓ngton Park, MD 20653 | Unknown | | |

| SEX | RACE | | HT | WT | BLD | EYES | COMP | HAIR & STYLE | SEX | RACE | DOB OR AGE | HT | WT | BLD | EYES | COMP | HAIR & STYLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | W | | 5-10 | 105 | Thin | Unknown | Fair | Brown | | | | | | | | | |

| CLOTHING - CHARACTERISTICS | CLOTHING - CHARACTERISTICS |
|---|---|
| | |

| MISCELLANEOUS | MISCELLANEOUS |
|---|---|
| | |

| 18-A Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
|---|---|---|---|---|
| Location/Address | | | Business Phone | ☐ Statement Taken |
| 18-B Witness Or Neighborhood Check | Last, First, Middle | Sex-Race-DOB | Residence Phone | ☐ Interviewed |
| Location/Address | | | Business Phone | ☐ Statement Taken |

**NARRATIVE:** DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION, CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC. ENTER ANY ADDITIONAL INFORMATION. DO NOT SUMMARIZE UNLESS NECESSARY

On 4/18/18, I received the attached documents via e-mail from Detective John Elliott #351 of the

Charles County Sheriff's Office.

Case remains open.

A total of .5 hours was spent on this portion of the investigation.

| 35. Status ☒ Open ☐ Suspended ☐ Unfounded ☐ Closed | 36. Investigator Detective Corporal Melissa L. Hulse | | I.D. Number 218 | 37. Date 4/18/18 |
|---|---|---|---|---|
| 38. Supervisor Status ☒ Agree ☐ Disagree | 39. Recommended To Continue ☐ Patrol ☐ Suspend ☒ Investigation | | I.D. Number 179 | 4x. Date 4/24/18 |
| 42. Investigation Supervisor Status ☐ Patrol ☒ Investigative | 43. Investigation Supervisor | 90  4/24/18 | 45. Assigned Investigator | 46. Date |
| 47. ☐ NCIC Entered ☐ NCIC Cleared ☐ MILES Entered ☐ MILES Cleared | 48. Final Status (Check One) ☐ Open ☐ Suspended ☐ Closed | | | 51. Page Of 1-1 |
| SMCSO FORM 56A (R7/00) | 53. Related Report Numbers | | 55. BCI Number 18-0120 | |

**Exhibit A - 72**

## SUPPLEMENT

| | 2. COMPLAINT CONTROL NO. |
|---|---|
| | 14686 18 |

| 3 OFFENSE/INCIDENT | 1C VICTIM/FIRM NAME   LAST, FIRST  MIDDLE | 4 DATE-ORIGINAL REPORT |
|---|---|---|
| Murder | Willey, Jaelynn Rose | 3/20/18 |

**SUPPLEMENT STATUS: CON'T.** ☐  **FOLLOW-UP** ☒

| 27-A. SUSPECT ONE: ARRESTED YES ☐ NO ☒ | WEAPON DESCRIPTION Handgun | 27-B. SUSPECT TWO: ARRESTED YES ☐ NO ☐ | WEAPON DESCRIPTION |
|---|---|---|---|
| NAME (LAST, FIRST MIDDLE) Rollins, Austin Wyatt | ALIAS | NAME (LAST, FIRST MIDDLE) N/A | ALIAS |
| ~~ve~~, Lexington Park, MD 20653 Unknown | PHONE | ADDRESS | PHONE |

| SEX | RACE | | HT | WT | BLD | EYES | COMP | HAIR & STYLE | SEX | RACE | DOB OR AGE | HT | WT | BLD | EYES | COMP | HAIR & STYLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| M | W | | 5-10 | 105 | Thin | Unknown | Fair | Brown | | | | | | | | | |

| CLOTHING  CHARACTERISTICS | CLOTHING - CHARACTERISTICS |
|---|---|
| MISCELLANEOUS | MISCELLANEOUS |

| 18-A Witness Or Neighborhood Check | Last, First  Middle | Sex-Race-DOB | Residence Phone | |
|---|---|---|---|---|
| Weldon, Donald Keith | | M-W- | | ☒ Interviewed |
| ~~        ~~ , MD 20657 | | | Business Phone | ☐ Statement Taken |

| 18 B Witness Or Neighborhood Check | Last, First  Middle | Sex | Residence Phone | |
|---|---|---|---|---|
| Costello, Jenna Louise | | F-W- | | ☒ Interviewed |
| Location/Address ~~        ~~ , California, MD 20619 | | | Business Phone | ☐ Statement Taken |

**NARRATIVE:** DO NOT REPEAT RESULTS OF PRELIMINARY INVESTIGATION  CLARIFY DATA, SCREENING FACTORS, PROBABLE CAUSE, ETC  ENTER ANY ADDITIONAL INFORMATION  DO NOT SUMMARIZE UNLESS NECESSARY

|  | | | | |
|---|---|---|---|---|
| | Victims: | | | |
| | Willey, Jaelynn Rose | F-W- | | |
| | ~~                ~~ Lexington Park, MD 20653 | | | |
| | Barnes, Desmond Micah | B-M- | | |
| | ~~            ~~ Great Mills, MD 20634 | | | |
| | | | | |
| | Witnesses (continued): | | | |
| 18C | ~~              ~~ | F-B- | | |
| | ~~        ~~ d, Lexington Park, MD 20653 | | | |
| 18D | ~~              ~~ | M-B-3 | | |
| | ~~        ~~ Unit 103, Lexington Park, MD 20653 | | | |
| 18E | Crissman, Bradley Richard | M-W- | | |
| | 47940 Mayflower Drive, Lexington Park, MD 20653 | | | |
| 18F | ~~              ~~ | M-W- | | |
| | ~~        ~~ exington Park, MD 20653 | | | |
| 18G | Fletcher, Kimberly Faye | F-W- | | |
| | ~~        ~~ xington Park, MD 20653 | | | |
| 18H | ~~              ~~ | M-W | | |
| | ~~        ~~ St. Inigoes, MD 20684 | | | |
| 18I | Gaskill, Blaine | M-W-N/A | | |
| | 23150 Leonard Hall Drive, Leonardtown, MD 20650 | | | |

| 35 Status | 36  Investigator | I D Number | 37 Date |
|---|---|---|---|
| ☐ Open ☐ Suspended ☐ Unfounded ☒ Closed | Detective Corporal Melissa L. Hulse | 218 | 5/25/18 |
| 38 Supervisor Status | 39 Recommended To Continue | | 40 Reviewing Supervisor | I D Number | 41 Date |
| ☒ Agree ☐ Disagree | ☐ Patrol ☐ Suspend ☐ Investigation | | | | 6/19/18 |
| 42 Investigation Supervisor Status | 43 Investigation Supervisor | | 44  Date | 45 Assigned Investigator | 46  Date |
| ☐ Patrol ☒ Investigative | | | 6/19/18 | | |
| 47 ☐ NCIC Entered ☐ NCIC Cleared | 48 Final Status | | | | Page Of |
| ☐ MILES Entered ☐ MILES Cleared | (Check One) ☐ Open ☐ Suspended ☐ Closed | | | | 1-24 |
| SMCSO FORM 56A (R7/06) | 53  Related Report Numbers | 55 BCI Number 18-0120 | | | |

**Exhibit A - 73**

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. VICTIM/FIRM NAME   LAST, FIRST, MIDDLE<br>**Willey, Jaelynn Rose** | | 14686 | 18 |
| 3 INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>**Murder** | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?  ___ YES   MULTIPLE CLEAR-UP  ___ YES   X NO | | |

**NARRATIVE:**

On 3/20/18 at approximately 0800 hours, I was on Midway Drive, Lexington Park, Maryland assisting another Law Enforcement Officer with an unrelated matter. Shortly after I began assisting, all officers were summoned to respond to Great Mills High School in reference to a shooting that had just occurred. Within minutes, I responded to the school and began my initial investigation.

