# St. Mary's County Public Schools



# 2016-2017 Student Handbook & Code of Conduct

*A Guide for Students and Parents/Legal Guardians*



© St. Mary's County Public Schools

**Exhibit C - 1**

Exhibit C - 2

Table of Contents-------------------------------------i
Directory of Schools and Central Offices
   in St. Mary's County --------------------------iii
Enhancing Parent/Legal Guardian, School, and
   Community Communication ------------------iv
STUDENT HANDBOOK
Section 1 – Student Attendance
   Compulsory Attendance Age --------------------- 1
   School Admissions----------------------------------- 1
   Student Dismissal Precautions--------------------- 2
   Student Absences and Excuses -------------------- 2
   Head Start Program --------------------------------- 2
   Prekindergarten Programs-------------------------- 3
   Home/Hospital Teaching & Chronic Health
      Impaired Program----------------------------- 3
Section 2 – Student Welfare
   Health Care------------------------------------------- 4
   Student Safety---------------------------------------- 8
   The Coordinated Pupil Services Program ----- 11
   Section 504 of the Rehabilitation Act of 1973 - 11
   Special Education Services------------------------ 11
   Title IX----------------------------------------------- 11
Section 3 – Student Records
   Types of Student Records ------------------------ 13
   Rights to Access Student Record Information 13
   Directory Information----------------------------- 13
   Use of Students in Public Information
      Programs -------------------------------------- 13
   Retention of Records ----------------------------- 13
Section 4 – Student Rights and Responsibilities
   Student Rights ------------------------------------- 14
   Student Responsibilities ------------------------- 15
   Student Rules for Transportation --------------- 16
   Student Bus Boarding Procedures -------------- 18
   Student On-Board Procedures ------------------- 18
   Student Bus Loading Procedures at School --- 18
   Student Bus Unloading Procedures------------- 18
   Head Start, Prekindergarten, and
      Kindergarten Transportation Procedures--- 18
   Special Needs Transportation Procedures ---- 19
   Emergency Transportation Procedures -------- 19
   Use of Video and Audio Recording Devices
      on School Buses ------------------------------ 19
   Student Responsibility to be Informed-------- 19
   Tobacco Free School Environment ------------- 23
   Distribution of Student Literature ------------- 23

Section 5 – Student Discipline
   General Statement--------------------------------- 24
   School Disciplinary Plan ------------------------- 24
   In-School Intervention---------------------------- 24
   Student Suspension and Expulsion ------------ 24
   Alternatives to Expulsion------------------------ 24
   Student Readmission After A Long-Term
      Suspension, Extended Suspension, or
      Expulsion -------------------------------------- 25
   Loss of School Bus Riding Privileges ---------- 25
Section 6 –School Information
   Arrivals/Departures------------------------------- 26
   Computer Network Usage Standards ---------- 26
   Eligibility for High School Activities------------ 27
   Fees/Checks/Cash---------------------------------- 27
   Field Trips ------------------------------------------ 27
   Focus on Cyber Use and Safety (F.O.C.U.S.)
      Initiative--------------------------------------- 28
   Food Service Program ---------------------------- 28
   Grading Policy -------------------------------------- 29
   Home Access Center (HAC) ---------------------- 29
   Homework ------------------------------------------ 29
   Instructional Programs---------------------------- 29
   Insurance -------------------------------------------- 30
   Interim Reports ------------------------------------ 30
   Library/Media Center ----------------------------- 30
   Make-Up Work ------------------------------------- 30
   Parent/Legal Guardian/Teacher
      Conferences ----------------------------------- 31
   Parties ----------------------------------------------- 31
   Personal Property --------------------------------- 31
   Pets/Animals---------------------------------------- 31
   Phone Messages/Email ---------------------------- 31
   Promotion/Retention------------------------------ 31
   Report Cards ---------------------------------------- 31
   SBIRT (Substance Abuse Screening) ----------- 32
   School Counseling Program ---------------------- 32
   Student Vehicle Use------------------------------- 33
   Young Drivers Safety Program------------------- 33
   Supplies---------------------------------------------- 33
   Textbooks ------------------------------------------- 33
   Visitors----------------------------------------------- 33
   Volunteers------------------------------------------- 34
   Withdrawal from School--------------------------- 34

**Exhibit C - 3**

**Section 7 – Student Code of Conduct**
  Student Code of Conduct and Table of
    Contents ---------------------------------------- 35

**APPENDICES**---------------------------------------- **57**

**Appendix 1**
  Parents/Legal Guardians and Physician/
    Prescriber Authorization – Medication
    Orders – PS 109------------------------------------ 59
**Appendix 2**
  Student Health Information – PS 124----------- 61
**Appendix 3**
  Parental "Opt Out" Form ------------------------ 62
**Appendix 4**
  Student Dress Code-------------------------------- 63
**Appendix 5**
  Acceptable Use of Computer Systems –
    Guidelines for Students ------------------------- 64
**Appendix 6**
  FERPA/PPRA ------------------------------------- 65
**Appendix 7**
  Bullying, Harassment, and Intimidation
    Reporting Form ----------------------------------- 67
**Appendix 8**
  Gang-Related Incident Reporting Form ------- 69
**Appendix 9**
  System Operational Calendar -------------------- 71
**Appendix 10**
  School Session Schedule--------------------------- 73

**INDEX**---------------------------------------------- 74

**OTHER INFORMATION** -------------------------------- 76

Exhibit C - 4

**St. Mary's County Public Schools**

Benjamin Banneker ES
301-475-0260/0267

Captain Walter Francis Duke ES
240-309-4658

Chesapeake Public Charter School
301-863-9585

Chopticon HS
301-475-0215

Dr. James A. Forrest Career and
   Technology Center
301-475-0242

Dynard ES
301-769-4804

Esperanza MS
301-863-4016

Evergreen ES
301-863-4060

Fairlead Academy I
301-863-4090

Fairlead Academy II
301-690-2111

George Washington Carver ES
301-863-4076

Great Mills HS
301-863-4001

Green Holly ES
301-863-4064

Greenview Knolls ES
301-863-4095

Head Start
301-690-2441

Hollywood ES
301-373-4350

Leonardtown ES
301-475-0250

Leonardtown HS
301-475-0200

Leonardtown MS
301-475-0230

Lettie Marshall Dent ES
301-472-4500

Lexington Park ES
301-863-4085

Margaret Brent MS
301-884-4635

Mechanicsville ES
301-472-4800

Oakville ES
301-373-4365

Park Hall ES
301-863-4054

Piney Point ES
301-994-2205

Ridge ES
301-872-0200

Spring Ridge MS
301-863-4031

Town Creek ES
301-863-4044

White Marsh ES
301-472-4600

ES - Elementary School
MS - Middle School
HS – High School

**Central Office - Moakley Street**

Assessment and Accountability
Phone:  301-475-5511, ext. 32106
Fax:  301-475-4229

Assistant Superintendent of Fiscal
   Services and Human Resources
Phone:  301-475-5511, ext. 32247
Fax:  301-475-4228

Curriculum and Instruction
Phone:  301-475-5511, ext. 32149
Fax:  301-475-4229

Deputy Superintendent of Schools
Phone:  301-475-5511, ext. 32178
Fax:  301-475-4270

Fiscal Services
Phone:  301-475-5511, ext. 32247
Fax:  301-475-4228

Human Resources
Phone:  301-475-5511, ext. 32194
Fax:  301-475-4201

Safety and Security
Phone:  301-475-5511, ext. 32235
Fax:  301-475-4254

Special Education
Phone:  301-475-5511, ext. 32206
Fax:  301-475-2469

Strategic Planning
Phone:  301-475-5511, ext. 32133
Fax:  301-475-4254

Student Services
Phone:  301-475-5511, ext. 32150
Fax:  301-475-2469

Superintendent's Office
Phone:  301-475-5511, ext. 32178
Fax:  301-475-4270

Supplemental School Programs
Phone:  301-475-5511, ext. 32136
Fax:  301-475-4229

**Central Office - Loveville**

Assistant Superintendent of
   Supporting Services
Phone:  301-475-4256, option 7
Fax:  301-475-0239

Capital Planning and Green
   Schools
Phone:  301-475-4256, option 6
Fax:  301- 475-4255

Design and Construction
Phone:  301- 475-4256, option 3
Fax:  301-475-4255

Food Services
Phone:  301- 475-4256, option 5
Fax:  301-475-4207

Maintenance
Phone:  301-475-4256, option 1
Fax:  301-475-4255

Operations
Phone:  301- 475-4256, option 4
Fax:  301-475-4255

Transportation
Phone:  301- 475-4256, option 2
Fax:  301-475-4239

**Information Technology**
Phone:  301-769-4600

**Exhibit C - 5**

St. Mary's County Public Schools' employees are committed to parental, family, and community involvement in the educational process. Parents, families, and community members are active partners in educating children and assume a vital role in ensuring children's success in school. Maintaining open lines of communication ensures that the participation of all stakeholders in the education of our children is valued.

When requesting additional information or clarification with respect to any issue relating to their child's educational program, we encourage parents to direct their concerns to the person most closely and directly involved. To assist with resolving school-based questions, the following contact options are to be used:

- Class work, homework, or grades:      Teacher
- Discipline or bus issues:                      Assistant Principal
- Health concerns:                                  School Nurse
- Attendance/Absences:                         Records Secretary/High School Registrar
- Schedules/Peer Relationships:            School Counselor
- School Program/Other:                        Principal

If the school-based concern cannot be resolved with the school-based staff member, then the principal should be contacted to assist with the resolution of the concern.

| School-based School Member |
| --- |
| ⇩ |
| Principal |

On occasion, it may be necessary to discuss or appeal a school-based decision to central office personnel. The following contact options are to be used:

| **For More Information on Discipline Decisions** | **Appeals of Other School-Based Decisions** |
| --- | --- |
| Director of Student Services<br>301-475-5511, ext. 32198 | Accountability Officer<br>301-475-5511, ext. 32135 |
| ⇩ | ⇩ |
| Superintendent's Designee<br>301-475-5511, ext. 32135 | Superintendent's Designee<br>301-475-5511, ext. 32135 |

| To appeal decisions of the Section 504 Committee, contact the Department of Student Services at 301-475-5511, ext. 32150. | To review or seek assistance for school-based special education concerns, contact the Department of Special Education at 301-475-5511, ext. 32220. |
| --- | --- |

*It is our goal to provide timely response to all questions at the level closest to where the concern originated, relative to the educational programs and services that impact the academic and personal success of our children.*

**Exhibit C - 6**

## COMPULSORY ATTENDANCE AGE

St. Mary's County Public Schools' student attendance policy is based on the overriding premise that success is dependent upon continuous and consistent classroom instructional experience. Students need opportunities to master essential academic knowledge and skills, to develop an appropriate sense of self-worth, to establish satisfactory peer relationships, and to develop a sense of responsibility.

The school cannot educate students or provide support and assistance to students when they are absent.

The school stands in loco parentis during school functions and, therefore, must take measures to ensure the safety and well-being of its students.

<u>Under law</u>, every child who resides in St. Mary's County and is five (5) years or older and under seventeen (17) shall attend a public school regularly during the entire school year, unless the child is elsewhere receiving regular, thorough instruction during the school year in the studies usually taught in the public schools to children of the same age. **This applies only to students who turn age sixteen (16) on or after July 1, 2015.**

**Beginning with the 2017-2018 school year, every child who resides in St. Mary's County and is five (5) years old or older and under eighteen (18) shall attend a public school regularly during the entire school year. This applies only to students who turn age seventeen (17) on or after July 1, 2017.**

### Admission to Kindergarten

Children admitted to the kindergarten program in the public schools shall be at least five years old on or before September 1 of the school year in which they apply for entrance.

Early entrance to kindergarten may be considered for children who will not be five years old on or before September 1 but will be five years old by November 1 **and** who demonstrate exceptional ability in reading and mathematics.

Parent(s)/legal guardian(s) may request information concerning early entrance to kindergarten from the child's home school or the Coordinating Supervisor Early Childhood Programs at 301-475-5511, ext. 32115.

### Admission to First Grade

Children admitted to the first grade in the public schools shall be at least six years old on or before September 1 of the school year in which they apply for entrance. Parent(s)/legal guardian(s) may request information concerning early entrance to first grade from the child's home school or the Coordinating Supervisor Early Childhood Programs at 301-475-5511, ext. 32115.

## SCHOOL ADMISSIONS

### Registration Procedures

All persons age 5 through 20 whose parent(s)/legal guardian(s) reside within St. Mary's County may attend public schools without payment of tuition.

A birth certificate or other proof of legal age and proof of residence are required by the school administration upon registration.

All students entering school for the first time are required to have a physical examination, submit a report from the examining physician, and present certification stating that the child has received immunizations against communicable diseases as specified by the department of health.

### Registration in Attendance Areas

Application for admission to a public school will be made by registering at the school which is located in the attendance area where the applicant resides.

Application for admission or transfer by students who reside outside the attendance area will be made to the Director of Student Services/Director of Special Education.

### Minor Students

Minor students must be accompanied by parent(s)/legal guardian(s) to register for school.

**Exhibit C - 7**

## McKinney-Vento Homeless Assistance Act

St. Mary's County Public Schools does not discriminate against homeless students. In accordance with the McKinney-Vento Homeless Assistance Act, when students who are homeless enter a school to register, they are admitted even if they do not have appropriate paperwork.

### STUDENT DISMISSAL PRECAUTIONS

## Permission to Leave School During the School Day

When leaving school early, students are required to bring a written request from the parent(s)/legal guardian(s). A student under the age of 18 must be signed in or out by his/her parent(s)/legal guardian(s). A valid photo identification must be presented when signing students out of school.

## Early Dismissal

Students should not be dismissed early from school for religious instruction classes, music, dance, gymnastics, or similar classes.

### STUDENT ABSENCES AND EXCUSES

The parent(s)/legal guardian(s) of a student must provide the necessary documentation for absences on the day that the student returns to school. If the necessary documentation is not received by the school within three (3) school days, the absence(s) will be coded unlawful. Appropriate documentation of absences should include the child's name, date(s) of absence, reason for absence, and parent(s)'/legal guardian(s)' signature (written note). The documentation may be provided by phone, email, school website portal, or written note.

## Days Absent

A student is counted present for a full day if the student is in attendance four hours or more of the school day. A student is counted present for one-half (½) day if in attendance for at least two hours of the school day, but less than four hours. A grade 12 student scheduled for less than a full day is to be counted present based on the amount of time he/she is scheduled. For example, a grade 12 student scheduled for a two hour block of time will be counted present for a full day if the student is in attendance for that block of time. If the student is absent for that block of time, the student will be counted absent for a full day. A grade 12 student

scheduled for a two hour block of time will be counted present for one-half (½) day if the student is in attendance for one hour.

## Lawful Absences

The following reasons are deemed lawful absences:
- death in the immediate family;
- student illness, for which the principal may require a physician's certificate;
- court summons;
- hazardous weather conditions;
- work, if approved or sponsored by the school;
- observance of a religious holiday;
- state of emergency;
- suspension;
- lack of authorized transportation; and
- other circumstances which, in the judgment of the principal or designee, constitute a good and sufficient cause for absence from school.

## Excessive Absences

If a student is absent twenty-five (25) or more days, the student will be referred to the Pupil Services Team (PST) for consideration of retention for the following year and/or credit withholding to ensure that the student has had an appropriate opportunity to learn and master grade level skills and/or course content. Students who are excessively absent from school may be referred to the Interagency Committee on School Attendance (ICSA).

## Tardiness

A student is tardy if absent at the time a given class and/or half (½) day of attendance begins, provided that the student is in attendance before the close of that class or half (½) day. All students must be signed in at the appropriate office when late to school.

### HEAD START PROGRAM

The St. Mary's County Head Start Program provides services for qualifying three (3) year old children and their families. A child must be three (3) years old on or before September 1 of the year in which they apply for entrance. Head Start is a need based program and priority is given to children from families with economic challenges.

**Exhibit C - 8**

## PREKINDERGARTEN PROGRAMS

St. Mary's County Public Schools provides half-day (½) programs for qualifying four-year-old children. The goal of the prekindergarten program is to provide initial learning experiences to help children develop basic skills and concepts necessary for successful school performance. Under state law, a child must be four (4) years old on or before September 1 of the year in which they apply for entrance. Prekindergarten is a need based program and priority is given to children and families with economic challenges.  If vacancies remain after eligible students are placed, the remaining slots may be filled by children meeting locally determined at-risk criteria.

### Admission for Prekindergarten

The child is screened to determine eligibility for the prekindergarten program at the school which is located in the attendance area where the applicant resides.

### Prekindergarten Attendance

A prekindergarten student is counted present if the student is in attendance two (2) hours or more of the school day.

## HOME/HOSPITAL TEACHING & CHRONIC HEALTH IMPAIRED PROGRAM

Short-term instruction by home teachers is provided to students who are unable to attend regular classes due to properly diagnosed physical or emotional health conditions. These services are provided in the student's home or at the local library with a responsible adult being present. The duration of services is determined by the authorized prescriber and approved by the coordinator of Home/Hospital Teaching, who assigns home teachers to students. Home teaching, although correlated with the student's planned course of studies, cannot provide all of the resources and courses taught at school. It is for short term educational assistance. All efforts should be made to return students to school. Parent(s)/legal guardian(s) may contact the school counselor for information and required forms.

**Exhibit C - 9**

## HEALTH CARE

Parent(s)/legal guardian(s) are responsible for the health care of their children. The health of students in St. Mary's County Public Schools is viewed as an important factor in the learning process. Cooperation among a student's parent(s)/legal guardian(s), physician, and school is essential to safeguard a student's health and ensure academic success.

In general, the administration of medication to students while they are in school is to be discouraged. Treatment schedules which allow doses of medication to be given at times other than during school hours are preferred and encouraged. When, in the opinion of the prescribing physician, it is necessary for the student to be given medication during school hours, such medication must be administered in accordance with the following guidelines.

- The parent(s)/legal guardian(s) must obtain a written order from the attending physician, using the Parent(s)/Legal Guardian(s) and Physician/Prescriber Authorization - Medication Orders (PS 109) form. Each school has copies of this form and they are periodically mailed to local physicians and dentists. One copy is included in this handbook (Appendix 1).
- The parent(s)/legal guardian(s) must sign the parent(s)/legal guardian(s) consent on the back of the PS 109 form.
- The parent(s)/legal guardian(s) should bring the completed PS 109 form to school, along with a supply of medication in the original pharmacy container. Medication is not to be transported by students on the bus.
- If a signed parental and physician authorization form (PS 109) is not submitted, the school will accept:
  - a verbal order from a physician. Verbal orders may only be taken by the school nurse (RN or LPN). A written physician's order must follow and written parental consent is still required.
- Each medication must be in the **original pharmacy container** clearly labeled with the child's name, the name of the medicine,

directions for its administration, the name of the physician, and the date of the prescription.
- The parent(s)/legal guardian(s) must submit to the school written notification (form PS 109) from the physician of any change in dosage, time of administration of medication, or duration medication is to be given.
- The parent(s)/legal guardian(s) must give the first day's dosage of any new prescription unless the order is for "in-school" medication only.
- The parent(s)/legal guardian(s) must pick up unused or discontinued medication at school. Medication not collected by the parent(s)/legal guardian(s) will be destroyed.

### Over-the-Counter Medications

It is recommended that administration of over-the-counter (OTC) drugs be given in accordance with the guidelines for prescription medication. In some instances, administration of OTC medication without an order from a physician, nurse practitioner, certified midwife, podiatrist, physician's assistant, or dentist may be requested by the parent(s)/legal guardian(s). In such a case, only the licensed nurse may approve that the OTC medication be given according to the following guidelines.

Written parental consent must be obtained and include the name of the drug, dose to be given, and route and time to be given. The OTC drug will not be given for more than two successive school days or more than two episodes during the school year without a physician's order. The parent(s)/legal guardian(s) must give the first dose of the drug. The OTC drug should be in an original container and brought to the school by the parent/legal guardian. Medication may not be transported by students on the bus. Storing and recording the administration of the OTC medication should follow the same guidelines as prescription medications.

A student who brings and/or takes medication of any type without following the medication regulation is entirely the responsibility of the parent(s)/legal guardian(s) and student, and not that of either the school or the health department.

**Exhibit C - 10**

## Communicable Diseases

When school personnel suspect that a student may have a communicable disease, the school will notify the parent(s)/legal guardian(s) and arrangements will be made to transport the student home. Medical advice is then to be sought by the parent(s)/legal guardian(s) to ascertain if the student does have a communicable disease.

Should a student be diagnosed as having a communicable disease, exclusion from school may be necessary. Before the student is readmitted, a physician's statement may be required.

Information related to specific communicable diseases is available in each school health office or from the St. Mary's County Health Department.

## Emergency Procedures

Emergency medical information for students is to be supplied by parent(s)/legal guardian(s) each year. This information is kept on file and is considered confidential. When an accident or illness occurs at school, standard first aid practice is followed.

Decisions about calling physicians, notifying family members, or sending the student to the hospital are made immediately. When possible, a school health services provider (i.e., school nurse or supervisor of health services) is involved in this decision-making process. If it is deemed necessary, the school staff calls 911. The parent(s)/legal guardian(s) may also request that 911 be called. This is done immediately. When 911 is called as a result of injury or illness, that person becomes the responsibility of the rescue services personnel upon their arrival at the scene. Usual rescue services procedure is to transport the person to the nearest or most appropriate hospital.

As part of this process, the staff person:
- notifies school administration and
- notifies the parent(s)/legal guardian(s) or other designated guardian/adult. If the parent(s)/legal guardian(s) or other designated adult cannot be reached, the person needing care is sent to the hospital, and the parent(s)/legal guardian(s) are reached as soon as possible.

A school nurse is assigned full-time to each school. Information on school nursing services may be obtained from the supervisor of health services at 301-475-5511, ext. 32150.

## Integrated Pest Management Program

The Integrated Pest Management (IPM) program employed by St. Mary's County Public Schools is a proactive approach to insect and rodent control in school facilities. The IPM program includes routine inspections or surveys of all school buildings and grounds to identify conditions conducive to pest invasion, pest population monitoring, non-chemical treatments, and when necessary, occasional use of pesticides by personnel meeting the Department of Agriculture requirements. As a first step in pest control, the IPM approach employs a number of preventative strategies and alternatives to pesticide application, such as: employee education, source reduction, inspection and identification of potential problem areas, and improved sanitation. Each approach is monitored and evaluated, and modifications are made if necessary. Pesticides are used only as a last resort.

Maryland Law requires that parent(s)/legal guardian(s) of all elementary school children be notified prior to any interior pesticide application. Parent(s)/legal guardian(s) of elementary school students and staff members employed at an elementary school will receive notification of pesticide applications during the school year.

Parent(s)/legal guardian(s) of middle and high school students and staff members employed at middle and high schools must submit a written request to the school to receive notification of pesticide applications during the school year. Notification will be provided by the school at least 24 hours prior to a pesticide application unless the application is an emergency. In the case of an emergency application, notification will be provided within 24 hours after the application.

