Exhibit D is an audio file that was sent via first class mail, postage prepaid to this Honorable Court on October 21, 2020.

**Exhibit D - 1**