David N. Pessin °
Drake Zaharris *
Steven A. Allen
Barry Bach
Michael E. Leaf
Patricia McHugh Lambert
Leslie R. Stellman
Kevin F. Bress
Rochelle S. Eisenberg
Edmund J. O'Meally
Natalie C. Magdeburger
Catherine W. Steiner
Mairi Pat Maguire *
Joan Cerniglia-Lowensen *
Kimberly L. Battaglia
Gregory S. Weiner *
Herbert Burgunder III
Mark D. Maneche
Elizabeth A. Green
Robert S. Campbell
Lisa Y. Settles
Elliott D. Petty
Lauren B. Ades
Gregory K. Kirby
Kimberly A. Longford
Chantelle M. Custodio*
David A. Burkhouse
Andrew G. Scott
Cheryl A. Jones
Aidan F. Smith
Brian M. Cathell

Gerald M. Katz (1937-2014)

# PESSIN KATZ LAW, P.A.

ATTORNEYS AT LAW

SUITE 500

901 DULANEY VALLEY ROAD

TOWSON, MARYLAND 21204

---

410-938-8800

www.pklaw.com

Direct Line:
(410) 339-6757

Direct Fax:
(410) 832-5654

eomeally@pklaw.com

February 25, 2019

+ Kambon R. Williams
Justin E. Fine
Kristy L. Bayus
Megan G. Anderson
Emily Devan
Adam E. Konstas
Diva Bole
James M. Darrah
Alexander H. Kelly
Alexandra L. Neifert
Ashley N. Nelson-Raut
Michael Elliker
Kathryn D. Jackson

---

Of Counsel

Thomas J. Zagami
Henry E. Schwartz
Andrew H. Vance

* Also Admitted in DC
° Also Admitted in GA
+ Also Admitted in NY

**By Electronic and First-Class Mail**
Kathleen M. McClernan, Esquire
Williams, McClernan, & Stack, LLC
21130 Great Mills Road
Great Mills, Maryland 20634

Re:  Melissa and Daniel Willey -- Without Prejudice

Dear Ms. McClernan:

Please be advised that my Firm represents the Board of Education of St. Mary's County (the "Board") as well as its administrative staff, including Dr. J. Scott Smith, Superintendent of St. Mary's County Public Schools, and Dr. Jake Heibel, Principal of Great Mills High School, with respect to the claims set forth in your February 15, 2019 letter addressed to Dr. Heibel. From this point forward, I would ask that representatives of your Firm refrain from any future communications with the Board, its members, administrators, or any other school system employees regarding your clients' claims, the unfortunate occurrence of March 20, 2018, or any other related matters. I would further ask that you direct any and all future communications regarding these matters to my attention.

Please also be advised that the Board is a Maryland state agency, is not a part of the St. Mary's County government, and is not subject to either the Local Government Tort Claims Act or the Maryland Tort Claims Act. That said, and as I believe you may have been advised by Edmund W. Law, Esquire, General Counsel to the St. Mary's County Public Schools, this matter has been forwarded for a claims analysis. To that end, and so that a full analysis may be

**Exhibit E - 1**

Kathleen M. McClernan, Esquire  PESSIN KATZ LAW, P.A.
February 25, 2019
Page 2

conducted, I would appreciate it if you could share with me (1) the theories of liability under which you believe that the Board and/or its employees may be liable to your clients, and (2) any factual information in support of such theories including any information that you may have evidencing that the March 20, 2018 occurrence was not solely the result of the unforeseeable actions of Austin Wyatt Rollins. Any additional information provided will be greatly appreciated.

I also acknowledge receipt of the litigation hold notice set forth in your February 15 letter, and I would similarly ask that your clients, on their own behalf as well as on behalf of any agents or any of their minor children, preserve and retain any and all documents and information, including electronically stored information ("ESI"), relating to your clients' claims and potential claims including, but not limited to, emails, text messages, and other electronic communications, word processing documents, spreadsheets, databases, calendars, telephone logs, internet usage files, and network access information. This request would include the preservation of any computers, tablets, phones, personal diaries, notebooks, social media sites, websites, text messages, phone directories, voice messages, or any other electronic communications or ESI of any kind used by, created by, or received by your clients or the decedent, Ms. Jaelynn Willey.

This letter is sent without prejudice to any and all defenses that may be available to the Board or its employees and agents. Should you have any questions or wish to discuss this matter further, please do not hesitate to contact me.

Very truly yours,

Edmund J. O'Meally

cc: Dr. J. Scott Smith, Superintendent
    Edmund W. Law, Esquire

**Exhibit E - 2**