# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **Melissa & Daniel Willey**, as Personal Representative of the Estate of Jaelynn Willey, deceased, **et. al.** | * * * * |
| Plaintiffs, | * * |
| v. | **CASE NO.: 8:20-cv-161 PWG** * * |
| **Board of Education of St. Mary's County, et. al.** | * * * |
| Defendants. | * |

***************************************************************************

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of October, 2020, a copy of Plaintiffs' Opposition to Defendant Board of Education of St. Mary's County's Motion to Dismiss or, in the alternative, For Summary Judgment, Memorandum, Exhibits, and Proposed Order; Plaintiffs' Opposition to Defendants Karin Bailey, Cathy Allen, Mary Washington, James Davis, Rita Weaver, J. Scott Smith, and F. Michael Wyant's Motion to Dismiss, Memorandum, and Proposed Order; and Plaintiffs' Opposition to Defendants Jake Heibel and Troy Kroll's Motion to Dismiss, Memorandum, Exhibits, and Proposed Order were served via CM/ECF on:

    Edmund O'Meally, Esq.
    Adam Konstas, Esq.
    PK Law
    901 Dulaney Valley Road, Suite 500
    Towson, Maryland 21204

GILMAN & BEDIGIAN, L.L.C.

*/s/ Lauren M. Geisser*
Lauren M. Geisser, 29190
GILMAN & BEDIGIAN, L.L.C.
1954 Greenspring Drive, Suite 250
Timonium, Maryland 21093
(410) 560-4999
lgeisser@gblegalteam.com
*Attorney for Plaintiff*