Willey vs. Board of Education

of St. Mary's County, et al.

Case Number 8:20-cv-161-PWG

Recorded Interviews of Student 1 and Student 2

Job No.: 4311246

Pages: 1 - 41

Transcribed by: Jackie Scheer

Page 2

1                P R O C E E D I N G S
2           PLAINTIFF'S COUNSEL:  So my name is
3    Kathleen McClaren (phonetic).  I'm representing
4    Melissa in the suit against the county for Jaelynn's
5    death.  If you guys can just say your name for the
6    recording, I have it.
7           Student 2  Student 2
8           Student 1  Student 1
9           PLAINTIFF'S COUNSEL:  Okay.  So I'm
10   assuming you're the older one, Student 2
11          Student 2  Yes.
12          PLAINTIFF'S COUNSEL:  Okay.  And how long
13   did you go to school or how long have you guys known
14   Jaelynn individually?
15          Student 2  Well, we were on club suit --
16   club -- club swim team for --
17          Student 1  I don't know, a long time.
18   Like, I -- like, when I was in first grade I guess I
19   first met Jaelynn but we didn't really become really
20   close friends till my freshman year of high school,
21   which was two years ago.
22          PLAINTIFF'S COUNSEL:  Okay.

Page 3

1           Student 2  And then the -- my sophomore
2    year of high school we became really close, but we
3    were still friends 'cuz I was in the same level as
4    her from seventh grade upward.
5           PLAINTIFF'S COUNSEL:  Okay.  And then you
6    guys both swam on the team together with her?
7           Student 1  Uh-huh.
8           PLAINTIFF'S COUNSEL:  Awesome.
9           Student 1  Uh-huh.
10          PLAINTIFF'S COUNSEL:  How much do you
11   know of Mr. Rollins, of Austin?
12          Student 1  Like, I didn't really know
13   before -- him before they dated.
14          PLAINTIFF'S COUNSEL:  Okay.
15          Student 1  Yeah.
16          Student 2  I didn't know him before, but
17   I -- I did not approve of what they (inaudible) --
18          Student 1  -- yeah.
19          PLAINTIFF'S COUNSEL:  How did you meet or
20   how -- do you know how she met him?
21          Student 1  I think just, like, through the
22   school.  Like, 'cuz we weren't in (inaudible) and

Page 4

1    then I maybe just, like, I think he -- he, like,
2    texted her or something.  And then they started,
3    like, she would, like, hand out with his friends,
4    and then they went on a couple dates.
5           PLAINTIFF'S COUNSEL:  Who were some of
6    his friends?
7           Student 1  I honestly don't really know his
8    friends.
9           Student 2  Yeah, I'm sure they were
10   already, like --
11          (Cross talk.)
12          Student 2  -- you think they might have
13   graduated.
14          Student 1  Yeah, 'cuz he was a senior two
15   years ago, so.
16          PLAINTIFF'S COUNSEL:  So he was a year
17   older than her?
18          Student 1  Yes.
19          PLAINTIFF'S COUNSEL:  Okay.  And somehow
20   he just got her phone number and started texting her
21   or?
22          Student 1  Well, probably, like, Snapchat

Page 5

1    and Instagram, like, social media, so.
2           PLAINTIFF'S COUNSEL:  Just kind of
3    reached out and they exchanged numbers?
4           Student 1  Yeah, I think so.
5           PLAINTIFF'S COUNSEL:  Was he in any,
6    like, clubs of his own or was he kind of different?
7           Student 1  He -- I think he -- I think he
8    played baseball, didn't he?
9           Student 2  I don't even know.
10          Student 1  I know he wore baseball hats
11   and, like, baseball sunglasses, so I always kind of
12   assumed he played baseball but --
13          (Background noise.)
14          Student 1  -- started or -- yeah.  It was
15   in the spring when it happened, so I don't really
16   know.
17          Student 2  You never took me as the sporty
18   type.
19          Student 1  Yeah.  Was he in stem?
20          Student 2  I don't think he was.
21          Student 1  Oh.  Then, yeah, I don't know
22   what -- I just know he played video games a lot.

Page 6

1  PLAINTIFF'S COUNSEL: He played video
2  games a lot.
3      Student 1  Yeah.
4      PLAINTIFF'S COUNSEL: Did Jaelynn ever
5  talk to you guys about problems with Austin?
6      Student 2  Yes.
7      Student 1  Yeah.
8      PLAINTIFF'S COUNSEL: Okay. When was the
9  first time that you remembered her telling you about
10 something?
11     Student 1  I just remember her saying that
12 'cuz -- so we had math class together and we also
13 drove her to school. So we would, like, walk to
14 class together and she would talk about thinking
15 about breaking up with him because he would kind of,
16 like, be ultra physical, he would, like, be
17 aggressive and, like, grab her wrists or, like, just
18 be really --
19     Student 2  -- I remember, like, a couple
20 months before she talked about, like --
21     Student 1  -- well, they were only dating
22 for, like, a month. I just remember --

Page 7

1      Student 2  -- they dated for a month but
2  they'd been hanging out for a while.
3      Student 1  Yeah, I guess you're right.
4  You're right.
5      Student 2  So it was, like, I guess it
6  was, like, two months?
7      PLAINTIFF'S COUNSEL: What's the official
8  type terminology for dating? Like, what qualifies
9  as dating nowadays?
10     Student 1  Like, if they ask you to be your
11 girlfriend. Like, if you, like --
12     PLAINTIFF'S COUNSEL: -- so when you mean
13 officially, you mean, like, girlfriend/boyfriend --
14     Student 1  -- yeah.
15     PLAINTIFF'S COUNSEL: Okay. So that was
16 about a month.
17     Student 1  Yeah.
18     PLAINTIFF'S COUNSEL: And then they were
19 hanging out before that.
20     Student 1  Yeah, kind of hanging out, yeah.
21     Student 2  Yeah, the -- the talking phase.
22     (Laughter.)

Page 8

1      Student 2  No, but I thought -- I didn't,
2  like, have a strong opinion on him when they were
3  just talking and she said --
4      Student 1  -- yeah.
5      Student 2  -- that sometimes he could get
6  irritated.
7      Student 1  Yeah. And when she said that, I
8  was, like, you know, most kind of guys are, you
9  know, guys do that. They kind of get irritated
10 easily, so.
11     Student 2  Yeah, but as soon as she said
12 that he was, like, kind of controlling, I was, like,
13 I don't like it. Don't -- like, break it off. I
14 don't like that at all.
15     PLAINTIFF'S COUNSEL: So how would he
16 control her?
17     Student 2  She did something he wouldn't
18 like, he would, like, grab her wrist and squeeze it.
19     PLAINTIFF'S COUNSEL: Okay.
20     Student 2  That was, like, the big thing
21 that I remember.
22     Student 1  Yeah.

Page 9

1      Student 2  I think he would, like, it
2  seemed kind of sweet. Like, at the time he would,
3  like, meet up with her between classes and walk her
4  to her next classroom. But looking back, I feel
5  that that's also part of the control.
6      Student 1  Yeah. And -- yeah. And I know
7  there were a lot of times he'd be, like, from
8  hanging out, he was, like, well, you need to hang
9  out with, like, my friends and she kind of felt
10 like -- not, like, forced, but sort of obligated
11 that, like, even when she didn't wanna (inaudible),
12 that she, like, kind of had to go. So but, I mean,
13 I mainly remember, like, she didn't really say --
14 talk too much about it until when she was thinking
15 about breaking up with him. And then I remember
16 that she did break up with him. The next day she,
17 like, she told me and then he met us at her car when
18 we got to school. And I was -- he was walking in
19 with us and I pulled her aside. I was, like, didn't
20 you just say you broke up with him. She's, like,
21 yeah, I don't know why he's here. I was, like,
22 that's interesting. And then --

Page 10

1    Student 2  -- but that was something he
2  did.
3       Student 1  Yeah.
4       Student 2  After was he would always wait
5  for us to get out of the car and he would follow.
6       Student 1  He would walk in, yeah.
7       PLAINTIFF'S COUNSEL: Okay.
8       Student 1  And we always got to school
9  early, 'cuz we had -- we would go into our swim
10 coach's room before school and we'd all just hang
11 out and talk to him.  And he -- when we were going
12 in, he, like, pulled Jaelynn aside and I remember
13 him talking to her there.  And then, like, the bell
14 rang so I started walking out and I kind of, like,
15 pulled her and was, like, let's go to class.  And
16 he, like, walked with us to -- like, walked with us
17 to my locker, walked with us to class, and pulled
18 her aside again before I went into class.
19      Student 2  It was, like --
20      Student 1  -- and then he started, like,
21 doing that every day.  And then he would be outside
22 of, like, all of our classes.

