David N. Pessin °
Drake Zaharris * ^ ●
Steven A. Allen
Michael E. Leaf
Patricia McHugh Lambert
Kevin F. Bress
Rochelle S. Eisenberg
Edmund J. O'Meally
Natalie C. Magdeburger
Catherine W. Steiner
Mairi Pat Maguire *
Joan Cerniglia-Lowensen *
Kimberly L. Battaglia
Gregory S. Weiner *
Paul M. Finamore*
Mark D. Maneche
Elizabeth A. Green
Robert S. Campbell
Lisa Y. Settles
Elliott D. Petty
Lauren B. Ades
Gregory K. Kirby*
Kimberly A. Longford
Chantelle M. Custodio*
David A. Burkhouse
Andrew G. Scott
Cheryl A. Jones
Aidan F. Smith
Kambon R. Williams+
Adam E. Konstas

Gerald M. Katz (1937-2014)

PESSIN KATZ LAW, P.A.

ATTORNEYS AT LAW

SUITE 500

901 DULANEY VALLEY ROAD

TOWSON, MARYLAND 21204

———————

410-938-8800

www.pklaw.com

Direct Line:
(410) 339-6757

Direct Fax:
(410) 832-5654

eomeally@pklaw.com

Megan G. Anderson
Diva Bole
James M. Darrah
John L. Doran
Zachary A. Miller
Sean D. Harding
*Ashley N. Nelson-Raut
*Drew T. Ricci
Halle Gray
Valerie E. Taylor
Charles M. Kassir
Meredith Storm
Severn Miller
#Alexander Avakian

———————
General Counsel
Barry Bach

———————
Counsel
William H. Fields

———————
Of Counsel
^Thomas J. Zagami
Henry E. Schwartz
Andrew H. Vance
Margaret M. McKee
Randall M. Lutz

* Also Admitted in DC
° Also Admitted in GA
+ Also Admitted in NY
● Also Admitted in MA
^ Also Admitted in PA
#Admitted in California and DC Only

September 27, 2021

<u>**VIA CM/ECF**</u>
The Honorable Paul W. Grimm
United States District Court for the District of Maryland
6500 Cherrywood Lane, Greenbelt, Maryland 20770

  Re:  *Willey, et al. v. Bd. of Educ. of St. Mary's County*, Civil No.: PWG 20-cv-161

Dear Judge Grimm:

  Following the issuance of the Scheduling Order issued on September 15, 2021 (ECF No. 41), the Order scheduling a Rule 16 telephone conference for October 4, 2021 (ECF No. 43), Defendants' letter to the Court dated September 20, 2021 (ECF No. 44), and Plaintiffs' letter to the Court dated September 24, 2021 (ECF No. 47), all counsel conducted a conference call on the afternoon of September 24th to discuss areas of potential agreement and continued disagreement regarding the proposed schedule in light of the Plaintiffs' proposed Third Amended Complaint (ECF. No. 40).

  In that conference call, counsel for the Defendants reiterated their concerns over the proposed Third Amended Complaint and indicated that they would be moving to dismiss the proposed Third Amended Complaint if leave to file is granted. However, in an effort to move forward with limited discovery at this juncture, the parties reached the following agreements and disagreements:

1. The September 27, 2021 deadline for disclosure of damages should remain as proposed.
2. The parties may commence written discovery with respect to the Plaintiffs and the Board of Education only but not as to any of the individual defendants or the Board of County Commissioners until after a ruling on the proposed Third Amended Complaint or on any motions to dismiss.
3. The Conference to discuss and agree upon ESI discovery should be postponed until October 19, 2021.
4. The Plaintiffs and the Defendant Board of Education agree and submit a joint request to the Court that each party have the right to submit up to thirty (30) interrogatories and requests for production of documents upon each other; however, the number of written discovery requests that can be propounded by and to the other defendants will be subject to further discussion after a ruling on the proposed Third Amended Complaint or on any motions to dismiss.
5. All of the other deadlines set forth in the Court's Scheduling Order should be postponed.
6. The parties further agree that depositions of the Plaintiffs, the Board of Education's designee(s), and current and former students may commence subject to the parental notification requirements of the Family Educational Rights and Privacy Act, 20 U.S.C. § 1232g. The parties disagree regarding the scheduling of other non-party depositions at this time until after a ruling on the proposed Third Amended Complaint or on any motions to dismiss. The parties would request a ruling on the matter of fact witness depositions as Plaintiffs request that such non-party fact discovery begin immediately.
7. The Plaintiffs belief that the Rule 16 telephone should remain in place to discuss the disagreement over whether or not fact witness depositions should proceed.

Respectfully submitted,

*/s/  Edmund J. O'Meally*

_____
Edmund J. O'Meally, 04910
Adam E. Konstas,18957
Pessin Katz Law PA
901 Dulaney Valley Road, Suite 400
Towson, MD 21204
410-938-8800
eomeally@pklaw.com
akonstas@pklaw.com
Attorneys for Defendants
Board of Education of St. Mary's County,
J. Scott Smith, F. Michael Wyant,
Jake Heibel, and Troy Kroll

*/s/ Raymond R. Mulera*

Raymond R. Mulera, 09454
7225 Parkway Drive
Hanover, MD  21076
(443) 561-1700
RMulera@lgit.org
Counsel for Blaine Gaskill & St. Mary's County


GILMAN & BEDIGIAN, L.L.C.

*/s/ Lauren M. Geisser*
Lauren M. Geisser, 29190
Lauren M. Bell, 19540
GILMAN & BEDIGIAN, L.L.C.
1954 Greenspring Drive, Suite 250
Timonium, Maryland 21093
lgeisser@gbletalteam.com
lbell@gblegalteam.com
(410) 560-4999
*Attorneys for Plaintiffs*

WILLIAMS, MCCLERNAN, & STACK, L.L.C.

*/s/ Kathleen McClernan*
Marsha Williams, 21339
Kathleen McClernan, 21239
Alycia Stack, 21326
Williams, McClernan, & Stack LLC
2271 Washington Street, Suite 201
PO Box 188
Leonardtown, Maryland 20650
marsha@wmslawyers.com
kathleen@wmslawyers.com
alycia@wmslawyers.com
(240) 309-4179
*Attorneys for Plaintiffs*


cc:      All Counsel by CM ECF