Upon my arrival to the school, I entered the building through an entrance/exit door in the "Business Hallway". Once I was inside the school, I observed a Caucasian male lying on the ground (on his back).The male was wearing a black hooded 'Realtree' sweatshirt, gray athletic shorts, blue tennis shoes and white socks. Additionally, the male was bleeding profusely from some sort of major injury to his head.

Located between the male's legs was a black semi-automatic handgun. I was previously aware Emergency Medical Technicians (EMT) were responding to the scene to provide medical care to the male. Therefore, I removed the handgun from in between the male's legs. I then ejected the magazine from the handgun. The magazine contained eleven (11) unspent bullets. Additionally, I removed one (1) unspent bullet from the chamber of the weapon.  I then placed the weapon on the ground in an area away from the male's person.

Prior to moving the weapon, I instructed Deputy First Class (DFC) T. Nauman #301 to take photographs of the male and the handgun (refer to her supplemental report for further information). As DFC Nauman was taking pictures, I noted there was some sort of impact damage to the right side of the slide of the gun.

As EMT's provided medical care to the male, I instructed them to empty his pockets. In the male's front left pocket of his shorts, was a set of keys and a wallet. Inside the wallet, was the male's Maryland driver's license. The male was officially identified as the suspect, Austin Wyatt Rollins (17 years old). All of the items were then placed inside of a white medical bag for safekeeping and placed next to the handgun on the floor.

The scene overall was extremely chaotic. I later learned there were two (2) victims inside the school that had been shot, Jaelynn Rose Willey (16 years old) and Desmond Micah Barnes (14 years old). EMT's provided medical care to the victims and the suspect. Subsequently, the suspect was transported to Charles Regional Medical Center while the two (2) victims were taken to St. Mary's Hospital.

While at the school, I conducted several interviews with witnesses (both teachers and students). All interviews were audio recorded and uploaded to Optiview for further review. Listed below is a synopsis of each interview:

**Donald Keith Weldon:**

| 36  INITIAL INVESTIGATOR<br>Det/Cpl Melissa L.Hulse | ID NUMBER<br>218 | 37  DATE SUBMITTED<br>5/25/18 | 40  SUPERVISOR APPROVING | 54  DATE APPROVED<br>6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE  OF<br>24 |

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE<br>**Willey, Jaelynn Rose** | | 14686 | 18 |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>**Murder** | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?  __ YES   MULTIPLE CLEAR-UP  __ YES  X NO | | |

The interview was conducted inside Weldon's classroom. He explained he had been employed at Great Mills High School for five (5) years and was a Special Education Teacher. According to Weldon, he arrived at the school on 3/20/18 sometime between 0710 and 0715 hours.

Just prior to the "late bell" (around 0759 hours), Weldon was inside his classroom speaking with other staff members and students. At some point, students began coming into his classroom and informed Weldon that there was a student in the hallway armed with a handgun. Upon hearing the information, Weldon instructed the students to get inside his classroom and lock the door.

Once the students were locked inside his classroom, Weldon stated he exited the room and began walking towards the "D Intersection". At that time, Weldon observed a male (later identified as the suspect) walking in the hallway with a handgun next to the side of his head. According to Weldon, the suspect appeared to be "very confused".

Weldon stated he was somehow able to get the suspect's attention and began a dialogue with him. Specifically, Weldon asked the suspect to put the gun down. However, the suspect shook his head no and refused. Weldon then asked the suspect what his name was, which he replied, "Austin". Upon learning the suspect's name, Weldon then asked him why he was doing this. The suspect then shook his head "like he didn't know".

According to Weldon as the suspect had the gun next to his head, he noted the suspect's finger was on the trigger. Weldon was then able to convince the suspect to remove his finger from the trigger and align it with the barrel of the gun, which he did. Although the suspect refused to put the gun down, Weldon asked him to at least point it at the ceiling. Again, the suspect complied. However, he would intermittently point the gun at the ceiling and then place it next to his head.

For an unknown amount of time, Weldon stated he attempted to reason with the suspect. As Weldon was talking with the suspect, the School Resource Officer, Deputy First Class B. Gaskill #274, came up with his agency issued weapon drawn. At that time, DFC Gaskill began giving the suspect verbal commands to drop the gun.

Weldon believed he and DFC Gaskill interacted with the suspect for about "thirty (30) seconds". At that point, the suspect took a deep breath and pulled the trigger of the gun. However, the gun "jammed". The suspect then "chambered" another bullet, but it went "sideways". Overall, Weldon believed the suspect had "chambered" the weapon twice due to the fact there were two (2) "shells" (bullets) on the ground.

Eventually, the suspect placed the gun next to his head again and pulled the trigger. The gun was described as being in the suspect's right hand next to the right side of his head. Weldon stated as the suspect pulled the trigger, DFC Gaskill fired his handgun simultaneously. Initially, Weldon stated he was not even aware DFC Gaskill had shot at the suspect due to his position (to the right of Weldon's back).

| 36. INITIAL INVESTIGATOR<br>Det/Cpl Melissa L.Hulse | ID NUMBER<br>218 | 37. DATE SUBMITTED<br>5/25/18 | 40. SUPERVISOR APPROVING | 54. DATE APPROVED<br>6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE 2   OF 24 |

**Exhibit A - 75**

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE<br>**Willey, Jaelynn Rose** | | 14686 | 18 |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>**Murder** | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   MULT PLE CLEAR-UP<br>__ YES            _ YES    X NO | | |

I asked Weldon if he was familiar with the suspect or victim Jaelynn Rose Willey. He confirmed at no time had he ever had any interactions with either of them.

**Jenna Louise Costello:**

The interview was conducted inside a classroom for privacy. Costello confirmed she was a teacher at Great Mills High School. She advised on 3/20/18 she arrived at the school around 0740 hours to begin her day. Shortly after beginning her first class, she received a telephone call. The caller advised Costello that she needed to immediately respond to the "Art Hallway".

Immediately after receiving the call, Costello stated she ran towards the "Art Hallway" as instructed. Once in the hallway, she stated she observed a "familiar student" (victim Willey) lying on the ground while two (2) school nurses provided her medical care. Costello advised she began providing chest compressions for victim Willey and requested someone retrieve an AED. Costello continued providing medical care for victim Willey even once Emergency Medical Technicians (EMT) arrived on scene.

In regards to victim Willey's injuries, Costello described her as having a "massive, traumatic head injury". Costello stated victim Willey was bleeding profusely from the injury and there was brain matter on the floor. Despite the serious injury to her head, Costello did not observe any other obvious signs of trauma to victim Willey's person.

I asked Costello how she was familiar with victim Willey. She advised she had previously taught victim Willey and her siblings. Costello was also aware victim Willey and her brother were part of the swim team at the school. Therefore, victim Willey had been seen by Costello in the past for sports related injuries.

Once Costello was relieved from providing care to victim Willey, she was informed there was a second injured person (victim Desmond Micah Barnes) in "E01". Costello stated she recognized the student and immediately noted that he was alert and conscious. She also noted that he had sustained some sort of "leg wound".

███████████████

███████ advised she was a student at the school. On the morning of 3/20/18, she was standing inside of a classroom with several of her classmates. As the students were getting ready to walk out of the room, ███████ stated she heard a loud "pop".