Exhibit C - 11

A list of the pesticides and bait stations, by common name, that may be used in school buildings during the school year are as follows:

| | |
|---|---|
| abamectin | fipronil |
| allethrin | hydramethylnon |
| bifenthrin | orthoboric acid |
| boric acid | piperonyl butoxide |
| bromadiolone | pyrethrin |
| chlorfenapy | silica gel |
| cyfluthrin | sulfuramid |
| deltamethrin | sulfonamide |
| diphacinone | |

Copies of Safety Data Sheets (SDS) and product labels for each pesticide and bait station used on school property are maintained by the contact person. There may be occasions when a pesticide product that is not listed is used on school property. In the event that this occurs, a SDS sheet will be provided to the school administrator. Parent(s)/legal guardian(s) will be notified of the application as stated in the notification procedure outlined. Persons wishing to review this information should contact the Operations Foreman in the Department of Operations, Division of Supporting Services, 27190 Point Lookout Road, Loveville, MD, 20656, 301-475-4256, option 4.

### Hearing and Vision Screening

Unless evidence is presented that a student has been tested within the past year, vision and hearing screening required by Maryland law will be completed in the year that a student enters the school system and in grades one and eight. Parent(s)/legal guardian(s) and/or school staff concerned about a student's hearing or vision may also refer the student for screening by the school nurse.

A student whose parent(s)/legal guardian(s) objects in writing to hearing and vision screening on the basis of the tenets and practice of a recognized church or religious denomination of which the student is an adherent or member may not be required to take these screenings.

### Immunization

In accordance with laws of the state of Maryland, any student entering or attending St. Mary's County Public Schools shall provide evidence of immunization in accordance with the Maryland Department of Health and Mental Hygiene Minimum Vaccine Requirements for Children Enrolled in Preschool Programs and in Schools.

Students with less than complete immunizations must provide an appointment date for the needed immunizations to start school. The appointment must be no later than 20 calendar days from the date of entrance. Military children have 30 calendar days from the date of entrance to obtain any immunization(s) required for school entry. This appointment date will serve as the exclusion date if the student fails to keep the appointment. Exemption from immunization is permitted if it is contrary to a student's religious beliefs. Students may also be exempted from immunization requirements if a physician certifies that it would create a medical problem. Questions concerning the immunization requirement should be addressed to the school nurse or principal.

### Lead Testing

In accordance with laws of the state of Maryland, all students entering prekindergarten, kindergarten, and first grade shall provide evidence of lead testing dates or the parent(s)/legal guardian(s) must certify that the child does not and has never lived in an at-risk area in accordance with the Maryland Department of Health and Mental Hygiene. At-risk areas by the Zip Code are listed on the back of the DHMH 4620 form. Evidence of the dates of lead testing or a parent(s)/legal guardian(s) signature on the DHMH 4620 form certifying that the child does not and has never lived in an at-risk area must be returned to the school within 20 calendar days from the date of entrance to prekindergarten, kindergarten, or first grade.

### Physical Examination

In order for your child to enter a Maryland public school for the first time, a physical examination by a physician or certified nurse practitioner must be completed either nine months prior to entering the public school system or six months after entering the system. A physical examination form designated by the Maryland State Department of Education and the Department of Health and Mental Hygiene must be used to meet

Exhibit C - 12

this requirement. Exemption from a physical examination is permitted if it is contrary to a student's religious beliefs.

School entry physical examination reports are reviewed and a nursing assessment is completed by the school nurse, together with the parent(s)/legal guardian(s), for all students with diagnosed health problems which may impact learning.

## Sun Safety

Sun safety practices that are followed consistently and early in life contribute to the prevention of skin cancer. Facilitating sun safety habits in the school setting can assist students and staff in reducing potential risk for ultraviolet-related illnesses. Sun safety practices include the following:

- Since sunscreen is not considered a medication, students may carry sunscreen and apply it according to manufacturer's directions.
- Application of sunscreen with a SPF of 15 or higher is recommended 30 minutes before outdoor activities, field trips, field days, and/or environmental service-learning trips, etc.
- Sunscreen should be reapplied according to the manufacturer's directions.
- Student or parent(s)'/legal guardian(s)' application of sunscreen at home prior to arriving at school is recommended when outdoor activities are planned for the morning.
- Schools or individual teachers may not supply sunscreen for students.
- Students can only apply sunscreen provided by the parent(s)/legal guardian(s).
- Wide brimmed hats and sunglasses may be used outdoors to reduce sun exposure to the eyes, face, head, ears, and neck.

## Student Health Information

Parent(s)/legal guardian(s) are responsible for informing the school about their child's educationally relevant health history, including, but not limited to, such health concerns as chronic illness, allergy, and physical disability. Health information may be shared with school staff who have a need to know. The Student Health Information form (Appendix 2) may be completed and returned to the school for this purpose, or the form may be picked up at the school office.

## Allergies

Severe allergies are increasingly being identified in our student population. Some examples of allergens may include: food, insects, and medications. Parent(s)/legal guardian(s) are responsible for informing the school nurse about their child's allergies, as well as providing written medical documentation, instructions, and medications, if needed, as directed by a physician. Parent(s)/legal guardian(s) are also responsible for providing the school with emergency telephone number(s). Should this information change, parent(s)/legal guardian(s) should notify the school immediately. Parent(s)/legal guardian(s) should record any allergies or medical information on the student registration form and the Student Health Information form (Appendix 2). To ensure a safe environment for students with allergies and reduce the risk of accidental exposure in the school setting, school personnel should work with students, parent(s)/legal guardian(s), and physicians to develop a plan that accommodates the child's needs. An emergency action medical plan should be developed to minimize risk and provide a safe educational environment for students with severe allergic reactions.

## Anaphylaxis

Students with known or unknown allergies may experience life-threatening allergic reactions known as anaphylaxis. Anaphylaxis is a life-threatening, acute systemic type of allergic reaction. This reaction can be sudden and severe. An epinephrine injection is the treatment for anaphylaxis. It is a quick acting medication that is administered intra-muscularly. This medication will be available in each St. Mary's County Public Schools. School nurses or their trained designees will administer the medication if needed for any student who has signs or symptoms of anaphylaxis. Anyone receiving epinephrine must be transported by rescue services personnel to the nearest hospital for further emergency treatment.

## Student Illness

In the event of student illness during the school day, every effort will be made to contact parent(s)/legal guardian(s). If the parent(s)/legal guardian(s) or designee cannot be reached, the school reserves the right to act in the best interest of the student, i.e., call 911.

Exhibit C - 13

## Student Pregnancy

When information indicating the possibility that a student is pregnant is brought to the attention of a member of the school staff, the student is referred to the school nurse and is counseled to see a physician. In the event that the student is pregnant, she should be made aware of a variety of resources and alternatives available to her. A student who is pregnant, either married or unmarried, who has not completed her high school education may elect to remain in the regular school program.

## Medical Procedures

All medical procedures administered at school require completion of the Parent(s)/ Legal Guardian(s) and Physician/Prescriber Authorization - Medical Procedures (PS 110) form. The form is available from the school nurse or the Department of Student Services.

Examples of medical procedures are:
- catheterization,
- glucose blood testing, and
- gastric tube feedings,
- tracheostomy care,
- oxygen therapy.
- suctioning,

These procedures should be administered and documented under the direction of a school nurse.

## STUDENT SAFETY

The SMCPS system believes that one of our greatest responsibilities is to provide for the safety and security of our students, staff, and visitors. A safe and orderly environment ensures the greatest opportunity for student learning. Open communication, strong community partnerships, progressive policies and procedures, and proactive action by staff enhance school safety and security. Additional information is available on the SMCPS website www.smcps.org/offices/dss/safety-security.

## Supervision

Students in school, at school-sponsored activities, or traveling to and from school on school buses are responsible to the school, and the school is responsible for them. School personnel assigned to their supervision serve in loco parentis.

## Student Risk Behaviors

St. Mary's County Public Schools, through community partnerships and collaboration, provides education and prevention programs that directly address high-risk youth behaviors. These behaviors are defined as any behavior having a negative impact on the development, health, and well-being of students. Prevention programs include focus on bullying prevention, substance misuse, cyber safety, young driver safety, teen dating violence, and underage drinking. For more information about these and other prevention programs and additional resources please visit http://www.smcps.org/safety-and-security.

Students who engage in any type of school practice or activity after dismissal time should have written permission from home. The school will not assume responsibility for students following the conclusion of such practice or activity.

## Student Crime Solvers

Student Crime Solvers is a community partnership between the St. Mary's County Crime Solvers, St. Mary's County Sheriff's Office, and St. Mary's County Public Schools to ensure safe and secure schools. This partnership was formed to maintain strong lines of communication between students and school administrators to address occurrences of crime and discipline infractions within our high schools.

Students are able to anonymously report information or concerns using the Student Crime Solvers' Program Tip Sheets. These Tip Sheets may be picked up from any school staff member or at other designated locations within the school. The student then completes the sheet and returns it to the tip box. The student NEVER GIVES THEIR NAME. The tip sheets are then reviewed by a school administrator and the school resource officer. If the information leads to the closure of a crime or discipline infraction, the reporting student may be able to collect a reward.

If you need more information about Student Crime Solvers, please contact a school administrator or our school resource officer.

Exhibit C - 14

## Suspected Child Abuse/Neglect

Occasionally, there are factors in a student's appearance and behavior that lead to suspicions of child abuse or neglect. Maryland law requires that all educators and other school employees, including volunteers and bus drivers, report suspected abuse or neglect to the proper authorities for investigation in order that students may be protected from harm and the family may be helped.

## Custody

Parent(s)/legal guardian(s) must provide copies of court orders, protective orders, notarized statements, or other legally binding instruments to the schools their children attend. These documents will be maintained in the student's cumulative record. Should there be a circumstance in which parent(s)/legal guardian(s) are prohibited by court order from having contact with a student, school personnel must have a copy of the court order or other legally binding instrument on file. Students will only be released to those who can be identified as having proper authorization to take custody of the student.

## School Emergency Preparedness

St. Mary's County Public Schools continually plans and prepares for events that would necessitate an emergency response. All emergency preparedness and planning is fully coordinated through active participation in a number of local jurisdictional emergency planning and response groups. Preparedness activities maintained by SMCPS include:

- Annual publication of the School Crisis and Emergency Response Plan and supporting reference guide, ensuring compliance with the Code of Maryland Regulations (COMAR) 13A.02.02.01-04

- Participation in legally mandated school-based emergency drills and jurisdictional emergency exercises, ensuring compliance with COMAR 13A.02.02. The following drills are required by law:

- o Fire Drills
- o Evacuation, Reverse Evacuation, Silent Evacuation Drills
- o Shelter-in-Place Drill
- o Lockdown, Modified Lockdown (Lockout) Drills
- o Severe Weather Drill
- o Drop, Cover, and Hold Drill (Earthquake)

Throughout the school year, drills are conducted to familiarize students with response actions and exiting routes out of the school. All drills are conducted under the supervision of the principal or assistant principal and the school staff. Students are instructed in the safety procedures to be following during the drills or other emergency situations. Parent(s)/legal guardian(s) are encouraged to remind their children of the seriousness of these activities. Site administrators are required to document all drills.

## Asbestos Management Plans

In October 1986, the United States Congress enacted the Asbestos Hazard Emergency Response Act (AHERA). Under this law, comprehensive regulations were developed to address the presence of asbestos in public and private elementary and secondary schools. These regulations require all schools to inspect for friable and non-friable asbestos, develop asbestos management plans that address asbestos hazards in school buildings, and implement response actions in a timely manner.

The EPA requires the school system to have an accredited inspector perform re-inspections of the asbestos material every three years. An accredited AHERA Inspection/Management Planner will perform the re-inspections and continue to make recommendations for the safe management of asbestos materials in all buildings and relocatables. The school system will be performing semi-annual surveillance inspections.

The program for fulfilling AHERA responsibilities is outlined in the asbestos management plan for each school or facility. This plan is available for review at each school site and

Exhibit C - 15

contains information on inspections, re-inspections, response actions, and post-response action activities, including periodic surveillance activities that are planned or that are in progress.

The asbestos management plan can be reviewed at the school or at the Division of Supporting Services, 27190 Point Lookout Road, Loveville, Maryland, during normal working hours. For more information, please contact the Department of Operations at 301-475-4256, option 4.

### Inclement Weather

When inclement weather may cause the schools to delay the regular opening time or close for the day, the information will be posted on the St. Mary's County Public Schools website and social media, and a system-based "phone out" will be made to all student households. Radio and television stations will be notified before 6:00 a.m. so that notices may be broadcast as early as possible.

When school is unexpectedly dismissed early, the school cannot call parent(s)/legal guardian(s). Please discuss this important matter with your child. The school will assume an early bus dismissal schedule. Information will be posted on the St. Mary's County Public Schools website and social media, and a system-based "phone out" will be made to all student households. Radio and television stations will be notified.

The following stations will carry the announcements:

**RADIO STATIONS -**

| | | |
|---|---|---|
| WMAL AM 630 | WMDM FM 97.7 | WGRX FM 104.5 |
| WBAL AM 1090 | WSMD FM 98.3 | WMAL FM 105.9 |
| WPTX AM 1690 | WOLC FM 102.5 | WRQX FM 107.3 |
| WTGB FM 94.7 | WKIK FM 102.9 | WTOP FM 107.7 |
| WPGC FM 95.5 | WTOP FM 103.5 | |
| WGRQ FM 95.9 | WTOP FM 103. 9 | |

**TELEVISION STATIONS -**
WRC TV - Channel 4
WTTG TV - Channel 5
WJLA TV - Channel 7
WUSA TV - Channel 9
Educational TV Ch. 96 (in St. Mary's County)

### Delayed Openings

In the event that the opening of schools is delayed two hours to permit buses to run their routes under safer conditions, the following will apply:

- All buses will run their routes two hours later than their usual times.
- Dismissal in each school will follow the regular schedule.
- Lunch will be served in each school, unless not feasible by the time of dismissal.
- If there is a two-hour delayed opening, morning (AM) Prekindergarten, morning (AM) Head Start, and the first session at the Dr. James A. Forrest Career and Technology Center (Forrest Center), will be canceled, unless otherwise announced.

### Emergency Early Dismissal

If conditions exist which cause a decision for early dismissal due to inclement weather or extreme heat and humidity, radio and television stations will be notified as early as possible so that parent(s)/legal guardian(s) are informed. Information will be posted on the St. Mary's County Public Schools website and social media, and a system-based "phone out" will be made to all student households. Radio and television stations will be notified.

Early dismissal will be decided by the Superintendent of Schools. Radio and television stations will carry the announcement whenever possible.

- Buses will run their afternoon routes in the same order as on the regular school day.
- All afternoon and evening meetings and activities are automatically canceled. Any exceptions to this rule must be approved by the Superintendent of Schools.
- All afternoon (PM) prekindergarten classes, afternoon (PM) Head Start classes, and third session Forrest Center classes are canceled.
- All morning (AM) prekindergarten and morning (AM) Head Start students will be dismissed at 11:00 a.m. or as close to that time as possible.

**Exhibit C - 16**

## THE COORDINATED
## PUPIL SERVICES PROGRAM

The Coordinated Pupil Services Program within each school is one component of an overall school program. Each student services area uses a systematic and integrated program to deliver individual and collaborative strategies with the goal of assisting students to achieve academic, health, career, personal, and interpersonal competencies.

Each Pupil Services Team may include a school administrator, school nurse, school counselor, pupil personnel worker, school psychologist, and other appropriate staff. This school team meets at regular intervals and analyzes data to plan, implement, and evaluate how its members can most effectively meet student and school needs.

## SECTION 504 OF THE
## REHABILITATION ACT OF 1973

School systems are required to ensure that no qualified person with disabilities shall, on the basis of disability, be excluded from participation in, be denied the benefits of, or otherwise be subjected to discrimination under any program or activity which receives or benefits from federal financial assistance. Should you have questions about Section 504 of the Rehabilitation Act of 1973, please contact the Department of Student Services at 301-475-5511, ext. 32150.

## SPECIAL EDUCATION SERVICES

Special education services are available at every school in St. Mary's County. To ensure that every child has access to the general education curriculum and every child's educational program is implemented in the least restrictive environment, St. Mary's County Public Schools offers a range of general and special education services in a continuum of educational placements. To the maximum extent appropriate, students receive instruction in the general education classroom with the necessary accommodations and adaptations provided under the direction of the special education staff. This integration into the general education classroom allows for maximum interaction among students and staff and encourages students to learn from each other.

In all St. Mary's County Public Schools, students with disabilities have access to all aspects of academic and extra-curricular programming. Specialized programs are provided for students with emotional disturbances, infants and toddlers, preschool students, and students who require a functional life skills curriculum. Special education programs are continuously evaluated to ensure that they are meeting the needs of our ever-changing student population. St. Mary's County Public Schools is committed to providing all students an education that prepares them academically, socially, and emotionally for adult life. If you have any questions, information is available on the SMCPS' website www.smcps.org/offices/se or you may contact the Department of Special Education at 301-475-5511, ext. 32206.

The Department of Special Education also offers families and school staff support through the "Partners for Success Resource Center for Families and Schools." The following services may be included:

- special education resources;
- information and referral;
- assistance with the Individualized Education Programs (IEPs);
- seminars and workshops;
- consultation;
- lending library; and
- information about local, state, and national parent organizations.

The center is staffed by a parent of a child with a disability. Contact the Partners for Success resource specialist at 301-863-4069 or partnersforsuccess@smcps.com.

## TITLE IX

**What is Title IX?**

Title IX of the Education Amendments of 1972 prohibits sex-based discrimination in all activities and programs of educational institutions receiving federal funds, which includes St. Mary's County Public Schools. Prohibited sex-based discrimination includes pregnancy, discrimination, sexual harassment, and sexual assault. (Title IX of the Education Amendments of 1972 20 U.S.C. § 1681)

Exhibit C - 17

**Four Things to Know About Title IX**
- Requires that males and females be given equal opportunities in career and technical education programs - particularly in traditionally male-dominated fields.
- Requires that pregnant and parenting students have equal access to schools and activities, that all separate program are completely voluntary, and that schools excuse absences due to pregnancy or childbirth for as long as it is deemed medically necessary.
- Considers sexual harassment as a form of sexual discrimination in schools and is prohibited.
- Grants protection for survivors of sexual assault.

St. Mary's County Public Schools does not tolerate any form of harassment including, but not limited to, sexual, racial, or disability.  Any student or employee who believes that he or she has been subjected to any form of harassment is encouraged to report the allegation of harassment.

Students, parent(s)/legal guardian(s), staff members, and community members may report allegations of harassment to the appropriate school Title IX designee.  The decision of the school Title IX designee may be appealed to the school system's Title IX Coordinator at 301-475-5511, ext. 32150.  The Supervisor of School Counseling has the responsibility for Title IX in St. Mary's County.

Exhibit C - 18

## TYPES OF STUDENT RECORDS

All students have school records. The information in the record is needed and used by school staff, parent(s)/legal guardian(s), and the students themselves to plan educational and career programs. The total school record is called the cumulative folder, but different parts of the cumulative folder may be kept in different places (i.e., health information, special education record).

## RIGHTS TO ACCESS STUDENT RECORD INFORMATION

All student records are maintained according to the standards as set forth by the Family Education Rights and Privacy Act (FERPA) (Appendix 6). By law, parent(s)/legal guardian(s) have the right to examine their child's records within established procedures. Parent(s)/legal guardian(s) should contact the school to make arrangements to review the records. Non-custodial parents have the same rights to review records as do custodial parents unless there is a court order in the files that prohibits this. Students 18 years of age or older may review their own records. Should copies of these records be desired, a fee of 25¢ per page will be assessed.

Release of all information to agencies, other than directory information, requires written parental permission.

Parent(s)/legal guardian(s) who do not want their student to participate in certain surveys as defined in Appendix 6 may opt their student out of participation.

## DIRECTORY INFORMATION

"Directory information" includes the following information relating to a student: the student's legal name, the most recent previous local school system or educational institution attended, and grade. Parent(s)/legal guardian(s) may seek to correct information that is believed to be inaccurate.

The school system and custodian of records, upon request of the military, must provide students' names, addresses, and telephone listings to military recruiters, unless the parent(s)/legal guardian(s) has opted out of providing such information by completing the *Parental "Opt Out" Form* (Appendix 3) and returning it to school.

If parent(s)/legal guardian(s) do not want any or all of this directory information released, the parent(s)/legal guardian(s) should make this request in writing to the school (Appendix 3).

## USE OF STUDENTS IN PUBLIC INFORMATION PROGRAMS

As part of our overall educational program, students are occasionally asked to be photographed or videotaped or have their work displayed. Unless indicated to the contrary, the school will assume that your child may be photographed or videotaped by the news media or by St. Mary's County Public Schools' staff, and also that the student's likeness, name, performance, artwork, or written work may be used in print or broadcast media and/or on the Internet. It is the responsibility of the parent(s)/legal guardian(s) to complete the *Parental "Opt Out" Form* (Appendix 3) and return it to school.

St. Mary's County Public Schools cannot control photography, taping, or interviews of students at events that are open to the public, nor decisions by the news media to post school news on the Internet.

## RETENTION OF RECORDS

Parts of the cumulative records are permanently retained because of the need to retrieve data for individuals who at some time have been enrolled in the county schools. These include records containing information concerning grades, courses taken, and diploma status. The rest of the cumulative file is destroyed when the student reaches his/her twenty-first birthday. Federal law requires five years of special education record maintenance after completion or withdrawal from school.

Exhibit C - 19

## STUDENT RIGHTS

A major goal of school systems in the United States is to prepare students for active, responsible participation in a democratic society. To develop an understanding and appreciation of our representative form of government, students need to participate in decision making, exercise their rights and responsibilities as individuals, and educate themselves in the democratic process.

Students pursuing their rights must accept the associated responsibility of respecting the rights of others and of respecting legally constituted authority.

### Assemble

Students have the right to assemble peacefully during non-instructional time provided that the gathering does not impede or disrupt the operation of the schools or the rights of others. Conducting and/or participating in demonstrations that interfere with the operations of the school or classroom or the basic rights of others is inappropriate and prohibited.

All students meeting in school buildings or on school grounds may do so only as a part of the formal educational process or as cooperatively established and approved by the principal of the school.

Strikes or boycotts of classes are not allowed.

### Due Process

Prior to the removal of any protected property or liberty interest, such as a suspension from school, students have the right to due process as follows:
- the student must be given notice of the conduct which is required or prohibited;
- the student must be given notice of the specific allegations of misconduct;
- the student must be given some opportunity to respond to the allegations of misconduct; and
- the decision-making authority (e.g., the principal) will make a decision based upon the evidence available to the decision maker.

A basic element of due process is that one who is not satisfied with the decision may appeal it to a higher authority. Thus, a student may appeal a decision of a school staff member to the principal or the principal's decision to the designated director. The director's decision may be appealed to the Deputy Superintendent. The decision of the Deputy Superintendent may be appealed to the Superintendent of Schools, and the decision of the Superintendent of Schools/designee may be appealed to the Board of Education of St. Mary's County. Any decision of the Board of Education of St. Mary's County may be appealed to the Maryland State Board of Education.