Page 11

1       PLAINTIFF'S COUNSEL: When did -- when
2  did this start or when do you remember her telling
3  you that she broke up?  Do you remember the month?
4  Like, was it Christmas, was it January?
5       Student 1  No, it was -- it was January.
6       Student 2  January.
7       PLAINTIFF'S COUNSEL: Okay.
8       Student 1  Because it was before
9  Valentine's Day.  And it was, like, a couple of
10 weeks later I remember he bought her --
11      Student 2  -- yeah, because we hadn't even
12 finished the swim season.
13      Student 1  Yeah, we hadn't finished the
14 swim season yet.  So it was still January when she
15 broke up with him.  And then for Valentine's Day he
16 got her a bag of M and Ms and asked her to be his
17 valentine.  And she was, like, I threw it away.
18      Student 2  Yeah, it was really weird 'cuz
19 he just kept on pushing her.
20      Student 1  Yeah.  And he would, like,
21 always be outside of her classes.  He would just --
22 I don't know how he got out of his classes, but he

Page 12

1  was outside waiting at the bells.  And then he
2  also -- and then one of our swim mates who was a
3  foreign exchange student, he had, like, they were --
4  he's really good friends with Jaelynn and so he
5  asked her to prom.  And then Austin got, like,
6  really, really mad that he asked her to prom.  And
7  started texting our friend, FERPA and was, like,
8  hey, go to prom with me so that we can, like, spy on
9  Jaelynn.  And she was, like, what, no.  So yeah.
10      PLAINTIFF'S COUNSEL: Now, did he ever
11 send text messages to you guys or social media
12 stuff?
13      Student 2  I never checked my -- he tried
14 to DM, I think.
15      Student 1  Yeah.
16      Student 2  But I never had accepted his
17 request.  So he probably would have, but --
18      Student 1  -- same with me.  I know after
19 the fact, 'cuz, like, I didn't think about it and
20 then I looked and he had, like, requested.  But I
21 had never --
22      PLAINTIFF'S COUNSEL: -- so there's no

Page 13

1  messages from him, it's just requesting to talk with
2  you?
3       Student 1  Yeah.
4       PLAINTIFF'S COUNSEL: Or if you accepted
5  it, would there be a message?
6       Student 2  No --
7       Student 1  -- I don't think -- you'd have
8  to request, yeah.
9       PLAINTIFF'S COUNSEL: Okay.
10      Student 2  First and then there would be
11 messages.
12      Student 1  Yeah.
13      PLAINTIFF'S COUNSEL: Okay.
14      Student 1  So I know that -- I know FERPA
15 would have gotten but I don't know if she deleted
16 them.
17      PLAINTIFF'S COUNSEL: Okay.  What's
18 FERPA last name?
19      Student 1  FERPA (phonetic).
20      PLAINTIFF'S COUNSEL: Do either of you
21 have her phone number?
22      Student 1  Yeah.

Page 14

1       It's [redacted].
2       PLAINTIFF'S COUNSEL: Okay. So I know
3  that there was some talk that the swim coach might
4  have known some things. Do you know if Jaelynn ever
5  told a teacher or the -- or a swim coach or any
6  adults in the building? Did she -- she have anybody
7  she would have confided in with besides the swim
8  coach?
9       Student 1  I mean, we were all really close
10 to our swim coach but I don't know a time where she
11 would have talked to him about it.
12      Student 2  She never individually talked
13 to him about it.
14      Student 1  Yeah.
15      Student 2  I think he was just kind of in
16 the room when we would be discussing it.
17      Student 1  Yeah, we would --
18      PLAINTIFF'S COUNSEL: -- okay.
19      Student 1  Yeah.
20      PLAINTIFF'S COUNSEL: So he would be,
21 like, in the mornings when you guys would go in?
22      Student 2  Yeah.

Page 15

1       Student 1  Yeah. But --
2       PLAINTIFF'S COUNSEL: Did he ever say
3  anything or was it just more he was just listening
4  to see what was going on?
5       Student 1  Not really --
6       Student 2  -- I really wouldn't even know
7  if he was specifically listening --
8       Student 1  -- listening, yeah, 'cuz it's,
9  like, we were in there and then there's, like, two
10 other classrooms with -- 'cuz it's, like, the social
11 studies wing and so, like, all the history teachers
12 would kind of be in the room and we'd all just kind
13 of be talking about stuff.
14      PLAINTIFF'S COUNSEL: Oh, the history
15 teachers would be there, too?
16      Student 1  Yeah.
17      Student 2  Yeah. So they were -- and they
18 were kind of more interacting with each other than
19 with us.
20      Student 1  Yeah. And then we would kind of
21 just be -- there's, like, a couple students who'd
22 come in and we would all just talk before school.

Page 16

1       PLAINTIFF'S COUNSEL: So when you were
2  discussing it, would she ever discuss that he was
3  hurting her or that he was following her around
4  during this time or?
5       Student 1  Well, I mean, I didn't -- like,
6  I mean, we knew that he was following her around
7  because it would be, like, from school and then I
8  had classes with her so it'd be, like, from classes.
9  And then I know after lunch a couple times we'd be
10 walking. Like, I remember, like, one specific time
11 it'd been a couple weeks and he had stopped
12 walking -- he had stopped meeting us after classes
13 and so I was, like, okay, it was just, like, a
14 phase, he's probably fine. And, like, I kind of
15 felt weird after lunch and I looked behind me and
16 he's, like, there.
17      PLAINTIFF'S COUNSEL: Okay.
18      Student 1  Just, like, following a couple
19 people behind us. And I was, like, you know, you --
20 you should probably say something and she was, like,
21 well, it's my relationship, so I'll say something.
22 But I don't think she ever did.

Page 17

1       Student 2  I mean, if we ever mentioned
2  anything, we'd probably just say, like, this was
3  kind of weird today --
4       Student 1  -- yeah.
5       Student 2  But, like, I don't remember a
6  specific time when we would have done that.
7       PLAINTIFF'S COUNSEL: Okay.
8       Student 1  Yeah. And I know that she's,
9  like, I was, like, you should tell your mom and I
10 think she talked to her mom about it. But I don't
11 know, like, how in detail she went to talk to her
12 mom about.
13      PLAINTIFF'S COUNSEL: Is there any
14 teacher or guidance counselor besides the swim coach
15 that she might have gone to or talked to about
16 anything?
17      Student 1  No.
18      PLAINTIFF'S COUNSEL: Okay.
19      Student 2  She was kind of the person who
20 just didn't wanna bug people with their problems.
21      Student 1  Yeah. She's quiet.
22      Student 2  Yes.