Immediately upon hearing the "pop", ███████ observed "the boy" (the suspect) standing in the hallway. She stated she then observed "the girl" (victim Willey) "hit the ground" and immediately began to bleed from her person. ███████ stated after victim Willey fell to the floor, the suspect and her made eye contact and "it looked like he was about to come into the classroom". The suspect then "cocked his gun back" and began walking down the hallway.

| 38  INITIAL INVESTIGATOR<br>Det/Cpl Melissa L.Hulse | ID NUMBER<br>218 | 37  DATE SUBMITTED<br>5/25/18 | 40  SUPERVISOR APPROVING | | 54  DATE APPROVED<br>6/4/18 |
|---|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE | OF<br>24 |

**Exhibit A - 76**

| CID # 18-0120 | CONTINUATION | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| | | 14686 | 18 |

| 2 VICTIM/ FIRM NAME   LAST, FIRST  MIDDLE | | | |
|---|---|---|---|
| **Willey, Jaelynn Rose** | | | |

| 3  INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?  _ YES   MULTIPLE CLEAR-UP  _ YES   X NO |
|---|---|
| **Murder** | |

████ stated the suspect was wearing a "college hoodie" and was in possession of a black handgun. According to ████ she had seen the suspect in the hallway previously, but she did not personally know him. She also claimed that other students had told her that the suspect and victim Willey had once dated. However, their relationship had recently ended and that is why the suspect shot the victim.

The following teacher and students were questioned and denied having any knowledge about this investigation:

Adalene Marie Miller (Teacher)
W-F-█████████████

Lexington Park, MD 20653


W-M-██████████

California, MD 20619


W-M-██████████

Patuxent River, MD 20670


B-F-███████████

Lexington Park, MD 20653


███████████████ (Student)
B-F-██████████

Lexington Park, MD 20653


B-F-1██████████

| 36  INITIAL INVESTIGATOR | ID NUMBER | 37  DATE SUBMITTED | 40  SUPERVISOR APPROVING | 54  DATE APPROVED |
|---|---|---|---|---|
| Det/Cpl Melissa L.Hulse | 218 | 5/25/18 | Sgt. T. ████ 119 | 6/4/18 |
| SMCSO - FORM 56B (8/90) | | | | PAGE 5 OF 24 |

Exhibit A - 77

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2 VICTIM/FIRM NAME   LAST, FIRST, MIDDLE **Willey, Jaelynn Rose** | | 14686 | 18 |
| 3 INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT **Murder** | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?        MULTIPLE CLEAR-UP             __ YES         _ YES   X NO | | |

Lexington Park, MD 20653

███████████████

████████████ent)

Unknown-F-██████

Lexington Park, MD 20653

███████

█████████████

Unknown-M-█████

Lexington Park, MD 20653

█████████████

B-M-████

████████████

Lexington Park, MD 20653

████████

B-M-██████

Lexington Park, MD 20653

████████

████████████

W-M-█████

St. Inigoes, MD 20684

████████

After conducting the above described interviews, I was directed to respond to the suspect's residence located at ███████████ Lexington Park, Maryland. Specifically, to check the welfare of the other occupants of the home. Therefore, Detective J. Elliott #351 (Charles County Sheriff's Office), Deputy A. Budd #325 (St. Mary's County Sheriff's Office), Officer B. Ratugeb #1346 (Natural Resources Police) and Officer J. Ball #1556 (Natural Resources Police) and I responded to the home.

The other officers and I arrived at the home around 1100 hours. We continued to knock on the door for several minutes. However, we received no response. We then checked all entry/exit points of the homes and still received no answer. In order to ensure the safety of the other occupants, the decision was made we would force entry into the home. Therefore, Deputy Budd kicked the front door to the

| 36  INITIAL INVESTIGATOR Det/Cpl Melissa L.Hulse | ID NUMBER 218 | 37  DATE SUBMITTED 5/25/18 | 40  SUPERVISOR APPROVING   Sgt. TLH   #119 | 54  DATE APPROVED 6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE 6   OF 24 |

Exhibit A - 78

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE<br>**Willey, Jaelynn Rose** | | 14686 | 18 |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>**Murder** | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   __ YES   MULT PLE CLEAR-UP   __ YES   X NO | | |

residence and it opened. A thorough check of the home was completed. No other occupants were found inside the residence. Once the home was deemed to be safe, all officers then exited and awaited further instructions.

Detective Corporal S. Ruest #204 made contact with the suspect's parents at another location. During the course of his conversation with them, they provided officers with written consent to search their home. Refer to Detective Ruest's supplemental report for further information.

With assistance from Crime Laboratory Technician S. Buchanan #1003, Crime Laboratory Technician C. Shoemaker #1009 and the below listed officers, a search was conducted of the home. Listed below are the names of the other officers and civilian staff that were present inside the home:

Greg Ohaver #5563 (ATF)
Jeff Jones #1830 (MSP)
John Cooney #4437 (ATF)
Arnold Esposito #5541 (ATF)
Michael Hodnott #3944 (ATF)
James Matthews #2458 (ATF)
Zachary Britt #5859 (ATF)
Victoria Alioto #19009 (FBI)
Mike Raska #23836 (FBI)
James Park (FBI)
Jennifer Ploegman (FBI)
Charles Watkins (FBI)
Tom Myers (FBI)
Rebecah Maci (FBI)
Dawn Roullek (FBI)
Melinda Rodriquez (FBI)

The residence was described as a single family home with an attached garage located within the Greenbriar subdivision. The suspect's bedroom was located in the basement of the house. The following items were located and collected:

- A handwritten note located on top of a computer desk in the suspect's bedroom
- An empty Glock handgun box located inside of a Browning safe located in the basement
- Twenty one (21) Winchester 9 mm bullets recovered from inside of a Browning safe located in the basement
- One hundred (100) Federal 9mm bullets recovered from inside of a Browning safe located in the basement
- One hundred (100) Remington 9mm bullets recovered from inside of a Browning safe located in the basement
- One (1) receipt and one (1) plastic bag from Dick's Sporting Goods recovered from inside of a

| 36  INITIAL INVESTIGATOR<br>Det/Cpl Melissa L.Hulse | ID NUMBER<br>218 | 37  DATE SUBMITTED<br>5/25/18 | 40  SUPERVISOR APPROVING<br>Sgt. - | 54  DATE APPROVED<br>6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE     OF<br>24 |

Exhibit A - 79

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2 V.CTIM/ FIRM NAME   LAST, FIRST, MIDDLE<br>**Willey, Jaelynn Rose** | | 14686 | 18 |
| 3 INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>**Murder** | 4 CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   MULTIPLE CLEAR-UP<br>__ YES       __ YES    X NO | | |

Browning safe in the basement
- One (1) receipt and one (1) plastic bag from Target located on the floor of the suspect's bedroom
- One (1) 9mm bullet from the master bedroom

In regards to the handwritten note that had been recovered, it was located on top of a computer desk in the suspect's bedroom. The note had been written by the suspect. He thanked his family "for a great life". He also indicated that he had "lost" victim Willey and "couldn't live without her". He also acknowledged what he had done was "the wrong way to do it", but that was the choice he had made.

The suspect also asked his family to not "blame the tool" he had utilized. He added that he was the one who had "pulled the trigger". The suspect also asked his family to payback some money he owed his friends online.

At the conclusion of the search, I returned to the St. Mary's County Sheriff's Office, Criminal Investigations Division (CID). I was then informed another witness had been identified and requested to speak with officers about this investigation. The witness was identified as ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ greed to respond to the Sheriff's Office.