### Personal Safety

Students should be able to enjoy a school environment free from all forms of discrimination, including bullying, harassment, and sexual harassment.

### Petition

Students have the right to present petitions setting forth grievances as long as they are free from obscenities and defamatory statements. Students need to use the channels provided for this purpose in each school. The collecting of signatures on petitions is not to disrupt classroom procedures; interfere with the educational process; or be obtained through threat, coercion, or physical force.

Students will not be subjected to disciplinary measures for properly initiating or signing a petition, nor will they be subject to any kind of overt or covert reprisal, harassment, or otherwise unwarranted response.

### Religion

Students have the right to observe their own religious beliefs and practices in school as long as they do not violate the rights of others or interfere with school activities.

School-sponsored religious exercises may not be conducted. Schools will not advocate any religious beliefs. No school-sponsored activity or class will be religious in nature. Holiday concerts may include religious music within St. Mary's County Public Schools' guidelines. Courses may include information about different religions, religious practices and beliefs, and religious leaders if no religious viewpoints are advocated.

Exhibit C - 20

Distribution of religious material follows the guidelines outlined in Board Policy KHBA.

### Students Involved with the Department of Juvenile Services.

Students enrolled in the St. Mary's County Public Schools who, as a result of negative behavior in the community, are temporarily placed in a Juvenile Services funded or operated detention facility, or who are committed to a facility by the court, have the right to continue their education with as little disruption in program continuity as possible.

### Students Seeking Help

The Board of Education of St. Mary's County believes that directing students to appropriate service agencies must be an integral part of a comprehensive service system.  Students who seek counsel and assistance for substance abuse, sexually transmitted diseases, AIDS, pregnancy, contraception, abortions, and mental/emotional disorders will be directed to appropriate agencies. Students who seek information from a teacher, counselor, principal, or other professional educator to overcome any form of drug abuse are protected by Maryland Public School law Section 7-412. Any statement, written or oral, made by a student is not admissible against the student in any school disciplinary proceeding.

### Students Who Do Not Seek Help

Those students who abuse or possess alcohol or drugs, or otherwise violate the law, and do not voluntarily seek help, in essence, forfeit their rights to the protection of Education Article 7-412.  They are subject to the school policy and practice.

School staff must promptly report to a school administrator all delinquent acts that come to their attention - whether occurring on or away from the school premises - which involve students in the school system. The school administrator must then promptly report all such acts to the responsible law enforcement agencies.

School officials cannot ignore illegal substance abuse or other illegal activities. If a teacher, counselor, or principal finds a student bringing drug equipment to school, using or carrying drugs, or

otherwise violating the law, the educator must observe the existing laws and enforce school policy. Once observed and reported to the school administrator, established procedures will be implemented.  Each case must be handled on its own merits and as determined by its own circumstances, within school system policy.

### STUDENT RESPONSIBILITIES

Students have a responsibility to put forth their best efforts during the educational process.

Students have the responsibility to respect the rights of other students and all persons involved in the educational process.

Students have the responsibility not to harass or create a hostile environment on the basis of race, color, gender, national origin, religion, marital status, sexual orientation, or disability.

Students have the responsibility to attend school regularly and to observe school rules essential for permitting others to learn at school.

### Responsibility for Student Conduct

Positive student conduct is essential to the total school program. Without it, students cannot realize opportunities for academic growth, and the school cannot discharge its responsibility in the educational process.

It is expected that students will do their best to conduct themselves according to the rules of the school.

We ask parent(s)/legal guardian(s) to reinforce the need for children to conduct themselves in appropriate ways when at school.

Good behavior is maintained through positive measures which are fair and consistent. Conferences involving school personnel, parent(s)/legal guardian(s), and students are frequently held when problems arise. County policy regulates the actions which are to be followed in specific instances of major infractions.

**Exhibit C - 21**

## Student Responsibility in Decision Making

As appropriate to the age of students, school government organizations, such as student councils, may be formed to offer practice in self-government and to serve as channels for the expression of student ideas and opinions to the Board of Education and school administration.

Each student has the responsibility and the right to participate in student government organizations.

One student, selected by the St. Mary's Associations of Student Councils, sits on the Board of Education as a non-voting member.

## Student Responsibility for Dress

There is a close relationship between student dress and student behavior and, accordingly, proper dress is important to setting the pattern of school and social conduct.

While student dress and grooming are primarily the responsibility of students and their parent(s)/ legal guardian(s), the Superintendent of Schools shall direct staff to develop appropriate guidelines for a student dress code. The St. Mary's County Public Schools' Student Dress Code may be found in Appendix 4.

Dress or grooming which is likely to cause the disruption of the instructional program or which creates a potential safety hazard is prohibited.

## Student Responsibility for School Property

Each student has a responsibility to appropriately care for school property. Students will be assessed for any lost, damaged, or vandalized school property.

## Student Bicycle Use

Bicycles are not permitted to be ridden or stored on a school campus without the approval of the school administrator.

## Student Solicitations

The solicitation of funds in the schools by outside groups for any cause is discouraged. Such solicitation will require the approval of the school administration.

## STUDENT RULES FOR TRANSPORTATION

The safety of students during their transportation to and from school is a responsibility which students and their parent(s)/legal guardian(s) share with bus drivers and school officials.

The bus driver has the responsibility of maintaining orderly behavior of students on school buses and will report misconduct to the appropriate school official.

State law prohibits unauthorized persons from coming aboard school buses. Bus drivers are not permitted to engage in discussions with non-passengers at bus stops. Parent(s)/legal guardian(s) are requested to contact the school their child attends to discuss any concerns that they may have with bus transportation.

St. Mary's County Public Schools' buses do not discharge or admit students at places of business other than licensed day care centers.

St. Mary's County Public Schools will transport only those students assigned to a bus unless an emergency exists. Day-by-day, special bus requests will be handled by the school administration on an individual basis, with discretion. The school administrator must complete a "Temporary Bus Pass," and give the white copy to the bus driver.

Bus stops are set by the Department of Transportation in accordance with safe practices, Maryland law, COMAR, Board policy, St. Mary's County Public Schools' regulations, and Department of Transportation procedures. The location of all authorized school bus stops will be available online at http://www.smcps.org/dss/ transportation/bus-stop-and-school-locator prior to the start of the school year. These are the only locations that St. Mary's County Public Schools buses will stop. School bus drivers, school bus contactors, and school staff members cannot add, delete, or change the location of school bus stops. All requests to add, delete, or change the location of school bus stops should be directed to the Department of Transportation.

Exhibit C - 22

A "Temporary Bus Pass" is required for new students or whenever students will be getting off at a stop other than their own, even if they are riding their assigned bus. Students with bus passes will only be dropped off at published bus stops.

The bus driver is in charge of the bus at all times. If a teacher is on the bus, the teacher is in charge of student behavior. Students violating the rules stated below will be reported to school officials. Transportation privileges may be withdrawn from violators.

- Students will be permitted to ride only the bus to which they are assigned and which serves the area in which they live. St. Mary's County Public Schools will transport only those students assigned to a bus unless approval is received from the site administrator/designee. Requests from students and/or their parent(s)/legal guardian(s) for the student to ride other buses will be decided on an individual basis by the school administrator.
- Students must be on time to meet the bus as it arrives at their pick up point. All students must be at the bus stop five (5) minutes before the assigned bus stop time. The bus will not wait for students, as this delays pick up times at other stops.
- All students must wait off the roadway and approach the actual boarding location only after the bus stops with its red lights flashing. If the bus stop does not require the use of flashing lights, wait until the bus stops completely before boarding the bus.
- Students must not attempt to board or to disembark from the bus while it is in motion.
- Students must not extend their hands, arms, or heads out of the bus windows.
- Students may not exhibit any lewd gestures, pictures, or offending material from within the bus or from the bus windows.
- Students may not get off the bus on their way to or from school without the permission of the driver. The driver cannot give such permission except in case of personal emergency on the part of the student, or upon written request of the student's parent(s)/legal guardian(s) with approval of the school administrator.
- Students may talk in a normal manner. Loud, profane, or obscene language will not be permitted.

- Students will cooperate in keeping the bus clean. Any malicious or willful damage to a school bus will result in the immediate withdrawal of transportation privileges of the student or students involved. Transportation privileges may be withheld until the cost of repairing the damage has been satisfactorily settled.
- Students may not transport anything on the bus without the permission of the driver, with the exception of their books or other school supplies. Students may transport musical instruments as long as they are no larger than that which a student can hold on his/her lap or place at his/her feet. The instrument may not protrude into the aisle or occupy the seat space of another passenger. Other items, such as classroom projects, may be transported so long as the container size meets the same guidelines for storage as musical instruments. Glass containers and animals, including birds and insects, may not be transported.
- Students may not bring balloons on the bus. Balloons impair the driver's vision and should they explode, result in distress and distraction to the bus driver and students.
- Students may not possess or use tobacco, electronic cigarettes, narcotics, or intoxicating beverages on the school bus.
- Students may not consume soft drinks or food on the school bus.
- Students must sit in their assigned seats. Any damage to a student's assigned seat during the trip will be the responsibility of that student. Students may not move from one seat to another while the bus is in motion.
- Students may not use electronic devices, which include cell phones and radios, without permission from the bus driver.
- Students using school bus transportation are under the jurisdiction of the school from the time that they board the bus until they disembark from the bus. When students are in view of the bus driver, they still can be held accountable by the school for any inappropriate actions. Parent(s)/legal guardian(s) are responsible for their student(s) while the student(s) is traveling to and from the bus stop and while the student(s) is waiting at the bus stop.

Exhibit C - 23

**STUDENT BUS BOARDING PROCEDURES**

- Students crossing a roadway must wait for a signal from the bus driver before crossing.
- Students should have their belongings before leaving home to catch their bus. Students must board their bus at their regularly assigned bus stop.
- Students must leave home in ample time to catch the bus.
- Students should walk on the side of the road facing traffic to get to their stop if there is no sidewalk or path.
- Students should look both ways and make sure it is safe if they must cross the road or street to get to their bus stop.
- Students should wait in an orderly line or group, out of the way of traffic, until the bus stops and the driver opens the door.
- Students should wait until the bus stops before moving forward to board it.
- Students should use the grab rail and watch their step boarding the bus.

**STUDENT ON-BOARD PROCEDURES**

- Students should promptly walk to their seat and sit down.
- Students should sit on the bus facing forward. Students should keep their legs, feet, books, etc., out of the aisle of the bus. Students should keep their arms, hands, and heads inside the bus.
- Students should talk softly so that the bus driver can hear any warning signals.
- Students should avoid unnecessary conversation with the bus driver.
- Students should not throw things from the windows or on the floor of the bus.
- Students should not call out from the windows.
- Students should know that the EMERGENCY DOOR HANDLE is to be used ONLY in an EMERGENCY. Students should not touch it at any other time.
- Students should know that if they damage any part of the bus, they will be held liable.
- Students should remain seated until their driver gives them instructions if the bus has mechanical trouble.
- Students should never sit in the driver's seat or tamper with any controls or equipment.

**STUDENT BUS LOADING PROCEDURES AT SCHOOL**

- Students should walk in a quiet, orderly manner to their bus loading area.
- Students should wait in an orderly group.
- Students should stay away from the curb or driveway until the bus comes to a full stop and the driver opens the door. Then they should walk with caution to get on the bus.
- Students should not push, shove, or wrestle. Horseplay can result in a serious accident.
- Students should leave all dropped items where they are and ask an adult for assistance.

**STUDENT BUS UNLOADING PROCEDURES**

- Students should wait until the bus comes to a complete stop before getting out of their seat and moving forward to disembark.
- Students should disembark only at their assigned bus stop.
- Head Start, prekindergarten, and kindergarten students will get off the bus first and will be met at the door by a responsible person at least 13 years old. Buses will not wait at the bus stop if there is not a responsible person at the bus door to take custody of the prekindergarten and/or kindergarten student. In this instance, the student will be returned to the school.
- Students should watch their step and hold on to the grab rail when disembarking the bus.
- Students should move away from the bus, once off the bus. Students crossing in front of the bus should wait for the driver's signal and cross ten feet in front of the bus. If anything is dropped, students should leave the dropped items and ask an adult for assistance.
- Students should walk on the sidewalks, paths, or off the road after leaving the bus stop.
- Students should walk single file facing traffic if they must walk along the roadside.
- Students should go home promptly.

**HEAD START, PREKINDERGARTEN, AND KINDERGARTEN TRANSPORTATION PROCEDURES**

To ensure safety, a responsible person (at least 13 years old) <u>must be on time</u> to meet the bus at the bus door at the assigned stop for Head Start,

**Exhibit C - 24**

prekindergarten, and/or kindergarten students. This includes morning and midday loading along with midday, afternoon, and evening unloading.

When a responsible person is not available to receive a Head Start, prekindergarten, and/or kindergarten student on a return trip home, the driver will return the student to the school. Parent(s)/legal guardian(s) will be notified by the principal to come and pick up their child from the school. The school administrator will discuss this concern with the parent(s)/legal guardian(s).

If a second incident occurs, the child will be returned to the school and the parent(s)/legal guardian(s) will be notified to pick up their child at school. The regulation will again be reviewed with the parent(s)/legal guardian(s). The school administrator will mail a follow-up letter to the family indicating that a third incident may result in loss of transportation privileges.

If a third incident occurs, the child will be returned to school. Parent(s)/legal guardian(s) will be notified to pick up their child at school. Transportation privileges will be revoked at that time. A written notice will be mailed to the family by the principal.

## SPECIAL NEEDS
## TRANSPORTATION PROCEDURES

▪ All special needs students must be on time to their designated bus stop.
▪ If required, a responsible person (at least 13 years) must escort the special needs student to and from the bus when loading and unloading. If a responsible person is not present when unloading, the student will be returned back to school. The parent(s)/legal guardian(s) will be responsible to pick up the student from the school.
▪ Special needs bus drivers and attendants must remain near or on the bus at all times. They are not permitted to escort students to and from a student's home.
▪ Special needs buses are not authorized to enter onto private property; i.e., driveways, dirt roads, etc.

## EMERGENCY TRANSPORTATION
## PROCEDURES

During an emergency and/or accident, students need to adhere to the following procedures. Students should:
▪ Remain quiet so they can hear directions being given.
▪ Leave the bus, if told to do so, in an orderly fashion.
▪ Leave by the emergency door, when directed to do so. The larger students should help the smaller students to the ground.
▪ Walk to a safe spot away from the bus. Remain in a group off the road.
▪ Report any injuries promptly to the driver, the police, or a rescue squad member.

## USE OF VIDEO AND AUDIO RECORDING
## DEVICES ON SCHOOL BUSES

Video and audio recording devices may be placed on any school bus providing services to St. Mary's County Public Schools at the request of the bus contractor, school administrator, or Director of Transportation. Placement of video and audio recording devices may also be made at the direction of the Superintendent of Schools/designee. The purpose of the video and audio devices will be to monitor behavior on the bus.

## STUDENT
## RESPONSIBILITY TO BE INFORMED

### Use of Security Cameras on School Grounds and in School Buildings

Security cameras for video surveillance may be placed on school grounds and in school buildings at the direction of the Superintendent of Schools/designee. The purpose of video surveillance is to monitor activities occurring on a school campus and enhance the safety and security of the school building. All requests to view video surveillance footage must be made in writing to the Department of Safety and Security in a timely manner to ensure the footage is captured for future review.

### Student Searches

Under Maryland Education Article 7-308, a principal or assistant principal of a public school may make a reasonable search of a student on the school premises or on a school-sponsored trip if

Exhibit C - 25

he/she has a reasonable belief that the student has in his/her possession an item, the possession of which is a violation of any other state law or a rule or regulation of the county board. On school-sponsored trips, a designated teacher may conduct a search.

A principal or assistant principal may also make a search of the physical plant of a school and its furnishings and equipment including the lockers of the students.

#### Drug-Free Zones

The Drug-Free Zones - Youth Protection Act makes a person guilty of a felony if he/she manufactures, dispenses, distributes, or possesses with the intent to distribute certain controlled dangerous substances, or who conspires to commit these offenses in or within 1,000 feet of any real property used for certain school purposes or on a school vehicle under certain circumstances.

The school system prohibits the possession and/or use of illegal substances on school grounds, including alcohol, cigarettes/tobacco products, drugs, and drug look-alikes.

#### Canine Drug Scans of School Facilities

St. Mary's County Public Schools and the St. Mary's County Sheriff's Office maintain an agreement for carrying out canine drug scans of school facilities and surrounding school properties. The overall purpose of the scans is to protect and further ensure the safety of our students and staff and to be proactive in maintaining a drug-free environment in schools. The searches will be random, limited in scope, and not target any individual or faction, and conducted under the pre-eminence of student safety. The scans will include interior building scans completed during the school day at times of the day when students are not in the building or when students do not have access to hallways or other areas to be searched. The canines will not be used to search students or staff.

#### Possession or Use of Portable Electronic and Wireless Communication Devices

School personnel have the right to limit the use of electronic communication devices that impede the instructional climate in the school, create a disturbance, or disrupt the school environment.

Students may possess wireless communication devices. The devices must be kept out of sight and turned off from the beginning of the instructional day (the start of the first class) to the end of the instructional day (the end of the last class). The devices may not be used or allowed to emit any ringtone or other noise on school grounds, when students are participants in school-sponsored programs, or activities to include but not limited to athletics, fine arts, and school clubs. In an exceptional circumstance, a staff member may authorize the use of an electronic device for an appropriate reason. Students may use wireless communication devices in circumstances if they have first received direct and expressed permission from authorized school personnel to include classroom teachers and bus drivers.

Use of these devices during field trips and other school-sponsored activities off school grounds is subject to the same conditions at the discretion of the supervising staff member.

Laptop computers, iPads, iPods, or other devices may be used during the instructional school day for instructional purposes only, with teacher knowledge and consent. Students must follow network usage standards set by St. Mary's County Public Schools.

Students shall not display, operate, or use any camera phone at any time on school grounds from the beginning of the instructional day (the start of the first class) to the end of the instructional day (the end of the last class). Unauthorized photography and video recording of the school environment during the instructional day is a violation of school policy and established law. Illegal recording or capturing of any communication or image will result in disciplinary action and possible referral to law enforcement authorities when appropriate.

The following categories of students may possess wireless communication devices or handheld portable phones turned on (inaudible signal only) during normal school hours:

- Students using portable pagers for medical reasons; and
- Students with disabilities may use electronic communication devices in accordance with their

Exhibit C - 26

Individualized Education Program (IEP) or 504 Plan.

Any observed or reported improper use of an electronic device contrary to this regulation, shall result in confiscation of the electronic device by the site administrator or designee. The parent(s)/legal guardian(s) will be notified and a referral for disciplinary action will occur and may include revocation of privilege, detention, in-school intervention, Saturday School, and/or suspension, and referral to law enforcement authorities if illicit activities are suspected or reported.

Use of an electronic or wireless device in any incident will result in the confiscation of the device.

St. Mary's County Public Schools assumes no liability for lost, stolen, or damaged personal items of any student, including portable electronic devices. The school system assumes no responsibility for injury or damage related to malfunctioning equipment. Parent(s)/legal guardian(s) and students are encouraged to take special care of portable electronic devices brought to school. Additionally, St. Mary's County Public Schools advises parent(s)/legal guardian(s) to check their homeowner's or renter's insurance policy to see if their policy covers such loss.

### Bullying/Harassment/Intimidation

Bullying is any intentional negative actions on the part of one or more students, repeatedly and over time, that interfere with a student's ability to participate in or benefit from the school's educational programs. Defamation, hazing, and stalking may also be considered bullying.

Harassment is intentional and inappropriate negative actions or conduct on the part of one or more students that cause discomfort with identity issues in regard to race, color, national origin, gender, disability, sexual orientation, religion, or identifying characteristics, and that interfere with a student's ability to participate in or benefit from the school's educational programs.

Reports of bullying/harassment may also be followed up by completing the Bullying, Harassment, or Intimidation Reporting Form (Appendix 7). This form may also be obtained from

the school or St. Mary's County Public Schools' website www.smcps.org.

### Gang Activity and Similar Destructive Behaviors

A criminal gang is a group or association of three or more persons whose members; individually or collectively engage in a pattern of criminal activity; have as one of their primary objectives or activities the commission of one or more underlying crimes, including acts by juveniles that would be underlying crimes if committed by adults; and have in common an overt or covert organizational or command structure. A pattern of criminal gang activity is the commission of, attempted commission of, conspiracy to commit, or solicitation of two or more underlying crimes or acts by a juvenile that would be an underlying crime if committed by an adult.

Gang activity and similar destructive behaviors are prohibited on school property, school buses, or at school-sponsored functions. Reprisal or retaliation against individuals who report gang activity and similar destructive or illegal group behavior or who are victims, witnesses, bystanders, or others with reliable information about an act of gang activity and similar destructive or illegal group behavior is also prohibited.

All school employees are required to report any incidents of suspected gang activity or similar destructive or illegal behavior promptly to the principal and who will in turn forward the report to the Director of Safety and Security for review (Appendix 8). The principal and the Director of Safety and Security will take appropriate actions to maintain and ensure the safety and security of the school or campus environment.

Student discipline and remedial actions for students engaged in gang activity or similar destructive or illegal group behavior or for students who have made false accusations will be consistently and fairly applied after timely and appropriate investigation, consistent with due process procedures. The student discipline will follow the St. Mary's County Public Schools' Code of Conduct for the ascertained violation.

**Exhibit C - 27**

## Sexual Harassment and Sexual Assault

Sexual harassment in school is **unwanted** sexual attention from teachers, other adults, students, or anyone else the victim may deal with in school or school-related activities. The range of behaviors includes but is not limited to leering, suggestive verbal or written comments, and pressure for sexual activity. Incidents of sexual harassment may occur only once, but sometimes they are repeated. Often the situation gets worse if it is not stopped. Also included is any non-consensual touching of a sexual nature that does not rise to a level of a sexual assault.

Sexual assault is understood as any unwelcome sexual contact, either directly or through clothing, which is committed <u>by threat or by force and without the consent of the other person</u>, including but not limited to physical sexual attack on an adult or a student. The ranges of behaviors include but are not limited to: deliberate inappropriate touching/pinching/grabbing of a sexual nature, attempted rape, or rape.

Victims of bullying, harassment, sexual harassment, or sexual assault should report the problem to an adult. The adult will then work with the student to see that appropriate action is taken. A student or the student's parent(s)/legal guardian(s) may appeal the decision of a school staff member to the principal and the principal's decision to the Director of Student Services with regard to discipline assigned to that student. In situations involving sexual harassment, the school administrator's decision may be appealed by either party as it applies to them by contacting the school system's Title IX Coordinator. The Supervisor of School Counseling has the responsibility for Title IX in St. Mary's County Public Schools.

## The Bringing or Possessing of a Weapon

The bringing or possessing of a weapon by any student or individual on school property, at a school–sponsored event, on schools buses, or off school property greatly increases the risk of danger to all students and staff members.