Page 18

1 PLAINTIFF'S COUNSEL: Okay. Do you think
2 anybody out of your friend group would have reported
3 anything or said anything to the teacher -- a
4 teacher or a counselor or anything?
5 Student 1 No, no one said --
6 Student 2 -- no one thought it was, like
7 --
8 Student 1 -- yeah, no one thought it was
9 really serious. And -- and, like, I remember saying
10 that we should tell somebody and she, like, she just
11 said, if anyone's gonna say something, it should be
12 me. So and anyone ever was, like, I'm gonna tell
13 someone, she was, like, I'll do it. So.
14 PLAINTIFF'S COUNSEL: Did he have a
15 history, do you know, of any suspensions or problems
16 at the school or --
17 Student 1 -- no. That's the thing. Like,
18 afterwards, I remember talking to one of his
19 teachers and she said he was, like, a really good
20 student. She never would have, like, seen anything.
21 Always showed up for class kind of thing.
22 PLAINTIFF'S COUNSEL: Okay. Did you guys

Page 19

1 ever hear about the shooting that, like, there was
2 an alleged fright of a shooting a couple days
3 before?
4 Student 2 Yes.
5 Student 1 Yeah. It was, like, a couple
6 weeks before, I remember that, yeah.
7 Student 2 I remember my friend was, like,
8 please don't go to school. Like, I don't think that
9 this is, like, a -- a fake thing. And I was, like,
10 well, I'm not gonna just miss school 'cuz, like, if
11 it's, like, posted on, like, social media then I
12 don't think that they're actually gonna do it.
13 PLAINTIFF'S COUNSEL: Did -- was there
14 ever any rumors in the school of who was making
15 those threats or?
16 Student 1 No. There wasn't any rumors
17 until kind of after the shooting and people kind of
18 were, like, I wonder if, like --
19 PLAINTIFF'S COUNSEL: If it was him.
20 Student 1 -- if it was him.
21 Student 2 I thought that they had -- they
22 had gone to, like, the house of the people who had

Page 20

1 make the threat or something. That's what I --
2 Student 1 -- yeah, because it was, like,
3 someone had, like, screen -- it wasn't, like, it
4 wasn't even a message. It was, like, they post --
5 like, the person didn't even post it. Like, I'm
6 pretty sure, like, they texted somebody and then
7 somebody, like, told somebody and then they posted
8 it kind of thing. So through more like that.
9 PLAINTIFF'S COUNSEL: So someone made a
10 threat to somebody and then that person said hey,
11 people, don't go to school.
12 Student 1 Yeah. And I know that day
13 Jaelynn didn't go to school.
14 PLAINTIFF'S COUNSEL: Did she think it
15 was him?
16 Student 1 I don't think any of the -- no.
17 Student 2 I think it was more of a
18 precaution.
19 Student 1 Yeah, I think her mom --
20 Student 2 -- a lot of people didn't go.
21 Student 1 Yeah, a lot of people's parents
22 didn't want them to go to school.

Page 21

1 PLAINTIFF'S COUNSEL: Okay.
2 Student 1 Like, I know -- I'm pretty sure
3 Melissa just, like, didn't. None of her kids went
4 to school that day.
5 Student 2 Yeah.
6 PLAINTIFF'S COUNSEL: So I know it may
7 not be a great topic, but I wanna talk a little bit
8 about that day. Did you guys drive her in that day?
9 Student 2 Yes.
10 PLAINTIFF'S COUNSEL: Were you walking
11 with her that morning?
12 Student 1 Do you want me to --
13 Student 2 I mean, we went in --
14 Student 1 -- yes --
15 Student 2 -- early --
16 Student 1 -- we went early 'cuz I had an
17 English project and I had to set it up in the
18 library. So we walked in and then --
19 Student 2 We went to Coach's room.
20 Student 1 They went to Coach's room and
21 then I went to the library to start working on
22 stuff. And then --

```
                                            Page 22
 1          Student 2   The bell rang, we started
 2  walking to the lockers without you --
 3          Student 1   -- and -- yeah --
 4          Student 2   -- 'cuz you were still setting
 5  stuff up.
 6          Student 1   So then I usually -- I was,
 7  like, I'll meet you around my locker, and so  Student 2
 8  dropped her off at my locker.
 9          Student 2   Yeah.  It was weird, though --
10          Student 1   -- but then I got there.  Yeah,
11  so.
12          Student 2   When we were at the point where
13  we usually split up because I go to the band room
14  and she walks  Student 1  to her locker and then they
15  round back around, it was, like, we did, like, this
16  kind of, like, shuffle kind of thing.  And it was,
17  like, she looked at me and she looked like she
18  wanted to say something but she didn't say anything.
19  And I was, like, thinking, like, oh, well, that was
20  kind of weird, I'll just talk to her about it at
21  lunch.
22          PLAINTIFF'S COUNSEL:  Right.
```

```
                                            Page 23
 1          Student 2   And then, like --
 2          Student 1   Yeah.  So I was walking to my
 3  locker and, like, right when I got there, I'm, like,
 4  she's not here.  I, like, looked down the hall and I
 5  saw her, like, walking away.  And I was, like, yo,
 6  Jaelynn.  So I ran after her, but then by the time I
 7  caught up, it was math class and that's where he
 8  shot her.  And then, like -- sorry.
 9          PLAINTIFF'S COUNSEL:  No, that's okay.
10          Student 1   And so -- and so -- darn it.  I
11  told myself I wasn't gonna cry.  But, yeah, but it's
12  when I caught up to her she was on the ground but,
13  like, I didn't really hear anything.  Like, I just
14  thought it was a locker.  And so --
15          PLAINTIFF'S COUNSEL:  Did you see him?
16          Student 1   No.  I didn't see him at all
17  'cuz, like, after the shooting I didn't even, like,
18  think.  I just thought it was, like, some random
19  person on, like, the street.  But, like, even after
20  it happened, I ran up to her because she had just
21  gotten, like, a treatment on her foot 'cuz she was
22  having, like, a foot issue, and so I just thought
```

```
                                            Page 24
 1  she, like, fell.  And so, like, when I went up to
 2  her, they, like, teachers were, like, no, she just
 3  fainted.  And then they, like, pushed me into the
 4  library.  And so I was just, like, thanks, I was,
 5  like, oh, she just fainted, you know.  Until -- and
 6  then afterwards there was, like, rumors.  So people
 7  are, like, oh, this many people had been shot.
 8  Like, no one actually knew what was going on.
 9          PLAINTIFF'S COUNSEL:  Right.
10          Student 1   And then people were also saying
11  it was just, like, a random person.  So I didn't
12  even know what was going on until, like, it kind of,
13  like, clicked in my head, uh-oh.  And then --
14          Student 2   We were, like, I know that --
15          Student 1   -- it was because that's when I
16  went on to Instagram and I saw that she had posted
17  something on Instagram right before she got in the
18  car with us.
19          Student 2   Yeah.
20          Student 1   And it was a black screen, and I
21  can pull it up, it should still be there.  It was a
22  black screen and it had just one emoji as the
```

```
                                            Page 25
 1  caption.  And it was so weird.
 2          Student 2   Kind of out of character.
 3          Student 1   It's this, and, like, that's
 4  just the caption.  Kind of, like, a blank face.
 5          PLAINTIFF'S COUNSEL:  That was posted
 6  that morning?
 7          Student 1   Uh-huh.  Like, two minutes
 8  before she got in that car.  And so then when I saw
 9  it, I was, like, I thought that she had just posted
10  it.  And I was, like, oh, she's okay.  So I
11  commented on it and I was, like, hey, are you okay,
12  I saw that you, like, fainted.  Like, what's going
13  on.  And then --
14          Student 2   I was texting you because --
15          Student 1   -- yeah.
16          Student 2   -- what happened was someone
17  ran down the hallway and they were, like, hey,
18  someone texted me that there's a shooting in the
19  school, I'm gonna close the doors and they did.  And
20  then they had on the announcements that there was a
21  --
22          PLAINTIFF'S COUNSEL:  -- active shooting.
```

Page 26

1  **Student 2** -- active shooter. So we all
2  went into the band room, the back of the band room
3  in, like, the -- the closet for the instruments.
4  And I was texting ^Student 1 'cuz I wanted to make sure
5  she is okay and I texted Jaelynn and I was, like,
6  are you okay. And then ^Student 1 started freaking out
7  and she was, like, I saw Jaelynn collapse in the
8  hallway. And so I was just kept on trying to get to
9  her, she wasn't responding, so.
10         **Student 1** Yeah.
11         PLAINTIFF'S COUNSEL: So you feel like
12 based on that looking back that he may have made a
13 threat to her directly?
14         **Student 1** Yeah. Looking back it makes me,
15 like, think, 'cuz, like, why else would she post
16 that or, like --
17         **Student 2** -- actually me and Melissa were
18 talking about how she went out with him, like, some
19 other time and, like -- like, I think, like, right
20 before they broke up or maybe something like that.
21 And we think that he may have raped her. So she --
22 she asked me not to --