Detective Sergeant T. Hedderich, Deputy T. Payne #320 and I interviewed ▮▮▮▮▮▮▮ide of a conference room. The interview was audio recorded and uploaded to Optiview for further review▮ claimed to be a friend of the suspect's.

On 3/18/18, ▮▮▮▮▮ stated he had received a text message from the suspect. The suspect asked ▮▮▮▮▮ if he had been talking to his "girlfriend". ▮▮▮▮ reassured the suspect that everything was going to be ok. At that point, the suspect went on to state to ▮▮▮▮▮ that his "girlfriend" had "blocked" him on various social media sites. The suspect also relayed to ▮▮▮▮▮ that he no longer wanted to live. ▮▮▮▮ was aware of one (1) particular individual the suspect did not care for. He only knew the person's name wa ▮▮▮▮▮ ccording to ▮▮▮▮▮▮ had been "messing with" his girlfriend.

As for the shooting that occurred on 3/20/18, ▮▮▮▮▮ stated he was bringing the suspect his homework that he had completed. According to ▮▮▮▮ the suspect's "girlfriend" was at her locker when he pulled out a gun and pointed it to her head. Once the suspect pulled at the gun, he began pointing it at other people. Once he shot one (1) person, the suspect then shot his "girlfriend".

It was evident while speaking with ▮▮▮▮▮ that he was not being truthful. He claimed to be good friends with the suspect. However, he did not know his last name. When asked about the suspect's girlfriend, ▮▮▮▮▮ ed her name was ▮▮▮▮ Additionally, the statement provided by ▮▮▮ regards to the shooting was not consistent with other witness statements and evidence that was collected at the scene.

Detective First Class B. Fennessey #292 and I responded to the Office of the Chief Medical Examiner's Office in Baltimore, Maryland for the suspect's autopsy on 3/22/18. The suspect's autopsy

| 36 INITIAL INVESTIGATOR<br>Det/Cpl Melissa L. Hulse | ID NUMBER<br>218 | 37 DATE SUBMITTED<br>5/25/18 | 40 SUPERVISOR APPROVING | 54 DATE APPROVED |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE 8 OF 24 |

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. V/CTIM/ FIRM NAME   LAST, FIRST, MIDDLE **Willey, Jaelynn Rose** | | 14686 | 18 |
| 3  INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT **Murder** | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?       MULTIPLE CLEAR-UP                      _ YES          _ YES     X NO | | |

was performed by Doctor Kelly Weintraub. Doctor Weintraub determined the suspect's manner of death was suicide as a result of a contact gunshot wound to the head.

The following items were also collected following the suspect's autopsy. All of the below listed items were placed in the Property Room for safekeeping:

- Gray metal and a copper jacket projectile fragments from the suspect's right hand
- Three (3) gray metal fragments from the suspect's forehead
- A receipt of property from the Medical Examiner's Office
- One (1) USB memory stick containing photographs from the suspect's autopsy

I had previously received a telephone call from a parent claiming her son was good friends with the suspect. I made contact with the parent and arrangements were made for me to speak with her son at their residence in Lexington Park, Maryland on 3/27/18.

The witness was identified as ███████████████████ █e with him inside his residence while his parents were present ████████████████ he had known the suspect since elementary school. The last time ████████ had any sort of interaction with the suspect was on 3/20/18 at Great Mills High School. ████████ stated they casually passed each other in the hallway just prior to the shooting.

████████ was aware that the suspect had been in some sort of relationship with victim Willey. However, he was unaware it had ever ended. The last time ████████ recalled seeing victim Willey and the suspect together was at a Super Bowl party. At that time, ████████ observed the couple "making out" and thought nothing more of it.

According to ████████ the suspect had other girlfriends in the past. Specifically, while they were in eighth grade the suspect had a "crush" on a female. For unknown reasons, the female would not date the suspect. Therefore, ████████ described the suspect as being a "little depressed". During the suspect's junior year in high school, he began dating another female, "Michelle". After dating for several months, the suspect ended the relationship citing it was "just lust and no love".

████████ denied having any prior knowledge that the suspect had any intentions of harming himself or victim Willey. He also stated that the victim made no threats via social media.

On 3/26/18, Deputy First Class B. Gaskill and his attorney, Shaun Owens, responded to the St. Mary's County Sheriff's Office, Criminal Investigations Division (CID). The interview was conducted in a conference room with assistance from Lieutenant Detective R. Trow #90. The interview was audio recorded and uploaded to Optiview for further review.

DFC Gaskill had been employed by the St. Mary's County Sheriff's Office since April 2009. Initially, he began his career as a Correctional Officer. However, he was promoted to Deputy Sheriff in 2012. In September 2017, DFC Gaskill was assigned to work as the School Resource Officer (SRO) for Great

| 36  INITIAL INVESTIGATOR Det/Cpl Melissa L. Hulse | ID NUMBER 218 | 37  DATE SUBMITTED 5/25/18 | 40  SUPERVISOR APPROVING | | 54  DATE APPROVED 6/4/18 |
|---|---|---|---|---|---|
| SMCSO – FORM 565 (8/90) | | | | PAGE 9 | OF 24 |

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE<br>**Willey, Jaelynn Rose** | | 14686 | 18 |
| 3. INCIDENT. OFFENSE OR CHARGE ON OR GINAL REPORT<br>**Murder** | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?     MULTIPLE CLEAR-UP<br>_ YES          _ YES   X NO | | |

Mills High School.

On 3/20/18, DFC Gaskill arrived at the school around 0750 hours. After placing his belongings inside an office, DFC Gaskill went into the hallway to ensure the students were going to their classes. As he was in the hallway, DFC Gaskill overheard staff members calling for his assistance via the "school radio".

Initially, DFC Gaskill was unsure what was occurring. Gaskill was unable to recall if he heard on the radio or from another student that the suspect was in possession of a handgun. However, he noted that several students began running out of the building. Therefore, he believed the students he had seen leaving were possibly the parties involved in the disturbance and DFC Gaskill went outside to find them.

After realizing the students he had seen were not involved, DFC Gaskill began asking the school staff (via radio) where they needed his assistance. At that time, staff informed him that they were in the "D Hallway". As DFC Gaskill walked in that area, he again heard that "he (the suspect) had a gun" and immediately drew his agency issued handgun (.45 caliber) from it's holster (while possibly in the "C Hallway").

As DFC Gaskill went around the corner, he observed the suspect "standing there with a gun to his head". DFC Gaskill was aware that "Bush" (a school employee) "went somewhere" in the hallway and a teacher (Weldon) was standing in front of him (to his left) trying to talk to the suspect. Immediately, DFC Gaskill began giving the suspect loud, verbal commands to drop his weapon.

The suspect refused to comply with the commands and pulled the trigger of the gun. However, the gun did not fire. The suspect then lowered the weapon from his head and "re-racked the slide" and then began lifting the gun back up.

At that time, DFC Gaskill was unsure if the suspect was pointing the gun at him or placing it back up against his head. Therefore, DFC Gaskill fired one (1) round from his weapon towards the direction of the suspect. Simultaneously, the suspect fired one (1) round from his gun and then "dropped to the ground". DFC Gaskill noted that the suspect "had a hole inside his head" and was "lifeless". Based on the account provided by DFC Gaskill, he did not realize victim Willey had been shot until after the exchange with the suspect.

DFC Gaskill had been previously issued a body worn camera (BWC). However, it remained in his office (at the school) to charge. On the day of the shooting, DFC Gaskill admitted upon his arrival to the school he did not put the camera on "because the bell had already rung". Therefore, DFC Gaskill's actions were not captured on video.