A weapon is defined as:
- Any object which reasonably could cause physical harm or injury to a person; or an object which is represented to be (and a reasonable person would conclude) a dangerous weapon, and for which there is no reasonable or legitimate cause for the student to bring, possess, or use on the property of St. Mary's County Public Schools.
- Any firearm of any kind, whether loaded or unloaded, operable or inoperable, and including any object which is a look-alike of a firearm, even though incapable of operation.
- Any weapon that will, is designed to, or may readily be converted to expel a projectile by the action of an explosive.
- The frame or receiver of any weapon described above.
- Any firearm muffler or firearm silencer.
- Any explosive, incendiary, or poison gas.
- Any combination of parts either designed or intended for use in converting any device into any destructive device as described in preceding examples, and from which a destructive device may be readily assembled.

Other weapons may also include, but are not limited to:
- Firecrackers (including but not limited to: firecrackers, smoke bombs, Roman candles, and showering cones); weapon look-alikes, and similar devices including knives of any kind (including, but not limited to: a switchblade knife, a star knife, a dirk knife, a hunting knife); a straight razor, a spiked glove, a spiked wristband, or a spiked ring; metal knuckles; a nunchaku or any other sharp instrument shaped, sharpened, or designed in such a way as can injure, maim, cut, or puncture; explosive devices (bullets, shells without a weapon); or tear gas, tasers, stun guns, or other disabling agents.

The bringing of any weapon or firearm onto school property or to a school–sponsored event, or the possession of any weapon on school property or school-sponsored event shall be reported to the police, Superintendent of Schools/designee, the Director of Student Services, and the Director of Safety and Security immediately.

Under certain circumstances, the Gun Free School Act of 1994 and other public laws require

**Exhibit C - 28**

expulsion from school for a period of not less than one calendar year for any student in possession of a firearm on school property.

In addition, parent(s)/legal guardian(s) need to know what their students bring to school. Some items can cause harm or disrupt the learning environment. These items include, but are not limited to, butter knives, laser pointers, instant bonding glues, or sharp tools. These types of items are not allowed at school, and if brought to school, may be considered a violation of school rules and may result in disciplinary action. If a common item or any implement is brought to school with the intent to cause harm, the item may be considered as an "other weapon." In this case, the student may be subject to disciplinary action that would result in suspension or expulsion with a report made to law enforcement.

### Keeping Our Schools Safe Campaign

The St. Mary's County Sheriff's Office and SMCPS have joined resources to implement the "Keeping Our Schools Safe" campaign. During the school year, students have the opportunity to view a short, age appropriate, public service message created in partnership with the Sheriff's Office that addresses what should and what should not be brought to school. The public services message is followed up by classroom discussion in an effort to further educate our students about the importance of this topic. Parent(s)/legal guardian(s) are encouraged to discuss with students appropriate and inappropriate items to have in their possession at school. Parent(s)/legal guardian(s) are reminded to check and re-check the contents of a student's book bag or backpack before they depart for school each day.

### TOBACCO FREE SCHOOL ENVIRONMENT

The State Board of Education adopted Tobacco-Free School Environment Regulation (COMAR 13A.02.04.01 - .07) requiring each school system to maintain a tobacco-free school environment. As of July 1, 1993, the sale and use of tobacco in any form is prohibited by anyone at all times (24 hours a day, every day) in all St. Mary's County Public Schools' buildings whether owned or leased. This includes schools, central offices, warehouses, garages, or other buildings operated by St. Mary's County Public Schools regardless of whether or not students are present.

In addition, as of July 1, 2006, the sale and use of tobacco in any form is prohibited on school grounds (to include e-cigarettes and vaporizers) by anyone at all times (24 hours a day, every day) on all St. Mary's County Public Schools' grounds whether owned or leased.

As of July 1, 2006, the sale and use of tobacco in any form is prohibited at all times in all school system vehicles (to include e-cigarettes and vaporizers) including school buses, whether owned by the school system or contracted.

### DISTRIBUTION OF STUDENT LITERATURE

Students desiring to post or distribute free literature that is not officially recognized as a school publication should submit the material to the principal for review and approval prior to distribution.

Students who violate this policy will be subject to appropriate disciplinary action.

Exhibit C - 29

## GENERAL STATEMENT

A primary task of the school is to create an appropriate learning environment for all students. The responsibility of creating an educational setting which meets the needs of each student belongs to all members of the school community.

Order is essential to instruction and to learning. Disorder cannot be tolerated. Individuals or groups who behave in disruptive or lawless ways erode the teaching-learning process and diminish the quality of service the school is able to provide.

To establish and maintain order, schools implement the policies and procedures of the school system. School disciplinary strategies are designed to develop a sense of direction, self-discipline, and respect for the needs and rights of others. Self-discipline is achieved when students acquire and exhibit behavior appropriate to their age and maturity level.

Students who choose to violate school conduct standards, engage in illegal acts, and generally make poor choices may impact their future educational and employment options. School representatives may be required to provide recommendations for employment and information for security clearances. That request from employers or colleges might include information about suspensions and expulsions.

## SCHOOL DISCIPLINARY PLAN

Each school shall develop and implement a positive disciplinary plan. This plan should include sequential, progressive steps which involve appropriate school system personnel and parent(s)/legal guardian(s).

A student referred for disciplinary action shall receive oral or written notice of the reason(s) for his/her referral and shall have the opportunity to present his/her side of the story before any disciplinary action is taken. Where necessary, the use of exclusion/restraint may be used to ensure the protection of student/staff safety.

## IN-SCHOOL INTERVENTION

Students may be assigned to in-school intervention (ISI) in lieu of suspension from school for nonviolent, less serious offenses. Students assigned to in-school intervention will report to the In-School Intervention Center (ISIC) as appropriate to their school level and will be supervised by the school staff. Failure to report to the ISIC or comply with ISIC rules will result in additional ISIC time or suspension from school.

## STUDENT SUSPENSION AND EXPULSION

Suspension is the temporary removal of any student from school. Expulsion is the exclusion of a student from the students' regular school program for 45 school days or longer.

St. Mary's County Public Schools makes many efforts to provide students a safe and orderly school environment. Disruption of school activities is considered a violation of school policies, rules, and regulations and may result in a student's in-school intervention, out-of-school suspension, or expulsion. A principal may suspend a student for up to ten (10) schools days. At the request of a principal, the superintendent's designee may suspend students for more than ten (10) school days or expel them (Student Code of Conduct).

The suspension and expulsion of students with disabilities will be reviewed by the Individualized Education Program (IEP) Team with respect to their disability and individualized education program. The school administrator must also follow the guidelines that pertain to the suspension and expulsion of students with a 504 Plan.

## ALTERNATIVES TO EXPULSION

As an alternative to expulsion, students may be assigned to an alternative educational program. The purpose of this program is to provide students with an opportunity to modify their behavior to the degree that it becomes acceptable in a regular school setting.

Exhibit C - 30

## STUDENT READMISSION AFTER A LONG-TERM SUSPENSION, EXTENDED SUSPENSION, OR EXPULSION

The duration of a long-term suspension, extended suspension, or expulsion is outlined at the conference. A written agreement on the conditions of readmittance may be required and include such conditions as attendance, grades, and discipline.

When a student is allowed to return after a long-term suspension, extended suspension, or expulsion, there is usually a written agreement on the conditions of readmittance that may include but not be limited to:

- The student will attend regularly and will comply with attendance regulations.
- The student will make a reasonable effort to work to the best of his/her ability in all classes at all times.
- The student will abide by all school rules, regulations, and procedures to prevent disciplinary action.

## LOSS OF SCHOOL BUS RIDING PRIVILEGES

The safety of students during their transportation to and from school is a responsibility which they and their parent(s)/legal guardian(s) share with bus drivers and school officials.

Students using school bus transportation are under the jurisdiction of the school from the time that they board the bus until they disembark from the bus. While off the bus and when students are in view of the bus driver, they can still be held accountable by the school for any inappropriate actions.

The bus driver has the responsibility of maintaining orderly behavior of students on school buses and will report misconduct to the appropriate school official.

The school principal has the authority to suspend the riding privileges of students who are involved in disciplinary problems on the bus. Parent(s)/legal guardian(s) of children whose behavior and misconduct on school buses endangers the health, safety, and welfare of other riders will be notified their children face the loss of school bus riding privileges in accordance with Bus Misbehavior (Student Code of Conduct).

Students whose school bus privileges have been suspended may not ride **any** public school bus in St. Mary's County during the period of suspension. This includes buses to and from school, to and from the Dr. James A. Forrest Career and Technology Center, program trip buses, and sports buses.

**Exhibit C - 31**

## ARRIVALS/DEPARTURES

St. Mary's County Public Schools' start and end times vary for each school. Please refer to School Session Schedule (Appendix 10) for the schedule of each school. Teachers remain for 30 minutes after the end of the school day.

Walkers and students who are not transported by the bus are not to arrive at school any earlier than 15 minutes prior to the start of the school day. Staff members are not available to supervise students prior to this time. Parent(s)/legal guardian(s) who wish to transport students home from school should pick them up no later than 15 minutes after the end of the school day.

When it is necessary for a student to leave school early or be transported by other means, please follow these procedures:
- Write a note for the school office stating the date, time of departure, and who will be signing the student out from the school office.
- In all cases, parent(s)/legal guardian(s) or designated person must show photo identification in order to sign a student out of his/her school.
- The teacher will be notified to send the student to the office to leave school.

Should there be a circumstance in which a spouse or former spouse is prohibited from picking up the student, school personnel must have a copy of the court order for the student's file.

### Elementary

Students may not stay after dismissal time without prior permission. In the event of special school programs or school-approved community programs, students who remain must present a note stating:
- Student's name
- Date(s)
- Reason for staying after school
- Time of pick up
- Parent(s)'/legal guardian(s)' signature

Parent(s)/legal guardian(s) are responsible for and must pick up their child(ren) at the designated time.

### Secondary

On most days, classroom teachers are available after school to help students. Students should be encouraged to seek extra help during this time. Transportation must be arranged for and approved in advance by the parent(s)/legal guardian(s) and the school administration.

Students who remain after school for activities, discipline, and/or extra help in their subjects must have a permission form signed by parent(s)/legal guardian(s).

Teacher supervision will continue until the last student has been released to the parent(s)/legal guardian(s). Parent(s)/legal guardian(s) are expected to pick up their student immediately after the end of the activity.

Written permission from parent(s)/legal guardian(s) is the preferred process to allow students to remain after school for an activity. In some instances, phone permission or email from the parent(s)/legal guardian(s) may be approved by the principal or assistant principal.

## COMPUTER NETWORK USAGE STANDARDS

- All use of the network must be in support of education and research and consistent with the purposes of St. Mary's County Public Schools.
- Any use of the network to facilitate illegal activity is prohibited, including copyright violations.
- Any use of the network for commercial or for-profit purposes is prohibited.
- Users shall not intentionally seek information (i.e., passwords, files, settings) about other users, or misrepresent other users on the network.
- All communications and information accessible via the network should be assumed to be private property.
- No use of the network shall serve to disrupt the use of the network by others; hardware or software shall not be destroyed, modified, or abused in any way.
- Malicious use of the network to develop programs that harass other users, or to infiltrate a computer or computer system is prohibited.

Exhibit C - 32

- Hate mail, harassment, discriminatory remarks, and other antisocial behaviors are prohibited.
- The illegal installation of copyrighted software for use on school computers is prohibited.
- Use of the network to access obscene or pornographic material is prohibited.

Disregard of the St. Mary's County Public Schools' network usage standards will be subject to disciplinary actions. Signatures for consent and use must be obtained for the use of the internet and other computer resources in school (Appendix 5).

## ELIGIBILITY FOR HIGH SCHOOL ACTIVITIES

In order to be academically eligible to participate in after-school activities in high school, students in grades nine through twelve must maintain a G.P.A. of at least 2.0. Summer School credit will not apply in the application of the eligibility code.

Following the issuance of fourth marking period report cards, any exceptions or appeals to the student eligibility code must be submitted in writing to the respective high school principal by July 15. Any appeal of the high school principal's decision should be directed to the Superintendent of Schools within ten (10) days of the high school principal's decision.

Individual special education students may be exempted by the school Individualized Education Program (IEP) Team when it is determined that failure to meet the eligibility requirement is a result of the nature and severity of the student's disability.

Students in grades nine through twelve who achieve a G.P.A. of 2.0 or higher may participate without restrictions, as long as they maintain their G.P.A. at this level, and do not become ineligible for one of the following reasons:

1. *Absence from school.* A student must be present for at least half of the school day. In extenuating circumstances an exception may be approved by the principal.
2. *Suspension from school.* A student remains ineligible until reinstated by the principal and has attended classes for at least one school day.

3. *In-school intervention.* A student assigned in-school intervention is ineligible on the day(s) of the assignment.
4. *Student debts and fines.* A student who has outstanding debts at the end of each marking period will not be allowed to participate in sports or other co-curricular activities.

### FEES/CHECKS/CASH

The school will accept checks from parent(s)/legal guardian(s) for field trips, insurance, books, pictures, fees, and other school functions.

Students will be charged a nominal rental fee yearly for locks, lockers, and other types of equipment. A fee will also be assessed for lost or damaged school materials and equipment. Students in some special subject classes may be asked to purchase materials for projects which will be theirs upon completion.

Checks are to be made out to the school or as indicated. Post-dated checks may not be accepted. Fees will be assessed for returned checks.

If parent(s)/legal guardian(s) do not wish to write a check, cash may be sent with the student. The cash should be placed in an envelope or wrapped in some way and marked with the student's name and room number, amount, and its purpose. Parent(s)/legal guardian(s) should make every effort to try to send the exact amount.

Students should not bring money to school except for a school-related special purpose.

### FIELD TRIPS

Field trips are carefully planned and specifically related to the classroom instructional program. Each trip is designed for a certain grade level student. While we appreciate parent(s)'/legal guardian(s)' time and help as volunteers, we cannot honor requests that younger children (in or out of school) be allowed to accompany parent(s)/legal guardian(s) on field trips.

Exhibit C - 33

## FOCUS ON CYBER USE AND SAFETY (F.O.C.U.S.) INITIATIVE

St. Mary's County Public Schools (SMCPS) in partnership with the Office of the Attorney General has initiated a Three Point Plan to Focus On Cyber Use and Safety (FOCUS). The plan includes:

- All SMCPS' elementary school students will receive cyber safety instruction through lessons presented by the media specialist,
- All SMCPS' secondary school students will receive instruction through student assemblies and/or school-based programs in collaboration with the media specialist, and
- SMCPS will reinforce the importance of cyber safety through public forums.

Additional information is available on the SMCPS' Department of Safety and Security website www.smcps.org/offices/dss/safety-security.

## FOOD SERVICE PROGRAM

"The vision of the Department of Food and Nutrition Services is to be child nutrition advocates and to provide nutritious, attractive meals to students and staff."

To this end, St. Mary's County Public Schools operates a food service program approved by the Maryland State Department of Education for participation in the National School Lunch Program. This program offers breakfast and lunch meals that meet the nutritional guidelines set forth by the United States Department of Agriculture. These meals are available for purchase at our cafeterias along with ala carte offerings and snack items. Students may qualify for free or reduced-priced meals.

To determine eligibility for free or reduced-price meals, please obtain and submit an application for free or reduced-price meals. These forms are available at each school or you can print a form from the school system website at www.smcps.org/dss/food-services/meal-benefit forms.   Please submit one application for your entire household and include any foster children. Return your completed form to the student's school office. Call the Department of Food and Nutrition Services at (301) 475-4256, option 5 if you need help with filling out this form.

Our cafeterias operate a computerized point-of-sale system, which utilizes the student's identification number and a keypad to identify students and also pay for their meals. Students may pay for their meal with cash or electronically with money that has been placed on their account. Money may be placed on their account with cash, personal check, or through the internet by using MySchoolBucks. A MySchoolBucks account may be setup by visiting www.MySchoolBucks.com. The website may also be used to set up automatic replenishment of your student's account and to view cafeteria purchases made by your student. There is no charge for using this service.

Special circumstances may arise that require additional guidance:

When a student does not have money to pay for their meal, they will be permitted to create a negative cash balance on their account. Secondary students are limited to a credit of $5.00 and elementary students are limited to a credit of $10.00. Only full meals that meet the USDA's guidelines will be allowed to create a negative balance; ala carte and snack items are not allowed. Once a student reaches their credit limit, full meals will no longer be offered; however, an alternate meal will be provided to elementary students. Negative balances must be paid off in a timely manner.

If there is an unscheduled early dismissal day due to inclement weather or an emergency condition, your prekindergarten student may have a delayed departure from school and will be offered the lunch meal.  This may create a negative balance on your student's meal account that will need to be paid. Placing money on your prekindergarten students' account will ensure there are sufficient funds to cover this meal.

Exhibit C - 34

## GRADING POLICY

**Elementary**

The evaluation of student progress is a continuous process. It involves many evaluative activities which are an integral part of the learning experience. Students are evaluated on their progress on the outcomes and indicators in which they are being instructed. The teacher completes the report card based on teacher observation, classroom performance, and formative assessment data.

**Secondary**

The grading system consists of letter grades based on a numerical percentage grading scale.

### GRADING SCALE

| Letter | Percentage** |
|--------|--------------|
| A | 90% - 100% |
| B | 80% - 89% |
| C | 70% - 79% |
| D | 60% - 69% |
| F* | 0% - 59% |

* High school students who receive a 45 - 59% for the semester receive the letter grade "E" indicating the course can be retaken in high school summer school.

**All percent scores are rounded to the nearest whole number. Anything below .5 rounds down and anything .5 and above rounds up.

### HOME ACCESS CENTER (HAC)

Home Access Center (HAC) is a web-based communication link between school and home. Parent(s)/legal guardian(s) may view interims, school transcripts, class schedules, homework assignments, attendance records, and discipline reports for the purpose of providing educational guidance to their children. At the beginning of the school year, parent(s)/legal guardian(s) will be provided with a user name and password. If you are having problems with your username, password, or login, please contact your school.

## HOMEWORK

**Elementary**

Homework is a valuable part of the instructional program. It may serve as a supplement to or reinforcement of classroom instruction. Assignments may include unfinished class work, reading, practice to strengthen newly acquired skills or to reinforce old skills, and/or special projects. The amount of homework assigned may vary depending upon grade level and area of study. If you have questions regarding specific homework assignments, please direct them to your child's teacher.

**Secondary**

Homework is assigned to supplement or reinforce classroom teaching and learning. Homework may be assigned for practice, to strengthen new skills, to complete unfinished classroom assignments, and to work on projects or guided reading activities begun in each class. The frequency of assignments will depend upon the nature of the subject, the content being studied, the grade level, and the learning objective.

### INSTRUCTIONAL PROGRAMS

Students participate in the following programs, taught by area specialists, as part of regular instruction:
- Art, Grades K-8
- Library Media, Grades K-8
- Music, Grades K-8
- Physical Education, Grades K-8

Instruction for prekindergarten students in half-day programs in the areas of art, media, music, and physical education is provided by the classroom teacher and supported by area specialists.

The elementary schools also offer numerous programs that extend, supplement, and/or enrich the regular school curriculum. These include:
- Adaptive Physical Education
- Counseling Program
- Instrumental Music (Band or Strings)
- Gifted and Talented Program
- Special Education
- Vocal Music (Chorus)
- Health Care

Exhibit C - 35

These programs involve specific student groups within the schools. For further information, contact your child's school.

Information related to the instructional program for high school students is available in the High School Program of Studies.  The Program of Studies may be found on the SMCPS website.

## INSURANCE

St. Mary's County Public Schools **does not provide medical payment coverage for student accidents that occur during school-related activities**. The school system has selected and made available to parent(s)/legal guardian(s), on a voluntary basis, student accident insurance coverage to provide affordable coverage options. Parent(s)/legal guardian(s) are encouraged to take advantage of purchasing such coverage for their children. At the beginning of each school year, information will be sent home with each student stating several types of coverage options available and the premium cost per student. Anyone who wishes to purchase one of the insurance coverage options will be able to do it online directly with the insurance carrier.

St. Mary's County Public Schools does not carry insurance that covers lost or stolen personal items of any student, including musical instruments. You and your child are encouraged to take special care of musical instruments and/or personal items that are brought to school. St. Mary's County Public Schools advises parent(s)/legal guardian(s) to check their homeowner's or renter's insurance to see if their policy covers such loss.

## INTERIM REPORTS

### Elementary
Interim reports for kindergarten and grades 1 and 2 may take many forms. For example, teachers communicate with parent(s)/legal guardian(s) periodically through written and verbal contacts. Parent(s)/legal guardian(s) are encouraged to respond.

Formal interim reports will be sent home with all students in grades three, four, and five on a designated day during each marking period. These reports highlight positive progress and/or lack of adequate achievement.

Open communication between home and school is essential to facilitate maximum success for students.

### Secondary
Formal interim reports are given to all students on a designated day during each marking period. These reports highlight positive progress and/or lack of adequate achievement. Interim reports will be sent home with students.

## LIBRARY/MEDIA CENTER

### Elementary
The library/media center has an open circulation policy. The privilege of its use carries with it the responsibility of care for the materials and promptness of their return. A borrower is held responsible for damaged and lost materials. Parent(s)/legal guardian(s) will be notified about any reimbursement due to the school.

### Secondary
All students are afforded the opportunity to use the library/media center on a regular basis. Each school has a computerized check-out system which allows students to borrow books for two-week intervals. This check-out system maintains an up-to-date borrowing record for each student. Students are notified of overdue books on a weekly basis.

The computer automatically restricts the borrowing privileges of students with overdue books. Fines are not charged for overdue books, but materials that are not returned or are severely damaged must be paid for in full.

## MAKE-UP WORK

Students with lawful absences/tardiness are allowed to receive full credit for any make-up work. They are also allowed to make up and take alternative exams/tests. It is the responsibility of the student and/or parent(s)/legal guardian(s) to

Exhibit C - 36

request the make-up work and turn in completed assignments within five (5) school days or in an agreed upon time period as determined by the school principal or designee. If a student who is lawfully absent fails to make up work within this timeframe, he or she will receive a grade of zero for the assignment(s).

Students who are unlawfully absent will have the opportunity to make up the work, but they will forfeit the opportunity to earn credit for the work.

### PARENT/LEGAL GUARDIAN/TEACHER CONFERENCES

Parent/legal guardian/teacher conferences are an essential part of the school/parent communication process. A conference may be initiated by either the parent(s)/legal guardian(s) or school personnel. The conference should afford an opportunity for sharing information to promote the welfare and achievement of the student.

All conferences should be scheduled in advance, when possible.

### PARTIES

School parties are to be kept to a minimum. Generally, observances are held for certain holidays. Other parties should be held only with the permission of the appropriate school personnel.

### PERSONAL PROPERTY

**Elementary**
Personal property (coats, jackets, lunch boxes, etc.) should always be clearly identified with the student's name. Items not related to the instructional program should remain at home unless the student has received permission from the classroom teacher to share the item with classmates. Valuable items such as expensive electronics, watches, and jewelry, or large sums of money should not be brought to school.  The school is not responsible for lost or damaged property.