Page 27

1          **Student 1** -- oh, yeah. (Inaudible.)
2          **Student 2** Yeah. Yeah, okay.
3          PLAINTIFF'S COUNSEL: She's talked to me
4  about that.
5          **Student 2** Yeah. So I thought afterwards
6  that maybe that was what she was trying to, like,
7  talk to me about in the hallway, the -- like, that
8  kind of thing. And I kind of think that the post
9  may have been related to that or maybe he made a
10 threat, I don't know.
11         **Student 1** Yeah, 'cuz that's what -- 'cuz
12 Melissa talked to me about that, but she said it
13 was, like, a couple weeks before. So it's just,
14 like --
15         **Student 2** -- yeah --
16         **Student 1** -- I just didn't see, like, or,
17 like, she just wasn't the person who would post
18 about something that was that private.
19         **Student 2** Yeah, no.
20         **Student 1** She would never.
21         PLAINTIFF'S COUNSEL: She wasn't posting
22 anything on -- it was more general feel, like, hey,

Page 28

1  I went to the mall today.
2          **Student 1** Yeah.
3          **Student 2** Like, a, like, a, oh, the
4  season just ended, I'm gonna miss you guys and, like
5  --
6          **Student 1** -- yeah, that kind of stuff, so.
7  And then even -- yeah. So I don't -- I don't know.
8  But I know that once -- once we got to the tech
9  center, we kind of -- we kind of had an idea that it
10 was Austin. Like, I remember sitting with all the
11 swim team people --
12         **Student 2** -- and we were all --
13         **Student 1** -- doing, like, conspiracy
14 theories.
15         **Student 2** We were talking about how we
16 suspected --
17         **Student 1** -- and we were, like -- yeah.
18 So it was, like, what if it was that. But then we
19 all felt really bad and we were, like, no. Like,
20 he's probably in the school, like, just as scared
21 as, like, we are and that's, like, terrible for us
22 to think. And then --

Page 29

1          **Student 2** -- and then we got pulled --
2          **Student 1** -- and -- yeah.
3          **Student 2** We thought that we were
4  leaving. We thought that our dad had checked us out
5  because he was texting me and we were talking about
6  how he was at the school but he hadn't finished up
7  with his paperwork yet. So we thought we were being
8  picked up. We went to the front and it was actually
9  detectives that wanted to talk to us. And so we
10 were going through, like, the day and they were
11 asking about Jaelynn. And I was, like, it was -- it
12 was him, wasn't it, and they said yeah.
13         **Student 1** Yeah.
14         PLAINTIFF'S COUNSEL: Yeah, I'm gonna
15 grab the police report, actually. I have a couple
16 questions --
17         **Student 2** I actually think I still have
18 the card that they gave us if we remembered any
19 other details. So.
20         PLAINTIFF'S COUNSEL: Did you guys -- do
21 you guys still have a lot of your -- or the ability
22 to access her Instagram and things like that?

Page 30

1  Student 1  So, like, I can -- yeah.
2        (Cross talk.)
3  Student 2  -- you can look at what she's
4  --
5  Student 1  -- yeah.
6  Student 2  But, like --
7  Student 1  -- and I have, like, past
8  conversations on, like, Snapchat and stuff, but.
9  Student 2  I mean, do you mean, like, view
10 of her DMs?
11       PLAINTIFF'S COUNSEL:  Yeah, like,
12 anything that she might have said to you.
13 Student 2  Oh, okay.
14       PLAINTIFF'S COUNSEL:  During that period
15 of time or anything like that.  You said you still
16 might have some Snapchats?
17 Student 1  Yeah.
18       PLAINTIFF'S COUNSEL:  Can you email those
19 to me when you get -- get some time?
20 Student 1  Yeah.  But, like, I mean, on my
21 Snapchat history, it's, like, I'd look through it
22 and it's -- it's just, like, we would talk about

Page 31

1  homework and we're just talk about swim.  We
2  really -- we really --
3        PLAINTIFF'S COUNSEL:  -- was this the
4  social media message that you guys saw a couple
5  weeks beforehand?  Before the shooting?  Or is this
6  something different?
7  Student 2  I mean, I didn't -- I didn't
8  see that one.
9        PLAINTIFF'S COUNSEL:  Okay.
10 Student 1  Yeah.  I didn't see that either.
11 Well, maybe --
12 Student 2  I'm -- I'm trying to access
13 mine.  (Inaudible).  Oh, wait, that's why.  I just
14 (inaudible) it on.
15       PLAINTIFF'S COUNSEL:  Yeah.  I mean,
16 even -- even if you don't think (inaudible) it's
17 still good just for us to be able to take a look at
18 it.
19 Student 1  Yeah, I mean, I don't know.  I
20 might have gotten those (inaudible) but I don't
21 remember.
22 Student 2  (Inaudible) only texts through

Page 32

1  Snapchat or just sending photos.
2  Student 1  Yeah, I send photos and I have,
3  like, just random conversations.  But we didn't
4  really -- she didn't tell -- talk about that.
5        PLAINTIFF'S COUNSEL:  So the event where
6  you suspect that he might have raped her.  Do you --
7  was there anybody at that party with her that you
8  know or was it a party of somebody else or was it
9  Austin's friends or?
10 Student 1  I would think it was probably
11 Austin's friend because --
12 Student 2  I don't think it was a -- was
13 it a party?
14 Student 1  I don't know if it was --
15       PLAINTIFF'S COUNSEL:  -- I don't know.
16 Or a get -- I don't know.  It was a bunch of people.
17 Student 2  I thought it was, like, a movie
18 or something like that.
19 Student 1  I -- I think it was, like, a
20 gathering of some sort at someone's house, I'm
21 pretty sure.  I mean, I think she went to one of his
22 friend's houses.  But I -- I don't know who.  I

Page 33

1  don't even know who his friend or, like, I didn't --
2  Student 2  -- I mean, Austin, like, never
3  interacted with us.
4  Student 1  Yeah.
5        PLAINTIFF'S COUNSEL:  Okay.  Was he
6  following her up to the shooting?  Like, or have
7  you -- or was that more of the he was following you
8  but behind people?
9  Student 1  Yeah.  It was more of the, like,
10 when it got closer, it was, like, from behind 'cuz
11 the time that I saw him, like, from behind was the
12 Friday before it happened.
13       PLAINTIFF'S COUNSEL:  Okay.
14 Student 1  So it was, like, right before.
15       PLAINTIFF'S COUNSEL:  So any of the text
16 messages that we have from him, it's probably to one
17 of his friends then versus anybody in your social
18 circle?
19 Student 1  Well, there was FERPA -- FERPA
20 would -- he made a lot of threats to FERPA and he
21 made a lot of threats to FERPA but FERPA is in Spain.
22       PLAINTIFF'S COUNSEL:  Right.