In regards to the suspect and victim Willey, DFC Gaskill denied having any previous interactions with them. He also stated that he had never been alerted (by any staff members or other students) there were any sort of issues between them.

| 36. INITIAL INVESTIGATOR<br>Det/Cpl Melissa L. Halsey | ID NUMBER<br>Z18 | 37. DATE SUBMITTED<br>5/25/18 | 40. SUPERVISOR APPROVING | | 54. DATE APPROVED<br>6/4/18 |
|---|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE<br>10 | OF<br>24 |

**Exhibit A - 82**

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| | | 14686 | 18 |

| 2. VICTIM/FIRM NAME   LAST, FIRST, MIDDLE |
|---|
| Willey, Jaelynn Rose |

| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   _ YES   MULTIPLE CLEAR-UP   _ YES   X NO |
|---|---|
| Murder | |

Sheriff Timothy K. Cameron had received an e-mail from a citizen regarding this investigation. The citizen advised her son was present at the school on the day of the shooting. Additionally, she believed her son could provide more information about the matter. Therefore, I made contact with the citizen via telephone. She agreed to respond to the Sheriff's Office with her son to speak with me.

On 4/2/18, ▇▇▇▇▇▇▇ responded to the Sheriff's Office with her son, witness ▇▇▇▇ ▇▇▇▇▇▇ I escorted them to the Criminal Investigations Division (CID) and we spoke inside the conference room. ▇▇▇▇ confirmed he was student at Great Mills High School and was there on 3/20/18. He also expressed concerns that information that had been released to the media (in regards to the timeline of events) may have been incorrect.

Initially ▇▇▇▇ stated the suspect came running from "Mr. Kroll's" classroom. He also indicated that "Mr. Kroll" had yelled at the suspect to drop his weapon. As this was occurring, ▇▇▇▇ stated he was inside of "Mr. Shepherd's" classroom next door.

It should be noted, both classrooms are at the end of the "Business Hall". "Mr. Kroll's" classroom is located directly next to an entrance/exit door. Therefore, it was possible that the suspect at some point had passed the classroom after he shot victim Willey.

Information had been received that a student, ▇▇▇▇▇, had made verbal threats about mass violence on 3/19/18 while inside the gym locker room. ▇▇▇▇ was eventually identified as ▇▇▇▇▇ a tenth grader at Great Mills High School. Contact was made with ▇▇▇▇ father via telephone on 4/9/18. He provided me with verbal consent to speak with ▇▇▇ at the school on 4/10/18.

As previously arranged, I made contact with ▇▇▇▇ at the school. We spoke inside of DFC Gaskill's office. DFC Gaskill was present for some of the interview. The interview was audio recorded and uploaded to Optiview for further review.

▇▇▇▇▇ated he had begun attending Great Mills High School at the beginning of the 2017/2018 school year. He advised he did not know the suspect. However ▇▇▇▇ stated he had a class with victim Willey. On 3/19/18, ▇▇▇▇ ▇mitted he made a "really bad joke" while he was "talking trash" with his friends. ▇▇▇▇ ▇as unsure of what exactly he had said, but recalled it had something to do with "wear red if you want to live tomorrow".

While speaking wi▇▇ ▇▇▇▇ stated he and his friends were known to share "bad jokes". He also was adamant that he had no knowledge of what was going to occur on 3/20/1 ▇▇▇▇ stated that after making that statement and then realizing what had happened he felt extremely remorseful. Especially after learning a fellow student, ▇▇▇▇ who was present in the locker room when the comment was made) was directly affected by the incident.

On 3/20/18 with assistance from the Federal Bureau of Investigation (FBI), an exigent request was sent to Facebook/Instagram. Specifically, the FBI requested Facebook provide them with private

| 36. INITIAL INVESTIGATOR | ID NUMBER | 37. DATE SUBMITTED | 40. SUPERVISOR APPROVING | 54. DATE APPROVED |
|---|---|---|---|---|
| Det/Cpl Melissa L. Huise | 218 | 5/25/18 | Sgt. ▇▇▇▇▇ | 6/4/18 |

SMCSO – FORM 56B (8/90)

PAGE 1   OF 24

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2  VICTIM/ FIRM NAME    LAST, FIRST, MIDDLE  **Willey, Jaelynn Rose** | | 14686 | 18 |
| 3  INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT  **Murder** | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   ___ YES | MULTIPLE CLEAR-UP  ___ YES   X NO | |

messages from the suspect and victim Willey's accounts. The information that was requested was provided to Law Enforcement Officers with the understanding the St. Mary's County Sheriff's Office would follow up at a later time with a search and seizure warrant.

On 4/17/18, I authored a search and seizure warrant (18-035) for Facebook/Instagram accounts. The warrant was presented to the Honorable Christy Holt Chesser of the District Court for St. Mary's County, Maryland at her office located in Leonardtown, Maryland. Once the warrant was approved and signed, I submitted it to Facebook.

Listed below are excerpts that were taken from private messages from the suspect's Instagram account, specifically from his private messages to victim Willey and his friends. All messages were placed on a USB memory stick and stored in the Property Room for safekeeping.



Id 280304287183016292372219273255532160
Time 2018-02-25 04:23:05 UTC
Item-type text
Thread-id 34028236684171030094912818680916331 0762
Text why do I care about you so much...
Author
Recipients

Id 280304439989285643594178166217 76896
Time 2018-02-25 04:36:53 UTC
Item-type text
Thread-id 34028236684171030094912818680916331 0762
Text well it was a mistake letting you go
Author
Recipients

Id 280304456082988684235601834357 55520
Time 2018-02-25 04:38:21 UTC
Item-type text
Thread-id 34028236684171030094912818680916331 0762
Text you are really over me aren't you
Author
Recipients

| 36  INITIAL INVESTIGATOR  Det/Cpl Melissa L. Hulse | ID NUMBER  218 | 37  DATE SUBMITTED  5/25/18 | 40  SUPERVISOR APPROVING  Sgt. | 54  DATE APPROVED  6/4/18 |
|---|---|---|---|---|
| SMCSO - FORM 56B (8/90) | | | | PAGE  12  OF  24 |

**Exhibit A - 84**

| CID # 18-0120 | CONTINUATION | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2  VICTIM/ FIRM NAME    LAST, FIRST, MIDDLE **Willey, Jaelynn Rose** | | 14686 | 18 |
| 3  INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT **Murder** | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   __ YES     MULTIPLE CLEAR-UP   __ YES    X NO | | |

Id 28030446665031689179200147198836736
Time 2018-02-25 04:39:18 UTC
Item-type text
Thread-id 34028236684171030094128186809163310762
Text im sorry i forced you to do that, that night
Author ████████████████████████
Recipients ████████████████████

2018-02-25 04:40:08 UTC
Item-type text
Thread-id 34028236684171030094128186809163310762
Text i still love you
Author austin.collins48
Recipients ████████████ 25)

Id 28030449170874795702143047977402368
Time 2018-02-25 04:41:34 UTC
Item-type text
Thread-id 34028236684171030094128186809163310762
Text how do i get over you?
Author austin.collins48 (23577999939)
Recipients austin.collins48 (23577999939)

Id 28030449971624989745502915236200448
Time 2018-02-25 04:42:17 UTC
Item-type text
Thread-id 34028236684171030094128186809163310762
Text ig it doesn't help i dont want to get over you
Author ████
Recipients ████████