**Secondary**
Students, with the advice of parent(s)/legal guardian(s), should carefully select the personal property that is brought to school.  Valuable items

such as expensive electronics, watches, and jewelry, or large sums of money should not be brought to school. The school is not responsible for lost or damaged property.

### PETS/ANIMALS

The study of animals may be included in the instructional program of some students. For safety and health reasons, animals are not to be brought to school without prior permission from the school administrator. Animals may not be transported on school buses.

### PHONE MESSAGES/EMAIL

In order to minimize interruptions during the school day, calls to teachers will be accepted by office personnel and the messages given to teachers, except for emergency situations. Every effort will be made to respond to your communication within 24 hours.

### PROMOTION/RETENTION

Students' progress shall be monitored throughout the school year and parent(s)/legal guardian(s) shall be notified of unsatisfactory progress at the earliest indication.

The final responsibility for decisions regarding promotion and retention of elementary and middle students rests with the principal, after consultation with teachers and parent(s)/legal guardian(s).

High school students must earn the appropriate number of credits to be promoted.

### REPORT CARDS

**Elementary**
Reports cards are issued four times a year. Please review these reports carefully and discuss them with your child. If a student needs more time at the same grade level, it is indicated on the progress report at the end of the second marking period. If you have questions about the report, contact the school to schedule a conference.

**Exhibit C - 37**

## Secondary

Report cards are sent home at the end of each marking period. Final report cards will be–mailed home, distributed to students on the last day of school, or available for pickup from the school. In academic subjects, students are evaluated on their progress in the level of materials which are assigned to them.

The System Operational Calendar (Appendix 9) provides the dates for report card distribution.

### SBIRT
### (Substance Abuse Screening, Intervention, and Referral for Treatment)

To help prevent students from starting to use substances, or intervene with early use, St. Mary's County Public Schools' secondary school counselors are able to provide an interview-based screening for middle and high school students about the use of alcohol, marijuana, and other drugs. Students that present as using will be screened in a confidential and brief [five (5) to ten (10) minute] interview.

Results of the screening will NOT be included in the student's school record. Parents/legal guardians have access to any screening information completed, along with helpful information for next steps should a student have an indicated screening.

As with any school screening, parent(s)/legal guardian(s) have the right to opt out their student from the possibility of this screening. Additionally, screening is voluntary, and students may choose not to answer any part or all of the screening questions (Appendix 3 - Parental "Opt Out" Form).

### SCHOOL COUNSELING PROGRAM

## Elementary

The school counseling program provides services to students, their families, and school staff that are intended to facilitate the personal and academic growth of all students, ensure the development of effective educational and career decision-making skills, and promote the development of appropriate interpersonal skills among all students.

School Counselors are available to assist students in:
- acquiring skills, attitudes, and knowledge to succeed in school
- employing strategies to succeed in school
- understanding the relationship of academics to the world of work, life at home, and in the community
- understanding the relationship between personal qualities, education and training, and the world of work
- acquiring attitudes, knowledge, and interpersonal skills to help them understand and respect self and others
- understanding safety and survival skills.

Students are encouraged to meet and talk with their counselors whenever the need occurs. Parent(s)/legal guardian(s) are encouraged to discuss with the counselor their child's educational and career planning, as well as any concerns they have about their child's progress. Parent(s)/legal guardian(s) are also encouraged to attend conferences and other programs offered at their child's school. Effective communication as concerns arise may prevent difficulties at a later date.

## Secondary

The school counseling program provides services to students, their families, and school staff that are intended to facilitate the personal and academic growth of all students, ensure the development of effective educational and career decision-making skills, and promote the development of appropriate interpersonal skills among all students.

School Counselors are available to assist students in:
- acquiring skills, attitudes, and knowledge to succeed in school
- understanding the relationship of academics to the world of work
- acquiring the skills to investigate the world of work in relation to knowledge of self and to make informed career decisions
- understanding the relationship between personal qualities, education and training, and career planning

**Exhibit C - 38**

▪ acquiring attitudes, knowledge, and interpersonal skills to help them understand and respect self and others

Students are encouraged to meet and talk with their counselors whenever the need occurs. Parent(s)/legal guardian(s) are encouraged to discuss with the counselor their child's educational and career planning, as well as concerns they have about their child's progress. Parent(s)/legal guardian(s) are also encouraged to attend conferences and other programs offered at their child's school. Effective communication as concerns arise may prevent difficulties at a later date.

## STUDENT VEHICLE USE

Students are not permitted to operate or park any type of vehicle anywhere on a school campus without the approval of the school administrator. Parking permits are issued each year by the school.

## YOUNG DRIVERS SAFETY PROGRAM

The safety and education of young drivers is a priority in St. Mary's County. St. Mary's County Public Schools has joined with the community and developed a **Five Point Plan**.  Students requesting a parking permit at a high school:
▪ must view a presentation addressing young driver high risk behavior,
▪ must sign a safe driving contract, and
▪ are encouraged to register their vehicle with the Sheriff's Telling Our Parents and Promoting Educated Drivers (S.T.O.P.P.E.D) Program at the Sheriff's Office.

In addition, SMCPS will:
▪ require all secondary students to attend a one hour student assembly about traffic fatalities, and
▪ reinforce safe driving through other student activities, media releases, and public service announcements.

For more information about this and other prevention programs and additional resources please visit www.smcps.org/safety-and-security.

## SUPPLIES

Parent(s)/legal guardian(s) will be asked to provide supplies for their child(ren). Requested materials may differ by grade and by teacher.

## TEXTBOOKS

The St. Mary's County Public School System provides free textbooks for all public school students. Once a textbook is issued to a student, it becomes the student's responsibility to care for the book. All books must be covered. The school must be reimbursed for lost or damaged books. In some instances, textbooks are shared. This is to allow for variety and flexibility in instructional approaches. At some grade levels, in some content areas, classroom sets of textbooks are used.

## VISITORS

Parent(s)/legal guardian(s) and community participation in schools is important and valued. In addition to serving as a resource for teachers and students, it indicates that parent(s)/legal guardian(s) and community members are interested in and committed to the educational process. These visits also build understanding and confidence in our schools. We encourage parent(s)/legal guardian(s) and community visits and assistance whenever possible.

When planning a visit, it is requested that you call the school to arrange a convenient time. In order to minimize disruption to students' learning, we ask that you please refrain from bringing other children when you visit.

**For the safety of our students, all visitors must report to the office and sign in upon entering the school and before visiting a classroom.**

Visitors are expected to be considerate of the school and community expectations and ideals. These expectations include appropriate dress and demeanor.  Clothing displaying or suggesting profanity, sexual activity, weapons, alcohol, or violence should not be worn.  Language and actions should demonstrate respect for the educational

Exhibit C - 39

environment and the community.  Visitors are in a position to set a positive example for students to follow.

## VOLUNTEERS

Volunteer service to our schools supports student learning. SMCPS strives to encourage volunteerism in our schools. A background screening is required of all volunteers to ensure a safe and secure learning environment.  For more information about becoming a school volunteer and volunteer resources please visit www.smcps.org/safety-and-security/volunteer-information.

If the activity of a volunteer organization will affect or alter the school facilities, a "Modifications to Buildings and Grounds" form must be submitted and approved before any alterations can begin. Please visit www.smcps.org/maintenance-forms/table/maintenance/list for a copy of this form.

## WITHDRAWAL FROM SCHOOL

Parent(s)/legal guardian(s) who plan to withdraw their child from school should inform the school two days prior to the departure date. Students must obtain a Maryland state form (SR 7) from the office on the morning of the withdrawal. No student can be considered withdrawn until the withdrawal form is returned, all fines and fees are paid, and a request for records has been received from the school in which the student enrolls.

End of the year promotions and final report cards will not be issued prior to the end of the school year.

Exhibit C - 40

## STUDENT CODE OF CONDUCT AND TABLE OF CONTENTS

**Student Conduct**------------------------------------------ **36**
**Video and Audio Recording Devices** -------------- **36**
**Character Development** -------------------------------- **36**
**Level of Responses with Behavioral Supports** --- **38**
    **and Interventions**

Academic Dishonesty/Cheating (801) --------------- 39
Alcohol (201) ------------------------------------------------- 39
Arson/Fire (501)-------------------------------------------- 40
Attack on Adult (401) -------------------------------------- 40
Attack on Student (402)------------------------------------ 41
Bomb Threats (502) ---------------------------------------- 41
Bullying (707)------------------------------------------------- 42
Class Cutting (101)------------------------------------------ 42
Destruction of School/Bus Property (806) ---------- 43
Disrespect (701)----------------------------------------------- 43
Disruption (704) --------------------------------------------- 44
Dress Code (808)--------------------------------------------- 44
Drugs/Controlled Dangerous Substances (203)
    (possession, use, or showing use) ---------------- 45
Drugs/Controlled Dangerous Substances (205)
    (intent to sell, give, deliver, or distribute) ------ 45
Explosives (503)--------------------------------------------- 46
Extortion (406) ---------------------------------------------- 46
False Alarms (504) ------------------------------------------ 47
Fighting (405)------------------------------------------------- 47
Firearms (301) ----------------------------------------------- 48

Harassment (703) ------------------------------------------- 48
Inappropriate Use of Personal Electronics (802) --- 49
Inhalants (202)----------------------------------------------- 49
Other Guns (302) ------------------------------------------- 50
Other Weapons (303) -------------------------------------- 51
Over-the-Counter Medicines (206) -------------------- 51
Serious Bodily Injury (408)------------------------------ 52
Sexual Activity (603)--------------------------------------- 52
Sexual Assault (601) --------------------------------------- 52
Sexual Harassment (602) -------------------------------- 53
Tardiness (102) ---------------------------------------------- 53
Theft (803) --------------------------------------------------- 54
Threat to Adult (Verbal or Physical) (403)----------- 54
Threat to Student (Verbal or Physical)
    (404)--------------------------------------------------- 55
Tobacco or Tobacco Products (204)--------------------- 55
Trespassing (804) ------------------------------------------- 55
Truancy (103) ------------------------------------------------ 55

**Transportation - Bus Behavior**------------------------- **56**
Bus Misbehavior (BUS) ------------------------------------ 56

**Health Related Exclusions** ------------------------------ **56**
Immunization (001)----------------------------------------- 56
Personal Health (002)-------------------------------------- 56

**Exhibit C - 41**

## STUDENT CONDUCT

Listed below are the behavioral interventions to be taken when a student's behavior warrants consequences.  In a behavioral intervention, the school administrator may exercise judgment in the implementation of disciplinary actions.  An incident may warrant intervention dependent upon the age of the student, the situation, and the previous record of the student. In the case of a student who poses an imminent threat of serious harm to other students and staff or has engaged in chronic and extreme disruption of the educational process, the student may be removed from school and a conference with the parent(s)/legal guardian(s) will be requested.  In a behavioral intervention involving a student with an Individualized Education Program (IEP) or 504 Plan, the school administrator must follow the guidelines that pertain to those students.  In all other cases, all administrators shall follow the intervention levels for violations. In a behavioral intervention that will involve a police arrest at school, the administrator must refer to Policy JFBA and Regulation JFBA-R for guidance. All delinquent acts and any suspected gang-related behavior committed by students are promptly reported to law enforcement by a school administrator/designee. Delinquent acts are offenses committed by a person who is under 18 years old, which would be crimes if committed by an adult.  All schools shall follow these procedures.

When a student commits a violation of the Board of Education of St. Mary's County's policies and regulations on the bus, such as engaging in violent, unsafe, and/or illegal behaviors, the school administrator must follow the appropriate consequences for the violation. For more serious infractions on the bus, discipline will include at least the appropriate support/intervention for the code violation.

Administrators must exercise caution in allowing students who have lost bus privileges and/or have been suspended from school to ride the bus home.  The parent/legal guardian shall be contacted to transport the student home when there is a concern that the student may be a danger to himself/herself or others.

## VIDEO AND AUDIO RECORDING DEVICES

At the request of a school administrator or a bus contractor, video and audio recording devices may be placed in any school building or on any bus providing services to St. Mary's County Public Schools. Placement of cameras may also be made at the direction of the superintendent of schools, the director of transportation, or their designees.

The purpose of the video and audio recording devices will be to monitor behavior in school and/or on the bus. Disciplinary actions may result based on the video and audio record of the misbehaviors.

## CHARACTER DEVELOPMENT

As a proactive approach to school-wide discipline, St. Mary's County Public Schools is working to prevent and reduce discipline problems by pairing positive character traits with specific code violations and disciplinary actions. Character building is most effective when a school regularly utilizes the opportunity to strengthen awareness of positive choices. This improves a student's ability to foresee potential consequences, devise options, and implement responsible choices. By teaching the *Six Pillars of Character* (caring, citizenship, fairness, respect, responsibility, and trustworthiness), schools can assist students in decision-making based on core values. Each school administration has established specific character building interventions to enhance the total educational program. When an infraction occurs, administrators will review appropriate character traits with the student during their discussion.
The six (6) pillars are defined as follows:

**Exhibit C - 42**

P-1 CARING
· Be kind.
· Be compassionate and show you care.
· Express gratitude.
· Forgive others.
· Help people in need.

P-2 CITIZENSHIP
· Do your share to make your school and community better.
· Cooperate.
· Stay informed; vote.
· Be a good neighbor.
· Obey laws and rules.
· Respect authority.
· Protect the environment.

P-3 FAIRNESS
· Play by the rules.
· Take turns and share.
· Be open-minded; listen to others.
· Don't take advantage of others.
· Don't blame others carelessly.

P-4 RESPECT
· Treat others with respect; follow the Golden Rule.
· Be tolerant of differences.
· Use good manners, not bad language.
· Be considerate of the feelings of others.
· Don't threaten, hit, or hurt anyone.
· Deal peacefully with anger, insults, and disagreements.

P-5 RESPONSIBILITY
· Do what you are supposed to do.
· Persevere: keep on trying!
· Always do your best.
· Use self-control.
· Be self-disciplined.
· Think before you act - consider the consequences.
· Be accountable for your choices.

P-6 TRUSTWORTHINESS
· Be honest.
· Don't deceive, cheat, or steal.
· Be reliable - do what you say you'll do.
· Have the courage to do the right thing.
· Build a good reputation.
· Be loyal - stand by your family, friends, and country.

The violations are listed alphabetically with the number of the character pillar noted below the infraction code (i.e., P-6 = trustworthiness).

**Exhibit C - 43**

## LEVEL OF RESPONSES WITH BEHAVIORAL SUPPORTS AND INTERVENTIONS

The appropriate level of response will be assigned based on the action(s) of the student.  According to the severity of the action(s), one or more intervention(s) may be assigned to the student.  Also, supports and interventions from lower levels may be assigned.

| | |
|---|---|
| **LEVEL 1** | These responses are designed to teach appropriate behavior, so students are respectful, and can learn, and contribute to a safe environment.  Teachers are encouraged to try a variety of teaching and classroom management strategies.  When appropriate, teachers may engage the student's support system to ensure successful learning and consistency of responses, and change the conditions that contribute to the student's inappropriate or disruptive behavior.  Responses taken may include, but are not limited to:  parent/legal guardian outreach (contact parent/legal guardian via phone, email, or text); verbal correction; conference with school resource officer; or restitution. |
| **LEVEL 2** | These responses are designed to teach appropriate behavior, so students act respectfully, can learn, and contribute to a safe environment.  Many of these responses engage the student's support system, and are designed to alter conditions that contribute to the student's inappropriate or disruptive behavior.  These responses aim to correct behavior by stressing its severity and acknowledging potential implications for future harm, while still keeping the student in school.  Responses taken may include, but are not limited to:  loss of privileges; conference with parent/legal guardian and student; or time out. |
| **LEVEL 3** | These responses engage the student's support system to ensure successful learning, and to alter conditions that contribute to the student's inappropriate or disruptive behavior.  These responses aim to correct behavior by stressing its severity and acknowledging potential implications for future harm, while still keeping the student in school.  These responses may involve the short-term removal of a student from the classroom.  Such a removal should be limited as much as practical without undermining its ability to adequately address the behavior.  Responses taken may include, but are not limited to the In-School Intervention Center. |
| **LEVEL 4** | These responses address serious behavior while keeping the student in school, or when necessary due to the nature of the behavior or potential implications for future harm, remove a student from the school environment.  They promote safety of the school community by addressing self-destructive and dangerous behavior.  Responses taken may include, but are not limited to short-term out-of-school suspension (1-3 days). |
| **LEVEL 5** | These responses remove a student from the school environment for an extended period of time because of the severity of the behavior and potential implications for future harm.  They may involve the placement of the student in a safe environment that provides additional structure and services.  These responses promote the safety of the school community by addressing self-destructive and dangerous behavior.  Responses taken may include, but are not limited to:  long-term out-of-school suspension (4-10 days); extended-term out-of-school suspension* (11-44 days); or expulsion.*<br><br>*As determined by the hearing officer* |

**Exhibit C - 44**

**801**
P-6
**Academic Dishonesty/Cheating** - Academic dishonesty through cheating, copying, forging signature of teacher and/or parent(s)/legal guardian(s), plagiarizing, altering records, or assisting another in such actions. This includes the use of electronic devices for these purposes.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **801 Academic Dishonesty/ Cheating** | Plagiarizing, such as by taking someone else's work or ideas (for students grade 6-12); forgery, such as faking a signature of a teacher or parent/legal guardian; or cheating. | | | | |
| | | Sharing of local, state, or federal test information. | | | |

- Teacher's discretion as to impact on grade.
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.


**201**
P-2
**Alcohol** - Possession, use or showing evidence of use, sale, or distribution of any alcoholic substances. (See Policy JHH for extended definitions.)

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **201 Alcohol** | Being under the influence of alcohol and/or possession of alcohol. | | | | |
| | | Distributing/selling alcohol. | | | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**Exhibit C - 45**

**501**
P-2
**Arson/Fire** - Attempting to, aiding in, or setting fire to a building or other property. Students will be required to make restitution. The administrative investigation determines the intent, and the intent drives the consequences.

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **501** **Arson/Fire** | Intentionally setting or attempting to set a fire or helping others to set a fire without intent to or possibility of endangering others. | | | | |
| | | Intentionally setting a fire or helping others to set a fire with the intent to endanger others or with the result of destroying valuable property. | | | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.


**401**
P-1
**Attack on Adult** - Physically striking an employee of the school system or other adult, including pushing or attacking a teacher/staff member who is intervening in a fight or other disruptive activity on school grounds or school property. Consideration would need to be made to the age, grade, developmental level, prior offenses, intentionality, and circumstances in determining an appropriate course of action and consequence.

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **401** **Attack on Adult** | | Physically attacking an employee of the school system or other adult, including intentionally striking a staff member who is intervening in a fight or other disruptive activity. | | | |

- Schools should consider multiple factors, including:
  - whether student acted in the heat of the moment, as opposed to planning ahead
  - whether student was verbally provoked
  - where student acting in self-defense
  - whether student was intervening in fight
  - the student's age
  - whether fighting is persistent or habitual
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**Exhibit C - 46**

402
P-1
**Attack on a Student** - Physically pushing, hitting, or otherwise attacking another student.  Consideration would need to be made to the age, grade, developmental level, prior offenses, intentionality, and circumstances in determining an appropriate course of action and consequence.

*(For incidents involving secondary students, the reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **402 Attack on a Student** | Shoving, pushing, or otherwise being physically aggressive toward another student. | | | | |
| | | Engaging in an attack (which may be small, spontaneous, and short, and/or result only in minor, cuts, scrapes, bruises). | | | |
| | | | Intentionally engaging in an attack, which may be large, pre-planned, extended, and/or resulting in major injuries like a broken limb or otherwise especially serious based on the listed factors. | | |

- Schools should consider multiple factors, including:
  - whether student acted in the heat of the moment, as opposed to planning ahead
  - whether student was verbally provoked
  - where student acting in self-defense
  - whether student was intervening in fight
  - the student's age
  - whether fighting is persistent or habitual
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

502
P-2
**Bomb Threats** - The conveyance of threats or false information concerning the placement of explosive or destructive substances, initiating a report warning of a fire, or other catastrophe without cause in person through any format (written, verbal, and/or electronic). Misuse of 911. Discharging a fire extinguisher. Restitution may be required. Restitution may be in the form of monetary restitution not to exceed $2,500.00, or the student's assignment to a school work project, or both.

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **502 Bomb Threats** | | Making a bomb threat or threatening a school shooting. | | | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**Exhibit C - 47**

**707**

P-4

**Bullying** - Intentional negative actions (written, verbal, electronic, or physical gestures) on the part of one or more students **repeatedly and over time**, that interfere with a student's ability to participate in or benefit from the school's educational programs (because of a hostile educational environment).

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **707 Bullying** | | Engaging in persistent bullying including cyberbullying. | | | |

- Schools should emphasize intervention strategies over removal strategies.
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**101**

P-5

**Class Cutting** - Unlawfully absent from a class or a school activity.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **101 Class Cutting** | Failing to attend a class, after arrival at school, without an excused reason. | | | | |
| | Persistently failing to attend a scheduled class, after arrival at school, without an excused reason. | | | | |

**Exhibit C - 48**

806
P-2
**Destruction of School/Bus Property** - Damage, destruction, or defacement of property belonging to the school or others.

Restitution is to be made. The restitution may be in the form of monetary restitution not to exceed the lesser of the fair market value of the property or $2,500.00 or the student's assignment to a school work project, or both. (Maryland Law § 7-305(h) and COMAR 13A.08.01.11.D)

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement and on the "Report of Damages/Property Loss or Theft to School Buildings and Grounds.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **806 Destruction of School/Bus Property** | Causing accidental damage. | | | | |
| | Intentionally causing damage to school/other's property. | | | | |
| | | Intentional causing damage to school/other's property, where the act is especially serious based on the listed factors. | | | |

- Schools should consider the following factors:
  - the monetary value of the destroyed property.
  - whether student knew the property was valuable or expensive to replace.
  - whether student acted in the heat of the moment, as opposed to planning ahead.
  - the student's age.
  - the reason student destroyed the property.
  - whether the behavior is persistent/habitual.
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

701
P-4
**Disrespect** - Making inappropriate or offensive gestures, symbols, and/or comments to teachers, staff members, or others in any format (written, verbal, and/or electronic).

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **701 Disrespect** | Making intentional and harmful gestures, verbal or written comments, or symbols to others (e.g., verbal put-downs, cursing, talking back) | | | | |
| | | Being insubordinate: repeatedly or persistently disrespectful, in defiance of authority. | | | |

**Exhibit C - 49**

**704**
P-4
**Disruption** - Behavior that interferes with the learning of others in a classroom and/or other learning environment.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **704**<br>**Disruption** | Intentionally engaging in minor behavior distracting from the learning environment. | | | | |
| | Intentionally and persistently engaging in minor behavior that distracts from the learning environment (e.g., talking out of turn, throwing small items, horseplay). | | | | |
| | Intentionally engaging in moderate to serious behavior that distracts from teaching and learning, and directly affects the safety of others (e.g., throwing harmful items, disrupting a fire drill). | | | | |

**808**
P-5
**Dress Code** - Failure to comply with policy governing attire set by the local board of education.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **808**<br>**Dress Code** | Violating dress code, after student has been warned. | | | | |
| | Persistently violating dress code after student has been warned. | | | | |

Exhibit C - 50

**203**

P-2

**Drugs/Controlled Dangerous Substances** - Possession, use or showing evidence of use of controlled dangerous substances including prescription drugs, look-alike drugs, and substances represented as controlled substances, drug paraphernalia, or any other dangerous substance. A student may self carry a medication if documentation is on file and approved by school officials for the current school year (see Policy JHH and Regulation JHH-R for extended definitions).