Page 34

1      **Student 1**  So.
2      **Student 2**  But I could probably get you
3  his e-mail and phone number if you wanted to do --
4      PLAINTIFF'S COUNSEL:  -- yes.
5      **Student 2**  -- one over the phone.
6      PLAINTIFF'S COUNSEL:  That would be
7  great.  Yeah, 'cuz even if he could just e-mail us
8  any of the stuff that he might still have.  So and
9  you gave me **FERPA** number, so I can go ahead and
10 call her.
11     Okay.  So until she dated him, you really
12 didn't know much about Austin or -- or anything like
13 that?  He never came around with friends, it was
14 always just him?
15     **Student 2**  Yeah.
16     **Student 1**  Yeah.
17     PLAINTIFF'S COUNSEL:  Okay.  Is there
18 anything else that you guys can think of, events
19 that happened or things that she told you about him
20 or?
21     **Student 1**  Well, there were --
22     PLAINTIFF'S COUNSEL:  -- teachers around

Page 35

1  at any point in time when he might have done
2  something at school or?
3      **Student 1**  Not teachers around, but I know
4  we had our winter sports banquet and, like, right
5  before the, like, ceremony, we were in the -- it's,
6  like, the cafeteria or the gym and --
7      **Student 2**  -- auditorium.
8      **Student 1**  No, before the auditorium.  And
9  I know that there was, like, a thing between --
10 like, it wasn't even in person.  Like, it was over
11 text, it was, like, an argument but it was between,
12 like, **FERPA** and Austin.  But, like, Jaelynn was there
13 and she was, like, okay, let's stop doing this and I
14 just know that Austin was, like, making threats to
15 **FERPA** over text.
16     **Student 2**  Yeah.
17     **Student 1**  And there was, like, **FERPA** was
18 there and, like, everyone was --
19     **Student 2**  -- I mean, he ran down the
20 hallway after he shot Jaelynn.  We think that he was
21 going to try to shoot **FERPA**
22     **Student 1**  Yeah.  Because I know that he

Page 36

1  sent a text to **FERPA** and was, like, if I'm going to
2  hell, you're coming with me.  I mean, yeah, he sent
3  a text like that.
4      PLAINTIFF'S COUNSEL:  When was that text?
5      **Student 1**  I think it was the -- either,
6  like, the night before or the morning of.  But that
7  morning **FERPA** was late to school and so he wasn't
8  even in the building when it happened.
9      PLAINTIFF'S COUNSEL:  Who was he staying
10 with?  Who was his exchange people?
11     **Student 2**  I think he was with the
12 **FERPA**
13     **Student 1**  The **FERPA**
14     PLAINTIFF'S COUNSEL:  Would you happen to
15 have the contact number for any of them?
16     **Student 2**  **FERPA**        Or even do you
17 have --
18     **Student 1**  Like --
19     **Student 2**  **FERPA**?
20     **Student 1**  I don't know if I have **FERPA**
21 number.
22     **Student 2**  You could ask him for it,

Page 37

1  though.
2      **Student 1**  Yeah.  I can ask him for his
3  number.
4      PLAINTIFF'S COUNSEL:  So **FERPA** and **FERPA**
5  were the kids?
6      **Student 2**  Well, they have a lot of kids
7  but those are -- those are the ones that were in
8  high school at the time.
9      **Student 1**  They're not -- they have nine
10 kids like us.
11     PLAINTIFF'S COUNSEL:  Okay.  I'm curious
12 if he said anything to his fos -- foster parents.
13 Or his exchange people.  So.
14     **Student 2**  I'll -- I'll text **FERPA** and ask
15 him if he can -- I think I have his e-mail already.
16 Yes, I have his e-mail.  It's **FERPA**
17                  at Gmail dot com.
18     PLAINTIFF'S COUNSEL:  Okay.
19     **Student 1**  And **FERPA** has given me I think
20 his cell phone and his home phone.  So the cell
21 phone is ▬▬▬▬▬▬▬.
22     PLAINTIFF'S COUNSEL:  Okay.

Page 38

1  Student 1  And his home phone is
2  ▇▇▇▇▇▇▇▇.
3      PLAINTIFF'S COUNSEL: Okay. Well, it'll
4  be easy to find people next week.
5  Student 2  We'll all be home.
6  Student 1  We'll all be home.
7      PLAINTIFF'S COUNSEL: Okay. So that's
8  (inaudible). And what was FERPA last name FERPA
9  (phonetic)?
10  Student 2  FERPA yeah.
11     PLAINTIFF'S COUNSEL: Say that again?
12  Student 2  FERPA (phonetic)? How do
13  you pronounce it? FERPA ?
14  Student 1  Um. I don't know.
15     PLAINTIFF'S COUNSEL: Okay. That's okay.
16  Student 1  I don't know. I just called him
17  FERPA
18  Student 2  He's really nice so he'll
19  probably --
20     PLAINTIFF'S COUNSEL: -- I saw the
21  picture. So it's cute. I'm asking her, so. Is
22  there anybody else that you think I should talk to,

Page 39

1  student-wise or parent-wise or?
2  Student 2  I mean, FERPA wasn't really
3  involved with us at this time but maybe?
4  Student 1  Yeah. I was thinking maybe,
5  but, like, we --
6  Student 2  -- we weren't really talking at
7  the time. She didn't even know what problems were
8  going on.
9  Student 1  Yeah. She wasn't -- yeah.
10 Student 2  She wasn't involved in the
11 whole thing. I'm trying to think.
12 Student 1  I can't really think of anyone.
13 Student 2  I mean, I think those were the
14 big ones was FERPA (inaudible).
15 Student 1  Yeah.
16     PLAINTIFF'S COUNSEL: Okay. Well, if you
17 think of anything or when you're going through your
18 messages and forwarding them to me, you know, don't
19 hesitate to send me an e-mail or give us a call.
20 I'm sure we'll be talking to you again soon about
21 things. But I really do appreciate that you came in
22 so that I can get a little bit of a better grasp on,

Page 40

1  like, 'cuz there's, you know, mom's view and then
2  there's always friend's view, which is a little
3  different than -- 'cuz, well, we aren't teenage
4  girls, right. So.
5  Student 1  Yeah.
6      PLAINTIFF'S COUNSEL: Thank you, guys.
7  But I hope you enjoy your spring break, however long
8  it may end --
9      (The recording was concluded.)

Page 41

1           CERTIFICATE OF TRANSCRIBER
2      I, Jackie A. Scheer, do hereby certify
3  that the foregoing transcript is a true and correct
4  record of the recorded proceedings; that said
5  proceedings were transcribed to the best of my
6  ability from the audio recording and supporting
7  information; and that I am neither counsel for,
8  related to, nor employed by any of the parties to
9  this case and have no interest, financial or
10 otherwise in its outcome.

*Jackie A. Scheer*

15
16     JACKIE A. SCHEER
17     OCTOBER 27, 2020

**0**

**01**  37:17

**1**

**1**  1:21
**161**  1:12

**2**

**2020**  41:17
**20692**  41:15
**240**  14:1 37:21
**27**  41:17
**298-3565**  14:1

**3**

**301**  38:2

**4**

**41**  1:21
**4311246**  1:20

**5**

**587-3145**  37:21

**7**

**737-1996**  38:2

**8**

**8:20**  1:12

**a**

**ability**  29:21 41:6
**able**  31:17
**accepted**  12:16
  13:4
**access**  29:22 31:12
FERPA  38:10
**active**  25:22 26:1
**adults**  14:6
**aggressive**  6:17
**ago**  2:21 4:15
**ahead**  34:9
**al**  1:11
**alleged**  19:2
**announcements**
  25:20
**anybody**  14:6 18:2
  32:7 33:17 38:22

**anyone's**  18:11
**appreciate**  39:21
**approve**  3:17
**argument**  35:11
**aside**  9:19 10:12
  10:18
**asked**  11:16 12:5
  12:6 26:22
**asking**  29:11
  38:21
**assumed**  5:12
**assuming**  2:10
**audio**  41:6
**auditorium**  35:7,8
**austin**  3:11 6:5
  12:5 28:10 33:2
  34:12 35:12,14
**austin's**  32:9,11
**awesome**  3:8

**b**

**back**  9:4 22:15
  26:2,12,14
**background**  5:13
**bad**  28:19
**bag**  11:16
**band**  22:13 26:2,2
**banquet**  35:4
**baseball**  5:8,10,11
  5:12
**based**  26:12
**bell**  10:13 22:1
**bells**  12:1
**best**  41:5
**better**  39:22
**big**  8:20 39:14
**bit**  21:7 39:22
**black**  24:20,22
**blank**  25:4
**board**  1:10
**bought**  11:10
**boyfriend**  7:13
**break**  8:13 9:16
  40:7