Id 28030451650748852619278747634237440
Time 2018-02-25 04:43:48 UTC
Item-type text
Thread-id 34028236684171030094128186809163310762
Text im guessing pacing around my house thinking of things i should have done to try and save our relationship and crying every night into the sweatshirt you gave back means nothing?
Author ████████████████████████
Recipients austin.co████████████

| 36  INITIAL INVESTIGATOR Det/Cpl Melissa L. Noise | ID NUMBER 218 | 37  DATE SUBMITTED 5/25/18 | 40  SUPERVISOR APPROVING | 54  DATE APPROVED 6/14/18 |
|---|---|---|---|---|
| SMCSO – FORM 55B (8/90) | | | | PAGE 12 OF 24 |

Exhibit A - 85

| CID # 18-0120 | CONTINUATION | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| | | 14686 | 18 |

| 2. VICTIM/FIRM NAME   LAST, FIRST, M.DDLE | | |
|---|---|---|
| Willey, Jaelynn Rose | | |

| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   MULTIPLE CLEAR-UP |
|---|---|
| Murder | _ YES        _ YES    X NO |

J_a_e_l_y_n_n_ (1758512138)
**Id** 28030456697527395274482578094030848
**Time** 2018-02-25 04:48:22 UTC
**Item-type** text
**Thread-id** 3402823668417103000401218186809163210762
**Text** I what can i do to get you to change your mind
**Author**
**Recipients**

**Id** 28030990989242022644739769358090240
**Time** 2018-02-25 12:51:06 UTC
**Item-type** text
**Thread-id** 3402823668417103000401218186809163310762
**Text** you mean too much to me to let go
**Author**
**Recipients**

**Id** 2803099055776306800701095458458304

**Id** 2803099139550855777833272789625088
**Time** 2018-02-25 12:51:28 UTC
**Item-type** text
**Thread-id** 340282366841710300049128186809163310762
**Text** i want to spend the rest of my life with you
**Author**
**Recipients**

**Id** 28030990989242022644739769358090240
**Time** 2018-02-25 12.51:06 UTC
**Item-type** text
**Thread-id** 3402823668417103000401218186809163310762
**Text** you mean too much to me to let go
**Author**
**Recipients**

**Id** 28030990557763068007010954383458304

**Id** 2803099139550855777833272789625088
**Time** 2018-02-25 12:51:28 UTC
**Item-type** text
**Thread-id** 340282366841710300049128186809163310762
**Text** i want to spend the rest of my life with you
**Author**
**Recipient**

| 36. INITIAL INVESTIGATOR | ID NUMBER | 37. DATE SUBMITTED | 40. SUPERVISOR APPROVING | 54. DATE APPROVED |
|---|---|---|---|---|
| Det/Cpl Melissa L.Hulse | 218 | 5/25/18 | Sgt. | 6/4/18 |

SMCSC - FORM 56B (8/90)

| | PAGE | OF |
|---|---|---|
| | | 24 |

**Exhibit A - 86**

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE **Willey, Jaelynn Rose** | | 14686 | 18 |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT **Murder** | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   __ YES | MULTIPLE CLEAR-UP __ YES   X NO | |



but if i cant then i dint want to live

**Id** 28030992372599202755954262700720128
**Time** 2018-02-25 12:52:21 UTC
**Item-type** text
**Thread-id** 34028236684171030094912818680916310762
**Text** you gave meaning to my life

**Id** 28030996080610256435843212498698240
**Time** 2018-02-25 12:55:42 UTC
**Item-type** text
**Thread-id** 34028236684171030094912818680916310762
**Text** you dc enough to think about what it is i could do to get you back

**Id** 28031003065430110318997940394262528
**Time** 2018-02-25 13:02:01 UTC
**Item-type** text
**Thread-id** 34028236684171030094912818680916310762
**Text** so forcing you to do that that night hurt you so much you dont even want to give me a second chnace?

**Id** 28031011972085441826468250439909376
**Time** 2018-02-25 13:10:03 UTC
**Item-type** text
**Thread-id** 34028236684171030094912818680916310762
**Text** idk what to do without you
**Author**
**Recipients**

| 36  INITIAL INVESTIGATOR Det/Cpl Melissa L. Hulse | ID NUMBER 218 | 37  DATE SUBMITTED 5/25/18 | 40 SUPERVISOR APPROVING Sgt. /19 | 54  DATE APPROVED 6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE 15  OF 24 |

**Exhibit A - 87**

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2  VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE<br>**Willey, Jaelynn Rose** | | 14686 | 18 |
| 3  INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>**Murder** | 4.  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?  __ YES     MULTIPLE CLEAR-UP __ YES   X NO | | |

**Id** 28031022683219301093166913794605056
**Time** 2018-02-25 13:19:44 UTC
**Item-type** text
**Thread-id** 34028236684171030094912818680916331076 2
**Text** so you just want to me live with this guilt?
**Author**
**Recipient**

**Id** 28031029211417306612870781572481024
**Time** 2018-02-25 13:25:38 UTC
**Item-type** text
**Thread-id** 34028236684171030094912818680916331076 2
**Text** was going to go to college and get a job so i could take care of you
**Author**
**Recipients**

**Id** 28031039592698404950166859300208640
**Time** 2018-02-25 13:35:01 UTC
**Item-type** text
**Thread-id** 34028236684171030094912818680916331076 2
**Text** how can i make it so i can live with myself then
**Author**
**Recipients**

**Id** 28031040475425376254769762653962240
**Time** 2018-02-25 13:35:49 UTC
**Item-type** text
**Thread-id** 34028236684171030094912818680916331076 2
**Text** i dont want to live knowing i hurt the person i care about most
**Author**
**Recipient**

**Id** 28031054643598536049259741903323136
**Time** 2018-02-25 13:48:37 UTC
**Item-type** text
**Thread-id** 34028236684171030094912818680916331076 2
**Text** i cant focus on anything but you
**Author**
**Recipients**

| 36  INITIAL INVESTIGATOR<br>Det/Cpl Melissa L. Hulse | ID NUMBER<br>918 | 37  DATE SUBMITTED<br>5/25/18 | 40  SUPERVISOR APPROVING<br>Sgt. / 119 | 54  DATE APPROVED<br>6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE 16 OF 24 |

**Exhibit A - 88**

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2 VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE **Willey, Jaelynn Rose** | | 14686 | 18 |
| 3 INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT **Murder** | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED? __ YES | MULTIPLE CLEAR-UP __ YES   X NO | |

**Id** 2804605982266225675819730691371827

**Time** 2018-03-06 23:45:49 UTC

**Item-type** text

**Thread-id** 3402823668417103009491281B6B09163310762

**Text** if you have gone through some of the things i have you might understand but when you find someone that brings you out of your darkest time you over do things because you are scared to lose that person

**Author**

**Recipien**

**Id** 28046065161561058934680088232329216

**Time** 2018-03-06 23:50:38 UTC

**Item-type** text

**Thread-id** 3402823668417103009491281B6B09163310762

**Text** you have no idea how "crazy" i can be

**Author**

**Recipie**

**Id** 28046067736801462298960902024593408

**Time** 2018-03-06 23:52:58 UTC

**Item-type** text

**Thread-id** 3402823668417103009491281B6B09163310762

**Text** once the rage sets in i lose all control

**Author**

**Recipients**

**Id** 28061979523218981814077050226475008

**Time** 2018-03-16 23:29:18 UTC

**Item-type** text

**Thread-id** 34028236684171030094912817131625142681

**Text** i have no life to lose

**Aut**

**Recipien**

**Id** 28061980837900962880718990953414656

**Time** 2018-03-16 23:30:29 UTC

**Item-type** text

**Thread-id** 34028236684171030094912817131625142681

**Text** you have not idea what i am capable of

**Author**

**Recipients**

| 36  INITIAL INVESTIGATOR Det/Cpl Melissa L.Hulse | ID NUMBER 218 | 37  DATE SUBMITTED 5/25/18 | 40  SUPERVISOR APPROVING | 54  DATE APPROVED 6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 55B (8/90) | | | | PAGE   OF   24 |