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **203 Drugs/Controlled Dangerous Substances** | Being under the influence of illegal drugs and/or possession of illegal drugs. | | | | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:**  If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**205**

P-2

**Drugs/Controlled Dangerous Substances** - Evidence of the intent to sell, give, deliver, or distribute controlled dangerous substances including prescription drugs, look-alike drugs, substances represented as controlled dangerous substances; or drug paraphernalia.

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **205 Drugs/Controlled Dangerous Substances** | | | | | Distributing/Selling illegal drugs. |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:**  The school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference (grades 6-12).

Exhibit C - 51

**503**
P-2
**Explosives** - Possession, sale, distribution, detonation, or threat of detonation of an incendiary or explosive material or device including firecrackers, smoke bombs, flares, or any combustible or explosive substance or combination of substances or articles other than a firearm.

| 503 - Explosives | | | | |
|---|---|---|---|---|
| Examples include, but are not limited to: | | | | |
| Bullet | Exploding pen | Gun shells | Molotov cocktail | Smoke bomb |
| Cherry bomb | Firecrackers | M-80 | Poppers | Stink bomb |
| Dry ice in bottle | Gas Odor Bomb | Model rocket fuel | Shotgun shell | |

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **503 Explosives** | Possessing an incendiary or explosive device or material or any combination of combustible or explosive substances, other than a firearm, that can cause harm to people or property (e.g., firecrackers, smoke bombs, flares; but NOT "snap pops," which should be treated as a disruption). | | | | |
| | | | | Detonating or threatening to detonate an incendiary or explosive device or material, including those described above. | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**406**
P-3
**Extortion** - The process of obtaining property from another, with or without that person's consent, by a wrongful use of force, fear, or threat.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **406 Extortion** | | Engaging in extortion:  Using a threat (without a weapon) to get a person to turn over property. | | | |
| | | Engaging in persistent extortion. | | | |

- Schools may conduct a threat assessment.
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**Exhibit C - 52**

**504**

P-2

**False Alarms** - Other than bomb threats

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **504**<br>**False Alarms** | | Initiating a warning of a fire or other catastrophe without cause (e.g., pulling a fire alarm or misusing 911). | | | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**405**

P-1

**Fighting** - A physical confrontation involving two (2) or more students.

---

### Guidelines for Police Intervention in a Fight

Each incident is to be investigated. Administrators will need to make a final decision as to whether or not to call the police.* If the police are to be involved, they must be called in a timely manner (preferably in a 24 hour period). The following guidelines are to be used with discretion in making the decision to contact the police.

- Student(s) has obvious injury that may require medical attention.
- Student(s) refuses to respond to authority and escalates aggressive behavior upon initial separation.
- Student(s) turns anger on staff with words or physically assaults staff during the fight.
- Student(s) is a repeat offender, within the current school year. Notify police that student is a repeat offender.
- Student(s) uses an object that has the potential to cause injury during the fight.

*If the site administrator does not request police intervention, the parent(s)/legal guardian(s) maintains the prerogative to report the incident to the police and file charges.

---

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **405**<br>**Fighting** | Intentionally shoving, pushing, or otherwise being physically aggressive toward another in the context of a fight (e.g., body check; intentionally bumping). | | | | |
| | Intentionally engaging in a fight (which may be small, spontaneous, and short, and/or result only in minor, cuts, scrapes, bruises). | | | | |
| | | Intentionally engaging in a fight, which may be large, pre-planned, extended, and/or resulting in major injuries like a broken limb or otherwise especially serious based on the listed factors. | | | |

- Schools should consider multiple factors, including:
  - whether student acted in the heat of the moment, as opposed to planning ahead
  - whether student was verbally provoked
  - where student acted in self-defense
  - whether student was intervening in fight
  - the student's age
  - whether fighting is persistent or habitual
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**Exhibit C - 53**

**301**
P-2
**Firearms** - Bringing or possessing any firearm, such as a rifle, handgun, shotgun, loaded or unloaded, operable or inoperable, and bombs. (See Policy JFDI for extended definitions.)

| 301 - Firearms (as defined in 18 U.S.C. §921) |
|---|
| Examples include, but are not limited to: |
| Bomb            Handgun            Rifle            Shotgun<br>Grenade         Missile            Rocket           Starter Pistol |
| REMINDER:  **Federal report has 3 categories:**<br>1) handguns<br>2) rifles/shotguns<br>3) other firearms (e.g., bombs, grenades, rockets, and starter pistols) |

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **301 Firearms** | | | | | Possession a firearm, as defined in <u>18.U.S.C. § 921.</u> (e.g., handgun). |

- **Level 5:**  The school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**703**
P-1
**Harassment** - Intentional conduct, including physical conduct or verbal, written, or electronic communication, that creates a hostile educational environment by substantially interfering with a student's physical or psychological well-being and is (1) motivated by an actual or perceived personal characteristic (including race, national origin, marital status, sex, sexual orientation, gender status, or physical or mental ability or disability; or (2) is threatening or seriously intimidating.  Conduct must occur on school property, at a school activity or event, or on a school bus, or must substantially disrupt the orderly operation of a school.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **703 Harassment** | Engaging in harassment. | | | | |

Exhibit C - 54

**802**

P-5

**Inappropriate Use of Personal Electronics** - Unauthorized or inappropriate use of any electronic device carried, worn, or transported by a student on school property to receive or communicate messages.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **802 Inappropriate Use of Personal Electronics** | Having out a personal electronic device, after student has been warned. | | | | |
| | Persistently having out a personal electronic device, in defiance of school rules. | | | | |

- Devices include, but not limited to cell phones, PDAs, music players (e.g., iPods), electronic gaming devices, and other portable communication devices.


**202**

P-5

**Inhalants** - Possession, use, or showing evidence of use, sale, or distribution of any inhalants or other intoxicants.

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **202 Inhalants** | Being under the influence of inhalants and/or possessing inhalants. | | | | |
| | Distributing/selling inhalants. | | | | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

Exhibit C - 55

302
P-2
**Other Guns** - Bringing or possessing any gun, of any kind, loaded or unloaded, operable or inoperable including any object which is a look-alike of a gun, in school or on school grounds other than a firearm. Consideration would need to be made to the age, grade, developmental level, prior offenses, intentionality, and circumstances in determining an appropriate course of action and consequences. (See Policy JFDI for extended definitions.)

| 302 - Other Guns |
|---|
| Examples include, but are not limited to: |

| | | | |
|---|---|---|---|
| Air Soft Gun | Flair Gun | Paint Ball Gun | Pellet Gun |
| BB Gun | Nail Gun | Paint Gun | |

Look-alike Guns:  Water Gun (looks real) - Cap Gun (look-alike)

REMINDER:  Toys that look like toys are toys, NOT WEAPONS.

Code toys as "704 - Disruption."

Other toy guns that look real and should be identified as "look-alikes."

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **302**<br>**Other Guns** | Possessing, using, or threatening to use a look-alike gun (e.g., water guns). | | | | |
| | | Possessing, using, or threatening to use an unloaded/inoperable non-firearm gun (e.g., pellet guns, BB guns). | | | |
| | | | Possessing, using, or threatening to use a loaded/ operable non-firearm gun. | | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**Exhibit C - 56**

303
P-2
**Other Weapons** - Possession of any implement which could cause or is intended to cause bodily harm, other than a firearm or other gun. Consideration would need to be made to the age, grade, developmental level, prior offenses, intentionality, and circumstances in determining an appropriate course of action and consequences. (See Policy JFDI for extended definitions.)

| 303 - Other Weapons |
|---|
| Examples include, but are not limited to: |

| Awl | Hammer | Pepper spray | Steak knife |
|---|---|---|---|
| Bowie knife | Hypodermic needle | Pocket knife | Swiss Army knife |
| Box cutter | Knife | Poison | Switchblade |
| Brass knuckles | Lock Blade knife | Razor | Taser/Taser Gun |
| Chemicals | Metal knuckles | Razor blade | Throwing star |
| Dart | Metal pole | Screwdriver | Tool knife blade |
| Exacto knife | Nunchakus | Sling Shot | Wooden club |

Or any implement that is used with the intent to cause harm.

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **303 Other Weapons** | Possessing an implement that could potentially cause injury, without intent to use it as a weapon. | | | | |
| | | Possessing an implement that could potentially cause injury with intent to use it as a weapon. | | | |
| | | | Using or threatening to use as a weapon an implement that is likely to cause serious bodily harm. | | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

206
P-6
**Over-the-Counter Medicines** - Possession, use, and/or providing nonprescription medications.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **206 Over-the-Counter Medicines** | Unauthorized use/possession of nonprescription medication. | | | | |
| | | Providing nonprescription medication. | | | |

Exhibit C - 57

**408**
**Serious Bodily Injury** - Intentional cause of bodily injury to others which involves:  (a) substantial risk of death; (b) extreme physical pain, (c) protracted and obvious disfigurement, or (d) protracted loss or impairment of a function of a bodily member, organ, or mental faculty.

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **408 Serious Bodily Injury** | | | Misbehaving in a way that unintentionally causes serious bodily injury. | | |
| | | | | | Causing serious bodily injury. |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:**  The school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference (grades 6-12).

**603**
P-4
**Sexual Activity** - Inappropriate behavior of a sexual nature including indecent exposure, inappropriate texts of a sexual nature, consensual sexual activity, or other sexual activity not identified as sexual assault or harassment.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **603 Sexual Activity** | | Engaging in inappropriate behavior of a sexual nature (e.g., indecent exposure, inappropriate texts of a sexual nature). | | | |

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:**  If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**601**
P-4
**Sexual Assault** - Any unwelcome sexual contact, either directly or through clothing, which is committed by threat, or by force, and without the consent of the other person, including but not limited to a physical sexual attack on an adult or a student. The ranges of behaviors include but are not limited to: deliberate inappropriate touching/ pinching/ grabbing of a sexual nature, attempted rape, or rape. Consideration would need to be made to the age, grade, developmental level, prior offensives, intentionality, and circumstances in determining an appropriate course of action and consequences.

*(Reporting of this incident to law enforcement authorities is required. Site administrators or their designee shall promptly notify the St. Mary's County Sheriff's Office through direct contact with an assigned school resource officer or by calling the sheriff's dispatch number at 301-475-8008, requesting their response. The reporting of this incident shall be documented on St. Mary's County Public Schools' form PS 202A, Notification of School Incident to Law Enforcement.)*

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **601 Sexual Assault** | | | Intentionally engaging in behavior toward another that is physical, sexual aggressive | | |

**Exhibit C - 58**

- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**602**
P-4
**Sexual Harassment** - Unwelcome sexual advances, requests for sexual favors, and/or other inappropriate (verbal, written/electronic; implicit or explicit) or physical conduct of a sexual nature directed towards others. (See Policy JFDH for extended definitions.) Also included is any non-consensual touching of a sexual nature that does not rise to a level of sexual assault. Consideration would need to be made to the age, grade, developmental level, prior offensives, intentionality, and circumstances in determining an appropriate course of action and consequences.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **602 Sexual Harassment** | | Engaging in sexual harassment (e.g., intentional unwelcome sexual advances, requests for sexual favors, other intentional inappropriate verbal, written, or physical conduct of a sexual nature). | | | |

- Mediation can not be used.
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:**  If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**102**
P-5
**Tardiness** - Late to school or class.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **102 Tardiness** | Arriving late more than once to class or school, without an excused reason. | | | | |
| | Persistently arriving late to class or school. | | | | |

- Elementary school students who are late should not be given any punitive or exclusionary consequences, but parent(s)/legal guardian(s) should be notified.

Exhibit C - 59

803

P-6

**Theft** - Taking or obtaining property of another without their permission and knowledge, including identity theft. (Full restitution is to be made.)

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **803** **Theft** | Taking property without owner's permission. | | | | |
| | | | Taking property without owner's permission, where the theft is especially serious based on the listed factors. | | |

- Schools should consider multiple factors, including:
  - the monetary value of the property
  - whether student knew the property was valuable or expensive to replace
  - whether student acted in the heat of the moment, as opposed to planning ahead
  - the student's age
  - the student's purpose in taking the property
  - whether the behavior is persistent/habitual

403

P-1

**Threat to Adult (Verbal or Physical)** - Threatening or aggressive language (verbal or written/electronic; implicit or explicit) or physical gestures directed toward a teacher, staff member, or others adult. (Threat assessment may be necessary.)

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **403** **Threat to Adult** | | Expressing - orally, in writing, or by gesture - intent to do physical harm. | | | |
| | | | Engaging in persistent threat. | | |

- Schools may conduct a threat assessment.
- A mandatory re-entry conference must be held with the student, parent(s)/legal guardian(s), and principal or designee present. The involved staff member must be invited to attend.  Additionally, a student behavior contract must be developed and made available to the teacher, prior to the re-entry of the student into the classroom.
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:**  If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

**Exhibit C - 60**

404
P-1
**Threat to Student (Verbal or Physical)** - Threatening or aggressive language (verbal, written/electronic; implicit or explicit) or physical gestures directed toward another student. This includes any threats that create a hostile education environment. (Threat assessment may be necessary.)

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **404 Threat to Student** | Expressing - orally, in writing, or by gesture - intent to do physical harm. | | | | |
| | | Engaging in persistent threat. | | | |

- Schools may conduct a threat assessment.
- Apply extended suspension and expulsion only to grades 6-12.
- **Level 5:** If the school administrator decides to request an expulsion conference, the school administrator or designee must contact the Department of Student Services within two (2) days of the alleged offense to request an expulsion conference.

204
P-2
**Tobacco or Tobacco Products** - Possession, use, sale, or distribution of tobacco, tobacco products, and/or devices (e.g., cigarette lighters, e-cigarettes, vaporizers, and matches).

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **204 Tobacco** | Using/possession tobacco/e-cigarettes. | | | | |

804
P-6
**Trespassing** - Unauthorized presence on school property, including while on suspension, after having oral or written warning to leave or not to appear on such.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **804 Trespassing** | | Unauthorized presence on school property, including while on suspension, after having oral or written warning to leave or not to appear on such. | | | |

103
P-2
**Truancy** - Unlawfully absent from school or classes for a school day or a portion of the school day.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **103 Truancy** | Being absent from school without an excused reason. | | | | |
| | Being truant. | | | | |

- Elementary school students who are late should not be given any punitive or exclusionary consequences, but parent(s)/legal guardian(s) should be notified.

**Exhibit C - 61**

| TRANSPORTATION - BUS BEHAVIOR |
|---|

**BUS**

P-5

**Bus Misbehavior** - Standing, distracting the driver, running on bus, eating on bus, too loud or boisterous, sitting in wrong seat, throwing or shooting objects, spraying perfumes and other aerosols or using foul or abusive language. For more serious infractions on the bus, discipline will include at least the appropriate minimum consequences for the code violation. Except for students with an Individualized Education Program (IEP) providing for transportation as a related special education service, riding the school bus is a privilege extended to students - a privilege which may be temporarily denied or suspended when a student's behavior jeopardizes the safe operation of the school bus or the safety of the students riding the bus.

| Key | Level 1 | Level 2 | Level 3 | Level 4 | Level 5 |
|---|---|---|---|---|---|
| **Bus Misbehavior** | Reminders/ Redirection Seat Change Verbal Correction | Parent/Legal Guardian Contact Restitution Detention Written Reflection/ Apology | Short term Suspension of School Bus Riding Privileges (1-3 days) Parent/Legal Guardian Conference Restitution | Long-Term Suspension of School Bus Riding Privileges (4-10 days) | Extended or Permanent Loss of School Bus Riding Privileges (11 or more days) |
| | Failing to follow the bus rules/bus driver's direction | | | | |
| | | Repeatedly failing to follow the bus rules/bus driver's direction | | | |
| | | | | Chronically failing to follow the bus rules/bus driver's direction | |
| | Engaging in behavior that places the safety of someone or the bus at risk | | | | |

- Interventions from lower levels may be assigned.
- 10+ days suspension of bus privileges. The elementary schools accountability officer or the secondary schools accountability officer must approve revocation of bus privileges for more than 10 days.

| HEALTH RELATED EXCLUSIONS |
|---|

001

**Immunization** - Failure of the parent(s)/ legal guardian(s) to abide by the health regulations regarding immunization schedules or failure to provide evidence of appropriate immunizations. (See Policy JH for expanded definitions.)

002

**Personal Health** - Conditions that present a clear and direct health risk to others. (See Policy JHCI for expanded definitions.) (This code may not be applied to students with poor hygiene or any other personal health concern. Refer instead to the school nurse.)

**Exhibit C - 62**

**Appendix 1 - Parents/Legal Guardians and Physician/Prescriber Authorization – Medication Orders - PS 109**

**Appendix 2 - Student Health Information - PS 124**

**Appendix 3 - Parental "Opt Out" Form**

**Appendix 4 - Student Dress Code**

**Appendix 5 - Acceptable Use of Computer Systems - Guidelines for Students**

**Appendix 6 - FERPA/PPRA**

**Appendix 7 - Bullying, Harassment, or Intimidation Reporting Form**

**Appendix 8 - Gang-Related Incident Reporting Form**

**Appendix 9 - System Operational Calendar - 2016-2017**

**Appendix 10 - School Session Schedule**

Exhibit C - 63

Exhibit C - 64

# ST. MARY'S COUNTY PUBLIC SCHOOLS
## *Department of Student Services/St. Mary's County Health Department*

### *PARENT(S)/LEGAL GUARDIAN(S) AND PHYSICIAN/PRESCRIBER AUTHORIZATION - MEDICATION ORDERS*

This order is valid only for school year (current) _____ including the summer session.

School: _____

This form must be completed fully in order for schools to administer the required medication.  A new medication administration form must be completed at the beginning of each school year for each medication, and each time there is a change in dosage, type, time, and route administration of a medication.

- ❖ Prescription medication must be in a container labeled by the pharmacist or prescriber.
- ❖ Non-prescription medication must be in the original container with the label intact.
- ❖ An adult must bring the medication to the school.
- ❖ The school nurse (RN) will call the prescriber, as allowed by HIPAA, if a question arises about the child and/or the child's medication.

<u>Prescriber's Authorization</u>

Name of Student: _____ Date of Birth: _____ Grade: _____

Condition for Which Medication is Being Administered: _____

Medication Name: _____ Dose: _____ Route: _____

Time/Frequency of Administration: _____ If PRN, Frequency: _____

If PRN, for What Symptoms: _____

Relevant Side Effects: ☐ None Expected          ☐ Specify: _____

Duration of Administration: _____

Prescriber's Name/Title: _____
(Type or Print)

Telephone: _____ FAX: _____

Address: _____

_____

Prescriber's Signature: _____ Date: _____

(Original signature or <u>signature</u> stamp ONLY)          (Use for Prescriber's Address Stamp)

A verbal order was taken by the school RN (Name): _____ for the above medication on (Date): _____.

A verbal order was taken by the school LPN (Name): _____ for the above medication on (Date): _____.

### Self Carry/Self Administration of Emergency Medication Authorization/Approval

Self carry/self administration of **emergency** medication may be authorized by the prescriber and must be approved by the school nurse according to the State medication policy.

Prescriber's authorization for self carry/self administration of emergency medication: _____
                                                                                                    Signature                    Date

School RN approval for self carry/self administration of emergency medication: _____
                                                                                                    Signature                    Date

Order reviewed by the school RN: _____
                                                              Signature                                                    Date

Note:  A non-nursing person may administer medication(s).  If possible, arrange time of dosage so that medication(s) will not have to be given while the child is in school.  School hours vary with each school.

**Exhibit C - 65**

*PARENT(S)/LEGAL GUARDIAN(S) AND PHYSICIAN/PRESCRIBER AUTHORIZATION - MEDICATION ORDERS*
*(CONTINUED)*

***\*\*\*This section to be completed by the parent(s)/legal guardian(s).\*\*\****

Name of Student: _____

     I/We request designated school personnel to administer the medication as prescribed by the prescriber.  I/We certify that I/we have legal authority to consent to medical treatment for the student named above, including the administration of medication at school.

     I/We understand that it is my/our responsibility to furnish this medication.

     I/We further understand that any school employee who administers any drug to my/our child, in accordance with written instructions from the prescriber and St. Mary's County Public Schools, shall not be liable for damages as a result of an adverse drug reaction suffered by my/our child due to the administration of the drug.

     I/We understand that at the end of the school year, an adult must pick up the mediation, otherwise it will be discarded.

     I/We authorize the school nurse to communicate with the health care provider as allowed by HIPAA.

Parent(s)'/Legal Guardian(s)' Signature: _____ Date: _____

Note:   When this form is complete and signed by the physician and parent(s)/legal guardian(s), return it to the school nurse at your child's school along with the prescribed medication in the original pharmacy container.  Thank you.

**Exhibit C - 66**

## ST. MARY'S COUNTY PUBLIC SCHOOLS

*Department of Student Services/St. Mary's County Health Department*

*STUDENT HEALTH INFORMATION*

Dear Parent(s)/Legal Guardian(s):

Completion of the following questionnaire will be helpful in assuring optimal learning in school.  If a health problem is present, it is important that the school nurse is informed as soon as possible.  School health information is available to the school nurse and to appropriate school personnel working with the student or with a need to know.  This form will be kept in the student's health record.

Thank you.

Date: _____

Name of Student: _____   D.O.B.: _____

Address: _____

School: _____   Grade: _____

Parent:  Mother's Name: _____   Home Phone: _____   Work Phone: _____

Father's Name: _____   Home Phone: _____   Work Phone: _____

Name/Phone Number Of Person To Call In An Emergency If Unable To Reach Parent: _____

Name Of Student's Doctor: _____   Date Of Last Physical: _____

Date Of Last Visit: _____   Why: _____

Name Of Student's Dentist: _____   Date Of Last Exam: _____

**Check if the student has any of the following health problems:**

| | | |
|---|---|---|
| _____ Allergies (_____) | _____ Hearing Problem | _____ Height/Weight Problem |
| _____ Anemia | _____ Vision Problem | _____ Nutritional Problem |
| _____ Asthma | _____ Dental Problem | _____ Orthopedic Problem |
| _____ Cancer | _____ Emotional Problem | _____ Reproductive Problem |
| _____ Cerebral Palsy | _____ Behavioral Problem | _____ Neurological Problem |
| _____ Diabetes | _____ Heart Problem | _____ Seizures |

**Remarks:  Please explain any item checked.** _____
_____
_____

**Check if the student has a history of any of the following:**
_____ Severe Injury       _____ Meningitis       _____ Head Injury       _____ Substance Abuse (Alcohol/Illegal Substances)
_____ Hospitalizations (Where/When/Why): _____
**Remarks:  Please explain any item checked.** _____
_____
_____

Does the student take medication? ( ) Yes   ( ) No      If yes, give name/dosage of medication(s): _____

Does the student wear glasses? ( ) Yes   ( ) No      Does the student wear a hearing aid? ( ) Yes   ( ) No

Is there anything more about this student's health that you think is important for us to know?  If so, explain.
_____
_____

Would you like to schedule a conference to discuss your student's health with the school nurse? ( ) Yes   ( ) No

_____
Parent(s)'/Legal Guardian(s)' Signature

**PLEASE FOLD AND RETURN TO THE SCHOOL NURSE.**

PS 124 - 07/2013 - Student Health Information

**Exhibit C - 67**

> This form only needs to be returned if you do NOT want your child to participate in one or more of the specific information disclosures listed below.