**breaking**  6:15
  9:15
**broke**  9:20 11:3
  11:15 26:20
**bug**  17:20
**building**  14:6 36:8
**bunch**  32:16

**c**

**c**  2:1 37:17
**cafeteria**  35:6
**call**  34:10 39:19
**called**  38:16
**caption**  25:1,4
**car**  9:17 10:5
  24:18 25:8
**card**  29:18
**case**  1:12 41:9
**caught**  23:7,12
**cell**  37:20,20
**center**  28:9
**ceremony**  35:5
**certificate**  41:1
**certify**  41:2
**character**  25:2
**checked**  12:13
  29:4
**christmas**  11:4
**circle**  33:18
**class**  6:12,14
  10:15,17,18 18:21
  23:7
**classes**  9:3 10:22
  11:21,22 16:8,8
  16:12
**classroom**  9:4
**classrooms**  15:10
**clicked**  24:13
**close**  2:20 3:2 14:9
  25:19
**closer**  33:10
**closet**  26:3
**club**  2:15,16,16
**clubs**  5:6

**coach**  14:3,5,8,10
  17:14
**coach's**  10:10
  21:19,20
**collapse**  26:7
**com**  37:17
**come**  15:22
**coming**  36:2
**commented**  25:11
**concluded**  40:9
**confided**  14:7
**conspiracy**  28:13
**contact**  36:15
**control**  8:16 9:5
**controlling**  8:12
**conversations**
  30:8 32:3
**correct**  41:3
**counsel**  2:2,9,12
  2:22 3:5,8,10,14
  3:19 4:5,16,19 5:2
  5:5 6:1,4,8 7:7,12
  7:15,18 8:15,19
  10:7 11:1,7 12:10
  12:22 13:4,9,13
  13:17,20 14:2,18
  14:20 15:2,14
  16:1,17 17:7,13
  17:18 18:1,14,22
  19:13,19 20:9,14
  21:1,6,10 22:22
  23:9,15 24:9 25:5
  25:22 26:11 27:3
  27:21 29:14,20
  30:11,14,18 31:3
  31:9,15 32:5,15
  33:5,13,15,22
  34:4,6,17,22 36:4
  36:9,14 37:4,11
  37:18,22 38:3,7
  38:11,15,20 39:16
  40:6 41:7
**counselor**  17:14
  18:4

| | | | |
|---|---|---|---|
| county 1:11 2:4 | dm 12:14 | financial 41:9 | going 10:11 15:4 |
| couple 4:4 6:19 | dms 30:10 | find 38:4 | 24:8,12 25:12 |
| 11:9 15:21 16:9 | doe 38:8 | fine 16:14 | 29:10 35:21 36:1 |
| 16:11,18 19:2,5 | doing 10:21 28:13 | finished 11:12,13 | 39:8,17 |
| 27:13 29:15 31:4 | 35:13 | 29:6 | gonna 18:11,12 |
| cross 4:11 30:2 | doors 25:19 | first 2:18,19 6:9 | 19:10,12 23:11 |
| cry 23:11 | dot 37:16,17 | 13:10 | 25:19 28:4 29:14 |
| curious 37:11 | drive 21:8 | follow 10:5 | good 12:4 18:19 |
| cute 38:21 | dropped 22:8 | following 16:3,6 | 31:17 |
| cuz 3:3,22 4:14 | drove 6:13 | 16:18 33:6,7 | gotten 13:15 23:21 |
| 6:12 10:9 11:18 | **e** | foot 23:21,22 | 31:20 |
| 12:19 15:8,10 | e 2:1,1 34:3,7 | forced 9:10 | grab 6:17 8:18 |
| 19:10 21:16 22:4 | 37:15,16,17 39:19 | foregoing 41:3 | 29:15 |
| 23:17,21 26:4,15 | early 10:9 21:15 | foreign 12:3 | grade 2:18 3:4 |
| 27:11,11 33:10 | 21:16 | forwarding 39:18 | graduated 4:13 |
| 34:7 40:1,3 | easily 8:10 | fos 37:12 | grasp 39:22 |
| cv 1:12 | easy 38:4 | foster 37:12 | great 21:7 34:7 |
| **d** | education 1:10 | freaking 26:6 | ground 23:12 |
| d 2:1 37:17 | either 13:20 31:10 | freshman 2:20 | group 18:2 |
| da 38:12,13 | 36:5 | friday 33:12 | guess 2:18 7:3,5 |
| dad 29:4 | email 30:18 | friend 12:7 18:2 | guidance 17:14 |
| darn 23:10 | emoji 24:22 | 19:7 32:11 33:1 | guys 2:5,13 3:6 |
| dated 3:13 7:1 | employed 41:8 | friend's 32:22 | 6:5 8:8,9 12:11 |
| 34:11 | ended 28:4 | 40:2 | 14:21 18:22 21:8 |
| dates 4:4 | english 21:17 | friends 2:20 3:3 | 28:4 29:20,21 |
| dating 6:21 7:8,9 | enjoy 40:7 | 4:3,6,8 9:9 12:4 | 31:4 34:18 40:6 |
| davis 36:16 | et 1:11 | 32:9 33:17 34:13 | gym 35:6 |
| FERPA 36:12,13 | event 32:5 | fright 19:2 | **h** |
| day 9:16 10:21 | events 34:18 | front 29:8 | hall 23:4 |
| 11:9,15 20:12 | exchange 12:3 | **g** | hallway 25:17 |
| 21:4,8,8 29:10 | 36:10 37:13 | g 2:1 | 26:8 27:7 35:20 |
| days 19:2 | exchanged 5:3 | games 5:22 6:2 | hand 4:3 |
| death 2:5 | **f** | gathering 32:20 | hang 9:8 10:10 |
| deleted 13:15 | face 25:4 | general 27:22 | hanging 7:2,19,20 |
| detail 17:11 | fact 12:19 | girlfriend 7:11,13 | 9:8 |
| details 29:19 | fainted 24:3,5 | girls 40:4 | FERPA 36:16 |
| detectives 29:9 | 25:12 | give 39:19 | 37:4 |
| different 5:6 31:6 | fake 19:9 | given 37:19 | happen 36:14 |
| 40:3 | feel 9:4 26:11 | gmail 37:17 | happened 5:15 |
| directly 26:13 | 27:22 | go 2:13 9:12 10:9 | 23:20 25:16 33:12 |
| discuss 16:2 | fell 24:1 | 10:15 12:8 14:21 | 34:19 36:8 |
| discussing 14:16 | felt 9:9 16:15 | 19:8 20:11,13,20 | hats 5:10 |
| 16:2 | 28:19 | 20:22 22:13 34:9 | he'll 38:18 |

head 24:13
hear 19:1 23:13
hell 36:2
hesitate 39:19
hey 12:8 20:10
  25:11,17 27:22
high 2:20 3:2 37:8
history 15:11,14
  18:15 30:21
home 37:20 38:1,5
  38:6
homework 31:1
honestly 4:7
hope 40:7
house 19:22 32:20
houses 32:22
huh 3:7,9 25:7
hurting 16:3

**i**

idea 28:9
inaudible 3:17,22
  9:11 27:1 31:13
  31:14,16,20,22
  38:8 39:14
individually 2:14
  14:12
information 41:7
instagram 5:1
  24:16,17 29:22
instruments 26:3
interacted 33:3
interacting 15:18
interest 41:9
interesting 9:22
interviews 1:13
involved 39:3,10
irritated 8:6,9
issue 23:22
it'd 16:8,11
it'll 38:3

**j**

jackie 1:22 41:2
  41:16

jaelynn 2:14,19
  6:4 10:12 12:4,9
  14:4 20:13 23:6
  26:5,7 29:11
  35:12,20
jaelynn's 2:4
january 11:4,5,6
  11:14
Student 2 22:7
Student 2 1:13 2:7,7
  2:10,11,15 3:1,16
  4:9,12 5:9,17,20
  6:6,19 7:1,5,21
  8:1,5,11,17,20 9:1
  10:1,4,19 11:6,11
  11:18 12:13,16
  13:6,10 14:12,15
  14:22 15:6,17
  17:1,5,19,22 18:6
  19:4,7,21 20:17
  20:20 21:5,9,13
  21:15,19 22:1,4,9
  22:12 23:1 24:14
  24:19 25:2,14,16
  26:1,17 27:2,5,15
  27:19 28:3,12,15
  29:1,3,17 30:3,6,9
  30:13 31:7,12,22
  32:12,17 33:2
  34:2,5,15 35:7,16
  35:19 36:11,16,19
  36:22 37:6,14
  38:5,10,12,18
  39:2,6,10,13
job 1:20