**Exhibit A - 89**

| CID # 18-0120 | CONTINUATION | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| | | 14686 | 18 |

| 2. VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE | | | |
|---|---|---|---|
| Willey, Jaelynn Rose | | | |

| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   __YES | MULTIPLE CLEAR-UP   __YES   X NO |
|---|---|---|
| Murder | | |

**Id** 28061992570783577234708190526963712
**Time** 2018-03-16 23:41:05 UTC
**Item-type** text
**Thread-id** 340282366841710300949128171316251426815
**Text** No i think is because u look like someone that will start a shooting
**Author** ███████████████████
**Recipient** ███████████████████

**Id** 28061996657917464673257220906942464
**Time** 2018-03-16 23:44:47 UTC
**Item-type** text
**Thread-id** 340282366841710300949128171316251426815
**Text** people call me crazy
**Author** ███████████████████
**Recipients** ███████████████████

**Id** 28060056833978043339137059102130176
**Time** 2018-03-15 18:32:08 UTC
**Item-type** text
**Thread-id** 340282366841710300949128200966868268925
**Text** have you ever had that feeling you have been left in the dark or not told the full truth?
**Author** ███████████████████
**Recipients** ███████████████████

**Id** 28060071960893628097636704261767168
**Time** 2018-03-15 18:45:49 UTC
**Item-type** text
**Thread-id** 340282366841710300949128200966868268925
**Text** hell you could end up dead tomorrow because of a car crash
**Author** ███████████████████
**Recipient** ███████████████████

**Id** 28060072099832788913618192045178880
**Time** 2018-03-15 18:45:56 UTC
**Item-type** text
**Thread-id** 340282366841710300949128200966868268925
**Text** or a school shooter
**Author** ███████████████████
**Recipients** ███████████████████

| 36  INITIAL INVESTIGATOR | ID NUMBER | 37  DATE SUBMITTED | 40  SUPERVISOR APPROVING | 54  DATE APPROVED |
|---|---|---|---|---|
| Det/Cpl Melissa L. Hulse | 218 | 5/25/18 | Sgt. | 6/4/18 |

SMCSO – FORM 56B (8/90)

PAGE 18 OF 24

| CID # 18-0120 | CONTINUATION | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2  VICTIM/FIRM NAME   LAST, FIRST, MIDDLE **Willey, Jaelynn Rose** | | 14686 | 18 |
| 3  INCIDENT. OFFENSE OR CHARGE ON ORIGINAL REPORT **Murder** | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   MULTIPLE CLEAR-UP ___ YES      ___ YES    X NO | | |

**Id** 2806008411424230640990937939968 0000
**Time** 2018-03-15 18:56:47 UTC
**Item-type** text
**Thread-id** 34028236684171030094912820096686 8268925
**Text** she didnt even say this or that bothered her... she didnt even try to make them work... if she had come to me and said that this or whatever didnt work and then gave it some time to change and it didn't change for the better then i would understand her leaving 🙁
**Auth**
**Recipients**

**Id** 2806008494417395830579259764637 6960
**Time** 2018-03-15 18:57:32 UTC
**Item-id**
**Text** but really just to say nope bye and leave the person stuck with rage and anger...
**Author** austin.rollins48 (2237793925)
**Recipient**

**Id** 2806009348733267451269811457438 5152
**Time** 2018-03-15 19:05:15 UTC
**Item-type** text
**Thread-id**
**Text** You were together for a couple of weeks Austin you need to move on with your life
**Author**
**Recipients**

**Id** 2804605340993620211366458373544 3456
**Time** 2018-03-06 23:40:01 UTC
**Item-type** text
**Thread-id** 34028236684171030094912817375575 2392391
**Text** im not that dumb to kill myself...
**Author**

**Id** 2804605381454468854968030663907 7376
**Time** 2018-03-06 23:40:23 UTC
**Item-type** text
**Thread-id** 34028236684171030094912817375575 2392391
**Text** i just have no other way to express my feelings so pain it the way to go
**Author**
**Recipients**

**Id** 2804605370005753771516037705116 47744

| 36  INITIAL INVESTIGATOR Det/Cpl Melissa L. Hulse | ID NUMBER 218 | 37  DATE SUBMITTED 5/25/18 | 40  SUPERVISOR APPROVING Sgt. | 54  DATE APPROVED 6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (6/90) | | | | PAGE 11 OF 24 |

**Exhibit A - 91**

| CID # 18-0120 | CONTINUATION | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE<br>**Willey, Jaelynn Rose** | | 14686 | 18 |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>**Murder** | | 4   CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   MULT PLE CLEAR-UP<br>_ YES        _ YES   X NO | |



While reviewing the suspect's message content, it was evident that his relationship with victim Willey ended after he had "forced" her to do something "that night". However, there was no elaboration as to what had occurred in the message thread. Those messages were sent on 2/25/18.

The suspect would continually message victim Willey via private messages on social media. Victim Willey would only respond with short answers and it was obvious she no longer wanted to be in a relationship (or have any contact) with the suspect. When victim Willey or her friends would attempt to block the suspect from contacting them, he would create a new account.

Forensic downloads were completed on the suspect and victim Willey's cell phone. Victim's Willey's cell phone contained very limited information. Additionally, she deleted any contact information for the suspect. All information was placed on USB memory sticks and held in the Property Room for safekeeping.

As for the suspect's cell phone, the earliest text messages that were able to be recovered between the suspect and victim Willey were on 1/13/18 and ended on 3/6/18. Based on the content of the messages, it appeared as if many of the messages had been deleted by the suspect for unknown reasons. Also, much of the suspect's communication with victim Willey and his friends was conducted via social media.

Around 2/7/18, the suspect began to realize there was something wrong with his relationship with victim Willey. Listed below are images of the messages that were located:

| 36  INITIAL INVESTIGATOR<br>Det/Cpl Melissa L.Hulse | ID NUMBER<br>218 | 37  DATE SUBMITTED<br>5/25/18 | 40  SUPERVISOR APPROVING?<br>Sgt. TL Allen   119 | 54  DATE APPROVED<br>6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE<br>20   OF<br>24 |