## PARENTAL "OPT OUT" FORM

St. Mary's County Public Schools - Department of Student Services

---

**Use of Student Images and Likenesses in Public Information Programs**
As part of our overall educational program, students are occasionally asked to be photographed or videotaped or have their work displayed.  Unless indicated to the contrary below, the school will assume that your child may be photographed or videotaped by the news media or by SMCPS staff, and that the student's likeness (including yearbook), name (including honor roll), performance, artwork, or written work may be used.

**Do NOT use in print, broadcast media, or on the Internet** □ _____ **(initial)**

*SMCPS cannot control photography, taping, or interviews of students at events that are open to the public, nor decisions by the news media to post school news on the Internet.*

---

**Use of Computer Systems**
SMCPS recognizes that use of electronic resources is an appropriate instructional tool.  In accordance with the SMCPS Acceptable Use Standards and the Children's Internet Protection Act (CIPA), SMCPS utilizes filtering software in an attempt to block access to objectionable material.  Students will be supervised while using the Internet and will be instructed in the appropriate and safe use, selections, and evaluation of information.  Unless indicated to the contrary below, you agree to the SMCPS Acceptable Use of Computer Systems guidelines found in the Student Handbook and Code of Conduct and your student may use SMCPS computers.

**Do NOT agree to the SMCPS Acceptable Use Standards** □ _____ **(initial)**

---

**Military Recruitment (Grades 11 and 12 only)**
Each public school under the jurisdiction of a county board of education that makes students aware of occupational or educational options is required to provide student directory information to recruitment representatives of the United States military.  If you, as a parent/legal guardian DO NOT wish for your child's name, address, and telephone number to be released to military recruitment representatives, please check the space provided below.

**Do NOT release contact information to military recruitment representatives** □ _____ **(initial)**

---

**SBIRT (Screening, Brief Intervention and Referral to Treatment) - Grades 6 - 12 only**
SMCPS uses a screening tool (SBIRT) when a student may exhibit possible substance use.  If possible use is indicated, the parent(s)/legal guardian(s) will be notified and information about community resources will be provided.

**SBIRT - May NOT participate** □ _____ **(initial)**

---

**Maryland YOUTH TOBACCO and RISK BEHAVIOR SURVEY (YTRBS)  (Grades 6 - 12 only)**
The Centers for Disease Control and Prevention (CDC) created the YTRBS to measure risk factors and to monitor the effectiveness of risk reduction programs in collaboration with the Department of Health and Mental Hygiene (DHMH) and the Maryland State Department of Education (MSDE).  The survey is designed to identify risk behaviors that may include safety behaviors such as use of helmets and seat belts; depression and mental health; use of tobacco, alcohol, or other drugs; nutrition and physical activity; and sexual behaviors.  During the school year, a random sampling of schools may be selected to participate in the survey.  Unless indicated below that your child MAY NOT participate in the survey, he/she may be given the survey if their school is included in the random sample.  Please consider the following factors as you make your decision:  (1) your child's participation in the YTRBS survey is voluntary, (2) the YTRBS survey is confidential and your child's answers will be kept private, and (3) your child's name is not required on the survey answer sheet.  For more information about the YTRBS, please visit www.cdc.gov/HealthyYouth, www.marylandpublicschools.org or the CDC at (770) 488-6181 or the SMCPS Department of Student Services at 301-475-5511, ext, 32150.

**YTRBS - May NOT participate in this survey** □ _____ **(initial)**

---

Student's Name: _____     School: _____

Parent's/Legal Guardian's Signature: _____     Grade: _____

Printed Name: _____     Date: _____

Please complete a separate form for each student and return to your student's school.
07/2015 - Parental "Opt Out" Form

Exhibit C - 68

*St. Mary's County Public Schools*
**STUDENT DRESS CODE**

Standards for appropriate attire shall include the following:

Clothing and Accessories in General
*   Clothing displaying or suggesting profanity; sexual activity through graphic images, words, or innuendos; weapons; drugs/alcohol or drug paraphernalia; violence; or tobacco products may not be worn.
*   Clothing with identifiable gang/crew representation or paraphernalia may not be worn.
*   Suggestive or provocative clothing such as see-through clothing or shirts/blouses/dresses with low necklines which show cleavage may not be worn.
*   Official St. Mary's County Public Schools' athletic uniforms may be allowed at the discretion of the coach.
*   Student dress for mixers (informal dances) must be in compliance with the Student Dress Code.

Head
*   Hats/Headdresses may only be worn indoors with written notice to the school principal/designee for religious or health reasons.

Shirts and Blouses
*   Shirts and blouses should be continuous from the neckline to the waist of the pants/skirt/skort.  Shirt straps should be at least two (2) inches wide over the shoulder or covered by a sweater, jacket, or other shirt and in any case, strapless shirts/blouses may not be worn.  The midriff area (front, back, and sides) must not be visible at any time even when seated.
*   No undergarments should be exposed.
*   Shirts having large armholes and neck holes, such as muscle shirts, may not be worn.

Skirts and Dresses
*   Skirts, dresses, and spandex skirts should be approximately one (1) inch below the fingertips.
*   Dress straps should be at least two (2) inches wide over the shoulder or covered by a sweater, jacket, or other shirt and in any case, strapless dresses may not be worn.

Pants and Shorts/Skorts
*   Pants and shorts/skorts should be secured at waist: no sagging below waist to expose undergarments.
*   Tights, stretch pants, leggings, and spandex body suits must be worn with clothing which meet the skirt/dress directives.
*   Shorts/skorts should be approximately one inch below the fingertips.
*   Pajama pants may not be worn.

Shoes
*   Shoes must be worn that are safe for all activities.
*   Elementary school students must wear shoes that are secured behind the ankle.
*   Shoes with wheels may not be worn.

Accessories
*   Jewelry, belts, chains, and other accessories that may be used as or look like a weapon or create a significant disruption may not be worn.
*   Studded accessories are not permitted.

It is recognized that age and maturity may be considered in determining the appropriateness of a student's attire. Appropriateness will be determined by the school principal/designee.

Exhibit C - 69



**St. Mary's County Public Schools**
**Acceptable Use of Computer Systems**
**Guidelines for Students**

**St. Mary's County Public Schools (SMCPS) recognizes that access to and use of the Internet is an appropriate tool for instruction.** Precautions are taken to attempt to ensure that the Internet is a safe learning environment for students.

In accordance with the SMCPS Network Usage Standards, all use of the network and email communications must be in support of education, research and professional usage that is consistent with the purposes of St. Mary's County Public Schools.

In accordance with the Children's Internet Protection Act (CIPA), SMCPS utilizes filtering software in an attempt to block access to objectionable material.

Students will be supervised while using the Internet and will be instructed in the appropriate and safe use, selections, and evaluation of information.

**Violations:**
The use of computer systems in school and access to the Internet is a privilege. Consequences for unacceptable use of the computer systems may result in the denial of access privileges and be held to the consequences in the Student Code of Conduct.

**Internet Safety Resources:**

MD Attorney General's C.L.I.C.K.S. Initiative (**C**ommunity **L**eadership **I**n **C**yber **K**nowledge and **S**afety)
http://www.oag.state.md.us/clicks.htm

NetSmartz:  http://www.netsmartz.org/index.aspx

Kids Health Internet Safety:
http://kidshealth.org/parent/positive/family/net_safety.html

SafeKids: http://www.safekids.com/

FBI's Parent's Guide to Internet Safety:
http://www.fbi.gov/publications/pguide/pguidee.htm

WiredSafety:
http://www.wiredsafety.org/

**Responsibilities:**

*Students will:*

- Learn the SMCPS procedures for ethical, responsible, courteous, and legal use of computer systems.

- Let a staff member know if inappropriate material is found online.

- Access only those network resources which align with an instructional activity.

- Agree never to meet with anyone with whom they have met while using the Internet without asking for permission from parents.

- Take precautions to protect school computer systems from damage and/or theft.

*Students shall not:*

- Reveal personally identifiable information except in specific circumstances where prior written consent has been given.

- Intentionally seek information (i.e. passwords, files, settings) about other users, or misrepresent other users on the network.

- Destroy, modify, or abuse hardware and software in any way.

- Use the network to develop programs that harass other users, or to infiltrate a computer or computer system is prohibited. Hate mail, harassment, discriminatory remarks, and other antisocial behaviors are prohibited.

- Install illegal copies of copyrighted software on school computers.

- Use the network to access obscene or pornographic material is prohibited. Users cannot create, access, download, store, or print files, messages, or images that are abusive, harassing, libelous, obscene, offensive, profane, pornographic, depict gang affiliation, threatening, sexually explicit, or illegal material or that violate the SMCPS Code of Student Conduct and/or any SMCPS policy.

- Access online games without prior permission of a staff member.

- Circumvent and/or disable content filtering or other computer system protection measures.

**Exhibit C - 70**

### Notification of Rights under FERPA
### for Elementary and Secondary Schools

The Family Educational Rights and Privacy Act (FERPA) affords parents and students who are 18 years of age or older ("eligible students") certain rights with respect to the student's education records. These rights are:

1. The right to inspect and review the student's education records within 45 days after the day the school receives a request for access.

   Parents or eligible students who wish to inspect their child's or their education records should submit to the school principal [or appropriate school official] a written request that identifies the records they wish to inspect.  The school official will make arrangements for access and notify the parent or eligible student of the time and place where the records may be inspected.

2. The right to request the amendment of the student's education records that the parent or eligible student believes are inaccurate, misleading, or otherwise in violation of the student's privacy rights under FERPA.

   Parents or eligible students who wish to ask the school to amend their child's or their education record should write the school principal [or appropriate school official], clearly identify the part of the record they want changed, and specify why it should be changed. If the school decides not to amend the record as requested by the parent or eligible student, the school will notify the parent or eligible student of the decision and of their right to a hearing regarding the request for amendment. Additional information regarding the hearing procedures will be provided to the parent or eligible student when notified of the right to a hearing.

3. The right to provide written consent before the school discloses personally identifiable information (PII) from the student's education records, except to the extent that FERPA authorizes disclosure without consent.

   One exception, which permits disclosure without consent, is disclosure to school officials with legitimate educational interests. The criteria for determining who constitutes a school official and what constitutes a legitimate educational interest must be set forth in the school's or school district's annual notification for FERPA rights.  A school official typically includes a person employed by the school or school district as an administrator, supervisor, instructor, or support staff member (including health or medical staff and law enforcement unit personnel) or a person serving on the School Board. A school official also may include a volunteer, contractor, or consultant who, while not employed by the school, performs an institutional service of function for which the school would otherwise use its own employees and who is under the direct control of the school with respect to the use and maintenance of PII from education records, such as an attorney, auditor, medical consultant, or therapist; a parent or student volunteering to serve on an official committee, such as a disciplinary or grievance committee; or a parent, student, or other volunteer assisting another school official in performing his or her tasks. A school official typically has a legitimate educational interest if the official needs to review an education record in order to fulfill his or her professional responsibility.

   Upon request, the school discloses education records without consent to officials of another school or school district in which a student seeks or intends to enroll, or is already enrolled if the disclosure is for purposes of the student's enrollment or transfer. [NOTE: FERPA requires a school or school district to make a reasonable attempt to notify the parent or student of the records request unless it states in its annual notification that it intends to forward records on request or the disclosure is initiated b the parent or eligible student.]

4. The right to file a complaint with the U.S. Department of Education concerning alleged failures by the school to comply with the requirements of FERPA. The name and address of the Office that administers FERPA are:

Family Policy Compliance Office
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC 20202

**Exhibit C - 71**

## Notification of Rights Under the Protection of Pupil
## Rights Amendment (PPRA)

PPRA affords parents of elementary and secondary students certain rights regarding the conduct of surveys, collection and use of information for marketing purposes, and certain physical exams.  These include, but not limited to, the right to:

- *Consent* before students are required to submit to a survey that concerns one or more of the following protected areas ("protected information survey") if the survey is funded in whole or in part by a program of the U.S. Department of Education (ED)-
  1. Political affiliations or beliefs of the student or student's parent;
  2. Mental or psychological problems of the student or student's family;
  3. Sex behavior or attitudes;
  4. Illegal, anti-social, self-incriminating, or demeaning behavior;
  5. Critical appraisals of others with whom respondents have close family relationships;
  6. Legally recognized privileged relationships, such as with lawyers, doctors, or ministers;
  7. Religious practices, affiliations, or beliefs of the student or student's parents; or
  8. Income, other than as required by law to determine program eligibility.

- *Receive notice and an opportunity to opt a student out of-*
  1. Any other protected information survey, regardless of funding;
  2. Any non-emergency, invasive physical exam or screening required as a condition of attendance, administered by the school or its agent, and not necessary to protect the immediate health and safety of a student, except for hearing, vision, or scoliosis screenings, or any physical exam or screening permitted or required under State law; and
  3. Activities involving collection, disclosure, or use of personal information collected from students for marketing or to sell or otherwise distribute the information to others. (This does not apply to the collection, disclosure, or use of personal information collected from students for the exclusive purpose of developing, evaluating, or providing educational products or services for, or to, students or educational institutions.)

- *Inspect* upon request and before administration or use-
  1. Protected information surveys of students and surveys created by a third party;
  2. Instruments used to collect personal information from students for any of the above marketing, sales, or other distribution purposes; and
  3. Instructional material used as part of the educational curriculum.

These rights transfer from the parents to a student who is 18 years old or an emancipated minor under State law.

St. Mary's County Public Schools policies, in consultation with parents, regarding these rights, as well as arrangements to protect student privacy in the administration of protected information surveys and the collection, disclosure, or use of personal information for marketing, sales, or other distribution purposes.

St. Mary's County Public Schools will directly notify parents of these policies at least annually at the start of each school year and after any substantive changes.  St. Mary's County Public Schools will also directly notify, such as through U.S. Mail or email, parents of students who are scheduled to participate in the specific activities or surveys noted below and will provide an opportunity for the parent to opt his or her child out of participation of the specific activity or survey.

St. Mary's County Public Schools will make this notification to parents at the beginning of the school year if the district has identified the specific or approximate dates of the activities or surveys at that time.  For surveys and activities scheduled after the school year starts, parents will be provided reasonable notification of the planned activities and surveys listed below and be provided an opportunity to opt their child out of such activities and surveys.  Parents will also be provided an opportunity to review any pertinent surveys.  Following is a list of the specific activities and surveys covered under this direct notification requirement:

- Collection, disclosure, or use of personal information collected from students for marketing, sales, or other distribution.
- Administration of any protected information survey not funded in whole or in part by ED.
- Any non-emergency, invasive physical examination or screening as described above.

*Parents who believe their rights have been violated may file a complaint with:*

Family Policy Compliance Office, U.S. Department of Education, 400 Maryland Avenue, SW, Washington, D.C.  20202

**Exhibit C - 72**

**BULLYING, HARASSMENT OR INTIMIDATION REPORTING FORM**

Directions:  Bullying, harassment, and intimidation are serious and will not be tolerated.  This is a form to report alleged bullying harassment, or intimidation that occurred during the current school year on school property, at a school-sponsored activity or event off school property, on a school bus, on the way to and/or from school*, or on the internet-sent on or off school property; or that substantially disrupted the orderly operation of the school.  Bullying, harassment and intimidation mean any intentional conduct, including verbal, physical or written conduct, or an intentional electronic communication, that creates a hostile educational environment by substantially interfering with a student's educational benefits, opportunities or performance, or with a student's physical or psychological well-being.  The conduct must (1) be motivated by an actual or a perceived personal characteristic including race, national origin, marital status, sex, sexual orientation, gender identity, religion, ancestry, physical attributes, socioeconomic status, familial status, or physical or mental ability or disability, or (2) be threatening or seriously intimidating.  Electronic communication means communication transmitted by means of electronic device, including a telephone, cellular phone, computer and pager.  Conduct that is of a sexual nature is the most commonly reported form of sexual harassment. This term is generally thought to mean actions, language or visual materials which specifically refer to, portray or involve sexual activity or language. Conduct of a sexual nature may include overt sexual solicitations, inappropriate touching, sexual jokes and inquiries about a person's sex life. Sexual harassment is the broader term that encompasses conducts of a sexual nature such as unwelcomed sexual advances, requests for sexual favors, and other verbal or physical contact of a sexual nature. Sexual harassment also includes acts that are not overtly sexual but rather are directed at individuals based on their gender such as profanity or rude behavior that is gender-specific.

If you are a student, the parent/guardian of a student, a close adult relative of a student, or a school staff member and wish to report an incident of alleged bullying harassment, or intimidation, complete this form and return it to the Principal at the student victim's school.  You may contact the school for additional information or assistance at any time.

(**PLEASE PRINT ALL INFORMATION**)

Today's date: _____ / _____ / _____     School: _____
                 Month      Day      Year

School System: _____

---

**PERSON REPORTING INCIDENT**        Name: _____

Telephone: _____     E-mail: _____

Place an **X** in the appropriate box: ❑ Student   ❑ Parent/guardian of a student   ❑ Close adult relative of a student   ❑ School Staff
                            ❑ Bystander

---

1. Name of student victim(s): _____  Age: _____  School _____
                                   _____  Age: _____  School _____
                                   _____  Age: _____  School _____

2. Name of alleged witness(es) (if known):

   _____  Age: _____  School _____
   _____  Age: _____  School _____
   _____  Age: _____  School _____

3. Name(s) of alleged offender(s) (if known):        Age     School                Is he/she a student?
_____  _____  _____  ❑ Yes  ❑ No
_____  _____  _____  ❑ Yes  ❑ No
_____  _____  _____  ❑ Yes  ❑ No

4. On what date(s) did the incident happen?:
_____ / _____ / _____     _____ / _____ / _____     _____ / _____ / _____
 Month    Day     Year        Month    Day     Year       Month   Day    Year

Maryland State Department of Education in accordance with the Safe Schools Reporting Act of 2005          7-14

5. Place an **X** next to the statement(s) that best describes what happened (choose all that apply):

**Exhibit C - 73**

❑ Any bullying, harassment, or intimidation that involves physical aggression
❑ Getting another person to hit or harm the student
❑ Teasing, name-calling, making critical remarks, or threatening, in person or by other means
❑ Demeaning and making the victim of jokes
❑ Making rude and/or threatening gestures
❑ Excluding or rejecting the student
❑ Intimidating (bullying), extorting, or exploiting
❑ Spreading harmful rumors or gossip
❑ Related to the student's disability
❑ Related to the student's perceived sexual orientation
❑ Cyber bullying (e.g. social media including Facebook, Twitter, Vine, Instagram, etc.)
❑ Electronic communication (e.g. email, text, sexting, etc.) _____
❑ Gang related
❑ Gang recruitment
❑ Human trafficking/Prostitution recruitment
❑ Racial Harassment
❑ Sexual Harassment
❑ Sexual in nature
❑ Other (specify) _____

6. Where did the incident happen (choose all that apply)?

   ❑ On school property        ❑ At a school-sponsored activity or event off school property
   ❑ On a school bus         ❑ On the way to/from school*      ❑ Via Internet- sent on or off school property
   *Will be collected unless specifically excluded by local board policy

7. Describe the incident(s), including what the alleged offender(s) said or did. _____
_____
_____
_____
(Attach a separate sheet if necessary)

8. Why did the bullying, harassment or intimidation occur? _____
_____
_____

9. Did a physical injury result from this incident?  Place an **X** next to one of the following:

   ❑ No              ❑ Yes, but it did not require medical attention         ❑ Yes, and it required medical attention

10. If there was a physical injury, do you think there will be permanent effects?   ❑ Yes   ❑ No

11.  Was the student victim absent from school as a result of the incident?      ❑ Yes   ❑ No
    If yes, how many days was the student victim absent from school as a result of the incident? _____

12. Did a psychological injury result from this incident?  Place an **X** next to one of the following:
    ❑ No      ❑ Yes, but psychological services have not been sought      ❑ Yes, and psychological services have been sought

13.  Is there any additional information you would like to provide? _____
_____
_____
_____
(Attach a separate sheet if necessary)

**Signature:** _____     **Date:** _____

Maryland State Department of Education in accordance with the Safe Schools Reporting Act of 2005          7-14

**Exhibit C - 74**

## GANG-RELATED INCIDENT REPORTING FORM

<u>Directions:</u> This is a form to report alleged gang activity and similar destructive or illegal group behavior or to report reprisal or retaliation against individuals who report gang activity and similar destructive or illegal group behavior or who are victims, witnesses, bystanders, or others with reliable information about an act of gang activity and similar destructive or illegal group behavior which occurred on school property, on school buses, or at school-sponsored events.