**k**

kathleen 2:3
kept 11:19 26:8
kids 21:3 37:5,6
  37:10
kind 5:2,6,11 6:15
  7:20 8:8,9,12 9:2
  9:9,12 10:14
  14:15 15:12,12,18

15:20 16:14 17:3
17:19 18:21 19:17
19:17 20:8 22:16
22:16,20 24:12
25:2,4 27:8,8 28:6
28:9,9
knew 16:6 24:8
know 2:17 3:11,12
  3:16,20 4:7 5:9,10
  5:16,21,22 8:8,9
  9:6,21 11:22
  12:18 13:14,14,15
  14:2,4,10 15:6
  16:9,19 17:8,11
  18:15 20:12 21:2
  21:6 24:5,12,14
  27:10 28:7,8
  31:19 32:8,14,15
  32:16,22 33:1
  34:12 35:3,9,14
  35:22 36:20 38:14
  38:16 39:7,18
  40:1
known 2:13 14:4

**l**

l 37:16
late 36:7
laughter 7:22
leaving 29:4
level 3:3
library 21:18,21
  24:4
listening 15:3,7,8
little 21:7 39:22
  40:2
Student 1 22:14 26:4,6
locker 10:17 22:7
  22:8,14 23:3,14
lockers 22:2
long 2:12,13,17
  40:7
look 30:3,21 31:17
looked 12:20
  16:15 22:17,17

23:4
looking 9:4 26:12
  26:14
lot 5:22 6:2 9:7
  20:20,21 29:21
  33:20,21 37:6
FERPA 33:21,21
  35:12,15,21 36:1
  36:7 37:14 38:8
  38:17 39:14
lunch 16:9,15
  22:21

**m**

m 11:16
FERPA 39:2
mad 12:6
mail 34:3,7 37:15
  37:16 39:19
making 19:14
  35:14
mall 28:1
mary's 1:11
mates 12:2
math 6:12 23:7
mcclaren 2:3
mean 7:12,13 9:12
  14:9 16:5,6 17:1
  21:13 30:9,9,20
  31:7,15,19 32:21
  33:2 35:19 36:2
  39:2,13
media 5:1 12:11
  19:11 31:4
meet 3:19 9:3 22:7
meeting 16:12
melissa 2:4 21:3
  26:17 27:12
mentioned 17:1
message 13:5 20:4
  31:4
messages 12:11
  13:1,11 33:16
  39:18

FERPA   1:13 2:7
  2:8
met   2:19 3:20 9:17
mine   31:13
minutes   25:7
mom   17:9,10,12
  20:19
mom's   40:1
month   6:22 7:1,16
  11:3
months   6:20 7:6
morning   21:11
  25:6 36:6,7
mornings   14:21
movie   32:17

        n

n   2:1
name   2:2,5 13:18
  38:8
need   9:8
neither   41:7
never   5:17 12:13
  12:16,21 14:12
  18:20 27:20 33:2
  34:13
nice   38:18
night   36:6
nine   37:9
noise   5:13
nowadays   7:9
number   1:12 4:20
  13:21 34:3,9
  36:15,21 37:3
numbers   5:3

        o

o   2:1 37:17
obligated   9:10
october   41:17
official   7:7
officially   7:13
oh   5:21 15:14
  22:19 24:5,7,13
  25:10 27:1 28:3

30:13 31:13
okay   2:9,12,22 3:5
  3:14 4:19 6:8 7:15
  8:19 10:7 11:7
  13:9,13,17 14:2
  14:18 16:13,17
  17:7,18 18:1,22
  21:1 23:9 25:10
  25:11 26:5,6 27:2
  30:13 31:9 33:5
  33:13 34:11,17
  35:13 37:11,18,22
  38:3,7,15,15
  39:16
older   2:10 4:17
Student 1   1:13 2:8,8
  2:17 3:7,9,12,15
  3:18,21 4:7,14,18
  4:22 5:4,7,10,14
  5:19,21 6:3,7,11
  6:21 7:3,10,14,17
  7:20 8:4,7,22 9:6
  10:3,6,8,20 11:5,8
  11:13,20 12:15,18
  13:3,7,12,14,19
  13:22 14:9,14,17
  14:19 15:1,5,8,16
  15:20 16:5,18
  17:4,8,17,21 18:5
  18:8,17 19:5,16
  19:20 20:2,12,16
  20:19,21 21:2,12
  21:14,16,20 22:3
  22:6,10 23:2,10
  23:16 24:10,15,20
  25:3,7,15 26:10
  26:14 27:1,11,16
  27:20 28:2,6,13
  28:17 29:2,13
  30:1,5,7,17,20
  31:10,19 32:2,10
  32:14,19 33:4,9
  33:14,19 34:1,16
  34:21 35:3,8,17

35:22 36:5,13,18
  36:20 37:2,9,19
  38:1,6,14,16 39:4
  39:9,12,15 40:5
once   28:8,8
ones   37:7 39:14
opinion   8:2
outcome   41:10
outside   10:21
  11:21 12:1

        p

p   2:1
pages   1:21
paperwork   29:7
parent   39:1
parents   20:21
  37:12
part   9:5
parties   41:8
party   32:7,8,13
people   16:19
  17:20 19:17,22
  20:11,20 24:6,7
  24:10 28:11 32:16
  33:8 36:10 37:13
  38:4
people's   20:21
period   30:14
person   17:19 20:5
  20:10 23:19 24:11
  27:17 35:10
phase   7:21 16:14
phone   4:20 13:21
  34:3,5 37:20,20
  37:21 38:1
phonetic   2:3 13:19
  38:9,12
photos   32:1,2
physical   6:16
picked   29:8
picture   38:21
plaintiff's   2:2,9,12
  2:22 3:5,8,10,14
  3:19 4:5,16,19 5:2

5:5 6:1,4,8 7:7,12
  7:15,18 8:15,19
  10:7 11:1,7 12:10
  12:22 13:4,9,13
  13:17,20 14:2,18
  14:20 15:2,14
  16:1,17 17:7,13
  17:18 18:1,14,22
  19:13,19 20:9,14
  21:1,6,10 22:22
  23:9,15 24:9 25:5
  25:22 26:11 27:3
  27:21 29:14,20
  30:11,14,18 31:3
  31:9,15 32:5,15
  33:5,13,15,22
  34:4,6,17,22 36:4
  36:9,14 37:4,11
  37:18,22 38:3,7
  38:11,15,20 39:16
  40:6
played   5:8,12,22
  6:1
please   19:8
point   22:12 35:1
police   29:15
post   20:4,5 26:15
  27:8,17
posted   19:11 20:7
  24:16 25:5,9
posting   27:21
precaution   20:18
pretty   20:6 21:2
  32:21
FERPA   13:19
private   27:18
probably   4:22
  12:17 16:14,20
  17:2 28:20 32:10
  33:16 34:2 38:19
problems   6:5
  17:20 18:15 39:7
proceedings   41:4
  41:5

Case 8:20-cv-00161-PWG   Document 29-1   Filed 11/06/20   Page 16 of 17
Audio Transcription                                     October 22, 2020
[project - talk]                                                  Page 5

project   21:17
prom   12:5,6,8
pronounce   38:13
pull   24:21
pulled   9:19 10:12
   10:15,17 29:1
pushed   24:3
pushing   11:19
pwg   1:12