**Exhibit A - 92**

| CID # 18-0120 | | CONTINUATION | | 1. COMPLAINT CONTROL NO. | | |
|---|---|---|---|---|---|---|
| 2. VICTIM/ FIRM NAME    LAST, FIRST, MIDDLE **Willey, Jaelynn Rose** | | | | 14686 | | 18 |
| 3. INCIDENT. OFFENSE OR CHARGE ON ORIGINAL REPORT **Murder** | | | 4   CORRECT INCIDENT OR OFFENSE CLASS CHANGED?   __ YES | | MULTIPLE CLEAR-UP   __ YES    X NO | |

| 10 | SMS Messages | | | | Evidence | | 5/3/2018 2:43:49 PM | 5/3/2018 2:43:49 PM |
|---|---|---|---|---|---|---|---|---|
| Folder | Party | Time | All timestamps | Status | Message | | | Deleted |
| Sent | Jaelynn * Direction: Outgoing | 7/2018 1:24:43 PM(UTC-5) | | Sent | please tell me what Happened | | | |

| 7 | SMS Messages | | | | Evidence | | 5/3/2018 2:43:49 PM | 5/3/2018 2:43:49 PM |
|---|---|---|---|---|---|---|---|---|
| Folder | Party | Time | All timestamps | Status | Message | | | Deleted |
| Sent | Jaelynn * Direction: Outgoing | 2/6/2018 10:33:35 AM(UTC-5) | | Sent | when you get a chance please talk | | | |

| 4 | SMS Messages | | | | Evidence | | 5/3/2018 2:43:49 PM | 5/3/2018 2:43:49 PM |
|---|---|---|---|---|---|---|---|---|
| Folder | Party | Time | All timestamps | Status | Message | | | Deleted |
| Sent | Jaelynn * Direction: Outgoing | 2/24/2018 12:00:14 AM(UTC-5) | | Sent | Happy Birthday  Hope you made the right decision even if i think its the wrong decision  I miss you a lot ☺ Hope you decide to talk to me soon | | | |

| 3 | SMS Messages | | | | Evidence | | 5/3/2018 2:43:49 PM | 5/3/2018 2:43:49 PM |
|---|---|---|---|---|---|---|---|---|
| Folder | Party | Time | All timestamps | Status | Message | | | Deleted |
| Sent | Jaelynn * Direction: Outgoing | 5/2016 6:12 AM(UTC-5) | | Sent | i hope you realize i didn't mean to hurt you and i can't sleep knowing i did hurt you. I just don't understand why you didn't tell me and give me a chance to fix it. I would get why you left if you had said something and I continued to do it but you never said anything   I feel really bad and i really want you back  I'm really sorry Jaelynn. You will always be in my heart. ❤ | | | |

| 2 | SMS Messages | | | | Evidence | | 5/3/2018 2:43:49 PM | 5/3/2018 2:43:49 PM |
|---|---|---|---|---|---|---|---|---|
| Folder | Party | Time | All timestamps | Status | Message | | | Deleted |
| Sent | Jaelynn * Direction: Outgoing | 5/6/2016 10:52:20 AM(UTC-5) | | Sent | please help me | | | |

| 36  INITIAL INVESTIGATOR Det/Cpl Melissa L.Hulse | ID NUMBER 228 | 37  DATE SUBMITTED 5/25/18 | 40  SUPERVISOR APPROVING Sgt. J L A IVII (19 | 54  DATE APPROVED 6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE 21 | OF 24 |

Exhibit A - 93

| CID # 18-0120 | | CONTINUATION | | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|---|---|
| 2. VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE **Willey, Jaelynn Rose** | | | | 14686 | 18 |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT **Murder** | | | 4  CORRECT INCIDENT OR OFFENSE CLASS CHANGED?  __ YES | MULTIPLE CLEAR-UP  __ YES   X NO | |

| 1 | SMS Messages | | | | Evidence | | 5/3/2018 2:43:49 PM | 5/3/2018 2:43:49 PM |
|---|---|---|---|---|---|---|---|---|
| Folder | Party | Time | All timestamps | Status | Message | | | Deleted |
| Sent | ▅▅▅▅▅ Jaelynn * Direction: Outgoing | 5/6/2018 5:43:11 PM (UTC-5) | | Sent | thanks for lying | | | |

There were also several pictures of victim Willey on the suspect's cell phone. Below are several images of the victim Willey the suspect was in possession of:



| 36  INITIAL INVESTIGATOR Det/Cpl Melissa L.Hu▅▅ | ID NUMBER 218 | 37  DATE SUBMITTED 5/25/18 | 40  SUPERVISOR APPROVING Sgt - | 54  DATE APPROVED 6/9/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE 22 OF 24 |

Exhibit A - 94

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. VICTIM/ FIRM NAME   LAST, FIRST, MIDDLE<br>Willey, Jaelynn Rose | | 14686 | 18 |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>Murder | | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?    MULTIPLE CLEAR-UP<br>___ YES         ___ YES   X NO | |



going through rough times but i want to appreciate her 😊 for everything she has done for me     i will always love her and she will always be in my heart

On 4/30/18, ██████████████████████████████████████ ████ collected the bullet directly from the attending physician, Dr. A. Flatau. The projectile was placed in the Property Room for safekeeping.

The family of victim Willey responded to the St. Mary's County Sheriff's Office, Criminal Investigations Division (CID) on 5/11/18. Detective First Class B. Fennessey #297, Detective Sergeant M. Boyer #207, Lieutenant Detective R. Trow #90, Sergeant C. Safford #125 and I were present for the meeting. Victim Willey's family was afforded the opportunity to review the evidence in this matter, which included viewing video footage. Additionally, some property was released to the family per their request (refer to property records for further information).

On 5/14/18, the family of the suspect responded to the St. Mary's County Sheriff's Office, Criminal Investigations Division (CID). Detective Corporal S. Ruest #204, Detective Sergeant M. Boyer #207 and I were present for the meeting. The suspect's family was afforded the opportunity to review evidence in this matter and video footage, which they declined. Therefore, we discussed the facts of the

| 36. INITIAL INVESTIGATOR<br>Det/Cpl Melissa L. Hulse | ID NUMBER<br>218 | 37. DATE SUBMITTED<br>5/25/18 | 40. SUPERVISOR APPROVING<br>_Sgt._ | 54. DATE/APPROVED<br>6/4/18 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE<br>23 | OF<br>24 |

| CID # 18-0120 | **CONTINUATION** | 1. COMPLAINT CONTROL NO. | |
|---|---|---|---|
| 2. VICTIM FIRM NAME   LAST, FIRST, MIDDLE<br>**Willey, Jaelynn Rose** | | 14686 | 18 |
| 3. INCIDENT, OFFENSE OR CHARGE ON ORIGINAL REPORT<br>**Murder** | 4. CORRECT INCIDENT OR OFFENSE CLASS CHANGED?    MULTIPLE CLEAR-UP<br>_ YES        _ YES    X NO | | |

investigation and provided them with information pertaining to the events on 3/20/18. A copy of the suspect's suicide letter was also provided to his family at that time and some property was released to them (refer to the property records for further information).

The facts of this investigation were reviewed with State's Attorney Richard Fritz. After careful consideration, Mr. Fritz indicated no further legal action would be taken in this matter. Additionally, a letter of declination was provided by Mr. Fritz indicating no criminal charges would be pursued against Deputy First Glass B. Gaskill (see attachment).

The suspect's autopsy was performed on 3/22/18 by Doctor K. Weintraub. Doctor Weintraub determined the suspect's manner of death was suicide. Upon receiving the Post Mortem Examination report, the following contributed to the suspect's death:

- Contact Gunshot Wound of the Head

An inspection of victim Willey's body was conducted on 3/23/18 by Doctor K. Weintraub. Doctor Weintraub determined victim Willey's manner of death was homicide. Upon receiving the Post Mortem Examination report, the following contributed to the victim's death:

- Gunshot Wound of the Head

Copies of the Post Morten Examination reports were attached to this supplemental report for further review.

Case closed.

A total of forty (40) hours was spent on this portion of the investigation.

| 36  INITIAL INVESTIGATOR<br>Det/Cpl Melissa L. Hulse | ID NUMBER<br>8 | 37  DATE SUBMITTED<br>5/25/18 | 40  SUPERVISOR APPROVING | 54  DATE APPROVED<br>6/9/1 |
|---|---|---|---|---|
| SMCSO – FORM 56B (8/90) | | | | PAGE<br>24    OF<br>24 |

Exhibit A - 96