**Gang:  "Criminal Gang" means a group or association of three or more persons whose members:**
**(1) individually or collectively engage in a pattern of criminal gang activity;**
**(2) have as one of their primary objectives or activities the commission of one or more underlying crimes, including acts by juveniles that would be underlying crimes if committed adults; and**
**(3) have in common an overt or covert organizational or command structure.**

**Gang Activity:  "Pattern of criminal gang activity" means the commission of, attempted commission of, conspiracy to commit, or solicitation of two or more underlying crimes or acts by a juvenile that would be an underlying crime if committed by an adult.**

**(a)   Activities on or near school vehicles or property. - A person may not threaten an individual, or a friend or family member of an individual with use of physical force or violence to coerce, induce, or solicit the individual to participate in or prevent the individual from leaving a criminal gang:  (1) in a school vehicle, as defined under §11-154 of the Transportation Article; or (2) in, or within 1,000 feet of real property owned or leased to an elementary school, secondary school, or county board of education and used for elementary or secondary education.**
**(b)   Applicability. - Subsection (a) of this section applies whether or not:  (1) school was in session at the time of the crime; or (2) the real property was being used for purposes other than school purposes at the time of the crime.**

Today's date: _____ / _____ / _____     School: _____
                   Month       Day       Year

                                                  School System: _____

---

**PERSON REPORTING INCIDENT**         Name: _____

Telephone:_____     E-mail: _____

Place an **X** in the appropriate box: ❑ Student    ❑ Student (Witness/Bystander)    ❑ School Staff

❑ Other _____

---

1. Name of student victim: _____    Age: _____
                                    (Please print)

2. Name(s) of alleged offender(s) (If known): (Please print)    Age        School
   Is he/she a student? (if known)

    _____    _____   _____
          ❑ Yes ❑ No

    _____    _____   _____
          ❑ Yes ❑ No

    _____    _____   _____
          ❑ Yes ❑ No

3. On what date(s) did the incident happen?
    _____ / _____ / _____     _____ / _____ / _____     _____ / _____ / _____
    Month    Day   Year            Month    Day   Year          Month   Day   Year

**Exhibit C - 75**

4. Please describe what occurred:

_____
_____
_____
_____
_____
_____
_____
_____
_____

5. Where did the incident occur (choose all that apply)?

❏ On school property          ❏ At a school-sponsored activity or event off school property
❏ On a school bus             ❏ On the way to/from school*
\*Will be collected unless specifically excluded by local board policy

6. What did the alleged offender(s) say or do?

_____
_____
_____
(Attach a separate sheet if necessary)

7. Why did the activity occur? _____

_____
_____
(Attach a separate sheet if necessary)

8. Did a physical injury result from this incident?  Place an **X** next to one of the following:

❏ No          ❏ Yes, but it did not require medical attention          ❏ Yes, and it required medical attention

9. If there was a physical injury, do you think there will be permanent effects?  ❏ Yes    ❏ No

10. Was the student victim absent from school as a result of the incident?      ❏ Yes   ❏ No
    If yes, how many days was the student victim absent from school as a result of the incident? _____

11. Did a psychological injury result from this incident?  Place an **X** next to one of the following:
    ❏ No          ❏ Yes, but psychological services have not been sought          ❏ Yes, and psychological
                                                                                     services have been sought

12. Is there any additional information you would like to provide?

_____
_____
_____
_____
_____
(Attach a separate sheet if necessary)

**Signature:** _____        **Date:** _____

**Exhibit C - 76**

**St. Mary's County Public Schools**
**System Operational Calendar 2016-2017**

| Approved 2-10-2016 |
|---|

Boxed days indicate students are not in school.
Circled days indicate early dismissal.

| Month | Event Date | Event Description |
|---|---|---|
| **July 2016** | July 4 ...................... | Holiday - Independence Day - All Schools and Offices Closed |
| **August 2016**<br>S  M  T  W  T  F  S<br>   1  2  3  4  5  6<br>7  8  9  10  11  12  13<br>14  15  16  17  18  19  20<br>21  22  23  24  25  26  27<br>28  29  30  31 | August 1 ...............<br>August 15-17...........<br>August 18................<br>August 19................<br>August 22................<br>August 23 ..............<br>August 24 .............. | 11-Month Employees Report<br>New Teachers' Orientation<br>Professional Day - All Teachers Report<br>Professional Day - Classroom Preparation<br>Professional Day - Staff Development<br>Professional Day - Teachers on Duty<br>Schools Open for Students |
| **September 2016**<br>S  M  T  W  T  F  S<br>            1  2  3<br>4  5  6  7  8  9  10<br>11  12  13  14  15  16  17<br>18  19  20  21  22  23  24<br>25  26  27  28  29  30 | September 5...........<br>September 20...........<br>September 23 ..........<br><br>September 27.......... | Holiday - Labor Day - All Schools and Offices Closed<br>Southern Maryland College Fair<br>Professional Day - No School for Students-Staff Development-<br>   Staff Collaborative Planning<br>Two Hour Early Dismissal - No School for Head Start and Pre-<br>   Kindergarten Students -  End of Interim Period -<br>   Professional Responsibilities - Head Start and<br>   PreKindergarten Parent Involvement Activities |
| **October 2016**<br>S  M  T  W  T  F  S<br>                  1<br>2  3  4  5  6  7  8<br>9  10  11  12  13  14  15<br>16  17  18  19  20  21  22<br>23  24  25  26  27  28  29<br>30  31 | October 6..............<br>October 10..............<br>October 21............. | Interim Distribution (Elementary Grades 3-5/Middle/High)<br>Columbus Day - No School for Students - Parent/Guardian<br>   Conference Day (Elementary/Middle/High)<br>Professional Day - No School for Students - Staff Development<br>   -  Professional Responsibilities - MSEA Convention |
| **November 2016**<br>S  M  T  W  T  F  S<br>      1  2  3  4  5<br>6  7  8  9  10  11  12<br>13  14  15  16  17  18  19<br>20  21  22  23  24  25  26<br>27  28  29  30 | November 2..........<br><br><br>November 8...........<br>November 11..........<br>November 15 ..........<br>November 23 ..........<br>November 24-25...... | Two Hour Early Dismissal - No School for Head Start and<br>   PreKindergarten Students - End of 1st Marking Period (47 days) -<br>   Professional Responsibilities - Head Start and<br>   PreKindergarten Parent Involvement Activities<br>Recess - General Election Day - All Schools and Offices Closed<br>Holiday - Veterans Day - All Schools and Offices Closed<br>Report Card Distribution<br>Recess-No School for Students and 10 & 11 Month Employees<br>Holiday – Thanksgiving – All Schools and Offices Closed |
| **December 2016**<br>S  M  T  W  T  F  S<br>               1  2  3<br>4  5  6  7  8  9  10<br>11  12  13  14  15  16  17<br>18  19  20  21  22  23  24<br>25  26  27  28  29  30  31 | December 9 ..........<br><br><br><br>December 20..........<br>December 23..........<br>         27-30......<br>December 26.......... | Two Hour Early Dismissal - No School for Head Start and<br>   PreKindergarten Students - End of Interim Period - Staff<br>   Collaborative Planning - Professional Responsibilities - Head<br>   Start and PreKindergarten Parent Involvement Activities<br>Interim Distribution (Elementary Grades 3-5/Middle/High)<br>Winter Break  - No School for Students and 10-11 Month<br>   Employees<br>Holiday - Winter Break - All Schools and  Offices Closed |
| **January 2017**<br>S  M  T  W  T  F  S<br>1  2  3  4  5  6  7<br>8  9  10  11  12  13  14<br>15  16  17  18  19  20  21<br>22  23  24  25  26  27  28<br>29  30  31 | January 2.................<br>January 3.................<br>January 16..............<br><br>January 26.............<br><br><br><br>January 27............. | Holiday - Winter Break -  All Schools and Offices Closed<br>Schools Reopen - Students  in School<br>Holiday - Martin Luther King, Jr. Day - All Schools and<br>   Offices Closed<br>Two Hour Early Dismissal - No School for Head Start and<br>   PreKindergarten Students - End of 2nd Marking Period (48 days)<br>   and 1st Semester (95 days) - Professional Responsibilities - Head<br>   Start and PreKindergarten Parent Involvement Activities<br>Professional Day - No School for Students - Staff Development |

Exhibit C - 77

| Month | Event Date | Event Description |
|---|---|---|
| **February 2017**<br>S M T W T F S<br>1 2 3 4<br>5 6 7 8 9 10 11<br>12 13 14 15 16 17 18<br>19 20 21 22 23 24 25<br>26 27 28 | February 7…………<br><br><br><br>February 20………… | Two Hour Early Dismissal - No School for Head Start and PreKindergarten Students - Staff Collaborative Planning - Head Start and PreKindergarten Parent Involvement Activities - Report Card Distribution<br>Holiday - Presidents' Day - All Schools and Offices Closed (*Possible Make-Up Day*) |
| **March 2017**<br>S M T W T F S<br>1 2 3 4<br>5 6 7 8 9 10 11<br>12 13 14 15 16 17 18<br>19 20 21 22 23 24 25<br>26 27 28 29 30 31 | March 1……………<br><br><br><br>March 10……………<br>March 31…………… | Two Hour Early Dismissal - No School for Head Start and PreKindergarten Students - End of Interim Period - Professional Responsibilities -  Head Start and PreKindergarten Parent Involvement Activities<br>Interim Distribution (Elementary Grades 3-5/Middle/High)<br>Two Hour Early Dismissal - No School for Head Start and PreKindergarten Students - End of 3rd Marking Period (44 days) - Professional Responsibilities -  Head Start  and PreKindergarten  Parent Involvement Activities |
| **April 2017**<br>S M T W T F S<br>1<br>2 3 4 5 6 7 8<br>9 10 11 12 13 14 15<br>16 17 18 19 20 21 22<br>23 24 25 26 27 28 29<br>30 | April 10-13…………<br>April 14……………<br>April 17……………<br>April 19……………<br>April 28…………… | Spring Break - No School for Students and 10 & 11 Month Employees<br>Holiday - All Schools and Offices Closed<br>Holiday - All Schools and Offices Closed (*Possible Make-Up Day*)<br>Report Card Distribution<br>Professional Day - No School for Students - Staff Collaborative Planning - Articulation Day - Professional Responsibilities - (*Possible Make-Up Day*) |
| **May 2017**<br>S M T W T F S<br>1 2 3 4 5 6<br>7 8 9 10 11 12 13<br>14 15 16 17 18 19 20<br>21 22 23 24 25 26 27<br>28 29 30 31 | May 10……………<br>May 19……………<br>May 29……………<br>May 31…………… | End of Interim Period<br>Interim Distribution (Elementary Grades 3-5/Middle/High)<br>Holiday - Memorial Day - All Schools and Offices Closed<br>Commencement - Great Mills High School |
| **June 2017**<br>S M T W T F S<br>1 2 3<br>4 5 6 7 8 9 10<br>11 12 13 14 15 16 17<br>18 19 20 21 22 23 24<br>25 26 27 28 29 30 | June 1………………<br>June 2………………<br>June 12………………<br>June 13 & 14…………<br><br>June 15………………<br><br><br><br>June 16………………<br>June 29……………… | Commencement - Chopticon High School<br>Commencement - Leonardtown High School<br>Last Day for Head Start and PreKindergarten Students<br>Two Hour Early Dismissal - No School for Head Start and PreKindergarten Students - Professional Responsibilities<br>Two Hour Early Dismissal - No School for Head Start and PreKindergarten Students - Last Day for Students Grades K-12 - End of 4th Marking Period (46 days) and 2nd Semester (90 days) - Professional Responsibilities<br>Last Day for Teachers - Professional Responsibilities<br>Last Day for 11-Month Employees (including 5 inclement weather make-up days) |

**Calendar Notes**
*Appropriate Exercises*
Appropriate exercises will be held in the schools for the following days:  Patriot Day; Constitution Day; Washington's Birthday; Lincoln's Birthday; Veterans Day; Columbus Day; Martin Luther King, Jr.'s Birthday; Arbor Day; Flag Day; and any other day of national significance.
**Extended School Year Services**
Pursuant to Education Article 8-402, Annotated Code of Maryland, extended school year services will be provided to students with disabilities who are determined through the Individualized Education Program process to need specific special education services beyond the 180 school days.
**Inclement Weather and Emergency School Closing Alternatives**
Inclement weather and emergency school closing make-up alternatives include five days at the end of the year and other days noted as possible make-up days in the calendar.  **Holidays, spring break, or days added at the end of the school year will be considered if additional days are needed.**  The number of days for students will be a minimum of 180 and the number of days for teachers will be 190 duty days.  The number of duty days for 11-month employees is 212.   School buildings and offices may be closed on some professional days to permit all employees to participate.   Notice will be given.

**Exhibit C - 78**

# St. Mary's County Public School
## 2016 - 2017 School Year - School Session Schedule

| School Name | Grades | Daily Schedule | PK Schedule | Early Dismissal |
|---|---|---|---|---|
| Benjamin Banneker Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| Captain Walter Francis Duke Elementary School | PK – 5 | 8:25 A.M. – 3:10 P.M. | 8:25 – 11:10 & 12:25 - 3:10 | 1:10 |
| Dynard Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| Evergreen Elementary School | PK – 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| George Washington Carver Elementary School | PK - 5 | 8:00 A.M. - 2:45 P.M. | 8:00 - 10:45 & 12:00 - 2:45 | 12:45 |
| Green Holly Elementary School | PK - 5 | 8:45 A.M. - 3:30 P.M. | 8:45 - 11:30 & 12:45 - 3:30 | 1:30 |
| Greenview Knolls Elementary School | PK - 5 | 8:00 A.M. - 2:45 P.M. | 8:00 - 10:45 & 12:00 - 2:45 | 12:45 |
| Hollywood Elementary School | PK - 5 | 8:30 A.M. - 3:15 P.M. | 8:30 - 11:15 & 12:30 - 3:15 | 1:15 |
| Leonardtown Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| Lettie Marshall Dent Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| Lexington Park Elementary School | PK - 5 | 8:35 A.M. - 3:20 P.M. | 8:35 - 11:20 & 12:35 - 3:20 | 1:20 |
| Mechanicsville Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| Oakville Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 – 3:45 | 1:45 |
| Park Hall Elementary School | PK - 5 | 8:45 A.M. - 3:30 P.M. | 8:45 - 11:30 & 12:45 - 3:30 | 1:30 |
| Piney Point Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| Ridge Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| Town Creek Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| White Marsh Elementary School | PK - 5 | 9:00 A.M. - 3:45 P.M. | 9:00 - 11:45 & 1:00 - 3:45 | 1:45 |
| Chesapeake Public Charter School | K - 8 | 8:15 A.M. - 3:00 P.M. | | 1:00 |
| Esperanza Middle School | 6 - 8 | 7:20 A.M. - 2:05 P.M. | | 12:05 |
| Leonardtown Middle School | 6 - 8 | 7:20 A.M. - 2:05 P.M. | | 12:05 |
| Margaret Brent Middle School | 6 - 8 | 8:00 A.M. - 2:45 P.M. | | 12:45 |
| Spring Ridge Middle School | 6 - 8 | 7:20 A.M. - 2:05 P.M. | | 12:05 |
| Chopticon High School | 9 - 12 | 8:00 A.M. - 2:45 P.M. | | 12:45 |
| Great Mills High School | 9 - 12 | 8:00 A.M. - 2:45 P.M. | | 12:45 |
| Leonardtown High School | 9 - 12 | 8:00 A.M. - 2:45 P.M. | | 12:45 |
| Dr. James A. Forrest Career & Technology Center | N/A | 8:20 - 9:20, 10:10 - 12:13, 12:58 - 2:20 | | |
| Fairlead Academy | | 8:00 A.M. - 2:45 P.M. | | 12:45 |
| Fairlead Academy II | | 8:00 A.M. - 2:45 P.M. | | 12:45 |

Updated April 30, 2015

Exhibit C - 79

Absences and Excuses ------------------------------ 2
Admission to First Grade ------------------------- 1
Admission to Kindergarten ----------------------- 1
Admission to Prekindergarten-------------------- 3
Allergies ------------------------------------------------- 7
Alternatives to Expulsion ----------------------------24
Anaphylaxis -------------------------------------------- 7
Arrivals and Departures --------------------------26
Asbestos Management Plans-----------------------9
Audio and Video Devices-------------------------19
Bicycles -------------------------------------------------16
Bullying------------------------------------------ 21, 67
Bus Boarding Procedures -----------------------18
Bus - Conduct ----------------------------------------16
Bus - Rules ---------------------------------------------16
Canine Drug Scans of School Facilities --------------20
Cell Phones ------------------------------------- 17, 20
Checks and Cash-------------------------------------27
Chronic Health Impaired Program --------------------3
Clothing (Dress) ------------------------------- 16, 63
Code of Conduct-------------------------------------35
Communicable Diseases ----------------------------5
Compulsory Attendance Age-------------------------1
Computer Network Usage Standards --------- 26, 64
Conduct, Student-------------------------------- 15, 35
Court - Removal --------------------------------------15
Coordinated Pupil Services Program ---------------11
Counseling---------------------------------------------32
Crime Solvers, Student --------------------------- 8
Custody------------------------------------------------- 9
Cyber Safety ------------------------------------------28
Decisions - Student Participation ---------------------16
Delayed Openings -----------------------------------10
Department of Juvenile Services
    Involvement with Students ------------------------15
Directory Information-------------------------------13
Discrimination ----------------------------------- 12, 14
Distribution of Student Literature --------------------23
Dress----------------------------------------------- 16, 63
Driver Safety ------------------------------------------33
Drug-Free Zones --------------------------------------20
Due Process--------------------------------------------14
Early Dismissal – School/Weather ------------------10
Early Dismissal – Student----------------------- 2
Electronic Devices----------------------------- 17, 20
Eligibility for High School Activities----------------27
Emergency Preparedness ------------------------- 9
Emergency Procedures ----------------------------- 5
Emergency Transportation Procedures -----------19
Excessive Absences ------------------------------- 2

Expulsion -----------------------------------------------24
Fees/Checks/Cash-----------------------------------27
Field Trips ---------------------------------------------27
Fire Drills -----------------------------------------------9
Focus on Cyber Use & Safety (F.O.C.U.S.)
    Initiative ----------------------------------------------28
Food Service Program------------------------------28
Gangs---------------------------------------------21, 69
Grading Policy ---------------------------------------29
Grading Scale -----------------------------------------29
Harassment --------------------------------------21, 67
Health Care ---------------------------------------------4
Head Start ----------------------------------------------2
Head Start, Prekindergarten, and Kindergarten
    Bus Procedures ----------------------------------- 18
Hearing and Vision Screening -----------------------6
Help – Students Not Seeking --------------------- 15
Help – Students Seeking ---------------------------- 15
Home Access Center --------------------------------29
Home/Hospital Teaching and Chronic
    Health Improved Program (CHIP) ----------------3
Homeless Students------------------------------------2
Homework ----------------------------------------------29
Illness, Student ----------------------------------------5, 7
Immunization ------------------------------------------6
Intimidation --------------------------------------21, 67
In-School Intervention-----------------------------24
Inclement Weather ----------------------------------10
Instructional Programs----------------------------29
Insurance -----------------------------------------------30
Interim Reports ---------------------------------------30
"Keeping Our Schools Safe" Campaign ------------ 23
Lawful Absences --------------------------------------2
Lead Testing -------------------------------------------6
Library/Media Center -------------------------------30
Loss of School Bus Riding Privileges ----------------25
Make-Up Work---------------------------------------30
McKinney-Vento Homeless Assistance Act ---------2
Medical Procedures----------------------------------8
Meetings – Student----------------------------------14
Minor Students-----------------------------------------1
Non-custodial Parents' Rights to Record
    Information ------------------------------------------ 13
Over-the-Counter Medications ---------------------4
Parent/Legal Guardian/Teacher
    Conferences ---------------------------------------- 31
Parties ---------------------------------------------------31
Partners for Success---------------------------------11
Permission for Withdrawal -----------------------34
Permission to Leave School-------------------------2

**Exhibit C - 80**

Personal Property ----------------------------------------31
Personal Safety----------------------------------------------14
Pest Management ------------------------------------------ 5
Petitions -----------------------------------------------------14
Pets/Animals --------------------------------------------31
Phone Messages/Email ---------------------------------31
Photographing of Students ----------------------------13
Physical Examination ----------------------------------- 6
Possession of a Weapon --------------------------------22
Prekindergarten Attendance ------------------------- 3
Prekindergarten Programs ---------------------------- 3
Promotion, Student---------------------------------------31
Pupil Services Team ------------------------------------11
Registration in Attendance Areas----------------------- 1
Registration Procedures --------------------------------- 1
Religion------------------------------------------------------14
Report Cards ----------------------------------------------31
Responsibilities – Student Respect-----------------------15
Restitution – Lost, Damaged, or
    Vandalized ------------------------------------- 16, 30, 33
Retention of Records ------------------------------------13
Retention, Student ---------------------------------------31
Right to Assemble-------------------------------------------14
Right to Due Process ----------------------------------14
Right to Petition --------------------------------------------14
Right to Personal Safety -----------------------------------14
Rights of Students Not Seeking Help ---------------15
Rights of Students Seeking Help ----------------------15
Rights to Access Student Record
    Information -------------------------------------------13
SBIRT (Screening, Brief Intervention, and
    Referral to Treatment)--------------------------------32
School Admissions -------------------------------------- 1
School Counseling Program----------------------------32
School Day Schedule --------------------------------- 26, 73
School Disciplinary Plan --------------------------------24
School Property – Student Responsibility ----------16
School Visits -----------------------------------------------33
Searches – Student, Lockers, School-----------------19
Section 504 -----------------------------------------------11
Security Cameras------------------------------------------19
Sexual Assault ------------------------------------------22
Sexual Harassment -----------------------------------22
Solicitations------------------------------------------------16
Special Education -----------------------------------------11
Special Needs Transportation----------------------------19

Student Absences and Excuses----------------------------2
Student Bus Boarding Procedures ------------------- 18
Student Bus Loading Procedures----------------------- 18
Student Bus Unloading Procedures------------------- 18
Student Dismissal Precautions ---------------------------2
Student Health Information -----------------------------7
Student On-Board Procedures ------------------------- 18
Student Participation in Decisions ------------------- 16
Student Pregnancy ------------------------------------------8
Student Records---------------------------------------------- 13
Student Responsibility to be Informed-------------- 19
Student Readmission After a Long-Term
    Suspension, Extended Suspension,
    Expulsion --------------------------------------------- 25
Student Rights---------------------------------------------- 14
Student Rules for Transportation--------------------- 16
Student Safety----------------------------------------------8
Student Searches ------------------------------------------ 19
Student Solicitations ------------------------------------ 16
Student Suspension and Expulsion including
    Students with 504 Plan or IEP --------------------- 24
Student Withdrawal --------------------------------------- 34
Students After School ----------------------------------- 26
Substance Use Screening ------------------------------- 32
Sun Safety ----------------------------------------------------7
Supervision ----------------------------------------------------8
Supplies --------------------------------------------------- 33
Suspected Child Abuse/Neglect ----------------------9
Suspension -------------------------------------------------- 24
Tardiness ----------------------------------------------------2
Textbooks------------------------------------------------- 33
Title IX ----------------------------------------------------- 11
Tobacco Free School Environment ------------------- 23
Transportation Rules ------------------------------------ 16
Types of Student Records ----------------------------- 13
Use of Students in Public Information
    Programs----------------------------------------------13, 62
Vehicle Use - Student------------------------------------- 33
Video and Audio Devices ------------------------------- 19
Videotaping of Students ---------------------------------- 13
Visitors ----------------------------------------------------- 33
Volunteers ----------------------------------------------- 34
Weapons -------------------------------------------------- 22
Withdrawal from School----------------------------------- 34
Young Drivers Safety Program ----------------------- 33

Exhibit C - 81

Please direct all inquiries about this document to the Department of Student Services, St. Mary's County Public Schools, 23160 Moakley Street, Suite 104, Leonardtown, Maryland 20650, 301-475-5511, extension 32150.

If you need help, call

Maryland Youth Crisis Hotline
1-800-422-0009

You are able to call 24 hours a day and speak confidentially with a counselor about your concerns and problems.



Confidential Reporting Hotline
1-855-4ALERT1 ext. 1013

Non-Discrimination Statement

The St. Mary's County Public School System does not discriminate on the basis of race, color, sex, age, marital status, sexual orientation, national origin, religion or disability in matters affecting employment or in providing access to programs.  Inquiries related to this policy may be addressed to the Assistant Superintendent of Fiscal Services and Human Resources, St. Mary's County Public Schools, 23160 Moakley Street, Suite 106, Leonardtown, Maryland 20650, (301) 475-5511, ext. 32247.

Exhibit C - 82

Exhibit C - 83



Exhibit C - 84