**q**

qualifies   7:8
questions   29:16
quiet   17:21

**r**

r   2:1
ran   23:6,20 25:17
   35:19
random   23:18
   24:11 32:3
rang   10:14 22:1
raped   26:21 32:6
reached   5:3
really   2:19,19 3:2
   3:12 4:7 5:15 6:18
   9:13 11:18 12:4,6
   12:6 14:9 15:5,6
   18:9,19 23:13
   28:19 31:2,2 32:4
   34:11 38:18 39:2
   39:6,12,21
record   41:4
recorded   1:13
   41:4
recording   2:6 40:9
   41:6
related   27:9 41:8
relationship   16:21
remember   6:11,19
   6:22 8:21 9:13,15
   10:12 11:2,3,10
   16:10 17:5 18:9
   18:18 19:6,7
   28:10 31:21

remembered   6:9
   29:18
report   29:15
reported   18:2
representing   2:3
request   12:17 13:8
requested   12:20
requesting   13:1
responding   26:9
right   7:3,4 22:22
   23:3 24:9,17
   26:19 33:14,22
   35:4 40:4
rollins   3:11
room   10:10 14:16
   15:12 21:19,20
   22:13 26:2,2
round   22:15
rumors   19:14,16
   24:6

**s**

s   2:1 37:16
saw   23:5 24:16
   25:8,12 26:7 31:4
   33:11 38:20
saying   6:11 18:9
   24:10
scared   28:20
scheer   1:22 41:2
   41:16
school   2:13,20 3:2
   3:22 6:13 9:18
   10:8,10 15:22
   16:7 18:16 19:8
   19:10,14 20:11,13
   20:22 21:4 25:19
   28:20 29:6 35:2
   36:7 37:8
screen   20:3 24:20
   24:22
season   11:12,14
   28:4
see   15:4 23:15,16
   27:16 31:8,10

38:8
seen   18:20
send   12:11 32:2
   39:19
sending   32:1
senior   4:14
sent   36:1,2
serious   18:9
set   21:17
setting   22:4
seventh   3:4
shoot   35:21
shooter   26:1
shooting   19:1,2,17
   23:17 25:18,22
   31:5 33:6
shot   23:8 24:7
   35:20
showed   18:21
shuffle   22:16
signature   41:15
sin   38:12,13
sitting   28:10
snapchat   4:22
   30:8,21 32:1
snapchats   30:16
social   5:1 12:11
   15:10 19:11 31:4
   33:17
somebody   18:10
   20:6,7,7,10 32:8
someone's   32:20
soon   8:11 39:20
FERPA   12:7 13:14
   33:19,19,20 35:17
FERPA   13:18
   34:9
sophomore   3:1
sorry   23:8
sort   9:10 32:20
spain   33:21
specific   16:10 17:6
specifically   15:7

split   22:13
sports   35:4
sporty   5:17
spring   5:15 40:7
spy   12:8
squeeze   8:18
st   1:11
start   11:2 21:21
started   4:2,20
   5:14 10:14,20
   12:7 22:1 26:6
staying   36:9
stem   5:19
stop   35:13
stopped   16:11,12
street   23:19
strong   8:2
student   12:3 18:20
   39:1
students   15:21
studies   15:11
stuff   12:12 15:13
   21:22 22:5 28:6
   30:8 34:8
suit   2:4,15
sunglasses   5:11
supporting   41:6
sure   4:9 20:6 21:2
   26:4 32:21 39:20
suspect   32:6
suspected   28:16
suspensions   18:15
swam   3:6
sweet   9:2
swim   2:16 10:9
   11:12,14 12:2
   14:3,5,7,10 17:14
   28:11 31:1

**t**

take   31:17
talk   4:11 6:5,14
   9:14 10:11 13:1
   14:3 15:22 17:11
   21:7 22:20 27:7

| | | | |
|---|---|---|---|
| 29:9 30:2,22 31:1 32:4 38:22 | 18:1 19:8,12 20:14,16,17,19 23:18 26:15,19,21 27:8 28:22 29:17 31:16 32:10,12,19 32:21 34:18 35:20 36:5,11 37:15,19 38:22 39:11,12,13 39:17 | type  5:18 7:8 | willey  1:10 |
| talked  6:20 14:11 14:12 17:10,15 27:3,12 | | **u** | wing  15:11 |
| | | u  37:16 | winter  35:4 |
| | | uh  3:7,9 24:13  25:7 | wise  39:1,1 |
| talking  7:21 8:3 10:13 15:13 18:18 26:18 28:15 29:5 39:6,20 | | ultra  6:16 | wonder  19:18 |
| | | um  38:14 | wore  5:10 |
| | | upward  3:4 | working  21:21 |
| | | usually  22:6,13 | wrist  8:18 |
| teacher  14:5 17:14 18:3,4 | thinking  6:14 9:14 22:19 39:4 | | wrists  6:17 |
| | | **v** | **y** |
| teachers  15:11,15 18:19 24:2 34:22 35:3 | thought  8:1 18:6,8 19:21 23:14,18,22 25:9 27:5 29:3,4,7 32:17 | valentine  11:17 | yeah  3:15,18 4:9  4:14 5:4,14,19,21  6:3,7 7:3,14,17,20  7:20,21 8:4,7,11  8:22 9:6,6,21 10:3  10:6 11:11,13,18  11:20 12:9,15  13:3,8,12,22  14:14,17,19,22  15:1,8,16,17,20  17:4,8,21 18:8  19:5,6 20:2,12,19  20:21 21:5 22:3,9  22:10 23:2,11  24:19 25:15 26:10  26:14 27:1,2,2,5  27:11,15,19 28:2  28:6,7,17 29:2,12  29:13,14 30:1,5  30:11,17,20 31:10  31:15,19 32:2  33:4,9 34:7,15,16  35:16,22 36:2  37:2 38:10 39:4,9  39:9,15 40:5 |
| | | valentine's  11:9  11:15 | |
| | | versus  33:17 | |
| team  2:16 3:6 28:11 | | video  5:22 6:1 | |
| | threat  20:1,10 26:13 27:10 | view  30:9 40:1,2 | |
| tech  28:8 | | vs  1:10 | |
| teenage  40:3 | threats  19:15 33:20,21 35:14 | **w** | |
| tell  17:9 18:10,12 32:4 | | wait  10:4 31:13 | |
| | threw  11:17 | waiting  12:1 | |
| telling  6:9 11:2 | till  2:20 | walk  6:13 9:3 10:6 | |
| terminology  7:8 | time  2:17 6:9 9:2 14:10 16:4,10 17:6 23:6 26:19 30:15,19 33:11 35:1 37:8 39:3,7 | walked  10:16,16 10:17 21:18 | |
| terrible  28:21 | | | |
| text  12:11 33:15 35:11,15 36:1,3,4 37:14 | | walking  9:18 10:14 16:10,12 21:10 22:2 23:2,5 | |
| | | | year  2:20 3:2 4:16 |
| | times  9:7 16:9 | walks  22:14 | years  2:21 4:15 |
| texted  4:2 20:6 25:18 26:5 | today  17:3 28:1 | wanna  9:11 17:20 21:7 | yo  23:5 |
| | told  9:17 14:5 20:7 23:11 34:19 | | **z** |
| texting  4:20 12:7 25:14 26:4 29:5 | topic  21:7 | want  20:22 21:12 | FERPA  37:4,19 |
| | transcribed  1:22 41:5 | wanted  22:18 26:4 29:9 34:3 | FERPA  36:19,20 |
| texts  31:22 | | week  38:4 | |
| thank  40:6 | transcriber  41:1 | weeks  11:10 16:11 19:6 27:13 31:5 | |
| thanks  24:4 | transcript  41:3 | | |
| theories  28:14 | treatment  23:21 | weird  11:18 16:15 17:3 22:9,20 25:1 | |
| thing  8:20 18:17 18:21 19:9 20:8 22:16 27:8 35:9 39:11 | tried  12:13 | | |
| | true  41:3 | went  4:4 10:18 17:11 21:3,13,16 21:19,20,21 24:1 24:16 26:2,18 28:1 29:8 32:21 | |
| | try  35:21 | | |
| | trying  26:8 27:6 31:12 39:11 | | |
| things  14:4 29:22 34:19 39:21 | | | |
| think  3:21 4:1,12 5:4,7,7,20 9:1 12:14,19 13:7 14:15 16:22 17:10 | two  2:21 4:14 7:6 15:9 25:7 | | |